UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>ENRIQUE K. RAZON, JR.; BLOOMBERRY RESORTS AND HOTELS INC.; SURESTE PROPERTIES, INC.; COLLINGWOOD OIL & GAS HOLDINGS, LLC; COLLINGWOOD USA, INC.; COLLINGWOOD BROOKSHIRE USA, INC.; COLLINGWOOD APPALACHIAN MINERALS, LLC; ASIA ARROW LIMITED; RIZOLINA LLC; ENSARA LLC; NOZAR LLC; BOWERY BAY LLC; CAMPANILLA LLC; FESARA LLC; AND 11 ESSEX STREET REALTY LLC,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02655<br><br>**CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Global Gaming Philippines, LLC certifies that plaintiff's only parent corporation owning 10% or more of its stock is Global Gaming Asset Management, L.P., which is not publicly held.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

| | |
|---|---|
| Dated: March 29, 2021<br>New York, New York | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br><br>By: /s/ *Jason P.W. Halperin*<br>    Robert I. Bodian<br>    Jason P.W. Halperin<br><br>    Daniel T. Pascucci<br>        (*Pro Hac Vice application forthcoming*)<br>    Joseph R. Dunn<br>        (*Pro Hac Vice application forthcoming*)<br>    Danielle P. Richards<br>        (*Pro Hac Vice application forthcoming*)<br>    Michael J. Godwin<br>        (*Pro Hac Vice application forthcoming*)<br><br>666 Third Avenue<br>New York, NY 10017<br>T: (212) 935-3000<br>F: (212) 983-3115<br>rbodian@mintz.com<br>jhalperin@mintz.com<br>dpascucci@mintz.com<br>jrdunn@mintz.com<br>dprichards@mintz.com<br>mjgodwin@mintz.com<br><br>*Attorneys for Plaintiff*<br>*Global Gaming Philippines, LLC* |

2