UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC,<br><br>      *Plaintiff*,<br>  vs.<br><br>ENRIQUE K. RAZON, JR.; BLOOMBERRY RESORTS AND HOTELS INC.; SURESTE PROPERTIES, INC.; COLLINGWOOD OIL & GAS HOLDINGS, LLC; COLLINGWOOD USA, INC.; COLLINGWOOD BROOKSHIRE USA, INC.; COLLINGWOOD APPALACHIAN MINERALS, LLC; ASIA ARROW LIMITED; RIZOLINA LLC; ENSARA LLC; NOZAR LLC; BOWERY BAY LLC; CAMPANILLA LLC; FESARA LLC; AND 11 ESSEX STREET REALTY LLC,<br><br>      *Defendants*. | 21 Cv. 2655 (LGS) |

**NOTICE OF PLAINTIFF'S MOTION FOR ORDER RESTRAINING DEFENDANTS FROM REMOVAL, TRANSFER OR OTHER DISSIPATION OF MOBILE ASSET PENDING TURNOVER**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated March 31, 2021, the accompanying Declarations of Jason P.W. Halperin and Daniel H. Weiner and the exhibits attached thereto, and the [Proposed] Order, Plaintiff Global Gaming Philippines, LLC will move this Court, before the Honorable Lorna G. Schofield, United States District Judge, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, at a date and time to be determined by the Court, for an Order pursuant to Rule 64 of the Federal Rules of Civil Procedure, as well as New York Civil Practice Laws and Rules § 5229.

Dated: March 31, 2021
New York, New York

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C

Respectfully submitted,

By: /s/ *Jason P.W. Halperin*

    Robert I. Bodian
    Jason P.W. Halperin
    Daniel T. Pascucci
       (*Pro Hac Vice application pending*)
    Joseph R. Dunn
       (*Pro Hac Vice application pending*)
    Danielle P. Richards
       (*Pro Hac Vice application forthcoming*)
    Michael J. Godwin
       (*Pro Hac Vice application forthcoming*)
666 Third Avenue
New York, NY 10017
T: (212) 935-3000
F: (212) 983-3115
rbodian@mintz.com
jhalperin@mintz.com
dpascucci@mintz.com
jrdunn@mintz.com
dprichards@mintz.com
mjgodwin@mintz.com

*Attorneys for Plaintiff*
*Global Gaming Philippines, LLC*