UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    GLOBAL GAMING PHILIPPINES, LLC,

                              Plaintiff,

                        21 Civ. 2655 (LGS)
          -against-

                        ORDER

    RAZON JR., et al.,

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a show cause hearing is scheduled for April 2, 2021, at 11:30 a.m.  It is hereby

       **ORDERED** that the show cause hearing is **RESCHEDULED for April 2, 2021, at 10:00 a.m.**  The show cause hearing will be telephonic and will occur on the following conference line 888-363-4749, access: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: April 1, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE