UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
GLOBAL GAMING PHILIPPINES, LLC,    :
                    Plaintiff,     :
          :                              21 Civ. 2655 (LGS)
     -against-                      :
          :                                   ORDER
          :
RAZON JR., et al.,                  :
                    Defendants.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 31, 2021, Plaintiff filed an emergency motion for restraining order prohibiting Defendants from removal, transfer or other dissipation of Gulfstream 450, tail number N818KE (the "Wyoming Gulfstream"), pending turnover (the "Motion"). Dkt. Nos. 10 – 14.

WHEREAS, on April 2, 2021, Defendants filed an opposition. Dkt. No. 30.

WHEREAS, on April 2, 2021, a show cause hearing was held. For the reasons stated during the hearing, it is hereby

**ORDERED** that the Motion is **DENIED**. The Clerk of Court is respectfully directed to close the motion at Docket No. 10.

Dated: April 7, 2021
       New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE