UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GLOBAL GAMING PHILIPPINES, LLC,                             :
                                    Plaintiff,              :
                                                            :      21 Civ. 2655 (LGS)
            -against-                                       :
                                                            :      ORDER
                                                            :
RAZON JR., et al.,                                          :
                                    Defendants.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial and pre-motion conference is scheduled for May 13, 2021, at 10:40 a.m.  Dkt. Nos. 38 and 40.  It is hereby

**ORDERED** that the initial pre-trial and pre-motion conference is **RESCHEDULED for May 13, 2021, at 10:30 a.m.**  The conference will be telephonic and will occur on the conference line the parties provided:  415-655-0003, access code: 185 698 0353.

Dated: May 12, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE