UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
                                                  :
  GLOBAL GAMING PHILIPPINES, LLC,                 :
                                Plaintiff,        :
                                                  :            21 Civ. 2655 (LGS)
                   -against-                      :
                                                  :                ORDER
                                                  :
  RAZON JR., et al.,                              :
                                Defendants.  :
----------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 6, 2021, the parties filed a joint letter and proposed Civil Case

Management Plan and Scheduling Order in which (1) Defendants request to stay discovery

pending resolution of Defendants' anticipated motion to dismiss and (2) Plaintiff requests relief

from Individual Rule II.A.1(a), (b) and (d). Dkt. No. 46.

WHEREAS, an initial pre-trial and pre-motion conference was held on May 13, 2021.

For the reasons stated during the conference, it is hereby

**ORDERED** that the parties shall brief any motion to dismiss the amended complaint

(due June 15, 2021), according to the following schedule:

- by **July 15, 2021**, Defendants shall file their opening brief, not to exceed thirty
  (30) pages;

- by **August 13, 2021**, Plaintiff shall file its opposition brief, not to exceed thirty
  (30) pages; and

- by **September 3, 2021**, Defendants shall file their reply brief, not to exceed
  thirteen (13) pages.

The parties shall otherwise comply with the Court's Individual Rules, and if in effect, the

Emergency Individual Rules and Practices in light of COVID-19. It is further

**ORDERED** that Defendants' request to stay proceedings pending resolution of the motion to dismiss is **DENIED**. A Civil Case Management Plan and Scheduling Order will issue separately. It is further

**ORDERED** that, by **May 27, 2021**, the parties shall negotiate and file a proposed electronically-stored information ("ESI") protocol, to be ordered by the court. The protocol supersedes any restrictions in Individual Rule II.A., governing electronic discovery. It is further

**ORDERED** that, by **May 27, 2021**, the parties shall file any proposed order pursuant to Individual Rule I.C.2 and in accordance with Federal Rule of Evidence 502(d), regarding non-waiver of attorney-client privilege and work product protection.

Dated: May 13, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE