UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC,<br><br>    *Plaintiff*,<br><br>vs.<br><br>ENRIQUE K. RAZON, JR.; et al.,<br><br>    *Defendants*. | Civil Action No. 21 Cv. 2655 (LGS)<br><br>**STIPULATION** |

WHEREAS, Plaintiff filed the Complaint in this action on March 29, 2021; and

WHEREAS, Defendants have stated that they intend to move to dismiss the Complaint; and

WHEREAS, Plaintiff desires to amend the Complaint before Defendants move to dismiss; and

WHEREAS, the undersigned counsel for the Parties have met and conferred, as required by Rule III.A. of the Individual Rules and Procedures for Civil Cases of Honorable Lorna G. Schofield, and have reached an agreement regarding Plaintiff's amending the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties, as follows:

1. Plaintiff may file and serve a First Amended Complaint, as of right, on or before June 15, 2021.

2. Defendants are not required to file or serve an answer in response to the Complaint. Defendants' time to file and serve an answer in response to the First Amended Complaint shall be 30 days after Plaintiff files it by ECF.

Dated: May 6, 2021
New York, New York

So Ordered.

Dated: May 13, 2021
New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**SO STIPULATED:**

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

/s/ Kevin N. Ainsworth
Jason P.W. Halperin
Daniel T. Pascucci
Joseph R. Dunn
Kevin N. Ainsworth

666 Third Avenue
New York, NY 10017
T: (212) 935-3000
F: (212) 983-3115
jhalperin@mintz.com
dtpascucci@mintz.com
jrdunn@mintz.com
kainsworth@mintz.com
*Attorneys for Plaintiff*
*Global Gaming Philippines, LLC*

Milbank LLP

/s/ Daniel M. Perry
Daniel M. Perry
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
dperry@milbank.com

Michael D. Nolan
Erin M. Culbertson
Brett P. Lowe (admitted *pro hac vice*)
1850 K Street, NW
Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
mnolan@milbank.com
eculbertson@milbank.com
blowe@milbank.com
*Counsel to the Defendants*
