USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 17, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GLOBAL GAMING PHILIPPINES, LLC,

                    Plaintiff(s),

      -against-

RAZON, JR. et al.,

                    Defendant(s).
------------------------------------------------------------X

21 Civ. 2655 (LGS)

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Sarah Netburn United States Magistrate Judge, for the following purpose(s):

| | |
|---|---|
| ✔ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ HABEAS CORPUS |
| ____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ SOCIAL SECURITY |
| ____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ SETTLEMENT |
| | ____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial) |
| | ____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF |
| _____ | _____ |
| _____ | _____ |
| ____ JURY SELECTION | |

SO ORDERED.

Dated: June 17, 2021
        New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.