**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 6/23/2021

**GLOBAL GAMING PHILLIPINES, LLC,**

                             **Plaintiff,**

                -against-

**RAZON, JR., et al.,**

                          **Defendants.**

----------------------------------------------------------------X

**21-CV-02655 (LGS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On June 17, 2021, the Honorable Lorna G. Schofield referred this case to my docket for general pretrial supervision. In light of the discovery disputes raised in the parties' June 17, 2021 status letter, a discovery conference is scheduled for Monday, June 28, 2021, at 3:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 23, 2021
             New York, New York