```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
GLOBAL GAMING PHILIPPINES, LLC,                              :
                              Plaintiff,                     :
                                                             :      21 Civ. 2655 (LGS)
-against-                                                    :
                                                             :      ORDER
RAZON JR., et al.,                                           :
                              Defendants.                    :
-------------------------------------------------------------:
                                                             X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 13, 2021, the Court issued an Order setting a briefing schedule for Defendant's motion to dismiss the Amended Complaint and denying Defendants' request to stay proceedings pending resolution of the motion to dismiss. Dkt. No. 49.

WHEREAS, the Amended Complaint, filed on June 13, 2021, added Defendant Collingwood Investment Company Limited ("CICL"). Dkt. No. 85.

WHEREAS, on June 23, 2021, CICL filed a pre-motion letter in anticipation of a motion to dismiss (Dkt. No. 93), and on June 30, 2021, Plaintiff filed a responsive letter (Dkt. No. 98).

WHEREAS on June 30, 2021, Defendants filed a letter apprising the Court of any overlap between Defendants' anticipated motion to dismiss for which the Court has set a briefing schedule (Dkt. No. 49) and CICL's anticipated motion to dismiss, and requesting that Defendants file one set of briefing with enlarged page limits. Dkt. No. 97. It is hereby

**ORDERED** that Defendants, including CICL, will file one set of briefing, and the motion will be briefed according to the following schedule:

- by **July 15, 2021**, Defendants shall file their opening brief, not to exceed forty (40) pages;

- by **August 13, 2021**, Plaintiff shall file its opposition brief, not to exceed forty (40) pages; and

- by **September 3, 2021**, Defendants shall file their reply brief, not to exceed twenty (20) pages.

The parties shall otherwise comply with the Court's Individual Rules, and if in effect, the Emergency Individual Rules and Practices in light of COVID-19. It is further

The Clerk of Court is respectfully directed to close the motion at Docket No. 93.

Dated: July 1, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE