USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL GAMING PHILIPPINES, LLC,

*Plaintiff*,

v.

ENRIQUE K. RAZON, JR.;
BLOOMBERRY RESORTS AND HOTELS
INC.; SURESTE PROPERTIES, INC.;
COLLINGWOOD INVESTMENT
COMPANY LIMITED; COLLINGWOOD
OIL & GAS HOLDINGS, LLC;
COLLINGWOOD USA, INC.;
COLLINGWOOD BROOKSHIRE USA,
INC.; COLLINGWOOD APPALACHIAN
MINERALS, LLC; ASIA ARROW
LIMITED; RIZOLINA LLC; ENSARA LLC;
NOZAR LLC; BOWERY BAY LLC;
CAMPANILLA LLC; FESARA LLC; AND
11 ESSEX STREET REALTY LLC,

*Defendants*.

No. 21-CV-2655 (LGS)

---

## MOTION AND ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel M. Perry, and subject to the approval of the Court, Michael D. Nolan hereby withdraws as counsel for Defendants Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc. and shall be removed from the CM/ECF notification list in the above-captioned matter. Mr. Nolan has retired from Milbank LLP. Daniel M. Perry and Brett P. Lowe of Milbank LLP will continue to represent Defendants Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc. in this action.

Dated: July 2, 2021  
New York, New York

MILBANK LLP

By: /s/ Daniel M. Perry  
Daniel M. Perry  
55 Hudson Yards  
New York, NY 10001  
Telephone: (212) 530-5000  
Facsimile: (212) 530-5219

Brett P. Lowe (admitted *Pro Hac Vice*)  
1850 K Street, NW  
Suite 1100  
Washington, DC 20006  
Telephone: (202) 835-7500  
Facsimile: (202) 263-7586  
*Counsel to Defendants Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc.*

**SO ORDERED.**

_____  
SARAH NETBURN  
United States Magistrate Judge

Dated: July 8, 2021  
New York, New York