UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GLOBAL GAMING PHILLIPINES, LLC,

                       Plaintiff,                      21-CV-02655 (LGS) (SN)

      -against-                                    **ORDER**

ENRIQUE K. RAZON, JR., et al.,

                       Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The discovery conference scheduled for Thursday, July 22, 2021, at 10:00 a.m. is RESCHEDULED to Wednesday, August 4, 2021, at 12:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     July 21, 2021
                 New York, New York