```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GLOBAL GAMING PHILLIPINES, LLC,

                                      Plaintiff,                  21-CV-02655 (LGS) (SN)

          -against-                                      **ORDER**

ENRIQUE K. RAZON, JR., et al.,

                                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court has received and reviewed the parties' August 20, 2021 letters. Because the parties indicate that additional time to meet and confer on certain issues would be productive, the parties are directed to discuss and narrow the outstanding issues in dispute. The parties shall jointly file a status letter on September 3, 2021, identifying any remaining issues that require the Court's intervention. The Court believes that judicial efficiency is promoted by allowing the parties to complete all of their discussions before addressing any outstanding issues.

**SO ORDERED.**

                                                                             _____
                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:       August 25, 2021
                  New York, New York