August 26, 2021

**VIA ECF**

Hon. Sarah Netburn
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Global Gaming Philippines, LLC v. Razon Jr., et al.*, No. 21-cv-2655 (LGS)-(SN)

Dear Judge Netburn:

On behalf of all Defendants in the above-captioned matter, we write to request that the Court clarify whether its Order of August 25, 2021 (Dkt. No. 144) that directed the parties to discuss and narrow the issues between the parties applies just to outstanding issues regarding Plaintiff GGP's motions to compel (Dkt. Nos. 109, 110, 112 and 113), which were the subject of the parties' status letters submitted to the Court on August 20 (Dkt. Nos. 142 and 143).

We believe that Defendants' motions to compel (Dkt. Nos. 102, 103 and 104) are now fully briefed (*see* Dkt. Nos. 125, 140, 141) and ripe for decision by the Court.  Plaintiff GGP also appears to believe that these motions are now fully briefed.  *See* Dkt. No. 137 at 3, ¶ 5.c.  And, at the parties' hearing before Your Honor on August 4, the Court indicated that it would rule on Defendants' motions to compel in a forthcoming written decision.[1]

To the extent that the Court intended its Order of August 25 to direct meet and confers between the parties regarding Defendants' motions to compel, Defendants believe that any such meet and confer is likely to be futile as Plaintiff GGP has been thus far unwilling to offer any compromise with respect to the requests that are the subject of those motions to compel.

Sincerely,

| MILBANK LLP | WALFISH & FISSELL PLLC |
|---|---|
| /s/  *Daniel M. Perry* | /s/  *Rachel Penski Fissell* |
| Daniel M. Perry | Rachel Penski Fissell |
| 55 Hudson Yards | Daniel R. Walfish |
| New York, NY 10001 | 405 Lexington Ave 8th floor |
| Telephone: (212) 530-5000 | New York, NY 10174 |
| Facsimile: (212) 530-5219 | Telephone: 212-672-0523 |
| dperry@milbank.com | rfissell@walfishfissell.com |

---

[1] *See* August 4, 2021 Hr'g Tr. 60:15-18 ("THE COURT: . . . I know that there remain the motions that the defendant entities have submitted. I may be able to address that in a written ruling. If not, I will schedule oral argument later on with respect to those applications.").  Given that the Defendants submitted reply letters in lieu of oral argument on their motions to compel, *see* Dkt. Nos. 140 and 141, it is Defendants' understanding that the Court will be issuing a written decision on their motions to compel.

Judge Netburn
August 26, 2021                                                                                                              Page 2

Brett P. Lowe (admitted *pro hac vice*)
1850 K Street, NW
Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
blowe@milbank.com

*Attorneys for Defendants Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc.*

MEHAFFYWEBER, PC

/s/  Corey J. Seel
Corey J. Seel (admitted *pro hac vice*)
Konor Cormier (admitted *pro hac vice*)
Diana J. Shelby (admitted *pro hac vice*)
500 Dallas, Suite 2800
Houston, TX 77002
Telephone: 713-655-1200
Facsimile: 713-655-0222
coreyseel@mehaffyweber.com
konorcormier@mehaffyweber.com
dianashelby@mehaffyweber.com

*Attorneys for Defendants Collingwood Investment Company Limited; Collingwood Oil & Gas Holdings, LLC; Collingwood USA, Inc., Collingwood Brookshire USA, Inc. and Collingwood Appalachian Minerals, LLC*

dwalfish@walfishfissell.com

*Attorneys for Defendants Enrique K. Razon Jr., Asia Arrow Limited, Rizolina LLC, Ensara LLC, Nozar LLC, Bowery Bay LLC, Campanilla LC, Fesara LLC, and 11 Essex Street Realty LLC*