UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    GLOBAL GAMING PHILIPPINES, LLC,
                              Plaintiffs,

                                                                  21 Civ. 2655 (LGS)
    -against-

                                                                  <u>ORDER</u>

    ENRIQUE K. RAZON, JR.., et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on September 16, 2021, Magistrate Judge Netburn issued an Order denying Defendants Bloomberry Resorts and Hotels Inc.'s and Sureste Properties, Inc.'s motion to compel. (Dkt. No. 155.)

       WHEREAS, on September 30, 2021, Defendants Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc. filed objections to Judge Netburn's Order. (Dkt. No. 165.) It is hereby

       **ORDERED** that, by **October 7, 2021**, Plaintiffs shall file any opposition to Docket No. 165.

Dated: October 1, 2021
       New York, New York

                                                                LORNA G. SCHOFIELD
                                                             UNITED STATES DISTRICT JUDGE