UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GLOBAL GAMING PHILIPPINES, LLC,

                                  Plaintiff,                        21-CV-02655 (LGS)(SN)

      -against-                                                     **ORDER**

ENRIQUE K. RAZON, JR., et al.,

                                  Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 12, 2021, the Court held a conference to address ongoing discovery disputes between the parties.

       As discussed at the conference, the Plaintiff is ORDERED to provide a total of 18 unique search strings to be run on Defendants' ICTSI and Solaire data repositories by Monday, November 15, 2021. Defendants shall provide Plaintiff with hit reports on each of the search strings by Friday, November 19, 2021. Document production is STAYED pending the outcome of searches using the new search terms.

       The Court authorizes discovery related to the option shares, including such discovery for dates after 2014.

       Plaintiff's objection to the redaction of board minutes on relevancy grounds is SUSTAINED. Defendants are ORDERED to produce unredacted board minutes, except that highly sensitive commercial or proprietary information may be redacted and such redaction shall be identified on a privilege log. Plaintiff's objection to the redaction of the salaries of certain officers is OVERRULED. Plaintiff's objection to the redaction of full bank account numbers is

OVERRULED in part. The Defendants may redact all but the last four digits of the account numbers.

Defendants are ORDERED to present Plaintiff's search terms to Silverio Tan and Jose Alarilla and request that they conduct searches on their email accounts.

By Monday, November 22, 2021, the parties shall file a status letter with the Court on the discovery disputes discussed at the conference, including whether Tan and Alarilla have consented to search their email accounts. That letter should state whether the parties believe that a conference is necessary.

If a conference is necessary, it will be held in-person on Tuesday, November 23, 2021, at 3:00 PM in Courtroom 11C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. It is ORDERED that per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

Lastly, Plaintiff has filed a motion to compel against Defendant Collingwood Investment Company Limited. ECF No. 179. Defendant shall file its opposition letter brief by Thursday, November 18, 2021. Plaintiff's reply shall be filed by November 23, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
          November 18, 2021

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.