UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GLOBAL GAMING PHILIPPINES, LLC,

                                 Plaintiff,                              21-CV-02655 (LGS)(SN)

           -against-                                   **ORDER**

ENRIQUE K. RAZON, JR., et al.,

                                 Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 23, 2021, the Court held a conference to discuss outstanding discovery disputes. By December 4, 2021, the parties shall file a status letter with the Court addressing the following:

- An update on the Parties' efforts to further narrow the Plaintiff's search terms, and an update on whether the hit results from the "SRockEnergy.com" search can be de-duplicated against the emails that have already been produced by Ahmad Atwan.

- For each of the eight outstanding RFPs discussed at the conference, (i) the actual RFP language; (ii) four sentences from Plaintiff explaining the relevance of the request and (iii) four sentences from the relevant Defendants detailing any objections.

- An update on whether non-party Eric Chu will voluntarily conduct a search of his Gmail account in the relevant time period, and whether the search terms should be in English, Chinese, or another language.

- An update on Plaintiff's production of documents from the GGP and Canter Fitzgerald searches of the three option share search terms, as well as a report on the parties' positions with respect to outstanding searches of the personal email accounts of four individuals.

In addition, by December 4, 2021, either Plaintiff shall file its Reply to the Defendant Collingwood Investment Company Limited's opposition to its Motion to Compel or the Parties shall provide a report on their agreement.

Lastly, by December 23, 2021, Defendants shall provide the results of non-party Silverio Tan's search of his email to Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         November 29, 2021