```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2021
```

December 6, 2021

**VIA ECF**
Hon. Sarah Netburn
United States District Court for the Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

Re:   *Global Gaming Philippines, LLC v. Razon, Jr., et al.*, 21 Cv. 2655 (LGS) (SN)

Dear Magistrate Judge Netburn:

Plaintiff Global Gaming Philippines, LLC ("Plaintiff") and defendant Collingwood Investment Company Limited ("CICL") respectfully write to inform the Court that they have resolved their disputes regarding Plaintiff's Motion to Compel Discovery from CICL (Dkt. 179) (the "Motion"), and that Plaintiff is withdrawing the Motion pursuant to their agreement.

Respectfully submitted,

| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | MEHAFFYWEBER, PC |
|---|---|
| | */s/ Corey J. Seel* |
| */s/ Kevin N. Ainsworth* | Corey J. Seel (pro hac vice) |
| Kevin N. Ainsworth | KONOR CORMIER (pro hac vice) |
| Jason P.W. Halperin | DIANA J. SHELBY (pro hac vice) |
| Daniel T. Pascucci | 500 Dallas, Suite 2800 |
| Joseph R. Dunn | Houston, TX 77002 |
| | Telephone: 713-655-1200 |
| 666 Third Avenue | Facsimile: 713-655-0222 |
| New York, NY 10017 | coreyseel@mehaffyweber.com |
| T: (212) 935-3000 | konorcormier@mehaffyweber.com |
| F: (212) 983-3115 | DianaShelby@mehaffyweber.com |
| jhalperin@mintz.com | |
| dtpascucci@mintz.com | *Attorneys For Defendants Collingwood* |
| jrdunn@mintz.com | *Investment Company Limited, Collingwood* |
| kainsworth@mintz.com | *Oil & Gas Holdings, LLC; Collingwood USA,* |
| | *Inc., Collingwood Brookshire USA, Inc. and* |
| *Attorneys for Plaintiff* | *Collingwood Appalachian Minerals, LLC* |
| *Global Gaming Philippines, LLC* | |

---

In light of the parties' agreement, Plaintiff's Motion to Compel is withdrawn. The Clerk of Court is respectfully directed to close the gavel at ECF No. 179.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 7, 2021
       New York, New York