UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GLOBAL GAMING PHILIPPINES, LLC,

                      Plaintiff,

    -against-

ENRIQUE K. RAZON, Jr., et al.,

                     Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/2021

21-CV-02655 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    This Order addresses the outstanding discovery issues identified in the parties' December 3, 2021 status letter to the Court. ECF No. 189. The Court commends the parties for their efforts to reach a compromise on the remaining disputes and narrow the issues for the Court's review.

    With respect to JX-1 RFP 4, the motion to compel is DENIED. In addition to reviewing the parties' statements in connection with the December 3, 2021 filing, the Court has reviewed the parties' original letters on this issue at ECF Nos. 109 & 124. Plaintiff has already received from the Debtor Defendants substantial discovery (albeit pre-2014) related to the Option Shares from the arbitration discovery. See 124 at 3, n.11. Thus, the Court weighs the burden on the Debtor Defendants of conducting further searches with the probative value that such production may present to Plaintiff and finds that the burden outweighs the value. To the extent that this discovery concerns Plaintiff's Count VI (Conversion) against Razon, further discovery against the Debtor Defendants – especially with respect to public financial disclosures – is unwarranted.

To the extent that this discovery concerns Plaintiff's alter ego theory, Plaintiff has already obtained significant discovery on this issue.

The Plaintiff is ORDERED to make reasonable efforts to obtain the results of the search of non-party Chiu's email and update Defendants by December 20, 2021.

The Defendants' request that Plaintiff be ordered to respond to the Defendant Real Estate Entities Interrogatories Nos. 1-3 by December 6, 2021, is DENIED. Plaintiff is ORDERED to serve its response to the interrogatories by December 20, 2021.

The stay of document production ordered on November 18, 2021, is lifted. ECF No. 181. Document production shall be substantially completed by December 23, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         December 10, 2021