UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 :
GLOBAL GAMING PHILIPPINES, LLC, :
                  Plaintiffs, :
 :          21 Civ. 2655 (LGS)
-against- :
 :          ORDER
ENRIQUE K. RAZON, JR.., et al., :
                  Defendants. :
-------------------------------------------------------------:
                                                  X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on May 13, 2021, the Court issued a Case Management Plan and Scheduling Order which set a case management conference for January 13, 2022, at 10:40 a.m., approximately fourteen days after the close of all discovery. (Dkt. No. 51.)

        WHEREAS, on September 21, 2021, Magistrate Judge Netburn extended the deadline for fact discovery to February 11, 2022, and on October 20, 2021, extended the deadline for expert discovery to April 27, 2022. (Dkt. No. 173 (Netburn, M.J.).) It is hereby

        **ORDERED** that the case management conference scheduled for January 13, 2022, is **ADJOURNED** to **May 11, 2022, at 4:10 p.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: January 6, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE