February 28, 2022

**VIA ECF**

Hon. Sarah Netburn
United States District Court for the Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

Re:   *Global Gaming Philippines, LLC v. Razon, Jr., et al.*, **21 Cv. 2655 (LGS) (SN)**

Dear Magistrate Judge Netburn:

Further to the Court's orders entered on January 19, 2022 (Dkt. No. 209) and February 18, 2022 (Dkt No. 213), the parties hereby submit this joint letter to provide the Court the deposition schedule to which they have agreed.

| Deponent Name | Noticing Party | Date | Location |
|---|---|---|---|
| Gerard "Bing" Festin | Plaintiff | Friday, April 1, 2022 (Manila time) | Remote |
| Arnold Rivas | Plaintiff | Tuesday, April 5, 2022 (Manila time) | Remote |
| Christopher Espera | Plaintiff | Friday, April 8, 2022 (Manila time) | Remote |
| Donato Almeda (individually and as a 30(b)(6) witness for BRHI and SPI) | Plaintiff | To be scheduled for a to-be-determined date during the week starting April 11 or April 18, 2022 (Manila time), or such other date after April 8, 2022 agreed to by the parties | Remote |
| William P. Weidner | Defendants | Wednesday, April 20, 2022 | Las Vegas, NV |
| Garry W. Saunders | Defendants | Friday, April 22, 2022 | Las Vegas, NV |
| Silverio "Benny" Tan | Plaintiff | Tuesday, April 26, 2022 (Manila time) | Remote |
| Bradley H. Stone | Defendants | Wednesday, April 27, 2022 | Las Vegas, NV |

February 28, 2022
Page 2

| Deponent Name | Noticing Party | Date | Location |
|---|---|---|---|
| Jose Alarilla | Plaintiff | Friday, April 29, 2022 (Manila time) | Remote |
| Estella Tuason-Occena (individually and as a 30(b)(6) witness for BRHI and SPI and the Energy Entities) | Plaintiff | Wednesday-Thursday, May 4-5, 2022 (Manila time) | Remote |
| Medel Payumo (individually and as a 30(b)(6) witness for the Real Estate Entities) | Plaintiff | Friday, May 6, 2022 | New York, NY |
| Enrique K. Razon, Jr. (individually and as a 30(b)(6) witness for BRHI, SPI, and the Real Estate Entities) | Plaintiff | Wednesday-Thursday, May 11-12, 2022*<br><br>*Subject to a to-be-agreed time limit of less than 7 hours per day | New York, NY |
| Jonathan Rein | Defendants | Tuesday, May 17, 2022 | New York, NY |
| Binyomin Kaplan (as a 30(b)(6) witness for Plaintiff) | Defendants | Thursday, May 19, 2022 | New York, NY |
| Binyomin Kaplan (as a 30(b)(6) witness for Cantor Fitzgerald L.P.) | Defendants | Friday, May 20, 2022 | New York, NY |

Both sides have expressed interest in taking additional depositions, but the Parties have agreed to proceed with the depositions of the party witnesses above and that any further depositions will require express agreement of the Parties or a court order. More specifically:

1. Defendants have objected to Plaintiff taking more than the depositions above because Plaintiff would exceed the presumptive limit of 10 depositions provided by Rule 30(a)(2). Plaintiff believes that the facts of this case supports taking several additional party and non-party depositions (most of which would be taken remotely and limited to a few hours each), and reserves the right to make a motion for leave to take these depositions, including the deposition of Felicia Razon.

2. Defendants have subpoenaed Howard Lutnick and he has objected. Defendants reserve the right to make a motion to compel his deposition.

February 28, 2022
Page 3

Finally, the parties are continuing to meet and confer on a variety of logistical issues in connection with depositions, and reserve all rights.

Respectfully submitted,

| | |
|---|---|
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | WALFISH & FISSELL PLLC |
| */s/ Kevin N. Ainsworth* | */s/Rachel Penski Fissell* |
| Kevin N. Ainsworth | Rachel Penski Fissell |
| Jason P.W. Halperin | Daniel R. Walfish |
| Barry Bohrer | 405 Lexington Ave 8th floor |
| Daniel T. Pascucci | New York, NY 10174 |
| Joseph R. Dunn | Telephone: 212-672-0523 |
| | rfissell@walfishfissell.com |
| 666 Third Avenue | |
| New York, NY 10017 | *Attorneys for Defendants Enrique K. Razon,* |
| T: (212) 935-3000 | *Jr., Asia Arrow Limited, Rizolina LLC,* |
| F: (212) 983-3115 | *Ensara LLC, Nozar LLC, Bowery Bay LLC,* |
| jhalperin@mintz.com | *Campanilla LLC, Fesara LLC, and 11 Essex* |
| BBohrer@mintz.com | *Street Realty LLC* |
| dtpascucci@mintz.com | |
| jrdunn@mintz.com | |
| kainsworth@mintz.com | |

*Attorneys for Plaintiff*
*Global Gaming Philippines, LLC*

| MEHAFFYWEBER, PC | MILBANK LLP |
|---|---|
| */s/ Corey J. Seel* | */s/ Daniel M. Perry* |
| Corey J. Seel (pro hac vice) | Daniel M. Perry |
| KONOR CORMIER (pro hac vice) | 55 Hudson Yards |
| DIANA J. SHELBY (pro hac vice) | New York, NY 10001 |
| 500 Dallas, Suite 2800 | Telephone: (212) 530-5000 |
| Houston, TX 77002 | Facsimile: (212) 530-5219 |
| Telephone: 713-655-1200 | dperry@milbank.com |
| Facsimile: 713-655-0222 | |
| coreyseel@mehaffyweber.com | Brett P. Lowe (admitted pro hac vice) |
| konorcormier@mehaffyweber.com | 1850 K Street, NW |
| DianaShelby@mehaffyweber.com | Suite 1100 |
| | Washington, DC 20006 |
| *Attorneys For Defendants Collingwood* | Telephone: (202) 835-7500 |
| *Investment Company Limited, Collingwood* | Facsimile: (202) 263-7586 |
| *Oil & Gas Holdings, LLC; Collingwood USA,* | blowe@milbank.com |
| *Inc., Collingwood Brookshire USA, Inc. and* | |
| *Collingwood Appalachian Minerals, LLC* | *Attorneys for Defendants Bloomberry Resorts And Hotels Inc. and Sureste Properties, Inc.* |

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 1, 2022
         New York, New York