AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| GLOBAL GAMING PHILIPPINES, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21 Cv. 2655 (LGS) (SN) |
| ENRIQUE K. RAZON, JR. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Global Gaming Philippines, LLC            .

Date: 03/28/2022

*s/ Kaitlyn A. Crowe*
*Attorney's signature*

Kaitlyn A. Crowe, 5107032
*Printed name and bar number*
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
666 Third Avenue
New York, NY 10017

*Address*

KACrowe@mintz.com
*E-mail address*

(212) 692-6715
*Telephone number*

(212) 983-3155
*FAX number*