

**Kevin N. Ainsworth**
212 692 6745
kainsworth@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212 935 3000
mintz.com

April 4, 2022

**VIA ECF**
Hon. Sarah Netburn
United States District Court for the Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

Re:   *Global Gaming Philippines, LLC v. Razon, Jr., et al.*, 21 Cv. 2655 (LGS) (SN)

Dear Magistrate Judge Netburn:

On behalf of Plaintiff Global Gaming Philippines, LLC ("Plaintiff"), we respectfully inform the Court that the parties have reached agreement regarding the issues raised in Plaintiff's Letter Motion for Discovery filed April 1, 2022 (ECF No. 219) (the "Motion"). Accordingly, Plaintiff hereby withdraws the Motion.

Respectfully submitted,

/s/ Kevin N. Ainsworth

Kevin N. Ainsworth


cc: All counsel of record (via ECF)