UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ENRIQUE K. RAZON, JR., et al.,<br><br>*Defendants*. | No. 21-CV-2655 (LGS) (SN)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Declarations of Marjorie T. Uyengco-Nolasco and Ninez C. Maningat, and the accompanying Memorandum of Law, Defendant Enrique K. Razon, Jr., by and through his counsel, will move this Court, at a date and time to be determined, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing, with prejudice, Count V of the Second Amended Complaint ("SAC") in this action and the demand for punitive damages set forth in the SAC for failure to state a claim upon which relief can be granted, and granting such other and/or further relief as the Court deems just and proper.

Dated: April 18, 2022
       New York, New York

WALFISH & FISSELL PLLC

By: */s/ Daniel R. Walfish*
Rachel Penski Fissell
Daniel R. Walfish
405 Lexington Ave 8th floor
New York, NY 10174
Telephone: 212-672-0521
dwalfish@walfishfissell.com

*Attorneys for Defendant Enrique K. Razon, Jr.*