UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GLOBAL GAMING PHILIPPINES, LLC, :
                              Plaintiff, :    21 Civ. 2655 (LGS)
                                          :
               -against- :    ORDER
                                          :
ENRIQUE K. RAZON, JR., et al., :
                            Defendants. :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on April 18, 2022, Magistrate Judge Netburn granted Plaintiff's motion for a protective order precluding the Bloomberry Defendants from questioning witnesses regarding allegations of fraud committed in connection with the arbitration. (Dkt. No. 231.)

       WHEREAS, on May 2, 2022, the Bloomberry Defendants timely filed objections to Judge Netburn's April 18, 2022, Order, with an eighteen-page memorandum of law in support of the objections. (*See* Dkt. Nos. 238, 239.)

       WHEREAS, the Court's Individual Rule III.B.1. states that "objections or responses to objections to a Magistrate Judge's Report and Recommendation . . . shall not exceed 10 pages." It is hereby

       **ORDERED** that, by **May 6, 2022**, the Bloomberry Defendants shall file an amended memorandum of law in support of the objections, not to exceed ten pages. It is further

       **ORDERED** that, by **May 13, 2022**, Plaintiff shall file an response, not to exceed ten pages.

       The Clerk of Court is respectfully directed to strike the filing at Dkt. No. 239.

Dated: May 3, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE