May 6, 2022

<u>VIA ECF</u>
Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Global Gaming Philippines, LLC v. Razon, Jr., et al.*, 21 Cv. 2655 (LGS) (SN)

Dear Judge Schofield:

The Parties jointly, respectfully, request that the case management conference that is scheduled for May 11, 2022, be adjourned to a date after the close of expert witness discovery.

The Court initially scheduled the case management conference in the Case Management Plan and Scheduling Order, to be held approximately fourteen days after the close of all discovery. (*See* ECF Nos. 51, 205.) The Court then extended the discovery deadline and Court adjourned the case management conference to May 11, 2022. (ECF No. 205.) The Court later extended the discovery deadlines, and expert discovery currently is scheduled to close on August 12, 2022. (ECF No. 209.) The Court again extended the fact discovery deadline to June 2, 2022. (ECF No. 224.)

Simultaneously with the filing of this letter, the parties are filing a joint letter asking that expert discovery be completed by September 30, 2022.

Application **GRANTED**. The conference scheduled for May 11, 2022 is **ADJOURNED** to **October 19, 2022**, at **4:10 p.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 244.

Dated: May 10, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

| | |
|---|---|
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Milbank LLP |
| | |
| */s/Kevin N. Ainsworth* | */s/ Daniel M. Perry* |
| Kevin N. Ainsworth | Daniel M. Perry |
| Barry Bohrer | 55 Hudson Yards |
| Jason P.W. Halperin | New York, NY 10001 |
| Kaitlyn A. Crowe | Telephone: (212) 530-5000 |
| Daniel T. Pascucci | Facsimile: (212) 530-5219 |
| Joseph R. Dunn | dperry@milbank.com |
| | |
| 666 Third Avenue | Erin M. Culbertson |
| New York, NY 10017 | Brett P. Lowe (admitted *pro hac vice*) |
| T:  (212) 935-3000 | 1850 K Street, NW |
| F:  (212) 983-3115 | Suite 1100 |
| kainsworth@mintz.com | Washington, DC 20006 |
| bbohrer@mintz.com | Telephone:  (202) 835-7500 |
| jhalperin@mintz.com | Facsimile:  (202) 263-7586 |
| kacrowe@mintz.com | eculbertson@milbank.com |
| dtpascucci@mintz.com | blowe@milbank.com |
| jrdunn@mintz.com | *Counsel to Defendants Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc.* |
| *Attorneys for Plaintiff Global Gaming Philippines, LLC* | |

Walfish & Fissell PLLC

By:  */s/ Rachel Penski Fissell*
Rachel Penski Fissell
Daniel R. Walfish

405 Lexington Avenue, Fl 8
New York, NY 10174
Tel.: 212-672-0523
rfissell@walfishfissell.com
dwalfish@walfishfissell.com
*Attorneys for Defendant Enrique K. Razon, Jr.*