October 6, 2022

> Application **GRANTED**. The conference scheduled for October 19, 2022, is **ADJOURNED** to January 4, 2023, at 4:10 p.m. The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333. The time of the conference is approximate but the parties shall be prepared to begin at the scheduled time. So Ordered.
>
> Dated: October 7, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court for the Southern District of N
500 Pearl Street
New York, NY 10007

Re:    *Global Gaming Philippines, LLC v. Razon, Jr., et al.*, 21 Cv. 2655 (LGS) (SN)

Dear Judge Schofield:

The Parties respectfully request that the case management conference that is currently scheduled for October 19, 2022 be adjourned until a date after the close of expert discovery on December 9, 2020.

The Court's Case Management Plan and Scheduling Order contemplates that a case management conference will be held "usually fourteen days after the close of all discovery." (*See* ECF No. 51.) The Court has extended the discovery deadlines in this case on multiple occasions. (ECF No. 205, 209, 247.) At the time that the Court set the close of expert discovery for September 30, 2022 (ECF No. 247), Your Honor scheduled the case management conference for October 19, 2022. (ECF No. 248.) Since then, the Court has extended the expert discovery deadline to December 9, 2022. (ECF No. 277.)

Respectfully submitted,

| | |
|---|---|
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | WALFISH & FISSELL PLLC |
| */s/ Kevin N. Ainsworth* | */s/ Rachel Penski Fissell* |
| Kevin N. Ainsworth | Rachel Penski Fissell |
| Jason P.W. Halperin | Daniel R. Walfish |
| Daniel T. Pascucci | 405 Lexington Ave 8th floor |
| Joseph R. Dunn | New York, NY 10174 |
| | Telephone: 212-672-0523 |
| 666 Third Avenue | rfissell@walfishfissell.com |
| New York, NY 10017 | |
| T: (212) 935-3000 | *Attorneys for Defendants Enrique K. Razon, Jr.* |
| F: (212) 983-3115 | |
| jhalperin@mintz.com | |
| dtpascucci@mintz.com | |
| jrdunn@mintz.com | |
| kainsworth@mintz.com | |
| | |
| *Attorneys for Plaintiff Global Gaming Philippines, LLC* | |

MILBANK LLP

*/s/ Daniel M. Perry*
Daniel M. Perry
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
dperry@milbank.com

Brett P. Lowe (admitted pro hac vice)
1850 K Street, NW
Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
mnolan@milbank.com
eculbertson@milbank.com
blowe@milbank.com

*Attorneys for Defendants Bloomberry Resorts And Hotels Inc. and Sureste Properties, Inc.*