UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>ENRIQUE K. RAZON, JR.; et al.,<br><br>*Defendants.* | No. 21 Cv. 2655 (LGS)(SN) |

### DECLARATION OF KEVIN N. AINSWORTH

I, Kevin N. Ainsworth, declare under penalty of perjury that the following is true and correct:

1. I am a member of the Bar of this Court and the State of New York, and a member of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. I serve as counsel for Plaintiff Global Gaming Philippineerss, LLC ("Plaintiff" or "GGAM"). I am familiar with the matters involved in this case and submit this declaration in support of Plaintiff's Motion to Exclude Testimony of Catherine Rogers in this action.

2. Attached as Exhibit A is a true and correct copy of the Expert Report of Catherine Rogers dated September 16, 2022.

3. Attached as Exhibit B is a true and correct copy of the Partial Award on Liability issued by the Arbitral Tribunal in *Global Gaming Philippines LLC et al. v. Bloomberry Resorts and Hotels, Inc. et al.*, on September 20, 2016 ("Liability Award").

4. Attached as Exhibit C is a true and correct copy of the Final Award issued by the Arbitral Tribunal in *Global Gaming Philippines LLC et al. v. Bloomberry Resorts and Hotels, Inc. et al.*, on September 27, 2019 ("Final Award").

5. Attached as Exhibit D is a true and correct copy of the Judgment issued in [2020] SGHC 01 by the High Court of the Republic of Singapore on January 3, 2020, confirming the Liability Award.

6. Attached as Exhibit E is a true and correct copy of the Judgment issued in [2020] SGHC 113 by the High Court of the Republic of Singapore on May 29, 2020, confirming the Final Award.

7. Attached as Exhibit F is a true and correct copy of the Judgment issued in [2021] SGCA 9 by the Court of Appeal of the Republic of Singapore on February 16, 2021, affirming the High Court's judgment confirming the Liability Award.

8. Attached as Exhibit G is a true and correct copy of the Judgment issued in [2021] SGCA 94 by the Court of Appeal of the Republic of Singapore on October 4, 2021, affirming the High Court's judgment confirming the Final Award.

9. Attached as Exhibit H is a true and correct copy of Respondents' Statement of Defense and Amended Counterclaims in *Global Gaming Philippines LLC et al. v. Bloomberry Resorts and Hotels, Inc. et al.*, dated February 2, 2015.

10. Attached as Exhibit I is a true and correct copy of excerpts from the Transcript of Day 4 of the Liability Hearing before the Arbitral Tribunal in *Global Gaming Philippines LLC et al. v. Bloomberry Resorts and Hotels, Inc. et al.*, dated October 20, 2015.

11. Attached as Exhibit J is a true and correct copy of excerpts from the Transcript of Day 5 of the Liability Hearing before the Arbitral Tribunal in *Global Gaming Philippines LLC et al. v. Bloomberry Resorts and Hotels, Inc. et al.*, dated October 21, 2015.

12. Attached as Exhibit K is a true and correct copy of Article 9 of the IBA Rules on the Taking of Evidence in International Arbitration (2010).

Executed on this 15th day of November 2022.

                                            */s/ Kevin N. Ainsworth*
                                            Kevin N. Ainsworth