# EXHIBIT I

———————————————————————————————

**IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)**

———————————————————————————————

B E T W E E N

**GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.**

Claimants

- and -

**BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.**

Respondents

———————————————————————————————

- Before -

**DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ**

Heard on:

**Tuesday, 20 October 2015**

———————————————————————————————

**Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)**
Appeared on behalf of the Claimants

**Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)**
Appeared on behalf of the Respondents

DTI Corporation Pte. Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +65 6653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com



GGAM-SDNY-0358039

```
 1   12.36  A.   Because there was none.  We had to find some.

 2          Q.   You say there was none, but in fact there is a

 3               listing of the junkets that were already in place,

 4               isn't there?

 5          A.   Yes, but they weren't performing, except a couple of

 6               them.

 7          Q.   So you made your own deal?

 8          A.   Made our own deals, yes, at that time.

 9          Q.   And GGAM complained to you, Mr French complained to

10               you that they were bad deals?

11          A.   No, just one.

12          Q.   The deal with Mr Lam?

13          A.   The deal with Mr Lam, which lasted all of two or

14               three weeks because he didn't deliver.

15          Q.   Even though you overpaid him for the deal?

16          A.   We didn't overpay anything.  He was supposed to

17               produce, he would get a higher commission than

18               normal, but he never produced the minimum.  He

19               didn't get anything.

20          Q.   Would you look at tab 84, please, sir?  Are you

21               there, sir?

22          A.   Yes.

23          Q.   This is an email from Mr French -- this is JCB-187.

24               This is an email from Mr French to Mr Saunders and

25               Mr Stone saying he had a conversation with you and
```

```
 1    12.38      you had a new plan for junkets, correct?

 2          A.   June 3.

 3          Q.   June 3, 2013.

 4          A.   No, I'm reading the first paragraph.  Some of this

 5               is not accurate.

 6          Q.   Mr French reports that he spoke with you and --

 7          A.   Who is Kelvin?

 8          Q.   Pardon me, sir?

 9          A.   Who is Kelvin?

10          Q.   Your attorney can ask you that, sir.  I'm focusing

11               on a different part.  He says:

12                   "... he believes if we incent junkets with

13               absurd deals we can drive huge revenues and threaten

14               Macau."

15          A.   Who said this?

16          Q.   Mr French reports that you said it?

17          A.   No, threaten Macau?  We didn't get any business from

18               Macau.  I wouldn't say that.  It says here "I

19               believe Kelvin will screw up the junket market", who

20               is Kelvin?

21          Q.   So you didn't tell him that you wanted to incent

22               junkets?

23          A.   No, I want to incent junkets, but I didn't use the

24               term, use the term, "can drive huge revenues and

25               threaten Macau."  I had the numbers calculated very
```

```
 1    12.39       closely, I had sensitives run, which I always do, on
 2                what were the margins on this level of volume, next
 3                step level of volume, next step level of volume.
 4                That's what I did here.
 5         Q.     So in the next paragraph he says:
 6                    "... believing all of the above he had a chat
 7                with Jack Lam ..."
 8                    You see that?
 9         A.     Who is believing the above?
10         Q.     This is Mr French's report.
11         A.     Yeah, he's hallucinating, because I didn't tell him
12                this.
13         Q.     And he had a chat with Jack Lam?
14         A.     I had played golf with Jack Lam.
15         Q.     You were going to offer one and a half commission
16                deals or more if necessary?
17         A.     Yeah, 50/50, that's correct.
18         Q.     We pay the tax and the junket commissions?
19         A.     No, we split them.  Split everything down the line.
20         Q.     Then Mr French said that he told you that it would
21                greatly impact our margin, you see that?
22         A.     Yes, but he forgot to mention that we had no margins
23                at the time.
24         Q.     And he reports that you said:
25                    "You guys worry about margin too much."
```

```
 1   12.40  A.   No, I didn't say that.  I'm Mr Margin.  I
 2               incentivise them based on margin.  He's
