# EXHIBIT J

---

**IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)**

---

B E T W E E N

**GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.**

Claimants

- and -

**BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.**

Respondents

---

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

**Wednesday, 21 October 2015**

---

Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)
Appeared on behalf of the Claimants

Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)
Appeared on behalf of the Respondents


DTI Corporation Pte. Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +65 6653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com

GGAM-SDNY-0358405

```
1    12.26         what actually happened, correct?

2          A.      As far as I know, based on the EXCOMM meetings,

3                  minutes, so the GGAM members did comment on the

4                  marketing plan during the GGAM meeting, or I mean,

5                  the EXCOMM meeting.

6          Q.      And we just saw that?

7          A.      Yes, correct.

8          Q.      Let's turn to a different subject.  That's a junket

9                  operator called SunCity.

10         A.      Which page is that again?

11         Q.      We are going to look at a different subject.

12         A.      Sure.

13         Q.      You know the junket operator known as SunCity,

14                 right?

15         A.      Yes.

16         Q.      That's the biggest junket operator in Macau, right?

17         A.      Yes.

18         Q.      If there were whales -- you're familiar with the

19                 term "whale", those are big betters?

20         A.      Yes.

21         Q.      If there were whales among junket operators or

22                 junkets, it would be SunCity would be the biggest

23                 whale in the ocean, right?

24         A.      He would be one of them.

25         Q.      He would be the biggest one?
```

```
 1   12.27  A.   For the moment, yes.

 2          Q.   And it was the biggest one back in 2013 as well?

 3          A.   He was one of the biggest, but at 2013, there were a

 4               few others which was almost there, almost equal to

 5               SunCity at that point in time.

 6          Q.   Neptune was one of them?

 7          A.   Neptune (unclear) was up and coming.  There were a

 8               few pretty good junkets in Macau in 2013.

 9          Q.   Let's look at your declaration.  At paragraph 8, you

10               talk about the SunCity junket?

11          A.   Yes.

12          Q.   You say:

13                   "To my knowledge, GGAM claimed that they

14               provided one junket operator, SunCity, the largest

15               junket operator in Macau."

16                   Right?

17          A.   Yes, correct.

18          Q.   Then you say:

19                   "But that arrangement actually fell

20               through ..."

21                   You see that?

22          A.   Mm-hmm, yes.

23          Q.   You know there was a contract signed between Solaire

24               and SunCity, you know that?

25          A.   I heard about it from Mr Dennis Andreaci.
```

```
 1    12.28  Q.   Okay.  Let's look at tab number 7 in your book.  Tab
 2                number 7 is exhibit F to the declaration of
 3                Mr Weidner dated June 14, 2015.  The first page is
 4                an email from a fellow named Eric Chiu to Michael
 5                French dated July 5, 2013.  Do you have tab
 6                number 7, Ms Koo?
 7           A.   Yes.
 8           Q.   It says, this is Mr Chiu to Michael French, copying
 9                Mr Andreaci, Mr Saunders, Mr Stone and Mr Weidner,
10                and the subject is "Scanned copy of SunCity
11                agreement".  It says:
12                    "Hi Mike
13                    Attached please find copy of Suncity's signed
14                agreement taken by my digital camera, it should be
15                clear enough."
16                    You see that?
17           A.   Mm-hmm, yes.
18           Q.   Well, actually the photo isn't so clear but the
19                actual signed contract is -- if you page in about
20                halfway through there is a blue page and then you
21                can see the document headed "Master Junket
22                Representative Agreement".  Tell us when you've
23                found that page?
24           A.   Yes.
25           Q.   Do you have that one, it says with SunCity Group
```

```
 1   12.29      Limited?
 2         A.   Yes, I found it.
 3         Q.   And that's the standard Solaire junket form,
 4              correct?
 5         A.   When we just got it, yes.
 6         Q.   And that's the standard form, correct?
 7         A.   Yes.  Correct.
 8         Q.   Now, going back to -- you can set aside the SunCity
 9              contract.  Going back to paragraph 8, the next
10              sentence, I have to confess it's incomprehensible to
11              me.  So maybe you can help walk us through it.
12              Paragraph 8 the next sentence, talking about
13              SunCity:
14                  "But that arrangement actually fell through
15              because the contract with Sun City was not legal in
16              so much as the contract did not include any
17              Bloomberry signatories as I was told that the person
18              who signed with Sun City was not authorised by
19              Bloomberry."
20                  Did you write that sentence?
21         A.   Yes, I did.
22         Q.   What on earth does that sentence mean?
23         A.   What that means is what I heard from Mr Dennis
24              Andreaci, was that the contract signed between
25              SunCity and GGAM wasn't legal because there was no
```

```
 1   12.30         authorised signatories or representative from
 2                 Bloomberry who actually signed on that document on
 3                 behalf of Bloomberry.
 4         Q.      Okay.
 5         A.      But that was the answer that I got, or rather, my
 6                 impression of what I got from Mr Dennis Andreaci.
 7                 I'm merely repeating what I know.
 8         Q.      You know that these days SunCity has a junket
 9                 arrangement with Solaire, right?
10         A.      Yes, that is correct.
11         Q.      A fixed room junket?
12         A.      Yes, that is correct.
13         Q.      And you know that right around the time of that
14                 signed contract that we looked at, in July, that was
15                 the time that Mr Razon told GGAM not to bother show
16                 up any more, that they were going to be terminated?
17         A.      Such information, I wouldn't know.  I'm sure it's
18                 one of the top level things in a company and we are
19                 probably the -- after it's done, then we would know.
20                 I wouldn't know exactly what timeframe Mr Razon
21                 spoke to GGAM regarding the separation from GGAM to
22                 Bloomberry.
23         Q.      So we can see that before mid-July, we have a signed
24                 contract between Solaire and SunCity, right, we just
25                 looked at that?
```

```
 1    12.31  A.    Yes.

 2           Q.    And then something happened and you're saying that

 3                 you heard that the SunCity arrangement then fell

 4                 through; is that right?

 5           A.    Yes.

 6           Q.    But there is an agreement now, right?

 7           A.    There is an agreement now, but it didn't happen for

 8                 at least a year and a half.

 9           Q.    Okay.

10           A.    Because we only managed to sign SunCity to a fixed

11                 room junket sometime May this year when -- that's

12                 when they started business officially in Solaire.

13                 In between, from the time that the initial agreement

14                 that GGAM had with SunCity, when it so-called didn't

15                 go through, myself and Mr Almeda actually pursued

16                 SunCity for quite a long period of time.

17                       There was a lot of email exchanged between the

18                 Bloomberry legal team as well as SunCity legal team

19                 over the terms of the contract, but at that point of

20                 time it was still casual.  So after about a year, a

21                 year and a half of talking to SunCity, it finally

22                 decided and it's agreed on both parties, that we

23                 should through a fixed room and that was after a

24                 year and a half of discussion with SunCity.

25           Q.    Well, when the GGAM people, Mr Stone, Mr Saunders
```

