UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC,<br><br>    *Plaintiff,*<br><br>    vs.<br><br>ENRIQUE K. RAZON, JR.; et al.,<br><br>    *Defendants.* | No. 21 Cv. 2655 (LGS)(SN) |

## DECLARATION OF KEVIN N. AINSWORTH

I, Kevin N. Ainsworth, declare under penalty of perjury that the following is true and correct:

1.  I am a member of the Bar of this Court and the State of New York, and a member of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. I serve as counsel for Plaintiff Global Gaming Philippines's, LLC ("Plaintiff" or "GGAM"). I am familiar with the matters involved in this case and submit this declaration in support of Plaintiff's Motion to Exclude Testimony of Frederic Gushin and Daniel Reeves.

2.  Attached as Exhibit A is a true and correct copy of the Expert Report of Frederic Gushin and Daniel Reeves dated September 16, 2022 (the "New Spectrum Report").

3.  Attached as Exhibit B is a true and correct copy of the Partial Award on Liability issued by the Arbitral Tribunal in *Global Gaming Philippines LLC et al. v. Bloomberry Resorts and Hotels, Inc. et al.*, on September 20, 2016 ("Liability Award").

4.  Attached as Exhibit C is a true and correct copy of the Final Award issued by the Arbitral Tribunal in *Global Gaming Philippines LLC et al. v. Bloomberry Resorts and Hotels, Inc. et al.*, on September 27, 2019 ("Final Award").

2

5. Attached as Exhibit D is a true and correct copy of the Judgment issued in [2020] SGHC 01 by the High Court of the Republic of Singapore on January 3, 2020, confirming the Liability Award.

6. Attached as Exhibit E is a true and correct copy of the Judgment issued in [2020] SGHC 113 by the High Court of the Republic of Singapore on May 29, 2020, confirming the Final Award.

7. Attached as Exhibit F is a true and correct copy of the Judgment issued in [2021] SGCA 9 by the Court of Appeal of the Republic of Singapore on February 16, 2021, affirming the High Court's judgment confirming the Liability Award.

8. Attached as Exhibit G is a true and correct copy of the Judgment issued in [2021] SGCA 94 by the Court of Appeal of the Republic of Singapore on October 4, 2021, affirming the High Court's judgment confirming the Final Award.

9. Attached as Exhibit H is a true and correct copy of Respondents' Statement of Defense and Amended Counterclaims in *Global Gaming Philippines LLC et al. v. Bloomberry Resorts and Hotels, Inc. et al.*, dated February 2, 2015.

Executed on this 15th day of November 2022.

> /s/ Kevin N. Ainsworth
> Kevin N. Ainsworth