UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GLOBAL GAMING PHILIPPINES, LLC,

                          Plaintiff,                       21-CV-02655 (LGS)(SN)

      -against-                                    **ORDER**

ENRIQUE RAZON, JR., et al.,

                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants' opposition to the motions to exclude shall be filed by December 2, 2022. Defendants shall respond in a single brief of no more than 45 pages. Plaintiff may file a single reply brief, of no more than 20 pages, by December 9, 2022.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      New York, New York
                 November 17, 2022