UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
GLOBAL GAMING PHILIPPINES, LLC,                              :
                                     Plaintiff,              :    21 Civ. 2655 (LGS)
                                                             :
              -against-                                      :    ORDER
                                                             :
ENRIQUE K. RAZON, JR.,                                       :
                                     Defendant.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Case Management Plan and Scheduling Order, issued May 13, 2021, scheduled a conference following the close of discovery to discuss any contemplated dispositive motions the parties wish to file.  That Order directs the parties to file a pre-motion letter at least two weeks prior to the conference in the form given in Individual Rule III.A.1.  An Order issued October 7, 2022, adjourned this conference to January 4, 2023, at 4:10 p.m.  It is hereby

    **ORDERED** that the Case Management Plan and Scheduling Order is amended as follows:  By **December 12, 2022,** any party intending to file any motions (other than in limine motions) shall file a single pre-motion letter describing all such motions, including any motions for summary judgment and any motions regarding expert testimony.  Any such letter shall comport with the Court's Individual Rules and shall not exceed two pages of discussion per motion.  The opposing party shall file a responsive letter of no greater than equal length by **December 19, 2022**.  To the extent that the parties have already filed motions to exclude expert discovery, *see, e.g.*, Dkt. 299, Dkt. 302, they shall include a discussion of these motions in their respective letters.

    The parties' letters shall propose a briefing schedule for the anticipated motions and shall include, as necessary, a proposal and explanation regarding whether the proposed motions should be briefed simultaneously and, if not, the sequencing of any such briefing.  On cross-motions for

summary judgment, the court typically takes two memoranda of law per side. As the Court typically receives motions pertaining to expert testimony as in limine motions prior to trial, the parties shall explain any reason why such motions should be considered earlier.

Dated: December 2, 2022
      New York, New York

                                             **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**