**Kaitlyn Anne Crowe**
212 692 6715
kacrowe@mintz.com



**MINTZ**

919 Third Avenue
New York, NY  10022
212 935 3000
mintz.com

December 19, 2022

**VIA ECF**

Hon. Lorna G. Schofield, U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   ***Global Gaming Philippines, LLC v. Razon, Jr., et al.*, 21 Cv. 2655 (LGS)(SN)/**
       **Motion for Leave to File Under Seal**

Dear Judge Schofield:

On behalf of Plaintiff Global Gaming Philippines, LLC ("Plaintiff"), and pursuant to (a) the
Stipulated Confidentiality Order (ECF No. 95), and (b) confidentiality designations made by
counsel for Defendants, we respectfully request leave to redact portions of Plaintiff's Response
to Defendants' Pre-Motion Letters (ECF Nos. 314 and 315) ("Plaintiff's Response").

Plaintiff makes this application because counsel for Defendants have designated deposition
testimony which is referenced and described in Plaintiff's Response as "Confidential" or "Highly
Confidential" pursuant to the Stipulated Confidentiality Order (ECF No. 95).

Paragraph 11 of the Confidentiality Order provides: "Documents may be filed under seal only as
provided in Judge Schofield's Rule I.D.3," which provides that the parties with an interest in
confidential treatment, here, the Defendants, bear the burden of persuasion. Plaintiff seeks leave
to file its Response under seal to comply with the Confidentiality Order.

Respectfully submitted,

*/s/ Kaitlyn A. Crowe*

cc:   All Counsel of record (via ECF)

---

BOSTON    LONDON    LOS ANGELES    NEW YORK    SAN DIEGO    SAN FRANCISCO    WASHINGTON

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.