UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
GLOBAL GAMING PHILIPPINES, LLC,                              :
                       Plaintiffs,           :
:                    21 Civ. 2655 (LGS)
-against-                                                    :
:                        ORDER
ENRIQUE K. RAZON, JR.., et al.,                              :
                       Defendants.           :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued December 30, 2022, set a briefing schedule for the parties' anticipated motions for summary judgment. It ordered Plaintiff to file its motion to recognize and enforce the foreign arbitral award against Debtor Defendants by January 25, 2023, and further ordered Defendant Enrique Razon, Jr., to file his motion for summary judgment by January 25, 2023. It also directed the parties to request a link to upload electronic, text-searchable courtesy copies of any expert reports or depositions that the parties file as an exhibit.

       WHEREAS, on January 11, 2023, Defendant Razon filed a letter seeking relief from the Court's limit on the number of exhibits that may be filed in connection with a summary judgment motion. An Order issued January 12, 2023, granted the request.

       WHEREAS, no such motions were filed and no party requested such a link. It is hereby

       **ORDERED** that Plaintiff and Defendant Razon shall file their motions and supporting papers as soon as possible, and no later than **January 27, 2023.** In the event that either Plaintiff or Defendant Razon no longer plan to move for summary judgment, the relevant party shall file a letter stating so, no later than **January 27, 2023.**

Dated: January 26, 2023
       New York, New York

                                         LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE