| | |
|---|---|
| **From:** | Kathy Parker [parkerk@ggamllc.com] |
| **Sent:** | Tuesday, August 28, 2012 11:45:45 PM |
| **To:** | William Weidner |
| **Subject:** | FW: Bloomberry Resorts Corp - Final Meeting Schedule for the DB 2012 GEMS CONFERENCE |
| **Attachments:** | Final Speaker Schedule.pdf |

FYI – Brad said you were thinking about attending some of the meetings.

------ Forwarded Message

**From:** Don Dilego <don.dilego@db.com>
**Date:** Tue, 28 Aug 2012 17:42:06 -0400
**To:** Estela Occena <eoccena@ictsi.com>, <rbayran@ictsi.com>, <lvenezuela@ictsi.com>, Brad Stone <brad.h.stone@gmail.com>, Kathy Parker <parkerk@ggamllc.com>
**Cc:** <kai.kaufmann@db.com>, <michael.bengson@db.com>, <ivy.arce@db.com>
**Subject:** Bloomberry Resorts Corp - Final Meeting Schedule for the DB 2012 GEMS CONFERENCE

**\*\*FINAL MEETING SCHEDULE\*\***

Attached please find your FINAL meeting schedule for our upcoming Deutsche Bank 2012 Global Emerging Markets Conference at the Waldorf Astoria Hotel in NYC on **Sept. 5-7, 2012**.

Please take note of our evening event on Wednesday September 5th we are hosting a Wine Tasting from 6:00 to 9:00pm in the Starlight Roof on the 18th floor of the hotel.

For your final schedule with room assignments, please stop by the registration desk located on the 3rd Floor. Please allow 15 min. for check-in prior to your first scheduled meeting.
Also PLEASE NOTE that the Park Avenue Entrance is closed due to renovations.


Regards, Don

_____

Don DiLego
Corporate Access | 1x1 Scheduling
Deutsche Bank Securities, Inc.
60 Wall Street, 15th Floor
New York, NY 10005
Tel. 212-250-2314
Email: don.dilego@db.com

---

This communication may contain confidential and/or privileged information.
If you are not the intended recipient (or have received this communication
in error) please notify the sender immediately and destroy this
communication. Any unauthorized copying, disclosure or distribution of the
material in this communication is strictly forbidden.

Deutsche Bank does not render legal or tax advice, and the information
contained in this communication should not be regarded as such.

------ End of Forwarded Message

GGAM-SDNY-0366817

**Deutsche Bank**  
Global Emerging Markets Conference  
September 4-7, 2012  
The Waldorf=Astoria Hotel  
301 Park Avenue ~ New York, NY

One-on-One Schedule

## Bloomberry Resorts Corp

### Thursday, September 06, 2012

| Time | Type of Session | Location | Company | Client | Comments |
|---|---|---|---|---|---|
| 12:00 PM | One on One | | Oppenheimer Funds | John Paul Lech | |
| 1:00 PM | One on One | | Blackrock Advisors Inc | Ian Jamieson | |
| 2:00 PM | One on One | | Pyramis Global Advisors | Sam Sianissian | |
| 3:00 PM | One on One | | Thornburg Investment Management Inc | Charlie Wilson, Lewis Kaufman | |
| 4:00 PM | One on One | | Columbia Management | Satoshi Matsunaga | |
| 5:00 PM | One on One | | Harding Loevner Management LP | Pradipta Chakrabortty | |

### Friday, September 07, 2012

| Time | Type of Session | Location | Company | Client | Comments |
|---|---|---|---|---|---|
| 8:00 AM | One on One | | Putnam Investments | Miguel Oleaga | |
| 9:00 AM | One on One | | Trust Company Of The West | Andrey Glukhov | |
| 10:00 AM | One on One | | Kingdon Capital Management | Justin Pollock | |
| 11:00 AM | One on One | | Artio Global Advisors | Danny Seth | |
| 12:00 PM | One on One | | Brookside Capital Management LLC | Tong Zhao | |
| 1:00 PM | One on One | | | | Turner Investments Cxld this slot on 08/23/2012 at 5:02 PM |
| 2:00 PM | One on One | | MMA Fund Mgmt LLC | Tom Lin | |
| 3:00 PM | Small Group | | Cartica Capital | Carlos Botelho, Sameer Agarwal | |
| 3:00 PM | Small Group | | Cascabel Management | Laurence Chang | |
| 3:00 PM | Small Group | | Lord Abbett & Co | Ed Allinson | |
| 3:00 PM | Small Group | | Pinz Capital Management | Steven Deitch | |

Please Note: This schedule is subject to change. Please call the One-on-One desk at (***)***-**** with any questions. Thank you.

GGAM-SDNY-0366818



**Deutsche Bank**  One-on-One Schedule
**Global Emerging Markets Conference**
**September 4-7, 2012**
**The Waldorf=Astoria Hotel**
**301 Park Avenue ~ New York, NY**

## Bloomberry Resorts Corp

| Time | Type | Firm | Attendees |
|---|---|---|---|
| 4:00 PM | Small Group | Boodell & Company Capital Management LL | Tyler Errickson |
| 4:00 PM | Small Group | Caravel Management LLC | Beidi Gu, Caglar Somek |
| 4:00 PM | Small Group | Gluskin Sheff Associates | Kai Lam, David Mann |
| 4:00 PM | Small Group | TIG Advisors, LLC | Jim Ayer |

Please Note: This schedule is subject to change. Please call the One-on-One desk at (***)***-**** with any questions. Thank you.

GGAM-SDNY-0366819