REPUBLIC OF THE PHILIPPINES)
MAKATI CITY                                      ) S.S.

## DECLARATION

I, Leo D. Venezuela, of legal age and resident of 89 Washington St, Merville Park, Paranaque City, after having been sworn in accordance with the law, hereby depose and state:

1. I submit this declaration ("Declaration") in the above-captioned Arbitration between Claimants Global Gaming Philippines LLC ("GGAM") and GGAM Netherlands B.V. and Respondents Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc. (together, "Bloomberry"). I make this declaration in support of Bloomberry's Statement of Defense to GGAM's Statement of Claim, as well as Bloomberry's Counterclaims against GGAM.

### Personal Background

2. I am currently the Director for Investor Relations at Bloomberry Resorts Corp ("BRC"). I have held this position since I was hired by BRC on April 15, 2012. Prior to working at BRC, I worked at multiple reputable financial institutions in Asia. From 2004 to 2007, I worked as Senior Investment Analyst for ATR KimEng Securities Inc. covering the consumer, property and ports sectors. In 2007, I moved to CLSA Phils. Inc. where I was a Senior Analyst covering the property, gaming, construction, cement, oil and gas and airline sectors and stayed there until 2012 when I moved over to BRC.

### Road Show for the Top-Up Offering

3. When I joined BRC in April of 2012, the company was in the middle of its "road show" for the top-up offering of BRC shares (the "BRC Offering"). I immediately began participating in the BRC Offering process, and attended several road show presentations to investors located in Asia.

4. As the Director for Investor Relations of BRC when the BRC Offering was completed, I have personal knowledge of the results of the BRC Offering. Attached as Exhibit A to this declaration is an excel spreadsheet of the "final book" for the BRC Offering, which lists the investors in BRC, the amount of shares each investor offered to purchase (the "Demand"), and the amount of shares that each investor was ultimately allocated to purchase (the "Pot Allocation"). This excel spreadsheet was sent to me via email by UBS, one of the two underwriters for the BRC Offering. Attached as Exhibit B is a PDF printout of Exhibit A. I affirm that the content in Exhibits A and B is accurate and correct to the best of my knowledge.

5. The issue price under the BRC Offering was set at Php 7.50 per share. The BRC Offering was more than 6 times oversubscribed, which means that the investors who purchased shares under the BRC Offering would have purchased more than 6 times as many shares had there been enough shares available to purchase. Specifically, as can be

11. Attached as Exhibit C to this Declaration is an excel sheet identical to Exhibit A, but in this version I have highlighted all of the investors that participated in ICTSI's 2007 and/or 2013 share placements. I have also included certain relevant calculations for these ICTSI investors, including the Demand by the ICTSI investors, the Pot Allocation for the ICTSI investors, and the Demand by the ICTSI investors as a percentage of the Pot Allocation for all investors. Included as Exhibit D to this declaration is a PDF printout of Exhibit C. I affirm that the content of Exhibits C and D is accurate and correct to the best of my knowledge.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of December 2014 in Makati City.

LEO D. VENEZUELA

SUBSCRIBED AND SWORN to before me, this 7th day of December 2014, by Leo D. Venezuela, who exhibited to me his Driver's License with No. N04-87-053795 expiring on May 22, 2015.

JONATHAN C. JO
Appointment No. M-318
Notary Public for Makati City
Until December 31, 2015
Penthouse, Liberty Center
104 H.V. dela Costa Street, Makati City
Roll of Attorneys No. 63797
PTR No. 4393311 / Makati City / 05-28-2014
IBP No. 968669 / Quezon City / 04-14-2014

Doc. No. 137;
Page No. 29;
Book No. II;
Series of 2014.

