**From:** Occena, Estela T. [EOccena@ICTSI.com]
**Sent:** Wednesday, June 22, 2011 3:55:21 AM
**To:** Rein, Jon
**Subject:** Re: Corrected MSA

Hi Jon,

EKR (Mr. Razon) said his schedule in New York is still fluid at this time. He will be going in and out of NY so he will revert when he has free time to meet with Howard Lutnick.

He is willing to do counter-party signing of the MSA in case we finish before he returns to Manila. We can schedule a ceremonial signing in Manila and subsequently, make a public announcement of our partnership.

Kindly let me know if the above arrangement is acceptable to you.

Regards,
Estela Tuason-Occena
Sent from my iPad

On Jun 22, 2011, at 10:24 AM, "Rein, Jon" <JRein@cantor.com> wrote:

> Benny,
>
> Thanks again for this. We are looking forward to our call in ~24 hours.
>
> In the meanwhile, in anticipation of heading toward a signing of the MSA in the very near future, we will need Puno to complete their MSA-oriented diligence in order to provide their opinion to us. This ought to be pretty straightforward, but I gather a few of their exercises include verifying documents with various agencies, which will require your (Sureste's) sign-off. Would you mind engaging with them to facilitate this, so that what I hope and expect to be a simple exercise can take place "in the background" as we finalize docs?
>
> Kevin Russell from Cantor can coordinate with you and the Puno staff.
>
> Thanks so much, talk tomorrow,
>
> Jon
>
> ------------------------
> Sent using BlackBerry
>
> **From:** Benny J. Tan [mailto:sjtan@picazolaw.com]
> **Sent:** Tuesday, June 21, 2011 08:16 AM
> **To:** Occena, Estela T. <EOccena@ICTSI.com>
> **Cc:** Rein, Jon; Russell, Kevin; Chito Alarilla <jejalarilla@hotmail.com>; Cabot, Anthony <ACabot@LRLaw.com>; rickkirkbride@paulhastings.com <rickkirkbride@paulhastings.com>; Natoy Almeda <dc.almeda@yahoo.com>
> **Subject:** Corrected MSA
>
> Jon,

GGAM-SDNY-0059521