| | |
|---|---|
| **From:** | Rein, Jon [/O=CANTOR FITZGERALD/OU=US-EXCHANGE/CN=RECIPIENTS/CN=JREIN] |
| **Sent:** | Wednesday, July 06, 2011 11:07:20 AM |
| **To:** | eoccena@ictsi.com |
| **Subject:** | Re: MSA Issue List |

We can do that, but I'd still suggest that maybe just the business people (or, for that matter, just you, Brad & I) speak tonight my time / tomorrow your morning as well. Are you available at 9pm/9am?

--------------------------
Sent using BlackBerry

---

**From**: Occena, Estela T. [mailto:EOccena@ICTSI.com]
**Sent**: Wednesday, July 06, 2011 06:35 AM
**To**: Occena, Estela T. <EOccena@ICTSI.com>
**Cc**: Rein, Jon
**Subject**: Re: MSA Issue List

Hi Jon,

I was not able to round up the Bloomberry Team for a conference call. Some of us are not available tomorrow.

It will be very productive if you can send the following by Tuesday next week to give us enough time to review for our conference call on July 14th:

1. Final issue list
2. Comments on the Annexes
3. Comments on the Definition of Terms
4. Your comments on our 5 July MSA draft

Thank you.

Regards,
Estela Tuason-Occena
Sent from my iPad

On Jul 6, 2011, at 6:26 AM, "Occena, Estela T." <EOccena@ICTSI.com> wrote:

> Jon,
>
> Let us finalize our next telecon schedule on Thursday, July 14th at 10am. I am leaving for HK for a series of meetings on Friday so the latest telecon schedule this week is tomorrow.
>
> In case we are not able to talk tomorrow, please work on the issue list and finalizing the Annexes (based on our draft) to complete our MSA. We should have this by the end of the week and work on it while we are in Macau in time for our telecon on the 14th and meeting with Mr. Razon on the 15th.
>
> Regards,
> Estela Tuason-Occena
> Sent from my iPad
>
> On Jul 5, 2011, at 9:45 PM, "Occena, Estela T." <EOccena@ICTSI.com> wrote:
>
>> Dear Jon,
>>
>> We have discussed the issue list this morning. Below is Benny's note for your reference. We have marked 16 items (out of the 36 enumerated issues) as okay. Benny has integrated the corrections in the attached draft. Please confirm if you agree that these 16 issues are settled.
>>
>> We are still discussing the 20 remaining issues internally. We need to finalize our issue list. We cannot keep on going back to Mr. Razon with old or new issues. Please revert with an exhaustive issue list before the end of the week. We need to agree that the issue list we have is final before we go to Mr. Razon. I think we have explained to each other our position over and over again. It is time to evaluate how important these issues are to us considering our respective concerns.
>>
>> We can postpone the conference call next week to discuss the final issue list. Please work on the Annexes and definition of terms we have provided you. Also the currency of payment clause. This will help reduce our list.
>>
>> We will all be in Macau on the 11th and 12th with Brad and Garry. Let us schedule the conference call on the 14th, Thursday, at 10am.
>>
>> Mr. Razon has been out for over a month and he is back July 15th. We have a meeting with him on the 15th to discuss the remaining issues.
>>
>> Regards,

GGAM-SDNY-0059766

Estela Tuason-Occena
Sent from my iPad

Begin forwarded message:

> **From:** "Benny J. Tan" <sjtan@picazolaw.com>
> **To:** "Occena, Estela T." <EOccena@ICTSI.com>
> **Cc:** "Chito Alarilla" <jejalarilla@hotmail.com>, "Donato Almeda" <dalmehda@aol.com>
> **Subject: MSA Issue List**
>
> Estela,
>
> If Jon follows up the Issue List with you and you need to send him something, you can send the attached "Issue List dated 5 July 2011" where we marked 16 items as "Okay". The rest (20 items out of the original 36 items) are outstanding. You can then tell Jon that we are still discussing the remaining 20 items internally. We are also waiting for other items they may include in the issue list.
>
> Also attached here is the "Draft 5 July 2011" of the MSA which integrates the corrections that we have accepted from Jon's Issue List (except for three items marked as "to discuss"). We have accepted the corrections from the previous "Draft 29 June 2011" so the corrections made here are not confused. We did not touch the provisions in Jon's Issue List where we have no agreement on yet. This draft will show how we have integrated the agreed points only.
>
> Regards
>
> Benny Tan
>
> THIS IS A CONFIDENTIAL LAWYER-CLIENT COMMUNICATION/ADVICE.
>
> Occena, Estela T. wrote:
> Noted Benny. See you tomorrow.
>
> Regards,
> Estela Tuason-Occena
> Sent from my iPad
>
> Begin forwarded message:
>
>
> **From:** "Rein, Jon" <JRein@cantor.com>
> **Date:** July 5, 2011 9:15:59 PM GMT+08:00
> **To:** <eoccena@ictsi.com>
> **Subject: Re:**
>
> Hi Estela. Everyone was away & off email for the 4th of July holiday weekend.
>
> The language was boilerplate, not intended to offend.
>
> We and you should endeavor to get the list complete, and reduced, as much as possible tonight and this week. Our principals are traveling, but are reachable so your timeframe works equally well for us.
>
> We will circulate a dial-in number for this evening's call, shortly. Does 10pm our time / 10am your time still work? Or is the call now happening Thursday morning your time?
>
> Thanks
> --------------------------
> Sent using BlackBerry
>
> Begin forwarded message:
>
> From: "Rein, Jon"
> <JRein@cantor.com<mailto:JRein@cantor.com><<mailto:JRein@cantor.com>mailto:JRein@cantor.com>>
> Date: July 2, 2011 2:35:27 AM GMT+08:00
> To:
> <eoccena@ictsi.com<mailto:eoccena@ictsi.com><<mailto:eoccena@ictsi.com>mailto:eoccena@ictsi.com>>
>
> Estela,
>
> Attached please see an Issues List. We believe that these are the
> substantive issues with respect to the MSA, however we note that
> additional issues may come to our (or your) attention.
>
> Moreover, we realize and acknowledge that both you and we must consult
> with our principals prior to executing the MSA, and in our case neither
> Bill nor Howard have had a chance to review or opine on this list in
> its
> entirety. We would therefore suggest that we have our call on your

GGAM-SDNY-0059767

Wednesday morning, and that this working group then ought to try to
advance and resolve as many of these outstanding issues as possible,
and
refer the balance to the principals.

I look forward to speaking with you on Wednesday morning / Tuesday
night.

- Jon

--------------------------
Sent using BlackBerry


----- Original Message -----
From: Myers, Jeffrey T. [mailto:jeffreymyers@paulhastings.com]
Sent: Friday, July 01, 2011 02:28 PM
To: Rein, Jon
Subject:


<MSA Issue List (COMMENTS ).DOC>
ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may
contain confidential or legally privileged information. If you are not the intended recipient you are notified
that disclosing, copying, distributing or taking action in reliance on the contents of this communication is
strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-
mail reply and delete it from your system.

ICTSI Ltd. <http://www.ictsi.com/>


<MSA Issue List - 5 July 2011 (Bloomberry).DOC>

<Management Services Agreement (5 July 2011) Marked.doc>

ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.

ICTSI Ltd.