**From:** Rein, Jon [/O=CANTOR FITZGERALD/OU=US-EXCHANGE/CN=RECIPIENTS/CN=JREIN]
**Sent:** Monday, August 08, 2011 2:15:26 AM
**To:** Occena, Estela T.
**CC:** brad.h.stone@gmail.com; gwsvegas@cox.net
**Subject:** RE: Dial-in for 10:00 call


Just checking - I have not dialed in - what is your estimated timing?


-----Original Message-----
From: Occena, Estela T. [mailto:EOccena@ICTSI.com]
Sent: Sun 8/7/2011 9:53 PM
To: Rein, Jon
Cc: brad.h.stone@gmail.com; gwsvegas@cox.net
Subject: Re: Dial-in for 10:00 call

Thank you.   Will do.


Regards,
Estela Tuason-Occena
Sent from my iPad

On Aug 8, 2011, at 9:52 AM, "Rein, Jon" <JRein@cantor.com> wrote:


> I can do it at 10:15.   Please email us when you are close / in a position to begin.


-----Original Message-----
From: Occena, Estela T. [ <mailto:EOccena@ICTSI.com> mailto:EOccena@ICTSI.com]
Sent: Sun 8/7/2011 9:45 PM
To: Rein, Jon
Cc: brad.h.stone@gmail.com; <mailto:gwsvegas@cox.net> gwsvegas@cox.net
Subject: Re: Dial-in for 10:00 call

I'm sorry but traffic is so bad.   Hope we can delay a bit for 15 minutes.   Hard to do the call in the car.   Thank you.


Regards,
Estela Tuason-Occena
Sent from my iPad

On Aug 7, 2011, at 8:39 PM, "Rein, Jon" <JRein@cantor.com> wrote:


> For the call at 10:00am Manila / 10:00pm NY / 7:00pm Las Vegas, please use the following dial-in:


> USA Dial-in:   877-311-0460
> International Dial-in: +1 631 865-5195
> Conference Code: 746-690-4546

GGAM-SDNY-0366455