From:      Russell, Kevin [/O=CANTOR FITZGERALD/OU=US-EXCHANGE/CN=RECIPIENTS/CN=KRUSSELL]
Sent:      9/12/2011 3:01:24 PM
To:        'Occena, Estela T.' [EOccena@ICTSI.com]
Subject:   RE: MSA

Estela, wanted to take this opportunity to let you know that I am leaving Cantor tomorrow and joining an investment company in Abu Dhabi as general counsel.

Its been great working with you and your team and I am very excited to see what you and the GGAM team accomplish. I know it will be huge. Hopefully I will meet you at the Grand Opening, but till then I wish you the best of luck.

Regards,

Kevin

---

Kevin Michael Russell
Vice President & Assistant General Counsel
Cantor Fitzgerald
110 East 59th Street
New York, NY 10022
krussell@cantor.com  |  www.cantor.com
(212) 294-7824  |  fax: (646) 304-2036


-----Original Message-----
From: Occena, Estela T. [mailto:EOccena@ICTSI.com]
Sent: Friday, September 09, 2011 3:35 AM
To: Russell, Kevin
Cc: 'sjtan@picazolaw. com'; Garry Saunders; weidnerb@gmail.com; weidnerb@ggamllc.com; brad.h.stone@gmail.com; Rein, Jon
Subject: Re: MSA

Dear Kevin,

Please find attached complete MSA execution copy with Bloomberry, Sureste and GGAM Disclosure Statements.

Regards,
Estela

**************************************************************************
******

On 9/9/11 8:32 AM, "Russell, Kevin" <KRussell@cantor.com> wrote:

>Excellent. Thank you, Estela.
>
>
>
>----- Original Message -----
>From: Occena, Estela T. [mailto:EOccena@ICTSI.com]
>Sent: Thursday, September 08, 2011 08:26 PM
>To: Russell, Kevin
>Cc: Benny J. Tan <sjtan@picazolaw.com>; saundersg@ggamllc.com
><saundersg@ggamllc.com>; weidnerb@gmail.com <weidnerb@gmail.com>;
>weidnerb@ggamllc.com <weidnerb@ggamllc.com>; brad.h.stone@gmail.com
><brad.h.stone@gmail.com>; Rein, Jon
>Subject: Re: MSA
>
>Thank you Kevin. We will send a new PDF of the MSA using your
>signature page. Will have it signed by Mr. Razon within the day.
>
>No problem on Garry and Brad being GGAM officers subsequent to the MSA
>execution.
>
>Regards,
>Estela Tuason-Occena

GGAM-SDNY-0100848

```
>Sent from my iPad
>
>On Sep 9, 2011, at 12:23 AM, "Russell, Kevin" <KRussell@cantor.com> wrote:
>
>>
>> Dear Estela et al,
>>
>> Please find attached (i) our executed signature page to the MSA and
>>(ii) our signed disclosure letter.
>>
>> Please note that we executed a corrected signature page (Bill is the
>>CEO and not the Chairman). We also wanted to break out the signature
>>page such that it was on its own page. Assuming this is fine with
>>you, could you please insert this page into a new PDF of the MSA, send
>>us a fully executed MSA, and we'll have Bill initial each page of that
>>PDF at his earliest convenience?
>>
>> Also, please further note that because Brad and Garry are traveling
>>abroad and unavailable, I was not able to complete the corporate
>>action necessary to make them officers. Accordingly, the Disclosure
>>Letter has been revised to reflect that as of today the only officer
>>of Global Gaming Philippines is Bill Weidner. I would anticipate that
>>Brad and Garry will be officers shortly.
>>
>> Please feel free to call me at anytime if you have any questions.
>>
>> Thank you
>>
>> Kevin
>>
>> 1-646 678 1267
>> CONFIDENTIAL: This e-mail, including its contents and attachments, if
>>any, are confidential. If you are not the named recipient please
>>notify the sender and immediately delete it. You may not disseminate,
>>distribute, or forward this e-mail message or disclose its contents to
>>anybody else. Copyright and any other intellectual property rights in
>>its contents are the sole property of Cantor Fitzgerald.
>>  E-mail transmission cannot be guaranteed to be secure or error-free.
>>The sender therefore does not accept liability for any errors or
>>omissions in the contents of this message which arise as a result of
>>e-mail transmission. If verification is required please request a
>>hard-copy version.
>>  Although we routinely screen for viruses, addressees should check
>>this e-mail and any attachments for viruses. We make no representation
>>or warranty as to the absence of viruses in this e-mail or any
>>attachments. Please note that to ensure regulatory compliance and for
>>the protection of our customers and business, we may monitor and read
>>e-mails sent to and from our server(s).
>>
>> For further important information, please see
>>http://www.cantor.com/legal/statement
>> <[Untitled]_2011090805415700.pdf - Adobe Acrobat Pro.pdf>
>
>ICTSI EMAIL DISCLAIMER
>
>This communication is intended only for the use of the individual or
>entity to whom it is addressed. It may contain confidential or legally
>privileged information. If you are not the intended recipient you are
>notified that disclosing, copying, distributing or taking action in
>reliance on the contents of this communication is strictly prohibited
>and may be unlawful. If you have received it by mistake, please notify
>us immediately by e-mail reply and delete it from your system.
>
>ICTSI Ltd.
>
```

ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.

GGAM-SDNY-0100849