Plaintiff's Exhibit

**135**

Razon 5/26/2022 D.L.

## IMPORTANT NOTICE

**You must read the following disclaimer before continuing.** The following disclaimer applies to the Offering Circular dated May 1, 2012 (the "Offering Circular"). You are therefore advised to read this disclaimer carefully before accessing, reading or making any other use of the attached document. In accessing the attached document, you agree to be bound by the following terms and conditions, including any modifications to them from time to time, each time you receive any information from us as a result of such access.

**IF YOU DO NOT AGREE TO THE TERMS CONTAINED IN THIS NOTICE, YOU SHOULD NOT OPEN THE ATTACHED OFFERING CIRCULAR AND SHOULD DELETE THIS E-MAIL. THIS E-MAIL AND ITS ATTACHMENT ARE PERSONAL TO YOU, ARE CONFIDENTIAL AND MAY ONLY BE READ BY THE ADDRESSEE AND MAY NOT BE REPRODUCED OR REDISTRIBUTED ELECTRONICALLY OR OTHERWISE TO ANY OTHER PERSON.**

**You acknowledge that the attached document and the information contained therein are strictly confidential and intended for you only.** You are not authorized to and you may not forward or deliver the attached document, electronically or otherwise, to any other person or reproduce such document in any manner whatsoever, nor may you disclose the information contained in the attached document to any third-party or use it for any other purpose. **Any forwarding, distribution, publication or reproduction of the attached document in whole or in part or disclosure of any information contained therein or any use of such information for any other purpose is unauthorized.** Failure to comply with this directive may result in a violation of the securities laws of applicable jurisdictions.

Nothing in this electronic transmission constitutes an offer to sell or a solicitation of an offer to buy any securities in any jurisdiction where it is unlawful to do so. The securities referred to in the attached document have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "U.S. Securities Act") or under any securities laws of any state or other jurisdiction of the United States and may not be offered, sold, resold, transferred or delivered, directly or indirectly, within the United States except pursuant to an applicable exemption from the registration requirements of the U.S. Securities Act and in compliance with any applicable securities laws of any state or other jurisdiction of the United States.

**CONFIRMATION OF YOUR REPRESENTATION:** IN ORDER TO BE ELIGIBLE TO VIEW THE ATTACHED DOCUMENT, INVESTORS MUST COMPLY WITH THE FOLLOWING PROVISIONS. YOU HAVE BEEN SENT THE ATTACHED DOCUMENT ON THE BASIS THAT YOU HAVE CONFIRMED THAT YOU AND THE PERSON, IF ANY, FOR WHOSE ACCOUNT YOU ARE ACTING, (I) ARE LOCATED OUTSIDE OF THE UNITED STATES (WITHIN THE MEANING OF REGULATION S UNDER THE U.S. SECURITIES ACT) OR (II) ARE A QUALIFIED INSTITUTIONAL BUYER (A "QIB"), AS DEFINED IN RULE 144A UNDER THE SECURITIES ACT, OR ARE ACTING ON BEHALF OF A QIB; AND CONSENT TO DELIVERY BY ELECTRONIC TRANSMISSION.

If you have gained access to this transmission contrary to the foregoing restrictions, you will be unable to purchase any of the securities described therein.

**YOU ARE REMINDED THAT THE ATTACHED OFFERING CIRCULAR HAS BEEN DELIVERED TO YOU ON THE BASIS THAT YOU ARE A PERSON INTO WHOSE POSSESSION THE OFFERING CIRCULAR MAY BE LAWFULLY DELIVERED IN ACCORDANCE WITH THE LAWS OF THE JURISDICTION IN WHICH YOU ARE LOCATED.** If this is not the case, you must delete this e-mail and destroy any printed copies of the Offering Circular. You may not, nor are you authorized to, deliver the attached Offering Circular or any amendments or supplements thereto to any person.

This document has been made available to you in electronic form. You are reminded that documents transmitted via this medium may be altered or changed during the process of transmission and consequently none of Bloomberry Resorts Corporation (the "Company"), the Selling Shareholder (as defined in the attached Offering Circular), CLSA Limited ("CLSA"), UBS AG ("UBS"), nor any person who controls them, nor any of their directors, officers, employees or agents of them, or affiliates of any such persons accepts any liability or responsibility whatsoever in respect of any difference between the document distributed to you in electronic format and the hard copy version available to you on request from CLSA and UBS.

None of this e-mail, the attached Offering Circular or anything contained in it or them shall form the basis of or be relied upon in connection with any contract or commitment whatsoever. None of the Company, the Selling Shareholder, CLSA, or UBS, nor any person who controls any of them or any director, officer, employee or agent of any of them, or affiliate of any such person accepts any liability whatsoever for any loss however arising from any use of this e-mail or the attached Offering Circular or their respective contents or otherwise arising in connection therewith.

**Actions that you may not take:** You should not reply by e-mail to this announcement, and you may not purchase any securities by doing so. Any reply e-mail communications, including those you generate by using the "Reply" function on your e-mail software, will be ignored or rejected.

You are responsible for protecting against viruses and other destructive items. Your receipt of this electronic transmission is at your own risk and it is your responsibility to take precautions to ensure that it is free from viruses and other items of a destructive nature.

