| | |
|---|---|
| From: | Kim, Steven [SKim@cantor.com] |
| Sent: | 12/21/2012 7:24:28 PM |
| To: | #Treasury - US [treasury-us@bgcpartners.com] |
| Subject: | REF NUMBERS |



**OUTGOING MONEY TRAN**     37,950,000.00
8866 .
CRN: . RRN: .
DBT: CANTOR FITZGERALD L.P. 110 EAST 59TH STREET
NEW YORK, NY 10022
BEN: 1003 DEUTSCHE BANK .
A/C: CITIBANK, N.A. MANILA 8741 PASEO DE ROXAS
MAKATI, METRO MANILA, PHILIPPINES
PAY: 0089 CITIBANK N.A. 399 PARK AVE. NEW
YORK, NEW YORK 10043
DTLS: USD SSI PAYMENT DEUTPHMM
IMAD: 20121221 5078 TIME: 14:01

GGAM-SDNY-0463290