---

IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)

---

B E T W E E N

GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.

Claimants

- and -

BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.

Respondents

---

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

Tuesday, 20 October 2015

---

Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)
Appeared on behalf of the Claimants

Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)
Appeared on behalf of the Respondents

DTI Corporation Pte. Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +65 6653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com

DTI

GGAM-SDNY-0358039

```
 1   10.41  A.   Yes.

 2          Q.   And Ms Occena says:

 3                    "It is good that we are meeting GGAM's COO

 4               candidate, Chief IT Candidate and Head of Gaming in

 5               Macau.  At the end of the day, if Cantor stick to

 6               their guns, we can directly hire these guys and

 7               offer Brad (or Garry) a compensation package he

 8               cannot refuse."

 9                    You see that?

10          A.   Yes.

11          Q.   Then it says:

12                    "[Mr] Rein told me months ago that Cantor's

13               agreement is with Bill Weidner."

14                    You see that?

15          A.   I see that.

16          Q.   So Ms Occena is saying that we can interview these

17               candidates that GGAM was locating and if Cantor

18               sticks to their guns, Bloomberry would go out and

19               just hire these candidates without GGAM, correct?

20          A.   That's what it says.

21          Q.   And they would then try to take Mr Stone or

22               Mr Saunders away from GGAM?

23          A.   Yeah, because this is a -- what you could call

24               contingency plan and Cantor had stuck their nose in

25               the negotiations and didn't even -- we were not
```

```
 1   10.42        dealing with Cantor when they started.
 2           Q.   But you certainly understood at this time that
 3                Cantor was involved, correct?
 4           A.   Well, Bill originally mentioned that Cantor was one
 5                of the funders or the backers of GGAM, but when the
 6                negotiations started, it seemed as if -- at least
 7                I was informed, that Cantor had taken over the show.
 8           Q.   So you were aware of Cantor's role and its
 9                participation in the negotiations, correct?
10           A.   I was aware of the role; I didn't quite understand
11                it, but I was aware.
12           Q.   And Ms Occena was saying if you couldn't reach an
13                agreement, you would hire the candidates GGAM had
14                identified and then make Mr Stone or Mr Saunders,
15                "a compensation package he cannot refuse".
16           A.   That's what she says, yes.  If there is no deal in
17                the end, because even if the deal fell through, we
18                still needed management.
19           Q.   And so you would take the candidates that GGAM had
20                identified in good faith to you and proceed without
21                them?
22           A.   Well, that didn't happen.  She says that.  I didn't
23                say that.
24           Q.   Did you tell Ms Occena it wasn't appropriate to do
25                that?
```