Case 1:21-cv-02655-LGS-SN   Document 329-19   Filed 01/26/23   Page 1 of 3
Deposition of Donato Almeda                    Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al
CONFIDENTIAL

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - - - -x
 3                                      :
     GLOBAL GAMING PHILIPPINES, LLC,    :
 4                                      :
              Plaintiff,                :
 5                                      :
         v.                             : Case No.
 6                                      : 21 Cv. 2655
     ENRIQUE K. RAZON, JR.;             : (LGS)(SN)
 7   BLOOMBERRY RESORTS AND HOTELS INC.;:
     SURESTE PROPERTIES INC.;           :
 8                                      :
              Defendants.               :
 9                                      :
     - - - - - - - - - - - - - - - - - -x
10
               REMOTE VIDEOTAPED DEPOSITION OF
11
                       DONATO ALMEDA
12
                 **** CONFIDENTIAL ****
13
                       May 11, 2022
14

15        REMOTE VIDEOTAPED DEPOSITION OF DONATO ALMEDA,
     produced as a witness at the instance of the
16   Plaintiff, and duly sworn remotely, was taken in the
     above-styled and numbered cause on May 11, 2022,
17   from 9:06 a.m. (KST) to 5:43 p.m. (KST), remotely
     before Dawn K. Larson, RDR, CRR, reported by machine
18   shorthand, pursuant to Rules 26 and 30(b)(6) of the
     Federal Rules of Civil Procedure and the provisions
19   stated on the record.

20

21

22

23

24

25
```

Case 1:21-cv-02655-LGS-SN   Document 329-19   Filed 01/26/23   Page 2 of 3
CONFIDENTIAL
Deposition of Donato Almeda                    Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al

Page 260

1  Engineering, so there goes that connection.
2      But obviously having an ICTSI email is
3  most convenient for most of these guys, instead of
4  putting up -- because we didn't have a Solaire.com
5  email addresses yet at that time.  As you can see,
6  I'm still using my personal email.
7      Q.  Yes.  And it's true that, in fact, people
8  working on the Solaire project continued to use
9  ICTSI email addresses for their BRHI and SPI work
10 even until today; isn't that right?
11     A.  Only for those that came from ICTSI.
12         (Overlapping speakers.)
13     A.  Like Ms. Occeña and -- whatever -- I don't
14 even know anybody else other than who's Ms. Occeña
15 doing that.
16     Q.  And Mr. Razon uses his ICTSI email address
17 for BRC and BRHI and SPI work; correct?
18     A.  That's correct.
19     Q.  Are you aware of anyone else at BRC, BRHI,
20 or SPI using ICTSI email addresses for work for BRC,
21 BRHI, or SPI?
22     A.  No.  Other than Mr. Razon and Ms. Occeña,
23 I think that's about it.
24     Q.  In the MSA between BRHI and SPI, as we
25 discussed earlier, GGAM was granted an option to

Page 261

1  purchase equity in the Solaire project; correct?
2      A.  Yes.
3      Q.  We can take this exhibit down.
4          After the MSA was signed in 2011,
5  September 2011, you traveled to the United States to
6  negotiate the specific terms of the option; is that
7  right?
8      A.  I don't recall that.  I may not be -- I
9  may have traveled to the U.S. to do something else
10 for the project, but not exactly to negotiate the
11 Option Agreement.  I don't recall being part of that
12 team or panel from our side.
13     Q.  Did you meet with Ms. Occeña and Mr. Rein
14 in Las Vegas in October 2011?
15     A.  My recollection of the trip to Las Vegas
16 was to attend the gaming convention.  So if I met
17 with Jon Rein then, it was purely on being in the
18 convention itself, not to negotiate.  Again, that's
19 my -- that's me.  Perhaps, Ms. Occeña and anybody
20 else in our panel was there to negotiate.
21     Q.  Who do you recall traveled with you from
22 the Bloomberry side in October 2011 to Las Vegas?
23     A.  I'm not so sure -- well, I'm not so sure
24 Mr. Alarilla was with me.  Perhaps, he was with me,
25 and, perhaps, he was with Ms. Occeña to negotiate

Page 262

1  the Option Agreement.
2      Q.  I think you testified earlier you met with
3  Jon Rein first during the negotiation of the MSA;
4  correct?
5      A.  Yeah, but he also traveled here, I
6  believe, in the Philippines, during the time of --
7  maybe that period of time or maybe later.  So I
8  can't really say exactly what period or year that I
9  first met Jon Rein.  It could be also possible
10 during that gaming convention in Vegas.
11     Q.  Ultimately, the Parties came to an
12 agreement on the terms of the option, and that was
13 memorialized in what's called the Equity Option
14 Agreement.
15         Do you recall that?
16     A.  Yes.
17     Q.  Are you familiar with that document?
18     A.  Yes.
19     Q.  And that document was finalized shortly
20 before Bloomberry and GGAM commenced a roadshow to
21 solicit investment from potential investors in the
22 U.S. and elsewhere.
23         Do you recall that?
24     A.  Yes.  Yes.
25     Q.  And you traveled to the U.S. for part of

Page 263

1  that roadshow; correct?
2      A.  That's correct.
3      Q.  And that was in April and May of 2012?
4      A.  Yes.
5      Q.  And you participated in the roadshow in
6  presentations in New York; correct?
7      A.  Kind of split.  Perhaps, the East Coast, a
8  portion of my trip was in Boston.  In New York, I
9  think it was Mr. Razon and Bill Weidner and that we
10 met up in New York.
11     Q.  You met on the final day of the roadshow?
12     A.  On the final day, yes, that's correct.
13     Q.  And you had a celebration dinner for
14 closing the roadshow; correct?
15     A.  Yes.  I believe so, yes.
16     Q.  And who was present at that celebration
17 dinner in New York?  Do you recall?
18     A.  It was Mr. Razon; Bill; Garry; Brad; Jon,
19 I think was there; myself; Ms. Occeña; and the
20 investment bankers who helped us do the roadshow,
21 who arranged for the roadshow, yes.
22     Q.  And that was CLSA?
23     A.  CLSA and UBS.
24     Q.  At some point after -- actually, strike
25 that.

Case 1:21-cv-02655-LGS-SN   Document 329-19   Filed 01/26/23   Page 3 of 3
CONFIDENTIAL
Deposition of Donato Almeda                                    Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al

REPORTER'S CERTIFICATE

I, Dawn K. Larson, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Realtime Captioner, and Notary Public, do hereby certify that, previous to the commencement of the examination, the deponent was remotely duly sworn by me to testify to the truth.

I further certify this deposition was taken remotely in shorthand by me and thereafter reduced to typewritten form, that the foregoing constitutes a true and correct transcript.

I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

In witness whereof, I have hereunto affixed my hand and seal. My commission expires: January 31, 2023.

Dawn K. Larson, MBA, RDR, CRR, CRC
Notary Public