**Department of State: Division of Corporations**

Allowable Characters

**HOME**

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 5034936 | Incorporation Date / Formation Date: | 9/8/2011 (mm/dd/yyyy) |
| Entity Name: | GLOBAL GAMING PHILIPPINES, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | **State:** |
| Status: | Good Standing | Status Date: | 9/8/2011 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 0 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $ 300 | Total Authorized Shares: | |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Change of Agent Amendment for LP/LLC/GP/LLP 9000010 | 1 | 1/5/2016 | 9:14 AM | 1/5/2016 |
| 2 | LLC | 1 | 9/8/2011 | 10:40 AM | 9/8/2011 |

[Back to Entity Search]   [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov