**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC,<br><br>    *Plaintiff,*<br><br>  vs.<br><br>ENRIQUE K. RAZON, JR.; et al.,<br><br>    *Defendants.* | No. 21 Cv. 2655 (LGS) |

### DECLARATION OF KEVIN N. AINSWORTH

I, Kevin N. Ainsworth, declare under the penalty of perjury that the following is true and correct.

1.    I am a member of the Bar of this Court and the State of New York, and a member of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., attorneys for Plaintiff Global Gaming Philippines, LLC ("Plaintiff" or "GGAM"). I am familiar with the matters involved in this case and submit this declaration in support of Plaintiff's Motion to Recognize and Enforce a Foreign Arbitral Award Against Defendants Bloomberry Resorts and Hotels, Inc. ("BRHI") and Sureste Properties, Inc. ("SPI" or "Sureste") (collectively, "Defendants") in this action.

2.    The chart below shows the amounts awarded to GGAM in the Final Award (Exhibit 1 hereto) in U.S. Dollars (USD). Paragraph 507(c) awarded an amount in Philippine Pesos (PHP), equal to the value of GGAM's shares in Bloomberry Resorts Corporation ("BRC") as of December 9, 2014. The exchange rate for conversion to U.S. Dollars on December 9, 2014, was PHP44.5100 per USD (Rate obtained from the website of Bagnko Sentral NG Pilipinas at https://www.bsp.gov.ph/statistics/external/pesodollar.xlsx).

| Final Award | Philippine Pesos | Exchange rate | Dollars/Equivalent |
|---|---|---|---|
| Para. 507(a) | | | $85,200,000.00 |
| Para. 507(b) | | | $391,224.00 |
| Para. 507(c) | 10,169,871,978.24 | 44.51 PHP/USD | $228,485,103.98 |
| Para. 507(f) | | | $14,998,052.00 |
| **TOTAL** | | | **$329,074,379.98** |

The Tribunal awarded GGAM post-award interest at the rate of 6% compounded annually, beginning October 27, 2019, which (as of January 27, 2023) is **$68,737,465.** The calculation of that interest through January 27, 2023 is shown below:

| | Interest | Principal+ Interest |
|---|---|---|
| As of 10/27/2019 | | $329,074,380 |
| Interest from 10/28/2019 through 10/27/2020 | $19,744,463 | |
| Principal + Interest as of 10/27/2020 | | $348,818,843 |
| Interest from 10/28/2020 through 10/27/2021 | $20,929,131 | |
| Principal + Interest as of 10/27/2021 | | $369,747,973 |
| Interest from 10/28/2021 through 10/27/2022 | $22,184,878 | |
| Principal + Interest as of 10/27/2022 | | $391,932,852 |
| Interest from 10/28/2022 through 1/27/2023 | $5,878,993 | |
| | | |
| **Principal + Interest as of 1/27/2023** | | **$397,811,845** |

3.      On January 20, 2023, I visited the website of the Delaware Department of State: Division of Corporations and downloaded the Entity Details certificate for Global Gaming Philippines, LLC. A true and correct copy of that certificate of good standing is attached hereto as Exhibit 37.

4.      In the arbitration, Defendants submitted a Declaration of Leo D. Venezuela, dated December 7, 2014, which is attached hereto as Exhibit 6. Mr. Venezuela explained that Exhibit A

2

to his declaration lists the investments made in Bloomberry Resorts Corp. ("BRC") as a result of the road show for the top-up offering of BRC. The chart below shows the investors identified in his Exhibit A that were based in New York at the time, and the amounts of their investments. (Their presence in New York was confirmed through a review of public information, including SEC filings, and company websites).

| INVESTOR NAME | POT ALLOCATION (USD) |
|---|---|
| MORGAN STANLEY INVESTMENT MANAGEMENT | $9,080,118.69 |
| OCH-ZIFF CAPITAL MGMT LLC, NEW YORK | $6,231,454.01 |
| TIAA CREF INVESTMENT MANAGEMENT LLC | $6,231,454.01 |
| ALLIANCEBERNSTEIN LP | $2,136,498.52 |
| ASIAN CENTURY QUEST CAPITAL LLC | $1,246,290.80 |
| KINGDON CAPITAL MANAGEMENT LLC | $1,246,290.80 |
| SOROS FUND MANAGEMENT LLC | $1,246,290.80 |
| MOON CAPITAL MANAGEMENT LP | $1,068,249.26 |
| TUDOR INVESTMENT CORP | $1,068,249.26 |
| HIGHBRIDGE CAPITAL MANAGEMENT LLC | $1,068,249.20 |
| PINZ CAPITAL MANAGEMENT, LLC | $356,083.09 |
| PINEBRIDGE INVESTMENTS LLC | $267,062.31 |
| UNION AVENUE ADVISORS LP | $267,062.31 |
| JOHN LOCKE CAPITAL MANAGEMENT LP | $178,041.54 |
|  |  |
| TOTAL | $31,691,394.60 |

