| From: | Razon, Enrique K. </O=ICTSI/OU=MICT/CN=RECIPIENTS/CN=ERAZON> |
|---|---|
| Sent: | Monday, April 23, 2012 9:53 AM |
| To: | 'razon4916@gmail.com' |
| Subject: | Fw: Bloomberry Management Roadshow Schedule for Asia (23 April Update) |
| Attach: | Bloomberry Mgt RS Schedule - Asia (23Apr Update).pdf; Bloomberry Inv Profiles (Singapore).pdf |

---

**From**: Maria Leung, CLSA [mailto:maria.leung@clsa.com]
**Sent**: Monday, April 23, 2012 05:34 PM
**To**: Occena, Estela T.; 'stoneb@ggamllc.com' <stoneb@ggamllc.com>; 'brad.h.stone@gmail.com' <brad.h.stone@gmail.com>; 'dalmehda@aol.com' <dalmehda@aol.com>; 'saundersg@ggamllc.com' <saundersg@ggamllc.com>; Danilo Feliciano, CLSA <danilo.feliciano@clsa.com>; Fermin Francisco, CLSA <fermin.francisco@clsa.com>; Richard Taylor, CLSA <richard.taylor@clsa.com>; Stuart Wilson, CLSA <stuart.wilson@clsa.com>; Razon, Enrique K.; Bonga, Lilibeth A.; 'weidnerb@gmail.com' <weidnerb@gmail.com>; 'mfrench@bloomberry.ph' <mfrench@bloomberry.ph>; 'levenezu@me.com' <levenezu@me.com>; Paolo Antonio Azurin, CLSA <paolo.azurin@clsa.com>
**Cc**: Richard Lee, CLSA <richard.lee@clsa.com>; Stuart Wilson, CLSA <stuart.wilson@clsa.com>; Darren Chow, CLSA <darren.chow@clsa.com>; Leona Leung, CLSA <leona.leung@clsa.com>; Cynthia Wong, CLSA <cynthia.wong@clsa.com>; Dorothy Fung, CLSA <dorothy.fung@clsa.com>; Hock Thiam Loh, CLSA <hock.thiam.loh@clsa.com>; Ariza Mangalile, CLSA <ariza.mangalile@clsa.com>; Mary Laureano, CLSA <mary.laureano@clsa.com>; Karine Chung, CLSA <karine.chung@clsa.com>; 'lauro.baja@ubs.com' <lauro.baja@ubs.com>; 'stuart.mackay@ubs.com' <stuart.mackay@ubs.com>; 'Clarisse-Ann-Chua.Ong@ubs.com' <Clarisse-Ann-Chua.Ong@ubs.com>; 'christian.wolf@ubs.com' <christian.wolf@ubs.com>; 'indran.thana@ubs.com' <indran.thana@ubs.com>; 'Chris.Lau@ubs.com' <Chris.Lau@ubs.com>; 'Catalina.Man@ubs.com' <Catalina.Man@ubs.com>; Amy Villeneuve, CLSA <amy.villeneuve@clsa.com>; Mei Chan, CLSA <mei.chan@clsa.com>; 'Claire.Deane@ubs.com' <Claire.Deane@ubs.com>; 'Kate.Treherne@ubs.com' <Kate.Treherne@ubs.com>; 'parkerk@ggamllc.com' <parkerk@ggamllc.com>; 'parkerk767@yahoo.com' <parkerk767@yahoo.com>; 'david.cameron-smail@ubs.com' <david.cameron-smail@ubs.com>; 'Jonathan.Cai@ubs.com' <Jonathan.Cai@ubs.com>; 'brice.cu@ubs.com' <brice.cu@ubs.com>; 'fergus.horrobin@ubs.com' <fergus.horrobin@ubs.com>
**Subject**: Bloomberry Management Roadshow Schedule for Asia (23 April Update)

Dear all

Enclosed please find Bloomberry Management Roadshow Schedule (Asia – Update as of 23 April) and Investor Profile (Singapore) for your perusal.   Please note :

1.     Upon arrival in Singapore, Driver Mr. Toh (+65 9871 1182) will meet at arrival hall with sign "Bloomberry" and proceed to Ritz Carlton Hotel.
2.     Pre-check-in at Ritz Carlton arranged.  CLSA will pick up hotel bill for managements and CLSA travelling bankers.
3.     12 copies of the presentation book, updated schedule and investor profiles will be printed and send to Paolo Azurin via Driver Toh.
4.     7:30am breakfast reserved at Greenhouse, Level 3 Ritz Carlton Hotel.  Reservation under the name "Danilo Feliciano"

