| | |
|---|---|
| **From:** | Gaspar, Fernando <fgaspar@ictsi.com> |
| **Sent:** | Friday, January 21, 2011 7:42 AM |
| **To:** | Razon, Enrique K. <ekr@ictsi.com> |
| **Subject:** | Casino - Search for COO |
| **Attach:** | GGAM Background.pdf |

Ricky

I just spoke with the head hunters and reviewed the job description for the COO.  They have clearly understood what you need.  They expect to have candidates and bios by mid- February but will try to have some names when I meet with them in Miami on Feb 1.  I have told them that we will be in Las Vegas on March 11 and 12 and they should be ready to line up candidates for interview.

They also sent the attached document (GGAM) and felt it was important for you to consider speaking with Gary Saunders (page 12 of GGAM document) since he has experience in start ups and managing gaming operations in Las Vegas and Asia.  The head hunters will search for people with similar profiles although talent with both start up and gaming experience in Asia are hard to find so you may need to settle with the required experience but without Asia experience.

Let me know if you want to talk to the GGAM people and I can arrange for them to fly to Manila.

Confidential
BLOOM_0148256