## CONFIDENTIALITY AGREEMENT

In connection with the interest expressed by **GLOBAL GAMING ASSET MANAGEMENT, L.P.** (**"GGAM"**) to manage the construction, preopening and commercial operation of the Entertainment City Project (the "Project") for **Bloomberry Resorts and Hotels, Inc.** (**"BRHI"**) and **Sureste Properties, Inc** (**"SPI"**), the parties hereby agree as follows:

1. **BRHI and SPI** shall disclose to, or furnish **GGAM** with confidential, proprietary and non-public information about the Entertainment City Project (collectively "Information") to enable **GGAM** to make an intelligent decision with respect to the Project. **GGAM** shall use the Information solely for this purpose. **BRHI and SPI** understand that **GGAM** and/or its Representatives (as hereinafter defined) may currently or in the future be developing information internally, or receiving information from other parties, that may be similar to the Information furnished by or on behalf of **BRHI and SPI**. In addition, **BRHI and SPI** understand that **GGAM** and/or its Representatives may have, or in the future may enter into, relationships, contractual or otherwise, relating to the management, development or acquisition of casino properties not related to the Project. Provided that **GGAM** complies with its obligations contained herein, and except as otherwise expressly provided herein, this Confidentiality Agreement shall not in any way limit, restrict or preclude **GGAM** from pursuing any of its present or future business activities or interests or from entering into any agreement or transaction with any person, regardless of whether such business activities or interests are competitive with the business activities and interests of the other party and regardless of whether the subject matter of any such agreement or transaction is in any way similar to or different from the Project and/or the Information evaluated by **GGAM**.

2. **GGAM** shall maintain the strict confidentiality of the Information and shall limit the distribution of this information only to its directors, officers, employees, affiliates, subsidiaries, agents, attorneys, potential investors and other representatives (collectively, "Representatives") on a "need to know" basis. **GGAM** shall notify **BRHI and SPI** if it provides Information to a potential investor and shall only provide Information to potential investors if they have agreed to the terms set forth in this Confidentiality Agreement.

3. The parties likewise agree to maintain strictly confidential the fact that the final deliverables of the Project are intellectual properties.

4. If **GGAM** or any of its Representatives are required pursuant to legal process to disclose any Information or the existence or nature of the Project or discussions between the parties, **GGAM** will promptly notify **BRHI and SPI** to permit it to seek a protective order or take other appropriate action. **GGAM** will cooperate in **BRHI and SPI**'s efforts to obtain a protective order or other reasonable assurance that confidential treatment will be accorded the Information and the existence of the

9. The parties agree that references to "**GGAM**", and "Representatives" shall be meant to apply to only those individuals that have accessed the Information or who are engaged in the Project and no other employees or officers of **GGAM** or its affiliates. **BRHI and SPI** acknowledge that **GGAM** is affiliated with a broker dealer engaged in trading, securities, advisory and investment banking activities walled off from the Project and **BRHI and SPI** agree that nothing in this Confidentiality Agreement is intended to limit, restrict or impair any such business activities so long as the personnel engaged in such activities have not accessed Confidential Information or participated in the Project. **GGAM**'s obligation hereunder shall be enforced throughout the term of the agreement and for a period of two (2) years thereafter.

10. This Confidentiality Agreement will be binding on and inure to the benefit of the parties hereto, and their respective successors and assigns. Neither party has the right to assign it obligations or rights or privileges to any other person without the written consent of the other party; provided, however, it may be assigned in whole or in part by **GGAM** to any affiliate or to any successor in interest of **GGAM**.

11. This Confidentiality Agreement shall be governed by and construed in accordance with the laws of the state of New York, without giving effect to the principles of conflict of laws thereof.

12. This Confidentiality Agreement may be executed by facsimile signature or by other electronic means, which shall be accepted as if they were original execution signatures. This Confidentiality Agreement may be executed in multiple counterparts, each of which shall constitute an original, but all of which shall constitute one agreement. This Confidentiality Agreement may not be modified except by a writing signed by both Parties.

Confidential

SIGNED by the parties as of March 1, 2011.

| BLOOMBERRY RESORTS AND HOTELS, INC. | GLOBAL GAMING ASSET MANAGEMENT, L.P. |
|---|---|
| SURESTE PROPERTIES, INC. | |
| By: ESTELA TUASON-OCCEÑA | By: WILLIAM P. WEIDNER |

SIGNED IN THE PRESENCE OF :

[Signature Page to Confidentiality Agreement between Global Gaming Asset Management, L.P., Bloomberry Resorts and Hotels, Inc. and Sureste Properties, Inc. dated as of March 1, 2011]

Confidential

BRHI_0002460
BLOOM_0002460