| From: | Chito Alarilla <jejalarilla@hotmail.com> |
|---|---|
| Sent: | Wednesday, May 4, 2011 11:54 PM |
| To: | Occena, Estela T. <eoccena@ictsi.com>; Razon, Enrique K. <ERazon@ictsi.com> |
| Cc: | Donato Almeda <dalmehda@aol.com> |
| Subject: | Re: GGAM |

Thanks Estela - these guys have impressive credentials in the gaming industry. I wonder what their management set up will be for our property and how much this will cost us -


"Sent via BlackBerry from Smart"

-----Original Message-----
From: "Occena Estela T." <EOccena@ICTSI.com>
Date: Wed, 4 May 2011 09:50:21
To: <ERazon@ICTSI.com>
Cc: <jejalarilla@hotmail.com>; <dalmehda@aol.com>
Subject: GGAM

Dear EKR,

I researched the backgrounds of the 3 guys who are coming tomorrow. Jonathan Rein is Managing Director at Cantor Fitzgerald. Brad and Garry works with Bill. Below for your reference.

Regards,
Estela

GGAM

1. Garry W. Saunders served as Executive Vice President and Chief Operating Officer of Melco Crown Entertainment Ltd. from December 19, 2006 to November 2008. Mr. Saunders served as Vice President of International Operations of Las Vegas Sands, Inc., with principal responsibility for its Macau operations and was responsible for overseeing the operations of Sands Macau and the pre-development activities of certain properties on the Cotai Strip in Macau. From 1994 to 1997, Mr. Saunders served as ITT Corporation's Executive Vice President of the gaming activities in both its Sheraton and Caesars World Divisions, and Playboy Enterprises as the President of its Gaming Division from 1997 to 2001, In these roles, he was responsible for the development and operations of properties throughout the United States and Canada and various international locations in Europe, South America, Australia, Asia and Africa. This responsibility included the development and opening of numerous hotel casino properties. From 1980 to 1993, Mr. Saunders served in a variety of executive positions at the Atlantic City Sands Hotel and Casino, including the last six years as Executive Vice President. Mr. Saunders began his involvement in the gaming and hospitality industry as a manager in the management consulting group of Price Waterhouse & Co., (now PriceWaterhouseCoopers, LLC,) from 1976 to 1980, when he served as a consultant to gaming properties then opening in Atlantic City, New Jersey. He has been the Chairman of Shuffle Master Inc. since November 2010. He served as the Interim Non-Executive Chairman at Shuffle Master from April 2010 to November 1, 2010. Mr. Saunders has been a Director of Shuffle Master since October 2002 and Director of Windsor Woodmont Black Hawk Resort Corporation since January 2002.

2. Bradley H. Stone, Brad has been President of Global Operations & Construction at Las Vegas Sands Corp. since February 2009. Mr. Stone has been Executive Vice President of Venetian Casino Resort, LLC since 1995. Mr. Stone oversees the operation, design and construction of its properties in Las Vegas and Macao, plays a key role in its financing, and future international and domestic developments. He has been Executive Vice President

Las Vegas Sands LLC, a subsidiary of Las Vegas Sands Corp. since December 1995. Mr. Stone served as Executive Vice President of Las Vegas Sands Corp. since August 2004. From June 1984 to December 1995, he served as President and Chief Operating Officer of the Sands Hotel in Atlantic City. He served as Executive Vice President of the parent Pratt Hotel Corporation from June 1986 to December 1995. He began his career as a trainee at New York City's famed Plaza Hotel. He has held management positions at Marriott's Essex House in New York and at Caesars Hotel Casino in Atlantic City, where he served as General Manager. In 1981, he joined the Sands Hotel Casino in Atlantic City as Director of Operations. Mr. Stone earned a series of promotions, first to Vice President of Hotel and Casino Operations, then to Executive Vice President, and finally to President and Chief Operating Officer. In April 1997, Mr. Stone was front and center as ground was broken on what would become the world-famous Venetian-Resort-Hotel-Casino. Mr. Stone's influence was felt throughout the creation of the spectacular resort destination, from the grandest of plans to the smallest of details. His broad range of responsibilities and attention to detail led him to be the driving force behind The Venetian's Venezia tower - a $275 million, 12-story "hotel within a hotel". Mr. Stone was also instrumental in the opening of Las Vegas Sands, Inc.'s first international property, the Sands Macao. Mr. Stone is a graduate of the prestigious Hotel School at Cornell University.

3. Jonathan Rein
Managing Director at Cantor Fitzgerald
Greater New York City Area Financial Services
Current
Managing Director at Cantor Fitzgerald
Business & Corporate Development at Global Gaming Asset Management
Past
Principal at Global Leisure Partners
Director at Credit Suisse
Director at CIBC World Markets
see all...
Education
Harvard University
Milton Academy
The Buckley School
Connections
425 connections
Jonathan Rein's Experience

Managing Director
Cantor Fitzgerald
Privately Held; Financial Services industry
2009 - Present (2 years)

Managing Director with coverage responsibilities for merchant banking and investment banking within the gaming, lodging and leisure sectors.
Business & Corporate Development
Global Gaming Asset Management
Gambling & Casinos industry
2009 - Present (2 years)

Lead investment, acquisition and financial activities for joint venture between Cantor Fitzgerald and former Las Vegas Sands management team (Bill Weidner, Brad Stone & Garry Saunders) in the global gaming, hospitality and resort sectors.
Principal
Global Leisure Partners
Privately Held; Investment Banking industry
2008 - 2009 (1 year)

Responsible for generation and execution of investment banking and principal investment transactions in the gaming, lodging and leisure sectors.
Director
Credit Suisse
Public Company; CS; Banking industry
2006 - 2008 (2 years)

Generated and executed M&A, leveraged finance and private equity transactions in the gaming, lodging and leisure sectors within real estate investment banking.
Director
CIBC World Markets
Public Company; CM; Investment Banking industry
2005 - 2006 (1 year)

Execution officer for M&A, leveraged finance, and private equity transactions in the gaming, lodging and leisure sectors.
Vice President
Montgomery & Co., LLC
Privately Held; Financial Services industry
2004 - 2005 (1 year)

Deal generation and execution officer for M&A and private placement transactions in the digital media, new media and traditional media sectors.
Vice President
Gleacher Partners
Privately Held; Investment Banking industry
1996 - 2003 (7 years)

Investment banking officer with responsibilities for M&A and principal transaction sourcing, execution and monitoring. NY office 1996-2000; London office (co-founder) 2000-2003.
Jonathan Rein's Education

Harvard University
BA, Economics
1992 - 1996

Milton Academy
1989 - 1992

The Buckley School
1979 - 1989

Regards,
Estela Tuason-Occena
Sent from my iPad

ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.

CONFIDENTIAL

BRHI_0012843
BLOOM_0012843