| | |
|---|---|
| **From:** | Rein, Jon <JRein@cantor.com> |
| **Sent:** | Wednesday, June 1, 2011 7:55 AM |
| **To:** | EOccena@ICTSI.com |
| **Subject:** | GGAM / Bloomberry Legal Document Diligence Checklist - FOR DISCUSSION PURPOSES ONLY |
| **Attach:** | Cantor_Manila - Due Diligence Checklist(68084046_2).DOC |

Estela,

For the Equity deal, please take a look at the attached and let's discuss what is available and relevant from this set.  Thanks,

Jon


**PLEASE NOTE NEW CELL PHONE NUMBER**
Jonathan Rein
Managing Director
Investment Banking | Cantor Fitzgerald
499 Park Avenue | New York, NY 10022
Tel +1 (212) 610-3664 | Cell +1 (646) 406-9031
jrein@cantor.com | www.cantor.com

CONFIDENTIAL: This e-mail, including its contents and attachments, if any,
are confidential. If you are not the named recipient please notify the
sender and immediately delete it. You may not disseminate, distribute, or
forward this e-mail message or disclose its contents to anybody else.
Copyright and any other intellectual property rights in its contents are
the sole property of Cantor Fitzgerald.
    E-mail transmission cannot be guaranteed to be secure or error-free.
The sender therefore does not accept liability for any errors or omissions
in the contents of this message which arise as a result of e-mail
transmission.  If verification is required please request a hard-copy
version.
    Although we routinely screen for viruses, addressees should check this
e-mail and any attachments for viruses. We make no representation or
warranty as to the absence of viruses in this e-mail or any attachments.
Please note that to ensure regulatory compliance and for the protection of
our customers and business, we may monitor and read e-mails sent to and
from our server(s).

For further important information, please see
http://www.cantor.com/legal/statement

PH DRAFT  5.23.2011

# PRELIMINARY DUE DILIGENCE CHECKLIST[1]

# BLOOMBERRY SOLERA PROJECT

**Schedule Closing Date: [_____], 2011.**

**KEY**:

| CF | Global Gaming/Cantor Fitzgerald |
|---|---|
| | 499 Park Avenue<br>New York, NY 10022<br><br>Bill Weidner<br>weidnerb@gmail.com<br><br>Jonathan Rein<br>(212) 610-3664 – direct<br>(646) 406-9031 – cell<br>jrein@cantor.com<br><br>Christine Levett<br>CLevett@cantor.com<br><br>Kevin Russell<br>(212) 294-7824  - direct<br>(646) 304-2036 - fax<br>krussell@cantor.com |
| PH | Paul, Hastings, Janofsky & Walker LLP |

---

[1] PRELIMINARY CHECKLIST FORM REMAINS SUBJECT TO CHANGE BASED ON COMMENCEMENT OF ACTUAL DUE DILIGENCE REVIEW.

LEGAL_US_W # 68084046.2

1

Confidential

BRHI_0002181
BLOOM_0002181

PH DRAFT  5.23.2011

|   |   |
|---|---|
|   | 515 S. Flower Street, 25th Floor<br>Los Angeles, CA 90071<br><br>Rick S. Kirkbride, *Partner*<br>(213) 683.6261 – direct<br>(213) 996.3261 – fax<br>rickkirkbride@paulhastings.com<br><br>Patricia Tan Openshaw, *Partner*<br>852-2867-9028 – direct<br>852-3192-9767 – fax<br>patriciaopenshaw@paulhastings.com<br><br>Jeff Myers<br>(213) 683.6258 – direct<br>(213) 996.3258 – fax<br>jeffreymyers@paulhastings.com |

LEGAL_US_W # 68084046.2

2

Confidential

BRHI_0002182
BLOOM_0002182