| | |
|---|---|
| **From:** | Russell, Kevin <KRussell@cantor.com> |
| **Sent:** | Wednesday, May 25, 2011 8:30 AM |
| **To:** | JRein@cantor.com; sjtan@picazolaw.com |
| **Cc:** | EOccena@ICTSI.com |
| **Subject:** | RE: Cantor / Bloomberry NDA |
| **Attach:** | LEGAL-#39293-v3-Non-Disclosure_Agreement_-_Bloomberry_Resorts.doc |

Here is an execution copy. The only change is that I redated the agreement to "as of March 1, 2011."

I will get it signed (and it appears it needs to be witnessed as well)

Thank you.


-----Original Message-----
From: Rein, Jon
Sent: Tue 5/24/2011 8:26 PM
To: Russell, Kevin; 'sjtan@picazolaw.com'
Cc: 'eoccena@ictsi.com'
Subject: Re: Cantor / Bloomberry NDA

Thanks everyone.  Kevin, can you arrange to have this executed?  I am not sure which authorized signatories are in nyc -- but Bill is in the US, seeing Lehrman later.
-------------------------
Sent using BlackBerry


----- Original Message -----
From: Russell, Kevin
Sent: Tuesday, May 24, 2011 08:23 PM
To: sjtan@picazolaw.com <sjtan@picazolaw.com>
Cc: Occena, Estela T. <eoccena@ictsi.com>; Rein, Jon
Subject: RE: Cantor / Bloomberry NDA


Excellent, thank you.


-----Original Message-----
From: sjtan@picazolaw.com [mailto:sjtan@picazolaw.com]
Sent: Tue 5/24/2011 7:56 PM
To: Russell, Kevin
Cc: Occena, Estela T.; Benny J. Tan; Rein, Jon
Subject: RE: Cantor / Bloomberry NDA

Russel,

I find your suggested compromise acceptable.

Thanks,

Benny Tan

CONFIDENTIAL LAWYER-CLIENT COMMUNICATION/ADVICE


Please find attached a revised draft (both clean and marked copies) of the

```
>
>          Regards
>
>          Benny Tan
>
>          THIS IS A CONFIDENTIAL LAWYER-CLIENT COMMUNICATION/ADVICE.
>
>
>
>
>
>
>
>
>
>          -----Original Message-----
>          From: Occena, Estela T. [mailto:EOccena@ICTSI.com]
>          Sent: Tue 5/24/2011 2:10 AM
>          To: Rein, Jon; Russell, Kevin
>          Subject: Fwd: Cantor / Bloomberry NDA
>
>          Jon, Russell,
>
>          Please see our comments on the NDA.  Kindly finalize as we want this
> executed by the time we have our meeting tomorrow.  Thank you.
>
>          Regards,
>          Estela Tuason-Occena
>          Sent from my iPad
>
>          Begin forwarded message:
>
>
>                  From: "Benny J. Tan" < <mailto:sjtan@picazolaw.com>
> sjtan@picazolaw.com>
>                  Date: May 24, 2011 1:43:34 PM GMT+08:00
>                  To: "Occena, Estela T." < <mailto:EOccena@ICTSI.com>
> EOccena@ICTSI.com>
>                  Subject: Re: FW: Cantor / Bloomberry NDA
>
>
>                  Estela,
>
>                  I have the following comments on the corrected draft
> Confidentiality Agreement:
>
>                  1. In Clause 1, GGAM deleted "proprietary and other".  We should
> insist on reinstating those words- "proprietary and other
> non-public information" must be covered by the protection of
> this Confidentiality Agreement.
>
>                  Likewise, GGAM deleted "GGAM shall use the information solely
> for this purpose"  Again we should insist on retaining this
> statement.  The intent is to prevent GGAM from using our
> confidential information for any other purposes not related to
> this Project.
>
>                  2. In Clause 2, GGAM wants the ability to share our confidential
> information to its "potential investors".  We should object to
> this.  Our confidential information is intended only for GGAM
> not for GGAM's potential investors.  Please note that "potential
> investors" is a very loose term.
>
>                  GGAM wants the ability to disclose our confidential information
```

Confidential

BRHI_0001276
BLOOM_0001276

> to "any governmental, regulatory or self regulatory agency or
> authority having or asserting jurisdiction over" them, without
> notice to or consent from us.  So if GGAM applies for a gaming
> license in New Jersey, then  "any governmental, regulatory or
> self regulatory agency or authority" in New Jersey can have
> access to all our confidential information, without us being
> notified. Is this acceptable?
>
> 3. In Clause 4, the provision added by GGAM virtually says that
> GGAM will retain our confidential information even after the
> termination of our agreement. Is this acceptable?
>
> 4. In clause 6 (now renumbered 8), GGAM wants to shorten the
> confidentiality period from termination/expiration of the
> Agreement from 3 years to only 1 year.  We should agree on a
> compromise of 2 years from expiration/termination.
>
> 5. I am fine with New York law as governing law of this
> Confidentiality Agreement.
>
> Regards
>
> Benny Tan
>
> THIS IS A CONFIDENTIAL LAWYER-CLIENT COMMUNICATION/ADVICE.
>
> Occena, Estela T. wrote:
>
>
>
> Hi Benny,
>
>
>
> I read their mark-up and I have the following comments:
>
>
>
> 1.      GGAM is looking at the Project to invest.  Is
> it acceptable to delete "GGAM shall use this information
> solely for this purpose".
>
> 2.      On Clause 5, we already disclosed vital
> information to them so we need to antedate the NDA to
> cover information already disclosed.
>
> 3.      Are we amenable to New York Law as the
> governing law?  Is adherence to confidentiality stricter
> in NY?
>
>
>
> Kindly let me know if you have any comments so we can
> give feedback to Kevin.
>
>
>
> Regards,
>
> Estela
>
> From: Rein, Jon [ <mailto:JRein@cantor.com>
> mailto:JRein@cantor.com]
> Sent: Wednesday, May 18, 2011 12:25 AM