| **From:** | Occena, Estela T. <EOccena@ICTSI.com> |
|-----------|----------------------------------------|
| **Sent:** | Thursday, June 23, 2011 11:07 PM |
| **To:** | Razon, Enrique K. <ERazon@ICTSI.com> |
| **Subject:** | Fwd: GGAM telecon |

Dear EKR,

My email below for your info - a preview of yesterday's call with GGAM.

Regards,
Estela Tuason-Occena
Sent from my iPad

Begin forwarded message:

> **From:** JEJAlarilla <jejalarilla@gmail.com>
> **Date:** June 24, 2011 5:06:22 AM GMT+08:00
> **To:** "Occena, Estela T." <EOccena@ICTSI.com>
> **Cc:** "dalmehda@aol.com" <dalmehda@aol.com>, benny tan <sjtan@picazolaw.com>
> **Subject: Re: GGAM telecon**
>
> Estela has an accurate account of what we went through the telcon. It's really the Cantor concerns that's making this complicated as the business aspect has been quite easy to resolve with Brad -
>
> Sent from my iPad
>
> On Jun 24, 2011, at 1:42 AM, "Occena, Estela T." <EOccena@ICTSI.com> wrote:
>
>> Hi Natoy,
>>
>> I think it does not hurt for you to meet Brad and discuss construction matters.
>>
>> In summary, the telecon made us a step closer to having a mutually acceptable MSA. But I tell you, there were a lot of arguments and they have revisited some of the agreed points that upset Benny (for the first time in 13 years, I saw how Benny gets upset). I also got into an altercation with Jon but it was not the first time. We get carried away when we argue our points which is normal in a negotiation like this. There was a point in the 4 hour telecon when Chito had to assure Brad that EKR is a reasonable person and that was the clincher in keeping Brad quiet. We started at 10am and finished pass 2pm. We had lunch at 2:30pm and you can imagine what time the NY guys hit the sack. You can also imagine our hunger. Figaro had the best food ever!
>>
>> Regards,
>> Estela Tuason-Occena
>> Sent from my iPad
>>
>> On Jun 23, 2011, at 11:21 PM, "dalmehda@aol.com" <dalmehda@aol.com> wrote:
>>
>>> Chito / Estela,
>>>
>>> How was the GGAM Telecon?
>>> Are we getting close to signing the MSA soon?

CONFIDENTIAL

BRHI_0025671

BLOOM_0025671