| | |
|---|---|
| **From:** | Occena, Estela T. <EOccena@ICTSI.com> |
| **Sent:** | Thursday, July 7, 2011 8:38 AM |
| **To:** | Razon, Enrique K. <ERazon@ICTSI.com> |
| **Subject:** | Re: |

Yes EKR.  Will keep it in mind.

Regards,
Estela Tuason-Occena
Sent from my iPad

On Jul 7, 2011, at 4:03 PM, "Razon, Enrique K." <ERazon@ICTSI.com> wrote:

> If the issues surround the equity portion you can tell them that we can drop the equity part all together
>
> ----- Original Message -----
> From: Occena, Estela T.
> To: Razon, Enrique K.
> Sent: Thu Jul 07 15:59:04 2011
> Subject: Re:
>

**Redacted**

> Benny and I are about to start discussing how to trim down the many many issues raised by Cantor in the MSA.  You might be overwhelmed if I send it to you now.  This is one of the reasons we are meeting them in Macau to bring down the number of issues.  We should be prepared to discuss it with you by the time we meet on the 15th with Benny and Chito.  Rest assured, we are doing our best to reach an agreement with GGAM without compromising our position.
>
> Regards,
> Estela Tuason-Occena
> Sent from my iPad
>
> On Jul 7, 2011, at 3:49 PM, "Razon, Enrique K." <ERazon@ICTSI.com> wrote:
>
>> What are the open issues on the MSA? Is it just the equity investment? What is Cantor's problem?
>>
>> ----- Original Message -----
>> From: Occena, Estela T.
>> To: Razon, Enrique K.
>> Sent: Thu Jul 07 15:40:09 2011
>> Subject: Re:
>>

**Redacted**

>> I'm flying to HK tomorrow to meet HR consultant for hotel casino and HSBC.  Bill, Brad, Garry, Chito Natoy and I will meet in Macau starting Sunday.  Below is our agenda:
>>
>> 1.  Open issues in the MSA (we are not looking good here.  Cantor a problem)
>> 2.  Interview GGAM candidate for COO, Chief IT Officer and Head of Gaming
>> 3.  Meeting with Paul Steelman and Matthew Pryer (Venetian construction guy) to discuss construction status, org chart and construction issues
>> 4.  Meeting with the procurement consultant and tour of Venetian back of the house
>>
>> We will all be back Tuesday night.  See you Thursday and have a good trip back home.
>>
>> Regards,
>> Estela Tuason-Occena
>> Sent from my iPad
>>

CONFIDENTIAL

BRHI_0015588
BLOOM_0015588

>> On Jul 7, 2011, at 3:24 PM, "Razon, Enrique K." <ERazon@ICTSI.com> wrote:
>>
>>> **Redacted**
>>>
>>> ----- Original Message -----
>>> From: Occena, Estela T.
>>> To: Razon, Enrique K.
>>> Sent: Thu Jul 07 15:12:41 2011
>>> Subject: Re:
>>>

# Redacted

>>>
>>> Regards,
>>> Estela Tuason-Occena
>>> Sent from my iPad
>>>
>>> On Jul 7, 2011, at 2:23 PM, "Razon, Enrique K." <ERazon@ICTSI.com> wrote:
>>>

**Redacted**

>>
>

CONFIDENTIAL

BRHI_0015589
BLOOM_0015589