| | |
|---|---|
| **From:** | Rein, Jon <JRein@cantor.com> |
| **Sent:** | Tuesday, July 12, 2011 11:45 PM |
| **To:** | eoccena@ictsi.com |
| **Subject:** | Re: |

Please let me know asap re timing for call. -------------------------- Sent using BlackBerry ----- Original Message ----- From: Rein, Jon Sent: Tuesday, July 12, 2011 06:58 AM To: eoccena@ictsi.com <eoccena@ictsi.com> Subject: RE: I am just confirming that you are requesting a call at 2pm Manila time on Wednesday? There is no way to do it in your evening, or even your morning? That would be 2am in New York, 11pm on the west coast. -----Original Message----- From: eoccena@ictsi.com [mailto:eoccena@ictsi.com] Sent: Mon 7/11/2011 11:35 AM To: Rein, Jon Subject: Re: Hi Jon, I discussed the telecon between lawyers with Garry/Brad and we agreed to just have the call on Wednesday at 2pm Manila time. We will try to discuss the issues tomorrow before the lawyers do the call. We will not discuss the definitions and annexes until we get back on Wednesday. I think it is best that we are all on the call so we can intervene and let business people decide on the issues. Regards, Estela "Sent via BlackBerry from Smart" _____ From: "Rein, Jon" <JRein@cantor.com> Date: Mon, 11 Jul 2011 10:36:47 -0400 To: Occena, Estela T.<EOccena@ICTSI.com> Subject: Estela, I hope your travels are going well. I wanted to ask for your help on something. Our lawyers reached out to Benny to try to have a lawyer-to-lawyer discussion on some drafting points -- not a negotiation, but a discussion and explanation regarding language, not MSA "issues". Benny rejected their request, saying he needed to consult with you. Given you are in Macau, I am not sure this is productive. I would really like the lawyers to try to clear away as much underbrush as possible before the business people reconvene. Could I ask you to please connect with Benny on this topic, and if you are agreeable, can you please suggest that the lawyers actually talk, rather than just exchange drafts in a context-free vacuum (because we know how that goes)? Thanks, Jon Jonathan Rein Managing Director | Cantor Fitzgerald 499 Park Avenue | New York, NY 10022 Tel +1 (212) 610-3664 | Cell +1 (646) 406-9031 jrein@cantor.com <blocked::mailto:jrein@cantor.com> | www.cantor.com <blocked::http://www.cantor.com/> CONFIDENTIAL: This e-mail, including its contents and attachments, if any, are confidential. If you are not the named recipient please notify the sender and immediately delete it. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else. Copyright and any other intellectual property rights in its contents are the sole property of Cantor Fitzgerald. E-mail transmission cannot be guaranteed to be secure or error-free. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. Although we routinely screen for viruses, addressees should check this e-mail and any attachments for viruses. We make no representation or warranty as to the absence of viruses in this e-mail or any attachments. Please note that to ensure regulatory compliance and for the protection of our customers and business, we may monitor and read e-mails sent to and from our server(s). For further important information, please see http://www.cantor.com/legal/statement

Confidential