| | |
|---|---|
| **From:** | Rein, Jon <JRein@cantor.com> |
| **Sent:** | Thursday, September 8, 2011 10:14 PM |
| **To:** | eoccena@ictsi.com; sjtan@picazolaw.com |
| **Cc:** | KRussell@cantor.com |
| **Subject:** | GGAM - MSA signature pages |

Hi guys, hope you are well. We expect to send signature pages within the next couple of hours, so you will have them by your morning. I know I speak for the entire GGAM team, and their advisors, counsel, and financial partners, in conveying the excitement and enthusiasm we and they feel for executing MSA and for the management team with respect to getting started on your operating partnership. Looking forward to speaking again / seeing you soon, Jon -------------------------- Sent using BlackBerry CONFIDENTIAL: This e-mail, including its contents and attachments, if any, are confidential. If you are not the named recipient please notify the sender and immediately delete it. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else. Copyright and any other intellectual property rights in its contents are the sole property of Cantor Fitzgerald. E-mail transmission cannot be guaranteed to be secure or error-free. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. Although we routinely screen for viruses, addressees should check this e-mail and any attachments for viruses. We make no representation or warranty as to the absence of viruses in this e-mail or any attachments. Please note that to ensure regulatory compliance and for the protection of our customers and business, we may monitor and read e-mails sent to and from our server(s). For further important information, please see http://www.cantor.com/legal/statement