![CLSA Asia-Pacific Markets] 

# Roadshow Schedule

23 April - 01 May 2012



**CONFIDENTIAL**

Subject to Arbitration Confidentiality Orders

BLOOM_0055481

 

# Detailed schedule

## Monday, April 30

### Boston (MA)                                                                                                 Participants

| Time | Activity | Details | Participants |
|---|---|---|---|
| 8:31 PM | Arrive Boston Logan Airport on Jet Blue flight B6484 from Las Vegas Airport. Collect and transfer to accommodation | M7 Worldwide<br>Tel: +1 866 549 1836<br><br>Driver: +1 781 345 9772<br>Type: Sedan<br>Conf: 279420<br>Signboard: Bloomberry<br>Meet at: Baggage Claim | Weidner |
| 9:40 PM | Arrive Boston Logan Airport on British Airways flight BA239 from London Heathrow Airport. Collect and transfer to | M7 Worldwide<br>Tel: +1 866 549 1836<br><br>Driver: +1 781 345 9773<br>Type: SUV<br>Conf: 279421<br>Signboard: Bloomberry<br>Meet at: Outside Customs | Almeda<br>Stone<br>Mackay, UBS |
| | Accommodation | Four Seasons Boston<br>200 Boylston Street<br>Boston, MA 02116<br>Tel: +1 617 338 4400<br>Fax: +1 617 423 0154<br><br>Weidner - 25273607 - King<br>Almeda - 98219454 - King<br>Stone - 98219503 - King<br>Mackay, UBS - 98219542 - King | |

### New York (NY)                                                                                               Participants

| Time | Activity | Details | Participants |
|---|---|---|---|
| 10:35 PM | Arrive New York JFK Airport on British Airways flight BA183 from London Heathrow Airport. Collect and transfer to accommodation | M7 Worldwide<br>Tel: +1 866 549 1836<br><br>Driver: +1 781 345 9774<br>Type: SUV<br>Conf: 279422<br>Signboard: Bloomberry<br>Meet at: Customs Exit | Occena<br>Saunders |
| | Accommodation | St Regis New York<br>Two East 55th Street<br>At 5th Avenue<br>New York, NY 10022<br>Tel: +1 212 753 4500<br>Fax: +1 212 787 3447<br><br>Occena - C135308526 - King<br>Saunders - C975308515 - King<br>Baja, UBS - C685308509 - King | |

 

## Monday, April 30 (cont.)

**New York (NY)**                                                                                                    **Participants**

   Accommodation      The Plaza Residences of the Plaza
768 Fifth Avenue
New York, NY 10019
Tel: +1 212 759 3000
Fax: +1 212 759 3001

Razon Jr. - Own booking