

**UBS Global Emerging Markets One-on-One Conference**
November 27th - 29th 2012 - The Waldorf=Astoria, 301 Park Avenue, New York

# Bloomberry Resorts Corp - *Meeting Schedule*

## November 27th 2012

| Time | Meeting Type | Client | Client Contact | Speaker Contact | Location |
|---|---|---|---|---|---|
| 08:00 - 08:50 | 1on1 | **Neon Liberty Capital Management LLC** | Satyen Mehta | Bradley Hunter Stone<br>Estella Occena<br>Leo Venedict Venezuela | Room #s Given at Conference |
| 09:00 - 09:50 | 1on1 | **Capital International Research Inc** | Lisa Thompson<br>Ric Torres | Bradley Hunter Stone<br>Estella Occena<br>Leo Venedict Venezuela | Room #s Given at Conference |
| 10:00 - 10:50 | 3on1 | **Deutsche Asset Management**<br>**Fred Alger Management Inc**<br>**Handelsbanken Asset Mgmt** | Reid Galas<br>Siang Meng Tan<br>Staffan Lindfeldt | Bradley Hunter Stone<br>Estella Occena<br>Leo Venedict Venezuela | Room #s Given at Conference |
| 11:00 - 11:50 | 1on1 | **Lazard Asset Management LLC** | Myla Cruz<br>Nicolas Rodriguez-Brizuela | Bradley Hunter Stone<br>Estella Occena<br>Leo Venedict Venezuela | Room #s Given at Conference |
| 12:00 - 13:00 | Break | | | | Room #s Given at Conference |
| 13:00 - 13:50 | 1on1 | **Thornburg Investment Management Co** | Michael Roberge | Bradley Hunter Stone<br>Estella Occena<br>Leo Venedict Venezuela | Room #s Given at Conference |
| 14:00 - 14:50 | 1on1 | **BlackRock Inc** | Palvir Bahia | Bradley Hunter Stone<br>Estella Occena<br>Leo Venedict Venezuela | Room #s Given at Conference |
| 15:00 - 15:50 | 1on1 | **Ashmore EMM** | John DiTieri | Bradley Hunter Stone<br>Estella Occena<br>Leo Venedict Venezuela | Room #s Given at Conference |
| 16:00 - 16:50 | 1on1 | **Global Thematic Partners LLC** | Jian Tao | Bradley Hunter Stone<br>Estella Occena<br>Leo Venedict Venezuela | Room #s Given at Conference |

CONFIDENTIAL