|         |                                                       |
|---------|-------------------------------------------------------|
| **From:**    | Jones, John <jjones@cantor.com>                  |
| **Sent:**    | Friday, December 21, 2012 2:08 PM                |
| **To:**      | EOccena@ICTSI.com; sjtan@picazolaw.com           |
| **Cc:**      | jgatotubo@punolaw.com; JRein@cantor.com          |
| **Subject:** | NOTICE OF EXERCISE OF OPTION                     |
| **Attach:**  | GGAM BLOOM NOTICE OF EXERCISE.pdf                |

Estela and Benny,

Attached is the executed notice of exercise by Global Gaming Philippines, LLC pursuant to the Equity Option Agreement.

John J. Jones
+1 212-294-7933

CONFIDENTIAL: This e-mail, including its contents and attachments, if any, are confidential. If you are not the named recipient please notify the sender and immediately delete it. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else. Copyright and any other intellectual property rights in its contents are the sole property of Cantor Fitzgerald.
   E-mail transmission cannot be guaranteed to be secure or error-free. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.  If verification is required please request a hard-copy version.
   Although we routinely screen for viruses, addressees should check this e-mail and any attachments for viruses. We make no representation or warranty as to the absence of viruses in this e-mail or any attachments. Please note that to ensure regulatory compliance and for the protection of our customers and business, we may monitor and read e-mails sent to and from our server(s).

For further important information, please see  http://www.cantor.com/legal/statement

**GLOBAL GAMING PHILIPPINES, LLC**
499 Park Avenue
New York, NY 10022

December 20, 2012

By: Overnight mail courier and by facsimile to +632 245 4966

Prime Metroline Transit Corporation
Unit 601, 6th Floor Ecoplaza Building
Pasong Tamo Extension, Makati City
Philippines
Attention: Enrique K. Razon, Jr., Chairman and CEO

Re:     Notice of Exercise

Dear Prime Metroline Transit Corporation:

We refer to the terms of the Equity Option Agreement (the "Option Agreement"), dated as of April 16, 2012, by and between Prime Metroline Transit Corp. (the "Grantor"), Bloomberry Resorts Corporation ("BRC") and Global Gaming Philippines, LLC (the "Grantee"). Capitalized terms contained herein and not otherwise defined shall have the meanings ascribed to them in the Option Agreement.

Pursuant to Section 2.3 of the Option Agreement, Grantee hereby notifies Grantor of the following:

(a) the Option is hereby exercised by Grantee;
(b) Grantee is electing to purchase 921,184,056 shares of BRC (100% of the Option Shares);
(c) Grantee shall take title to the Option Shares at the Closing;
(d) Grantee identifies December 28, 2012 as the target Closing Date for such purchase, subject to such extension as a party may request prior to such date in order to accommodate the settlement mechanics, but not later than the Required Exercise Date.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Our counsel, John Maynard G. Atotubo of Puno & Puno Law Office, will be in touch with Silverio Benny J. Tan and Estela T. Occena to discuss logistics for the Closing.

Very truly yours,

Global Gaming Philippines, LLC

By: /s/ William Weidner
William Weidner
Chief Executive Officer

cc:

By overnight courier and facsimile to +632 245 4966
Sureste Properties, Inc.
26th Floor, 139 Corporate Center Building
Valero Street, Salcedo Village
Makati City, Philippines
Attention: Enrique K. Razon, Jr., Chairman & CEO

And
By overnight courier and facsimile to +632 241 1187
Estela T. Occena
Office of the Chairman
3rd Floor ICTSI Administration Building
MICT South Access Road
Manila International Container Terminal
North Harbor, Manila, Philippines

[Signature page to Notice of Exercise dated December 20, 2012]

Confidential

BRHI_0002283
BLOOM_0002283