CONFIDENTIAL

Fissell Decl. Ex. 5

# DRAFT

**PROJECT BERRY:**
DISCUSSION MATERIALS FOR PRELIMINARY OPPORTUNITY REVIEW

JUNE 2011



GLOBAL GAMING ASSET MANAGEMENT



CANTOR Fitzgerald

GGAM-SDNY-0453439

CONFIDENTIAL

## TABLE OF CONTENTS

I. SITUATION OVERVIEW & EXECUTIVE SUMMARY

II. PROJECT OVERVIEW

III. MARKET OPPORTUNITY

IV. FINANCIAL SUMMARY

V. SWOT ANALYSIS, INVESTMENT RISKS & MITIGANTS

VI. APPENDIX

TABLE OF CONTENTS



GGAM-SDNY-0453440

**DRAFT**

## SITUATION OVERVIEW

***Global Gaming Asset Management ("Global Gaming" or "GGAM") has the opportunity to manage and invest in "Project Berry," a new casino resort project in Manila, Philippines***

- Project Berry is one of four entities to receive a license from the Philippine Amusement and Gaming Corp. ("PAGCOR"), the Philippines gaming regulator, to develop and operate a "Las Vegas-style" casino resort in an economic development zone on Manila Bay known as Entertainment City
- Phase I development of approximately $500 million will comprise a 5-star resort including the casino, convention center, restaurants, retail space, eleven hotel floors (with 494 keys), cinemas, night club, 5,000-seat event arena, swimming pool, garage and gardens
- Local sponsor/owner is billionaire Enrique "Ricky" Razon, who has already contributed $100 million of equity and is willing to contribute an additional $200 million
    - Banco de Oro Unibank has funded a 7-year, $220 million term loan to Project Berry on highly favorable terms
- Global Gaming has been approached by Razon and has engaged in substantial diligence and negotiation with respect to:
    - Management Contract → PV (5-Year) of $55-65 million; PV (10-Year) of $95-120 million
    - Option to acquire 10% of equity for $25-45 million → 5-year value of approximately $300 million/10x/60% IRR[1]
    - Dialogue to invest portion of $200 million incremental equity on TBD valuation/terms
- Global Gaming believes it can drive material incremental EBITDA, particularly from China VIP/high-end players

> ***Global Gaming is highly enthusiastic about both the Project Berry management and investment opportunities and requests approval to: (i) conclude diligence, negotiations and documentation concerning (a) the Management Services Agreement and (b) the Equity Option, on the terms further discussed herein; and (ii) continue exploring a Direct Equity Investment.***

---

(1) Option to invest equity with 10% ownership, subject to dilution upon additional equity investments at a premium to initial investment.



CONFIDENTIAL

GGAM-SDNY-0453442

4

**CONFIDENTIAL**

# DRAFT

## INVESTMENT HIGHLIGHTS (CONTINUED)

**Global Gaming Value Add**
- Although existing and future competitor casino facilities have some VIP play, the focus, quality and level of luxury that GGAM will bring to Project Berry will allow the property to stand out among its competitors as the premier high-end casino in Manila
- By focusing on VIP play, GGAM will have the ability to elevate Project Berry to a higher level of clientele and revenue recognition

**Strong Local Partner**
- Enrique K. Razon is an accomplished businessman with vast experience running successful business ventures in the Philippines and worldwide
- Native to the Philippines, Razon is a respected businessman influential in corporate and political circles in the country
- Razon has made a substantial equity commitment to Project Berry and will continue to fund equity capital into the project if needed

**Favorable Tax Environment**
- Most favorable gaming tax regime outside of Singapore
  - 2% of gross gaming revenues
  - 15% of non-junket High Roller tables and both High-Roller and non-High Roller junket tables
  - 25% of non-high roller tables and slots
- PAGCOR also allows local casino operators to work with foreign junket operators
- Possibly no corporate income tax; significant tax holidays and incentives