 3               hallucinating.
 4          Q.   Mr French reports that he said, "It's not us guys,
 5               it's the investors" and he reports --
 6          A.   I think you need talk to Mr French about this.
 7          Q.   He reports you said:
 8                   "I don't care about them and I don't care about
 9               the stock price."
10          A.   No, I don't say these kind of things.
11          Q.   But you do agree that you wanted instant results,
12               right?
13          A.   Yeah, is something wrong with that?
14          Q.   And you're aware that it was Mr Weidner who was
15               bringing in SunCity, the most important junket in
16               Macau?
17          A.   Mr Weidner didn't bring in any SunCity.  It was a
18               casual junket that we didn't even see.  SunCity only
19               started in May of this year.  Casual junket, we have
20               83 of them.  They are signed by all junket, every
21               junket existing has a casual junket agreement with
22               almost every casino.  They are meaningless.
23          Q.   And you understand that at the time that all of this
24               is going on, Ms Occena cut off the emails to GGAM so
25               they couldn't see the financial reports and work on
```

```
 1   12.41      it?

 2         A.   You're jumping to one something -- Mike French got

 3              the reports every day.  We discussed the reports

 4              almost every day.

 5         Q.   Would you see tab 25, please, sir?

 6         A.   25.

 7         Q.   This is CE-152.

 8         CHAIRMAN:  Sorry to interrupt, but it will be about time

 9              to take the break.

10         MR PATRIZIA:  This is starting a new topic.  I would be

11              happy to break for lunch now, sir.

12         CHAIRMAN:  Why don't we do that?

13         MR PATRIZIA:  I'm pleased to do so.

14         A.   Yes, sir, whatever you rule.

15         CHAIRMAN:  We usually have a break of an hour and 15

16              minutes for lunch, so we should be back here, let's

17              say, round it up to 2 o'clock.

18         A.   I'm back after lunch.

19         MR PATRIZIA:  Back at 2 o'clock?

20         CHAIRMAN:  Yes.

21         MR PATRIZIA:  And you'll give the same instruction to the

22              witness?

23         CHAIRMAN:  Of course.  Same instruction is you must not

24              speak with your lawyers during the lunch hour.

25         A.   I guess I have to go out and have lunch by myself.
```

```
 1   12.42 CHAIRMAN:  The same as with the coffee break.

 2         A.   Yes, sir.

 3         MR PATRIZIA:  Thank you, sir.

 4         (12.42 pm)

 5                      (The luncheon adjournment)

 6         (2.00 pm)

 7         CHAIRMAN:  Good afternoon.  Good afternoon, Mr Razon.

 8         A.   Good afternoon, sir, your Honour.

 9         CHAIRMAN:  We will resume the session and continue with

10              your examination.  Mr Patrizia?

11         MR PATRIZIA:  Thank you, Dr Rigo.

12                  Good afternoon, Mr Razon.

13         A.   Good afternoon, sir.

14         Q.   When we left for lunch, I had asked you to look at

15              tab 25.

16         A.   I'm on tab 25.

17         Q.   Which is CE-152, and you will see, sir, that this

18              is, at the top, an email from Mr Anthony See Toh to

19              Ms Occena and you, is that correct?

20         A.   That is correct.

21         Q.   And you had expressed the concern in the middle of

22              that first page that Mr See Toh was still sometimes

23              copying Brad and Garry, do you see that?

24         A.   Yes, because they were no longer in the approval

25              loop of the credit.
```

```
 1   14.06  Q.   Because you had taken credit approval away from
 2               them?
 3          A.   That's correct.
 4          Q.   And Ms Occena says to Mr See Toh:
 5                    "Please do not email GGAM anymore ..."
 6               You see that?
 7          A.   Yes.
 8          Q.   And Mr See Toh responds:
 9                    "Boss,
10                    No emails were sent to GGAM since June."
11               Do you see that?
12          A.   Yes.
13          Q.   So your understanding is that since June, GGAM had
14               not been getting any emails about credit.  Is that
15               right?
16          A.   On credit, no.  I questioned that here, I wasn't
17               sure when it had stopped.
18          Q.   But certainly it had stopped by June, according to
19               Mr See Toh?
20          A.   That's what he said.
21          Q.   Would you it turn to the next tab, which is tab 26?
22               And this is CE-328.
23          A.   Mm-hmm.
24          Q.   And there are some communications here between
25               Ms Occena and you that relate to sweeping the
```