| | | | |
|---|---|---|---|
| 1 | 12.32 | | and Mr Weidner, when they were managing Solaire, |
| 2 | | | they got a signed agreement, junket agreement, with |
| 3 | | | Solaire and SunCity, right?  We just looked at that, |
| 4 | | | right? |
| 5 | | A. | Yes. |
| 6 | | Q. | And then they are thrown out by Mr Razon, right? |
| 7 | | A. | I wouldn't know when, okay. |
| 8 | | Q. | And then the arrangement falls through and it takes |
| 9 | | | you a year and a half of working to get back with |
| 10 | | | SunCity; is that what happened? |
| 11 | | A. | Well, what happened actually was I spoke to YM and |
| 12 | | | I've known YM for quite a few years, so what he told |
| 13 | | | me in confidence was that, in reality, in the |
| 14 | | | initial stage, it didn't really wanted to bring any |
| 15 | | | players to the Philippines. |
| 16 | | | The reason is because they had a very, very |
| 17 | | | table junket and casino operations in Macau itself, |
| 18 | | | they were more interested in going to places in like |
| 19 | | | Cambodia, Vietnam and so on and so forth.  So |
| 20 | | | Philippines wasn't even very high on the list. |
| 21 | | | That's why they didn't want to sign a contract or |
| 22 | | | they just signed it for the -- they didn't want to |
| 23 | | | come to the Philippines. |
| 24 | | | And the economic and political -- the political |
| 25 | | | situation then, when we just opened Solaire, wasn't |

```
 1   12.34      one of the very attractive components of SunCity

 2              bringing players to Solaire anyway.  But in the

 3              recent years, given the political climate and change

 4              in China, so that has motivated SunCity to be more

 5              committed to coming to the Philippines and signing

 6              with Solaire.

 7                   But, of course, this is a result of our

 8              persistent efforts over the last year and a half,

 9              two years.

10        Q.    And the story that you just told about why SunCity

11              didn't really want to come back in 2013, that's

12              different than what you say in your declaration,

13              right?  What you say in your declaration is the

14              sentence, we just read it, about not being legal and

15              some signatories on the contract, right?

16                   There is nothing about political this and

17              economic that?

18        A.    For point 8 of my statement, I'm merely repeating

19              what I know with regards to the SunCity contract

20              which I heard from Mr Dennis Andreaci.  What I'm

21              telling you right now is my personal experience as

22              far as the reality of what I heard from the

23              management of SunCity.

24        Q.    As far as your personal experience is concerned,

25              once Mr Weidner and his team were off the project,
```