GGAM-SDNY-0371092

ANNEX "A"

## Bloomberry Resorts  (10599)(IPO, 1179963700 Share)

| Investor Name | Demand @ 7.5 PHP per Share (USD) | Demand @ 7.5 PHP per Share (Share) | Pot Allocation (Share) | Pot Allocation (USD) | % | Order User Full Name | Rep Name |
|---|---|---|---|---|---|---|---|
| * CLSA Free Retention | 0 | 0 | 6,000,000.00 | 1,068,249.26 | | Lau, Chris | |
| * UBS FREE RETENTION | 0 | 0 | 6,400,000.00 | 1,139,465.88 | | Lau, Chris | |
| ABP-ALGEMEEN BURGER.PEN,NETHERLAND | 4,094,955 | 23,000,000 | 6,000,000.00 | 1,068,249.26 | 26.09 | Tse, Kenyon | Tse, Kenyon |
| AJIA PARTNERS ASSET MANAGEMENT (HK) | 2,000,000 | 11,233,333 | 1,500,000.00 | 267,062.31 | 13.35 | Tan, Eric | Tan, Eric |
| ALLIANCEBERNSTEIN LP | 12,042,374 | 67,638,000 | 12,000,000.00 | 2,136,498.52 | 17.74 | O'Connor, Peter | |
| AMUNDI HONG KONG LIMITED | 890,208 | 5,000,000 | 3,000,000.00 | 534,124.63 | 60.00 | Clifford, Tim | Tan, Eric |
| ASIAN CENTURY QUEST CAPITAL LLC | 1,300,000 | 7,301,667 | 7,000,000.00 | 1,246,290.80 | 95.87 | Lau, Chris | Ackerman, Scott |
| AXIOM INTERNATIONAL INV, NY | 12,000,000 | 67,400,000 | 6,000,000.00 | 1,068,249.26 | 8.90 | Ahearn, Samantha | |
| BALTHAZAR CAPITAL PARTNERS LTD | 2,000,000 | 11,233,333 | 500,000.00 | 89,020.77 | 4.45 | Ashe, James | Ashe, James |
| BANCO DE ORO - EPCI INC | 20,000,000 | 112,333,333 | 56,200,000.00 | 10,005,934.72 | 50.03 | Torres, John John | Diaz, Ricardo |
| BANK OF SINGAPORE LIMITED | 3,462,908 | 19,450,000 | 1,000,000.00 | 178,041.54 | 5.14 | Chua, Clarice | Chua, Clarice |
| BARCLAYS BANK PLC | 8,902,077 | 50,000,000 | 2,300,000.00 | 409,495.55 | 4.60 | Rabinowitz, David | Rabinowitz, David |
| BARCLAYS GLOBAL INVESTORS, SAN FRAN | 4,272,997 | 24,000,000 | 4,000,000.00 | 712,166.17 | 16.67 | Denny, Adam | |
| BARING ASSET MANAGEMENT (ASIA) LTD | 23,000,000 | 129,183,333 | 35,000,000.00 | 6,231,454.01 | 27.09 | Torres, John John | Diaz, Ricardo |
| Bellevue Funds (Lux) | 400,000 | 2,246,667 | 1,000,000.00 | 178,041.54 | 44.51 | Lau, Chris | |
| Belvedere Investment Partners LLP | 3,000,000 | 16,850,000 | 2,000,000.00 | 356,083.09 | 11.87 | Lau, Chris | |
| BINJAI HILL CAPITAL LTD,SINGAPORE | 200,000 | 1,123,333 | 250,000.00 | 44,510.39 | 22.26 | Holiday, Edward | Holiday, Edward |