BLOOM_0077381

STRICTLY CONFIDENTIAL



# Bloomberry Resorts Corporation

*(incorporated with limited liability in the Republic of the Philippines)*

**Offer of 1,179,963,700 Common Shares**

**Offer Price of ₱7.50 per Share**

This Offering Circular relates to the offer and sale (the "Offer") of 1,179,963,700 existing common shares (the "Offer Shares"), par value of ₱1.00 per share (the "Shares"), of Bloomberry Resorts Corporation, a corporation organized under Philippine law (the "Company"). The Offer Shares are being offered by Prime Metroline Holdings, Inc. (the "Selling Shareholder" or "Prime Metroline"). The offer price for the Offer Shares is ₱7.50 per Offer Share (the "Offer Price"). The Company will not directly receive any proceeds from the Offer or the exercise of the Over-Allotment Option (as defined below), but the Selling Shareholder has agreed to subscribe for, and the Company has agreed to issue new Shares in an amount equal to the aggregate number of Offer Shares to be sold by the Selling Shareholder in the Offer and in accordance with the Over-Allotment Option (as defined below) (the "Subscription" and such Shares, the "Subscription Shares") at a price equal to the Offer Price. See "Sale and Subscription of Shares by the Selling Shareholder."

The Offer Shares are being offered and sold by CLSA Limited and UBS AG (the "Joint Lead Managers"), to persons outside the United States in reliance on Regulation S ("Regulation S") under the United States Securities Act of 1933, as amended (the "U.S. Securities Act"), and within the United States by U.S. registered broker-dealer affiliates of the Joint Lead Managers to qualified institutional buyers ("QIBs") in reliance on Rule 144A under the U.S. Securities Act ("Rule 144A"). The Offer Shares are being offered and sold in the Philippines to qualified buyers and to not more than 19 non-qualified buyers in reliance on Sections 10.1(1) and 10.1(k) of the Securities Regulation Code of the Philippines, as amended (the "SRC").

The Offer Shares, (as defined below) are listed on The Philippine Stock Exchange, Inc. (the "PSE") under the symbol "BLOOM." On April 30, 2012, the closing price of the Shares on the PSE was ₱12.00 per Share. The Offer Price was determined by the Company, the Selling Shareholder and the Joint Lead Managers through a book building process and not by reference to the historical trading price of the Shares on the PSE. Investors should not rely on the historical market price of the Shares on the PSE as an indicator of the value of the Shares. The Offer Shares are expected to be ready for delivery in book-entry form through the Philippine Depositary & Trust Corporation (the "PDTC") against payment on or about May 7, 2012 (the "Closing Date").

**See "Risk Factors" beginning on page 20 to read about risk factors that investors should consider before making an investment decision concerning the Offer Shares.**

In connection with the Offer, the Selling Shareholder has granted CLSA Limited, in its role as stabilizing agent (the "Stabilizing Agent"), an option, exercisable in whole or in part for a period of 30 days from and including May 2, 2012, to purchase up to 10% of the total number of Offer Shares at the Offer Price, on the same terms and conditions as the Offer Shares as set forth in this Offering Circular, to cover over-allotments, if any (the "Over-Allotment Option"). See "Plan of Distribution—Over-Allotment Option."

**The Offer Shares have not been and will not be registered under the U.S. Securities Act and are being offered and sold within the United States only to QIBs in reliance on Rule 144A and to persons outside the United States in reliance on Regulation S. Prospective purchasers are hereby notified that the seller of the Offer Shares may be relying on the exemption from the provisions of Section 5 of the U.S. Securities Act provided by Rule 144A. The Offer Shares offered hereby are not transferable except in accordance with the restrictions described under "Plan of Distribution" and "Transfer Restrictions."**

*Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers*

    

The date of this Offering Circular is May 1, 2012.

An organizational chart of the Company's management team as of the date of this Offering Circular is set out below.



## GGAM

The Company has entered into a Management Services Agreement with GGAM for the provision of management and other advisory services in relation to the design, construction and operations of Solaire Manila. GGAM's principals, William Weidner, Garry Saunders and Bradley Stone, have extensive experience in developing and operating some of the world's largest gaming resorts. GGAM's U.S. parent entity, Global Gaming Asset Management, LP, is 50% owned by its three principals and 50% owned by Cantor Fitzgerald LP, a leading global financial services firm. The three principals of GGAM focus on both the broad parameters and detailed execution of design, efficient and cost-effective construction, top-tier staffing, budgeting, strategic direction and monitoring and oversight of all aspects of Solaire Manila's operations and results.

GGAM's principals have been involved in the development and opening of over 20 gaming and resort properties in various locations around the world. In their last five years with Las Vegas Sands Inc., the GGAM principals were actively involved in the design and development of, among others, the Sands Macao, the Palazzo in Las Vegas, the Marina Bay Sands in Singapore and The Venetian Macao. In the course of assisting with the development, opening and operation of these casino properties, GGAM's principals believe that more than 30,000 gaming industry professionals have worked under them. As a result, the GGAM team has an extensive relationship network encompassing leading professionals in the industry, and GGAM believes it has established strong working relationships and a strong reputation within the gaming industry.

### Management Services Agreement

On September 9, 2011, BRHI, Sureste and GGAM entered into an MSA for an initial term commencing on the signing of the MSA up to five years from the date that commercial operations of Solaire Manila commence, expected to be in the first quarter of 2013. GGAM was granted an option to extend the MSA for an additional five years. Under the MSA, GGAM is required to carry out various services in relation to the pre-opening of Solaire Manila, for which GGAM will be entitled to the payment of various fixed fees, as well as incentive fees to be based upon the actual earnings generated by Solaire Manila upon commencement of operations.

Under the MSA and the Equity Option Agreement, GGAM was also granted the option, to purchase up to 921,184,056 Shares, equivalent to 9.91% of the outstanding Shares of the Company (prior to any issuance of Shares pursuant to the Subscription), from Prime Metroline at a purchase price equivalent to ₱1.00 per Share plus U.S.$15 million assuming full exercise of the option or failing which, adjusted pro rata. This option is exercisable until Solaire Manila commences commercial operations.

Subject to Arbitration Confidentiality Orders

BLOOM_0077456