5.  Attached hereto as exhibits are true and correct copies of the documents described below:

| Document | EXHIBIT No. |
|---|---|
| Final Award issued by the Arbitral Tribunal in *Global Gaming Philippines LLC et al. v. Bloomberry Resorts and Hotels Inc. et al.* (the "Arbitration"), on Sept. 27, 2019 (Attached to the Second Amended Complaint as Appendix 1, ECF No. 218-1) (excerpts) | EXHIBIT 1 |
| Management Services Agreement between Global Gaming Philippines LLC and Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc. ("MSA") dated Sept. 9, 2011 (Attached to | EXHIBIT 2 |

3

| | |
|---|---|
| the Second Amended Complaint as Appendix 4, ECF No. 218-4) (excerpts) | |
| Email from E. Razon to razon4916@gmail.com re: Fw: Bloomberry Management Roadshow Schedule for Asia (23 April Update) (Apr. 23, 2012) (Produced by Defendants with starting Bates No. BLOOM_0015184) (excerpts) | EXHIBIT 3 |
| Email from K. Parker to W. Weidner re: FW: Bloomberry Resorts Corp – Final Meeting Schedule for the DB 2012 GEMS Conference (Aug. 28, 2012) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0366817) | EXHIBIT 4 |
| Transcript of Investor Meeting (Nov. 16, 2021) (Produced by Defendants with starting Bates No. BLOOM_0057186) (excerpts) | EXHIBIT 5 |
| Declaration of Leo D. Venezuela in the Arbitration (Dec. 7, 2014) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0371089) (excerpts) | EXHIBIT 6 |
| Email from F. Gaspar to E. Razon re: Casino - Search for COO (Jan. 21, 2011) (Produced by Defendants with starting Bates No. BLOOM_0148256) | EXHIBIT 7 |
| Confidentiality Agreement between Global Gaming Asset Management, LP and Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc. (Mar. 1, 2011) (Produced by Defendants with starting Bates No. BLOOM_0002457) (excerpts) | EXHIBIT 8 |
| Email from C. Alarilla to E. Occeña-Tuason and E. Razon (May 4, 2011) (Produced by Defendants with starting Bates No. BLOOM_0012841) | EXHIBIT 9 |
| Email from J. Rein to E. Occeña-Tuason re: GGAM / Bloomberry Legal Document Diligence Checklist FOR DISCUSSION PURPOSES ONLY, attaching document entitled Preliminary Due Diligence Checklist, Bloomberry Solera Project (May 23, 2011) (Produced by Defendants with starting Bates No. BLOOM_0002180) (excerpts) | EXHIBIT 10 |
| Email from K. Russell to J. Rein and S. Tan re: Cantor / Bloomberry NDA (May 25, 2011) (Produced by Defendants with starting Bates No. BLOOM_0001271) (excerpts) | EXHIBIT 11 |