See below blackberry version for **Tuesday 24 Apr** :

**Monday 23 April 2012**

**MNL – SG      SQ921 (1850 – 2220)**
Co : Occena, Almeda, Stone, Saunders, Venezuela
CLSA ECI : DF, Paolo

 
| Thur 26 Apr (Cont'd) | Hong Kong / London | Monte Carlo RS |

**Hong Kong / Manila**

| TIME | EVENT | LOCATION/PARTICIPANTS |
|---|---|---|
| ✈ | HK – MNL    CX905 (2140 – 2335) | Co : Venezuela |

**Hong Kong / London**

| TIME | EVENT | LOCATION/PARTICIPANTS |
|---|---|---|
| ✈ | HK – LDN    CX251 (2355 – 0540)  Driver to meet at arrival hall with sign "Bloomberry". [UBS to reserve] | Co : Occena, Almeda, Stone, Saunders  CLSA HK : RT  CLSA ECI : Paolo  Hotel: [UBS to reserve] |

| Sun 29 Apr | Manila – HK – New York JFK | Monte Carlo RS |

**MNL / HK / New York JFK**

| TIME | EVENT | LOCATION/PARTICIPANTS |
|---|---|---|
| ✈ | MNL – HK    CX900 (1230 – 1440)  HK – NY JFK    CX840 (1610 – 2010)  Transportation : CLSA to arrange | CLSA ECI : DF  Hotel: CLSA to arrange |

| Mon 30 Apr | London – New York JFK or Boston | Monte Carlo RS |

**London / New York JFK or Boston**

| TIME | EVENT | LOCATION/PARTICIPANTS |
|---|---|---|
| ✈ | LDN – NY JFK    BA183 (2000 – 2235)  Or  LDN – BOS    BA239 (1930 – 2140)  Driver to meet at arrival hall with sign "Bloomberry". [UBS to reserve] | Co : Occena, Almeda, Stone, Saunders  CLSA ECI : Paolo  Hotel: [UBS to reserve] |

| Tue 01 May | Boston – New York JFK | Monte Carlo RS |

**Boston / New York JFK**

| TIME | EVENT | LOCATION/PARTICIPANTS |
|---|---|---|
| ✈ | BOS - NY    US2143 (2000 – 2119)  Driver to meet at arrival hall with sign "Bloomberry". [UBS to reserve] | Co : Occena, Almeda, Stone, Saunders  CLSA ECI : Paolo  Hotel: [UBS to reserve] |

CONFIDENTIAL

BRHI_0015199
BLOOM_0015199

 

| Donato Almeda | Departure | Monte Carlo RS |
|---|---|---|
| **TIME** | **EVENT** | **LOCATION/PARTICIPANTS** |

✈ **Thur 03 May (New York / SFO)**
NY JFK - SFO        AA17 (1930 – 2305)

**Sat 05 May (SFO / HK)**
SFO - HK        CX873 (0110 – 0615)
        ETA HK on Sun 06May
** go to the airport on Fri 04 May

**Sun 06 May (HK / MNL)**
HK - MNL        CX907 (0800 – 0955)

Co : Almeda

---

| Estella Occena | Departure | Monte Carlo RS |
|---|---|---|

✈ **Sat 05 May (New York / HK)**
NY JFK - HK        CX845 (0130 – 0520)
        ETA HK on Sun 06May
** go to the airport on Fri 04 May

**Mon 07 May (HK / MNL)**
HK - MNL        CX905 (2140 – 2335)

Co : Occena

Hotel :  Novotel HK Citigate
    51 Man Tung Road, Hong Kong
    Tel : +852 3602 8888
    Fax : +852 3602 8899

Confirmation : 78671

** reserve for 5-7 May (late check out till 1800)

---

| Paolo Antonio Azurin | Departure | Monte Carlo RS |
|---|---|---|

✈ **Fri 04 May (New York / HK)**
NY JFK - SFO        CX845 (0130 – 0520)
        ETA HK on Sat 05May
** go to the airport on Thur 03 May

**Sat 05 May (HK / MNL)**
HK - MNL        CX907 (0800 – 0955)

CLSA ECI : Paolo

---

**- End of ASIAN Roadshow –**

**– Please refer to UBS's Schedule for UK/US Leg –**

CONFIDENTIAL

BRHI_0015200
BLOOM_0015200