**Powerful Economics**
- Assuming GGAM hits its base-case EBITDAM projections, annual management fees will be approximately $20 million
- The value of our option is potentially $250 – 350 million
- Model is robust and defensible, with significant margin of comfort on projections
  - Comparisons to comparable regional casinos indicate that model assumptions are reasonable
  - Acceptable equity returns realized even with a 50% haircut to Bloomberry projected EBITDA (which is far below GGAM's projections)

**Optionality of Equity Investment**
- Equity investment to be structured as an Option, exercised prior to opening
  - Option language not yet formalized, but a satisfactory Option Agreement is a precondition to the Management Services Agreement (60 days post-Management Services Agreement execution to finalize Option Agreement)
  - Option gives GGAM 18 months to assess market and opportunity
  - General principle is a buy-in at 10% of Razon's cash cost basis, plus $15 million, to acquire a 10% interest in Sureste

**SITUATION OVERVIEW & EXECUTIVE SUMMARY**



9

CONFIDENTIAL

# DRAFT

## DUE DILIGENCE REVIEW

*Deal Team and Due Diligence progress listed below. For detail, please see Due Diligence Packet under separate cover*

### DUE DILIGENCE TEAM

| GGAM[1] | Cantor | Cantor Legal | Outside Counsel | Other |
|---|---|---|---|---|
| Bill Weidner | Jon Rein | Kevin Russell | Paul Hastings | The Agenda Group |
| Brad Stone | Marc Lewinstein | Whitney Thier - Cantor Gaming[2] | Lewis & Rocca | Ernst & Young |
| Garry Saunders | Christine Levett | | Puno & Puno (Philippines) | |
| | | | Lionel Sawyer[2] | |

### DILIGENCE PROGRESS

| Focus Area | Responsibility | Status | Actions Taken |
|---|---|---|---|
| **Business Diligence:** | GGAM / Cantor | Substantially Complete (5/3-7, 5/24-27, 6/13-16)[3] | • Excellent site on Manila Bay, convenient to airport |
| • Site visits | | | • Development being professionally conducted |
| • Team interviews | | | • Interviewed gaming consultant, understood model construction |
| • Model review | | | • Received backup and support materials where available |
| • Other | | | • Performing bottom-up and top-down exercises |
| **Legal:** | | | |
| • Document review | Cantor Legal | Pending / In progress | • Document requests and reviews are ongoing |
| • Structure | Paul Hastings | | • Need to understand legacy issues in Sureste from an investment standpoint |
| • Licensing implications | Lewis & Rocca | | • Management Services Agreement substantially marked up |
| • Definitive Agreement preparation | Puno & Puno | | • Puno & Puno to deliver expert opinion |
| **Tax / FX:** | Ernst & Young | Pending / In Progress | • Ongoing dialogue regarding tax-efficient structure |
| | Paul Hastings | | • Reviewing best practices FX considerations for both management fee and equity investment hedging |
| **Background Checks:** | The Agenda Group | Pending (Critical Path) | • Duty of due diligence for existing licensees in Cantor and GGAM "families" |
| | | | • Professional firm being retained |

(1) GGAM has brought additional resources to bear. These individuals are not named due to competitive reasons.
(2) Licensing issues only.
(3) Management contract business diligence essentially complete; option agreement business diligence substantially complete.

SITUATION OVERVIEW & EXECUTIVE SUMMARY



10

**CONFIDENTIAL**

**DRAFT**

## LOCAL PARTNER/SPONSOR – ENRIQUE K. RAZON

*Enrique K. Razon, the individual spearheading Project Berry, is an accomplished businessman with vast experience running successful business ventures in the Philippines and worldwide*

- Enrique K. Razon, Jr. serves as the Chairman and CEO of International Container Terminal Services Inc. ("ICTSI," formerly Risco) and has a 51% stake in ICTSI (market capitalization: $2.3 billion)

  - Razon inherited ICTSI, which takes long-term leases on port terminals, investing in and expanding them, as a one-port operation, but has turned ICTSI into a global company with operations in 14 countries including the U.S., Philippines, Poland, and Brazil, and is rapidly expanding worldwide

  - ICTSI recently launched a friendly takeover of Singapore-listed Portek for approximately $146 million

- Razon is concurrently the Chairman of Razon Industries, Inc. and Sureste Realty Corp.