| BLACKHORSE ASSET MANAGEMENT PTE. LT | 1,200,000 | 6,740,000 | 1,500,000.00 | 267,062.31 | 22.26 | Diaz, Ricardo | Diaz, Ricardo |
| Canada Life Asset Management Limited | 2,417,700 | 13,579,415 | 2,000,000.00 | 356,083.09 | 14.73 | Lau, Chris | |
| CANNING PARK CAPITAL PTY LTD | 3,000,000 | 16,850,000 | 1,500,000.00 | 267,062.31 | 8.90 | Kwong, Myron | Kwong, Myron |
| CAPITAL INTERNATIONAL RESEARCH AND N | 49,495,549 | 278,000,000 | 50,000,000.00 | 8,902,077.15 | 17.99 | Diaz, Ricardo | Diaz, Ricardo |
| CAPITAL RESCH GLOBAL INV | 49,584,570 | 278,500,000 | 140,000,000.00 | 24,925,816.02 | 50.27 | Javellana, Nicole | Javellana, Nicole |
| Cavendish Asset Management Limited | 1,000,000 | 5,616,667 | 1,000,000.00 | 178,041.54 | 17.80 | Lau, Chris | |
| CENTRAL ASSET IM HK HLDGS HK LTD | 20,000,000 | 112,333,333 | 2,000,000.00 | 356,083.09 | 1.78 | Kwong, Myron | Bhumiratana, Sanu |
| CHEYNE CAPITAL MANAGEMENT, LONDON | 20,000,000 | 112,333,333 | 11,300,000.00 | 2,011,869.44 | 10.06 | Conley, Richard | Conley, Richard |
| CLOUGH CAPITAL PARTNERS LP | 5,000,000 | 28,083,333 | 14,000,000.00 | 2,492,581.60 | 49.85 | Sweeney, Morgan | |
| CMY Capital | 15,000,000 | 84,250,000 | 10,100,000.00 | 1,798,219.58 | 11.99 | Lau, Chris | |
| Credit Suisse (Singapore) Limited | 1,121,662 | 6,300,000 | 1,130,000.00 | 201,186.94 | 17.94 | Lau, Chris | |
| CREDIT SUISSE PRIVATE BKG, ZURICH | 4,575,668 | 25,700,000 | 500,000.00 | 89,020.77 | 1.95 | Ashe, James | Ashe, James |
| DE SHAW & CO LLC | 15,000,000 | 84,250,000 | 5,000,000.00 | 890,207.72 | 5.93 | Kwong, Myron | Kwong, Myron |
| DEKA INV MGMT E-FLOW/DCA | 4,451,039 | 25,000,000 | 6,000,000.00 | 1,068,249.26 | 24.00 | Maier, Markus | Maier, Markus |
| DEUTSCHE BANK AG MANILA | 35,608 | 200,000 | 40,000.00 | 7,121.66 | 20.00 | Torres, John John | Torres, John John |
| DISCOVERY CAPITAL MANAGEMENT LLC | 15,000,000 | 84,250,000 | 6,000,000.00 | 1,068,249.26 | 7.12 | Tse, Kenyon | Bhumiratana, Sanu |
| DUET ASSET MANAGEMENT LIMITED | 5,000,000 | 28,083,333 | 1,500,000.00 | 267,062.31 | 5.34 | Ashe, James | Ashe, James |
| DWS DEUTSCHE GSL FUR WP FRANKFURT | 3,171,507 | 17,813,300 | 5,600,000.00 | 997,032.64 | 31.44 | Clifford, Tim | Holiday, Edward |
| ELLERSTON CAPITAL LIMITED, SYD | 5,000,000 | 28,083,333 | 6,000,000.00 | 1,068,249.26 | 21.36 | Kwong, Myron | Kwong, Myron |