4

| | |
|---|---|
| Partial Award on Liability issued in the Arbitration on Sept. 20, 2016 (Attached to the Second Amended Complaint as Appendix 2, ECF No. 218-2) (excerpts) | EXHIBIT 12 |
| Email from E. Occeña-Tuason to J. Rein re: Corrected MSA (June 22, 2011) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0059521) | EXHIBIT 13 |
| Email from E. Occeña-Tuason to E. Razon re: Fwd: GGAM telecon (June 23, 2011) (Produced by Defendants with starting Bates No. BLOOM_0025671) | EXHIBIT 14 |
| Email from J. Rein to E. Occeña-Tuason re: MSA Issue List (July 6, 2011) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0059766) | EXHIBIT 15 |
| Email from E. Occeña-Tuason to E. Razon re: [no subject line] (July 7, 2011) (Produced by Defendants with starting Bates No. BLOOM_0015588) | EXHIBIT 16 |
| Email from J. Rein to E. Occeña-Tuason re: [no subject line] (July 12, 2011) (Produced by Defendants with starting Bates No. BLOOM_0001447) | EXHIBIT 17 |
| Email from J. Rein to E. Occeña-Tuason re: Dial-in for 10:00 call (Aug. 8, 2011) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0366455) | EXHIBIT 18 |
| Email from J. Rein to E. Occeña-Tuason and S. Tan re: GGAM - MSA signature pages (Sept. 8, 2011) (Produced by Defendants with starting Bates No. BLOOM_0002037) | EXHIBIT 19 |
| Email from K. Russell to E. Occeña-Tuason re: MSA (Sept. 12, 2011) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0100848) (excerpts) | EXHIBIT 20 |
| Roadshow Schedule (Apr. 23, 2012 to May 1, 2012) (Produced by Defendants with starting Bates No. BLOOM_0055481) (excerpts) | EXHIBIT 21 |
| Offering Circular (May 1, 2012) (Produced by Defendants with starting Bates No. BLOOM_0077381) (excerpts) | EXHIBIT 22 |
| Meeting Schedule for UBS Global Emerging Markets One-on-One Conference (Nov. 27, 2012 to Nov. 29, 2012) (Produced by Defendants with starting Bates No. BLOOM_0011795) (excerpts) | EXHIBIT 23 |

| | |
|---|---|
| ==Email from J. Jones to E. Occeña-Tuason re: Notice of Exercise of Option (Dec. 21, 2012)== (Produced by Defendants with starting Bates No. BLOOM_0002281) | EXHIBIT 24 |
| Email from S. Kim to Treasury at BGC Partners re: REF Numbers (Dec. 21, 2012) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0463290) | EXHIBIT 25 |
| Declaration of Enrique K. Razon, Jr. in the Arbitration (Dec. 7, 2014) (Produced by Defendants with starting Bates No. BLOOM_0097178) (excerpts) | EXHIBIT 26 |
| Declaration of Garry W. Saunders in the Arbitration (Jun. 14, 2015) (Produced by Defendants with starting Bates No. BLOOM_0099006) (excerpts) | EXHIBIT 27 |
| Transcript of Hearing Testimony in the Arbitration on Oct. 20, 2015 (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0358039) (excerpts) | EXHIBIT 28 |
| Transcript of Deposition Testimony of William P. Weidner Deposition in this action on Apr. 20, 2022 (excerpts) | EXHIBIT 29 |
| Transcript of Deposition Testimony of Garry W. Saunders in this action on Apr. 22, 2022 (excerpts) | EXHIBIT 30 |
| Transcript of Deposition Testimony of Bradley H. Stone in this action on Apr. 27, 2022 (excerpts) | EXHIBIT 31 |
| Transcript of Deposition Testimony of Donato Almeda in this action on May 11, 2022 (excerpts) | EXHIBIT 32 |
| Transcript of Deposition Testimony of Jonathan Rein in this action on May 17, 2022 (excerpts) | EXHIBIT 33 |
| Transcript of Deposition Testimony of Binyomin Abrohom Kaplan in this action, as Rule 30(b)(6) representative of Plaintiff, on May 19, 2022 (excerpts) | EXHIBIT 34 |
| Transcript of Deposition Testimony of Enrique K. Razon, Jr. in this action on May 25, 2022 (excerpts) | EXHIBIT 35 |
| Transcript of Deposition Testimony of Enrique K. Razon, Jr. in this action on May 26, 2022 (excerpts) | EXHIBIT 36 |
| Delaware Department of State: Division of Corporations Entity Details for Global Gaming Philippines, LLC | EXHIBIT 37 |

| | |
|---|---|
| Declaration of Enrique K. Razon Jr. in the Arbitration (Sept. 4, 2015) (Produced by Defendants with starting Bates No. BLOOM_0077973) (excerpts) | EXHIBIT 38 |

Executed on: January 25, 2023

/s/ Kevin N. Ainsworth
Kevin N. Ainsworth

## **CERTIFICATE OF SERVICE**

      I, Kevin N. Ainsworth, hereby certify that on January 25, 2023, I caused the foregoing DECLARATION OF KEVIN N. AINSWORTH to be served upon counsel of record by uploading the document to an ftp site and sending emails to counsel of record with the address and passcode to enable them to download the document.

                                                       */s/ Kevin N. Ainsworth*
                                                       Kevin N. Ainsworth