- Razon's Monte Oro Grid and Resources Corp. was part of a consortium that bought National Grid Corp. of the Philippines ("NGCP"), a giant power transmission company. In 2010, Razon sold his 30% interest in NGCP for $350 million, yielding a 17% total return in less than two years

- In 2003, Razon was named by the President of the Republic of the Philippines as a member of the Public-Private Sector Task force on the Reconstruction and Development of Iraq

- Razon has also owned the Manila Standard newspaper and a basketball team in the Philippine Basketball League

*We believe Mr. Razon is an excellent local partner for GGAM's first Asian casino resort, with strong ties and relationships throughout the business and government communities in the Philippines, as well as significant personal wherewithal to support Project Berry.*

Note: The Agenda Group has been retained to conduct a background check on Mr. Razon. A satisfactory check will be a condition precedent to GGAM signing the Management Services Agreement.



**PROJECT OVERVIEW**

20

CONFIDENTIAL

**DRAFT**

## PROJECT MANILA – SUMMARY FINANCIALS

**GGAM BASE CASE PROJECTIONS - SUMMARY FINANCIALS** ($ in millions)

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Mass Slots Revenue | $150.3 | $168.1 | $173.1 | $175.7 | $178.3 |
| Table Games (ex Baccarat) Revenue | 111.1 | 124.3 | 128.0 | 129.9 | 131.9 |
| Baccarat Revenue | 73.9 | 82.6 | 85.1 | 86.4 | 87.7 |
| Poker Revenue | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Mass Gaming Revenue** | **$335.4** | **$375.0** | **$386.2** | **$392.0** | **$397.9** |
| VIP - Local Table Games Revenue | 54.5 | 60.3 | 62.3 | 63.1 | 63.8 |
| VIP - Foreign Table Games Revenue | 152.5 | 318.6 | 328.0 | 333.1 | 338.4 |
| VIP Slots Revenue | 5.5 | 5.6 | 5.8 | 5.9 | 6.0 |
| **VIP Gaming Revenue** | **$212.4** | **$384.6** | **$396.1** | **$402.1** | **$408.1** |
| Sports & Mobile Revenue | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Gaming Revenue** | **$547.8** | **$759.5** | **$782.3** | **$794.1** | **$806.0** |
| Hotel Revenue | 24.6 | 27.2 | 28.9 | 29.8 | 30.7 |
| Food & Beverage Revenue | 36.2 | 38.1 | 39.2 | 39.8 | 40.4 |
| Events Revenue | 0.0 | 20.0 | 25.3 | 27.4 | 29.6 |
| Retail & Other Revenue | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Gross Revenue** | **$608.6** | **$844.8** | **$875.8** | **$891.1** | **$906.7** |
| Less: Commissions | (32.9) | (45.6) | (46.9) | (47.6) | (48.4) |
| Less: Rebates, Complimentaries and Promotional Allowances | (157.3) | (258.5) | (269.7) | (274.5) | (279.8) |
| **Net Revenue** | **$418.4** | **$540.8** | **$559.2** | **$568.9** | **$578.5** |
| **EBITDAM** | **$182.3** | **$238.5** | **$247.5** | **$251.1** | **$254.4** |
| Less: Management Fee[1] | (8.6) | (19.0) | (19.8) | (20.3) | (20.7) |
| **EBITDA** | **$173.7** | **$219.5** | **$227.6** | **$230.8** | **$233.7** |

**FINANCIAL SUMMARY**

*EBITDAM is expected to grow from $174 million in Year 1 to $234 million in Year 5*