GGAM-SDNY-0371093

GGAM-SDNY-0371094

| Fund | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|
| EVO CAPITAL MANAGEMENT ASIA LIMITED | 30,000,000 | 168,500,000 | 6,000,000.00 | 1,068,249.26 | 3.56 | Wu, Sarah | Wu, Sarah |
| FEDERATED KAUFMANN FUND | 10,000,000 | 56,166,667 | 6,000,000.00 | 1,068,249.26 | 10.68 | Mulberry, Benjamin | |
| FIDELITY INVESTMENT MGMT (HK) LTD | 60,677,448 | 340,805,000 | 57,000,000.00 | 10,148,367.95 | 16.73 | Diaz, Ricardo | Ackerman, Scott |
| FIRST METRO INVESTMENT CORPORATION | 5,000,000 | 28,083,333 | 4,000,000.00 | 712,166.17 | 14.24 | Torres, John John | Diaz, Ricardo |
| GAM HONG KONG LIMITED | 16,360,000 | 91,888,667 | 2,000,000.00 | 356,083.09 | 2.18 | Diaz, Ricardo | Diaz, Ricardo |
| GE ASSET MANAGEMENT INCORPORATED | 30,445 | 171,000 | 170,000.00 | 30,267.06 | 99.42 | Ahearn, Samantha | |
| GOVERNMENT OF SINGAPORE INV CORP | 30,000,000 | 168,500,000 | 51,000,000.00 | 9,080,118.69 | 30.27 | Torres, John John | Diaz, Ricardo |
| GSIS | 20,000,000 | 112,333,333 | 11,300,000.00 | 2,011,869.44 | 10.06 | Lau, Chris | Diaz, Ricardo |
| Habrok Capital Management LLP | 10,000,000 | 56,166,667 | 10,000,000.00 | 1,780,415.43 | 17.80 | Lau, Chris | |
| HARBOUR CAPITAL MANAGEMENT LIMITED | 1,000,000 | 5,616,667 | 1,500,000.00 | 267,062.31 | 26.71 | Donovan, James | Donovan, James |
| HAVENPORT ASSET MANAGEMENT PTE LTD | 35,000,000 | 196,583,333 | 14,000,000.00 | 2,492,581.60 | 7.12 | Koh, Mark | Holiday, Edward |
| HENDERSON ADMINISTRATION LTD, LDN | 17,448,071 | 98,000,000 | 14,000,000.00 | 2,492,581.60 | 14.29 | Koh, Mark | Holiday, Edward |
| HIGHBRIDGE CAPITAL MANAGEMENT LLC | 20,000,000 | 112,333,333 | 6,000,000.00 | 1,068,249.26 | 5.34 | Kwong, Myron | Kwong, Myron |
| HORIZON ASSET INTERNATIONAL-FIX | 10,682,493 | 60,000,000 | 3,200,000.00 | 569,732.94 | 5.33 | Lau, Chris | Wu, Sarah |
| HSBC PRIVATE BANK (SUISSE) SA | 445,104 | 2,500,000 | 500,000.00 | 89,020.77 | 20.00 | Petit, Jay | Petit, Jay |
| IGNIS INVESTMENT SERVICES LIMITED | 20,000,000 | 112,333,333 | 6,000,000.00 | 1,068,249.26 | 5.34 | Clifford, Tim | Clifford, Tim |
| IMPERIA INVESTMENT GROUP PTY LTD | 5,000,000 | 28,083,333 | 2,000,000.00 | 356,083.09 | 7.12 | Tse, Kenyon | Tse, Kenyon |
| ING INVESTMENT MANAGEMENT ASIA PACII | 1,700,000 | 9,548,333 | 6,000,000.00 | 1,068,249.26 | 62.84 | Diaz, Ricardo | Diaz, Ricardo |
| JANCHOR PARTNERS LIMITED | 12,000,000 | 67,400,000 | 6,000,000.00 | 1,068,249.26 | 8.90 | Koh, Mark | Koh, Mark |
| JANUS CAPITAL GROUP INC | 14,278,932 | 80,200,000 | 14,000,000.00 | 2,492,581.60 | 17.46 | O'Connor, Peter | |