(1) Assumes 40% cap rate

**CANTOR Fitzgerald**

29

GGAM-SDNY-0453467

CONFIDENTIAL

**DRAFT** [TO BE DISCUSSED]

## FINANCIAL ASSUMPTIONS & BENCHMARKING

*When considering the relevant comparable properties, our projections are in line with similar casino & hotel properties in East Asia and relatively conservative. We believe the financial model build-up and results are defensible and in-line with comparable properties*

- Project Berry's projections are favorable and conservative relative to the Macau properties, located in a mature market in the same region

- Projected EBITDA margins are slightly more favorable than the comparable Macau properties partially due to more favorable tax rates and labor costs

### ASIA GAMING COMPARABLE PROPERTIES

($ in millions)

|  |  | Project Berry | | | Venetian Macau[2] | Marina Bay Sands[3] | Wynn Macau[2][4][5] | MGM Macau[5][6] |
|---|---|---|---|---|---|---|---|---|
|  |  | Year 1 | Year 2 | Year 3 | 2010 | 2010 | 2010 | 2010 |
| Hotel | Rooms | 494 | 494 | 494 | 2,841 | 2,600 | 1,009 | 587 |
|  | ADR | $156 | $164 | $169 | $213 | $250 | $291 | $213 |
|  | RevPar | 136 | 151 | 161 | 194 | 184 | 256 | 220 |
| Slots | Average Units | 1,319 | 1,319 | 1,319 | 2,151 | 2,300 | 1,104 | 1,006 |
|  | Average WPD | $322 | $360 | $371 | $263 | $478 | $513 | $348 |
|  | Revenue/Year ($MM) | 155 | 173 | 179 | 206 | 274 | 207 | 127 |
| Mass Table Games | Average Units | 199 | 199 | 199 | 450 | NA | 212 | 230 |
|  | Average WPD | $2,548 | $2,848 | $2,934 | NA | NA | $7,156 | $5,290 |
|  | Revenue/Year ($MM) | 185 | 207 | 213 | NA | NA | 542 | 445 |
| VIP Table Games | Average Units | 96 | 96 | 96 | 151 | NA | 217 | 172 |
|  | Average WPD | $7,875 | $10,815 | $11,139 | NA | NA | $34,627 | $24,277 |
|  | Revenue/Year ($MM) | 276 | 379 | 390 | NA | NA | 2,663 | 989 |
| Overall Table Games | Average Units | 295 | 295 | 295 | 601 | 620 | 429 | 402 |
|  | Average WPD | $4,281 | $5,441 | $5,604 | $10,489 | $7,416 | $20,488 | $9,773 |
|  | Revenue/Year ($MM) | 461 | 586 | 603 | 2,301 | 1,145 | 3,204 | 1,434 |
| Financial Summary | Net Revenue[1] | $418 | $541 | $559 | $2,413 | $1,263 | $2,702 | $1,483 |
|  | EBITDA | 174 | 219 | 228 | 810 | 642 | 756 | 364 |
|  | EBITDA Margin % | 41.5% | 40.6% | 40.7% | 33.6% | 50.8% | 28.0% | 24.6% |

Source: Company filings and Wall Street research.
(1) Net Revenue calculated as gross revenue less commissions, rebates, complimentaries and promotional allowances.
(2) Average units are approximate. Revenue per year is calculated based on average units multiplied by average WPD; may differ from actual results due to fluctuation of units over course of year.
(3) Marina Bay Sands partially opened on April 27, 2010 with additional portion opened progressively throughout 2010. 2010 actual results include 249 days of operations.
(4) Includes Wynn Macau and Encore, as Encore is fully integrated with Wynn Macau and on the same property. Encore's facilities opened in April of 2010.
(5) Net Revenue shown in filings is calculated by deducting 80% of commissions paid and 100% of discounts and promotional allowances from gross revenue. For purposes of this analysis, we have deducted 100% of commissions from gross revenues instead of 80%.
(6) ADR and RevPar calculations include promotional allowances/complimentary revenue.