| JF ASSET MANAGEMENT LIMITED | 36,664,095 | 205,930,000 | 57,000,000.00 | 10,148,367.95 | 27.68 | Torres, John John | Diaz, Ricardo |
| JOHN LOCKE CAPITAL MANAGEMENT LP | 2,000,000 | 11,233,333 | 1,000,000.00 | 178,041.54 | 8.90 | Lau, Chris | Kwong, Myron |
| JUGGERNAUT CAPITAL MANAGEMENT PTE L | 8,000,000 | 44,933,333 | 2,000,000.00 | 356,083.09 | 4.45 | Blanchard, Scott | Blanchard, Scott |
| JUPITER ASSET MANAGEMENT LTD | 1,246,291 | 7,000,000 | 2,500,000.00 | 445,103.86 | 35.71 | Ashe, James | Ashe, James |
| KIMA CAPITAL MANAGEMENT PTY LTD | 10,000,000 | 56,166,667 | 2,000,000.00 | 356,083.09 | 3.56 | Wu, Sarah | Wu, Sarah |
| KINGDON CAPITAL MANAGEMENT LLC | 10,000,000 | 56,166,667 | 7,000,000.00 | 1,246,290.80 | 12.46 | Hibbert, Mark | |
| LANSDOWNE PARTNERS LIMITED | 10,000,000 | 56,166,667 | 14,000,000.00 | 2,492,581.60 | 24.93 | Clifford, Tim | Clifford, Tim |
| LCF EDMOND DE ROTHSCHILD BNQ, PARIS | 4,000,000 | 22,466,667 | 11,300,000.00 | 2,011,869.44 | 50.30 | Wan, Sabrina | Wan, Sabrina |
| LGT BANK IN LIECHTENSTEIN (SINGAPORE) | 3,738,872 | 21,000,000 | 1,000,000.00 | 178,041.54 | 4.76 | Petit, Jay | Petit, Jay |
| LOMBARD ODIER ASSET MANAGEMENT (SW | 890,208 | 5,000,000 | 1,000,000.00 | 178,041.54 | 20.00 | Conley, Richard | Conley, Richard |
| Lotus Asset Management | 1,500,000 | 8,425,000 | 1,000,000.00 | 178,041.54 | 11.87 | Lau, Chris | |
| MANULIFE ASSET MANAGEMENT (HK) LTD | 2,467,656 | 13,860,000 | 8,000,000.00 | 1,424,332.34 | 57.72 | Diaz, Ricardo | Diaz, Ricardo |
| MANULIFE CHINABANK LIFE ASSURANCE CC | 356,083 | 2,000,000 | 500,000.00 | 89,020.77 | 25.00 | Lau, Chris | |
| MARSHALL WACE ASIA LIMITED, HK | 10,000,000 | 56,166,667 | 20,000,000.00 | 3,560,830.86 | 35.61 | Kwong, Myron | Kwong, Myron |
| MARSICO CAPITAL MANAGEMENT LLC | 163,000 | 915,517 | | | | Weir, Kevin | |
| MARVIN & PALMER ASSOCIATES INC | 6,765,579 | 38,000,000 | 6,000,000.00 | 1,068,249.26 | 15.79 | Gencarelli, Franco | Gencarelli, Franco |
| MAVERICK CAPITAL LTD | 21,008,256 | 117,996,370 | 6,000,000.00 | 1,068,249.26 | 5.08 | Tse, Kenyon | Tse, Kenyon |
| MAYBANK ATR KIM ENG SECURITIES INC | 16,913,947 | 95,000,000 | 34,000,000.00 | 6,053,412.46 | 35.79 | Lau, Chris | |
| MEDITOR CAPITAL MANAGEMENT LTD | 17,804,154 | 100,000,000 | 7,000,000.00 | 1,246,290.80 | 7.00 | Ashe, James | Ashe, James |
| Mirae Asset Global Investments (HK) Ltd | 3,402,392 | 19,110,100 | 9,000,000.00 | 1,602,373.89 | 47.10 | Lau, Chris | |
| MOON CAPITAL MANAGEMENT LP | 10,000,000 | 56,166,667 | 6,000,000.00 | 1,068,249.26 | 10.68 | Tse, Kenyon | Holiday, Edward |
| MORGAN STANLEY INVESTMENT MANAGEMI | 30,000,000 | 168,500,000 | 51,000,000.00 | 9,080,118.69 | 30.27 | Torres, John John | Diaz, Ricardo |