FINANCIAL SUMMARY



30

**DRAFT**

## MANAGEMENT FEE

### *GGAM is currently in the final stages of negotiating a management contract, with fee incentives based on GGAM's ability to generate foreign VIP/junket casino revenue*

- It is anticipated that the management contract will be a 5-year contract including an option to extend with the following incentive fees:
    - During the development period, $100,000 per month in a planning, oversight and development base fee terminating at open, and a $50,000 fee thereafter terminating at open of Phase IA and closure of all Phase I and Phase IA related contracts
    - During the pre-opening period, $75,000 per month for pre-opening operations terminating at open
    - 2% base fee of Mass EBITDAM[2]
    - 6% base fee of Local VIP EBITDAM[2]
    - GGAM will be paid a VIP Incentive fee for foreign VIP/junket players, not to exceed 40% based on the following milestones:
        - 6% of the first $10 million in annual foreign VIP/junket EBITDAM
        - 15% of the next $5 million in annual foreign VIP/junket EBITDAM
        - 25% of the next $5 million in annual foreign VIP/junket EBITDAM
        - 30% of the next $5 million in annual in foreign VIP/junket EBITDAM
        - 35% of the next $10 million in foreign VIP/junket EBITDAM
        - 40% of any amount in excess of $35 million in foreign VIP/junket EBITDAM

### PROJECTED MANAGEMENT FEE

($ in millions)

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Total Property EBITDAM** | $182.3 | $238.5 | $247.5 | $251.1 | $254.4 |
| Total VIP EBITDAM | 37.7 | 68.7 | 70.7 | 71.8 | 72.9 |
| % Local VIP | 26.3% | 15.9% | 16.0% | 15.9% | 15.9% |
| % Foreign VIP/Junket | 73.7% | 84.1% | 84.0% | 84.1% | 84.1% |
| Post Phase I Developement Fee - TO BE NEGOTIATED | - | - | - | - | - |
| **Mass EBITDAM** | $144.6 | $169.8 | $176.7 | $179.3 | $181.5 |
| GGAM Fee @2.0% Mass EBITDAM | 2.9 | 3.4 | 3.5 | 3.6 | 3.6 |
| **Local VIP EBITDAM** | $9.9 | $10.9 | $11.3 | $11.4 | $11.6 |
| GGAM Fee @6.0% Local VIP EBITDAM | 0.6 | 0.7 | 0.7 | 0.7 | 0.7 |
| **Foreign VIP/Junket EBITDAM**[1] | $27.8 | $57.7 | $59.4 | $60.3 | $61.3 |
| GGAM Fee @6.0% up to $10 million of Foreign VIP/Junket EBITDAM | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| GGAM Fee @15.0% up to $15 million of Foreign VIP/Junket EBITDAM | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| GGAM Fee @25.0% up to $20 million of Foreign VIP/Junket EBITDAM | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 |
| GGAM Fee @30.0% up to $25 million of Foreign VIP/Junket EBITDAM | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| GGAM Fee @35.0% up to $35 million of Foreign VIP/Junket EBITDAM | 1.0 | 1.8 | 1.8 | 1.8 | 1.8 |
| GGAM Fee @40.0% of any amount in excess of $35 million of Foreign VIP/Junket EBITDAM | 0.0 | 9.1 | 9.8 | 10.1 | 10.5 |
| **Total Foreign VIP/Junket Fees** | $5.1 | $14.9 | $15.6 | $16.0 | $16.4 |
| **TOTAL GGAM FEE** | $8.6 | $19.0 | $19.8 | $20.3 | $20.7 |
| **Total EBITDA to Bloomberry** | $173.7 | $219.5 | $227.6 | $230.8 | $233.7 |

(1) Foreign VIP/Junket EBITDAM calculated by subtracting Bloomberry management projected Local VIP EBITDAM from GGAM's projected Total VIP EBITDAM.
(2) EBITDAM is net of all gaming taxes paid to PAGCOR.