GGAM-SDNY-0371095

| Name | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|
| MYRIAD ASSET MANAGEMENT LIMITED | 10,000,000 | 56,166,667 | 20,000,000.00 | 3,560,830.86 | 35.61 | Tse, Kenyon | Tse, Kenyon |
| NEZU ASIA LIMITED | 1,600,000 | 8,986,667 | 6,000,000.00 | 1,068,249.26 | 66.77 | Wu, Sarah | Wu, Sarah |
| NINE MASTS CAPITAL LIMITED | 3,000,000 | 16,850,000 | 3,200,000.00 | 569,732.94 | 18.99 | Kwong, Myron | Kwong, Myron |
| NOMURA PRINCIPAL INVEST ASIA LTD | 5,000,000 | 28,083,333 | 3,200,000.00 | 569,732.94 | 11.39 | Wu, Sarah | Wu, Sarah |
| OASIS INVESTMENTS LIMITED | 8,000,000 | 44,933,333 | 6,000,000.00 | 1,068,249.26 | 13.35 | Kwong, Myron | Kwong, Myron |
| OCH-ZIFF CAPITAL MGMT LLC, NEW YORK | 30,000,000 | 168,500,000 | 35,000,000.00 | 6,231,454.01 | 20.77 | Kwong, Myron | Kwong, Myron |
| OPTIMIX VERMOGENSBEHEER | 5,000,000 | 28,083,333 | 1,000,000.00 | 178,041.54 | 3.56 | Tse, Kenyon | Tse, Kenyon |
| PICTET ET CIE | 1,500,000 | 8,425,000 | 1,130,000.00 | 201,186.94 | 13.41 | Ashe, James | Ashe, James |
| PICTET INTERNATIONAL MGMT LTD, LDN | 10,999,228 | 61,779,000 | 14,000,000.00 | 2,492,581.60 | 22.66 | Conley, Richard | Conley, Richard |
| PINEBRIDGE INVESTMENTS ASIA LIMITED | 12,000,000 | 67,400,000 | 14,000,000.00 | 2,492,581.60 | 20.77 | Diaz, Ricardo | Diaz, Ricardo |
| PINEBRIDGE INVESTMENTS LLC | 1,620,205 | 9,100,151 | 1,500,000.00 | 267,062.31 | 16.48 | Ahearn, Samantha | |
| PINZ CAPITAL MANAGEMENT, LLC | 10,000,000 | 56,166,667 | 2,000,000.00 | 356,083.09 | 3.56 | Lau, Chris | Tse, Kenyon |
| PRUDENTIAL ASSET MANAGEMENT (SINGAP | 11,784,000 | 66,186,800 | 20,000,000.00 | 3,560,830.86 | 30.22 | Diaz, Ricardo | Diaz, Ricardo |
| REGAL FUNDS MANAGEMENT PTY LIMITED | 10,000,000 | 56,166,667 | 6,000,000.00 | 1,068,249.26 | 10.68 | Lau, Chris | Patterson, Richard |
| RICHLAND CAPITAL MANAGEMENT LIMITED | 5,000,000 | 28,083,333 | 4,000,000.00 | 712,166.17 | 14.24 | Wat, Ada | Tse, Kenyon |
| Rizal Commercial Banking Corp Trust Grp | 2,369,387 | 13,308,057 | 565,000.00 | 100,593.47 | 4.25 | Lau, Chris | |
| ROBECO NV, ROTTERDAM | 9,222,552 | 51,800,000 | 6,000,000.00 | 1,068,249.26 | 11.58 | Kwong, Myron | Kwong, Myron |
| SAC CAPITAL MANAGEMENT L.P., NY | 5,000,000 | 28,083,333 | 7,000,000.00 | 1,246,290.80 | 24.93 | Kwong, Myron | Kwong, Myron |
| SAC GLOBAL INVESTORS | 15,000,000 | 84,250,000 | 7,000,000.00 | 1,246,290.80 | 8.31 | Clifford, Tim | Clifford, Tim |
| SB EQUITIES, INC. | 890,208 | 5,000,000 | 500,000.00 | 89,020.77 | 10.00 | Lau, Chris | |
| SCHRODER INVESTMENT MANAGEMENT LIM | 174,463 | 979,900 | 400,000.00 | 71,216.62 | 40.82 | Ashe, James | Ashe, James |