31

**CONFIDENTIAL**

**FINANCIAL SUMMARY**

## DRAFT

### SOURCES AND USES

### Total capital required for Phase I of the project is estimated to be $512.2 million

- Enrique Razon has funded $100 million to date
  - Willing to fund remaining $200 million
  - Exploring third party raise/IPO
  - Also in dialogue with BDO Unibank to increase indebtedness by $150 million and equity by $50 million (all Razon-funded)
- GGAM has the right, but not an obligation, to acquire 10% of Project Berry, subject to TBD dilution/anti-dilution and customary rights

### SOURCES AND USES

($ in millions)

| SOURCES: | | USES: | |
|---|---|---|---|
| Secured Debt - BDO Loan[1] | $219.3 | Project Berry - Phase I Site Construction[2] | $272.2 |
| Razon Initial Equity | 75.0 | Pre-opening and Pre-operating Costs | 17.5 |
| GGAM Equity (Option) | 25.0 | Equipment and Supplies | 46.0 |
| Additional Equity | 192.8 | Event Center Projected Costs | 90.0 |
| | | Assumed Debt Related Transaction and Servicing Costs | 21.5 |
| | | Bank roll | 15.0 |
| | | Escrow Balance (Provisional License Requirement) | 50.0 |
| **Total Sources:** | **$512.2** | **Total Uses[3]:** | **$512.2** |

(1) Assumes exchange rate of 45.1 PHP to USD used in Bloomberry management projections.
(2) Includes contingency of $28.9 million. For detail, please see Construction Budget.
(3) Assumes exchange rate of 46.0 PHP to USD used in the Davis Langdon & Seah Philippines, Inc. Cost Plan no. 4.



**CONFIDENTIAL**

# DRAFT

## SUMMARY STRATEGIC ASSESSMENT

### Strengths

- First in class – Only integrated casino in country focused on high-end gaming with state-of-the-art facilities
- Limited competition – Only three other licensees in market; high minimum investment barrier to entry, no available land
- Rapidly growing market – Located near a major metropolis within 20 minutes of an international airport
- Easily accessible – Centrally located to Asia and China; favorable entry requirements and over 2.1 billion people within a four-hour flight
- Favorable tax regime – Competitive with Singapore
- Financially strong and established sponsor
- GGAM core competency: Asian VIP market
- Inexpensive, English-speaking labor force

### Weaknesses

- Established competitive gaming markets nearby – Macau and Singapore draw significant number of visitors from mainland China
- Filipino infrastructure not as developed as other Asian gaming markets
- PAGCOR conflict of interest as casino operator and regulator
- New project risk (size, scope, cost, design)
- Manila airport transfer experience

### Opportunities

- First-mover advantage for new VIP market
- Untapped market – Potential to establish reputation in emerging market
- VIP fee structure – Progressive fee structure geometrically increases potential returns
- Develops offering for GGAM Asian (China) database
- Database of Bloomberry customers becomes leveragable asset for GGAM

### Threats

- PAGCOR could theoretically expand license grantees, and, as an operator, promulgate self-dealing regulations
- Expansion of existing properties or development of new properties focused on high-end market
- Country risk
    - Legacy of political upheaval and business corruption, mitigated by new presidency and renewed investor confidence
    - Possibility of adverse geopolitical event – History of terrorist attacks, although concentrated in south of country
    - Foreign currency exchange risk

**SWOT ANALYSIS, INVESTMENT RISKS & MITIGANTS**




41

CONFIDENTIAL

**DRAFT**

## POLITICAL LANDSCAPE

*The Philippines has a turbulent history of political instability since achieving independence from the U.S. in 1946. However, over the last decade the country has progressively stabilized, and the recent election of popular President Benigno Aquino has renewed confidence in the economic and political viability of the country*

- The Philippines is a relatively young country in its modern form, achieving independence in 1946

- Throughout the 1970s and 1980s, the country remained in a politically fragile state, governed by the relatively corrupt regime of President Ferdinand E. Marcos (1965-1986)
    - In 1972, Marcos declared martial law in order to remain in office, and continued his rule suppressing democratic institutions, restricting civil liberties, and largely ruling by decree
    - After the assassination of Marcos' chief rival, Benigno "Ninoy" Aquino, Jr., upon Aquino's return from exile in 1983, pressure continued to build on President Marcos, leading him to call for snap presidential elections in 1986 and subsequently fleeing to exile
    - However, the return of democracy and government reforms in 1986 were hampered by national debt, government corruption, coup attempts, a persistent communist insurgency, and Islamic separatists