| SEGANTII CAPITAL MANAGEMENT LIMITED | 55,000,000 | 308,916,667 | 23,500,000.00 | 4,183,976.26 | 7.61 | Donovan, James | Donovan, James |
| SERES ASSET MANAGEMENT LIMITED | 3,000,000 | 16,850,000 | 1,500,000.00 | 267,062.31 | 8.90 | Tse, Kenyon | Tse, Kenyon |
| SG HAMBROS BANK & TRUST (JERSEY) | 1,246,291 | 7,000,000 | 500,000.00 | 89,020.77 | 7.14 | Clifford, Tim | Clifford, Tim |
| SILVER TREE HONG KONG LIMITED | 20,000,000 | 112,333,333 | 1,000,000.00 | 178,041.54 | 0.89 | Kwong, Myron | Kwong, Myron |
| SLOANE ROBINSON LLP | 3,600,000 | 20,220,000 | 10,000,000.00 | 1,780,415.43 | 49.46 | Clifford, Tim | Clifford, Tim |
| SOCIETE PRIVEE DE GESTION ET DE PATRII | 9,792,285 | 55,000,000 | 565,000.00 | 100,593.47 | 1.03 | Conley, Richard | Conley, Richard |
| SOROS FUND MANAGEMENT LLC | 2,300,000 | 12,918,333 | 7,000,000.00 | 1,246,290.80 | 54.19 | Kwong, Myron | Kwong, Myron |
| SUN LIFE OF CANADA (PHILIPPINES) GRP | 11,837,681 | 66,488,308 | 4,000,000.00 | 712,166.17 | 6.02 | Lau, Chris | |
| SUSQUEHANNA ASIA PTY LTD | 5,000,000 | 28,083,333 | 7,000,000.00 | 1,246,290.80 | 24.93 | Wu, Sarah | Bhumiratana, Sanu |
| Sylebra | 7,000,000 | 39,316,667 | 4,250,000.00 | 756,676.56 | 10.81 | Lau, Chris | Kwong, Myron |
| TANTALLON CAPITAL LIMITED | 800,000 | 4,493,333 | 1,000,000.00 | 178,041.54 | 22.26 | Holiday, Edward | Holiday, Edward |
| THREADNEEDLE INTERNATIONAL LIMITED | 1,489,656 | 8,366,900 | 7,000,000.00 | 1,246,290.80 | 83.66 | Clifford, Tim | Clifford, Tim |
| TIAA CREF INVESTMENT MANAGEMENT LLC | 24,900,000 | 139,855,000 | 35,000,000.00 | 6,231,454.01 | 25.03 | Holiday, Edward | Holiday, Edward |
| TOKIO MARINE ASSET MANAGEMENT CO LT | 13,440,000 | 75,488,000 | 2,000,000.00 | 356,083.09 | 2.65 | Diaz, Ricardo | Diaz, Ricardo |
| TOSCAFUND ASSET MANAGEMENT LLP | 5,000,000 | 28,083,333 | 2,000,000.00 | 356,083.09 | 7.12 | Donovan, James | Donovan, James |
| TRAFALGAR CAPITAL MANAGEMENT (UK) LL | 20,000,000 | 112,333,333 | 9,245,000.00 | 1,645,994.07 | 8.23 | Donovan, James | Donovan, James |
| TUDOR INVESTMENT CORP | 25,000,000 | 140,416,667 | 6,000,000.00 | 1,068,249.26 | 4.27 | Kwong, Myron | Kwong, Myron |
| TURNER INVESTMENT PARTNERS INC | 21,008,256 | 117,996,370 | 9,000,000.00 | 1,602,373.89 | 7.63 | Godvin, Christopher | |
| UBS AG ZURICH WM&BB COMM AGREE | 20,697,062 | 116,248,500 | 2,850,000.00 | 507,418.40 | 2.45 | Löffelmann, Pascal | Locher, Stephan |
| UBS GLOBAL ASSET MGMT (SGP) LTD | 50,000,000 | 280,833,333 | 39,300,000.00 | 6,997,032.64 | 13.99 | Tse, Kenyon | Torres, John John |
| UBS WM - WS | 9,258,160 | 52,000,000 | 1,400,000.00 | 249,258.16 | 2.69 | Wat, Ada | |