- Although the country has struggled in the decade following the Marcos presidency, the new popularly elected President, Benigno Aquino, has helped bring renewed credibility to the Philippine government and is highly respected in political and financial arenas globally
    - The renewed political stability will help lay the foundation for stronger direct foreign investment, and the potential for appreciation of the currency and share markets

- Despite the recent election of respected President Aquino, the Philippines can still be a challenging environment for companies to operate in
    - The performance of good companies can be impaired by political corruption, with the courts often providing limited scope for recourse

- For these reasons, it is critical to understand and recognize the implications of government regulation and support in operating a business in the newly accessible Philippines casino market

### POLITICS IN THE PHILIPPINES

**Current President:** Benigno Aquino
**Term:** 6 years
**Form of Government:** Republic
**Branches:** Executive (President & Vice President); Legislative (bicameral legislature); Judicial (independent)
**Independence:** 1946

**Notable Political Incidents:**

- **November 2007:** Senator Antonio Trillanes IV and members of the military seized a part of the Manila Peninsula Hotel calling for the removal of President Gloria Arroyo from office
- **February 2006:** President Gloria Arroyo declared a state of emergency after citing a coup attempt by members of the military
- **July 2003:** A group of armed soldiers captured an apartment tower in Makati City alleging Gloria Arroyo's corruption and that she intended to declare martial law
- **January 2001:** After numerous corruption allegations, a peaceful revolution with popular support from citizens, called EDSA II, overthrew President Joseph Estrada
- **April 2001:** EDSA III protest sparked by arrest of newly deposed President Joseph Estrada on charges of corruption
- **December 1989:** Most serious coup d'état against then President Corazon Aquino by loyalists of former President Ferdinand Marcos

Source: U.S. Department of State and publicly available sources.

SWOT ANALYSIS, INVESTMENT RISKS & MITIGANTS

**CANTOR Fitzgerald**

43

GGAM-SDNY-0453481

**DRAFT**

## DUE DILIGENCE HISTORY

*In an effort to address risks associated with Project Berry, members of Cantor Investment Banking and GGAM have begun a process of in depth due diligence in order to assess these concerns. Cantor and GGAM, including internal counsel, have conducted the following diligence to date:*

- Cantor and GGAM have reviewed a variety of diligence documents with Bloomberry management including but not limited to:
    - Bloomberry and Sureste By-Law Agreements
    - Project Berry Business Plan
    - BDO Loan Agreement
    - Bloomberry management projections and cost breakdown
    - Breakdown of Phase I/Phase IA items
    - Project Berry construction budget
    - Insurance coverage documents
    - Spectrum Gaming Assessment Reports
    - Provisional gaming license
    - Audited financial statements

- Both the Cantor and GGAM teams have also travelled to Manila on multiple occasions over the last few months meeting with Bloomberry management and addressing the following items:
    - Tour of construction site and review of project plans
    - Tour of competitor sites including Resorts World Manila
    - Potential security threats
    - Regulatory overview
    - Review assumptions included in the construction budget and management projections

- Paul Hastings LLP has been hired as outside legal counsel given the firm's particular experience with the conduct of hospitality industry business within the Philippines

- Puno & Puno has been hired as local counsel to help facilitate legal processes with local government

- Other resources include focused expertise of Ernst & Young for tax diligence and The Agenda Group for background checks

CONFIDENTIAL
APPENDIX
GGAM-SDNY-0453504
CANTOR Fitzgerald

**DRAFT**

## PROJECT BERRY - ORGANIZATIONAL STRUCTURE CHART



CONFIDENTIAL
GGAM-SDNY-0453505
CANTOR Fitzgerald
APPENDIX