| Name | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|
| Union Avenue Advisors LP | 2,000,000 | 11,233,333 | 1,500,000.00 | 267,062.31 | 13.35 | Lau, Chris | |
| UNITED COCONUT PLANTERS BANK | 3,800,000 | 21,343,333 | 565,000.00 | 100,593.47 | 2.65 | Lau, Chris | |
| Universities Superannuation Scheme Ltd | 40,059,347 | 225,000,000 | 14,000,000.00 | 2,492,581.60 | 6.22 | Lau, Chris | |
| UOB ASSET MANAGEMENT LTD | 9,449,484 | 53,074,600 | 10,000,000.00 | 1,780,415.43 | 18.84 | Holiday, Edward | Holiday, Edward |
| UOB ASSET MANAGEMENT LTD | 630,267 | 3,540,000 | 1,000,000.00 | 178,041.54 | 28.25 | Kam, Vincent | Kam, Vincent |
| UOB OSK | 13,887,240 | 78,000,000 | 2,000,000.00 | 356,083.09 | 2.56 | Lau, Chris | Kam, Vincent |
| WADDELL & REED INVESTMENT MANAGEME | 10,000,000 | 56,166,667 | 0.00 | 0.00 | 0.00 | Ahearn, Samantha | |
| WARD FERRY MANAGEMENT LTD | 5,000,000 | 28,083,333 | 11,300,000.00 | 2,011,869.44 | 40.24 | Wu, Sarah | Wu, Sarah |
| WELLINGTON MANAGEMENT CO LLP | 9,097,513 | 51,097,700 | 35,000,000.00 | 6,231,454.01 | 68.50 | Ackerman, Scott | Ackerman, Scott |
| WELLS CAPITAL MANAGEMENT INC | 3,053,412 | 17,150,000 | 6,000,000.00 | 1,068,249.26 | 34.99 | Hamm, Andrew | Ackerman, Scott |
| WESSEX ASSET MANAGEMENT LIMITED | 162,000 | 909,900 | 200,000.00 | 35,608.31 | 21.98 | Clifford, Tim | Clifford, Tim |
| ZUERCHER KANTONALBANK, ZURICH | 890,208 | 5,000,000 | 500,000.00 | 89,020.77 | 10.00 | Wanner, Marc | Wanner, Marc |
| APS Asset Management Pte Ltd | 0 | 0 | | | | Lau, Chris | |
| ICTSI Limited (Custodian ACC) | 0 | 0 | | | | Lau, Chris | |
| | **1,437,872,087** | **8,076,048,222** | **1,297,960,000** | **231,090,801** | **16.07** | | |
| | **2,660,591,305** | **14,943,654,496** | ######### | **231,090,801.19** | **8.69** | | |
| | | | ######### | **-231,090,801.19** | | | |

GGAM-SDNY-0371096