```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - - - - x
 3                                       :
     GLOBAL GAMING PHILIPPINES, LLC,     :
 4                                       :
              Plaintiff,                 :
 5                                       :
          v.                             : Case No.
 6                                       : 21 Cv. 2655
     ENRIQUE K. RAZON, JR.;              : (LGS)(SN)
 7   BLOOMBERRY RESORTS AND HOTELS INC.; :
     SURESTE PROPERTIES INC.;            :
 8                                       :
              Defendants.                :
 9                                       :
     - - - - - - - - - - - - - - - - - - x
10            REMOTE VIDEOTAPED DEPOSITION OF
11            GERARD ANGELO EMILIO FESTIN
12              **** CONFIDENTIAL ****
13                 March 31, 2022
14
15       REMOTE VIDEOTAPED DEPOSITION OF GERARD ANGELO
     EMILIO FESTIN, produced as a witness at the instance
16   of the Plaintiff, and duly sworn remotely, was taken
     in the above-styled and numbered cause on March 31,
17   2022, from 9:02 a.m. (KST) to 4:20 p.m. (KST),
     remotely before Dawn K. Larson, RDR, CRR, reported
18   by machine shorthand, pursuant to the Federal Rules
     of Civil Procedure and the provisions stated on the
19   record.
```

Page: 1

---

**Fissell Decl. Ex. 33**

```
 1      Q.   And you don't have any secondment
 2   agreement between those two entities; correct?
 3      A.   No.
 4      Q.   So what are your roles and
 5   responsibilities as the controller of BRC?
 6      A.   Well, the primary role that I do as a
 7   controller of BRC is to -- is financial reporting,
 8   again, with the Securities and Exchange Commission,
 9   the Philippines Stock Exchange, the BIR, of course,
10   the tax management which includes due diligence,
11   financial due diligence if there are projects for
12   BRC.
13      Q.   What is your role in preparing the
14   financial statements of BRC?
15      A.   Oh, I review the financial statements.
16      Q.   What is your role with respect to the BRC
17   subsidiaries?
18      A.   Basically nothing.  No, I have no role as
19   to the subsidiaries of BRC.
20      Q.   So who does the financial statements for
21   BRHI, for instance?
22      A.   Yes.  I don't have any role in the
23   preparation of the financial statements of BRHI.
24      Q.   Who does?
25      A.   The Senior Vice President for Finance.
```

Page: 30

---

```
 1      Q.   Who is that person?
 2      A.   It is Arkin Lat.
 3      Q.   Do you review the BRHI financial
 4   statements?
 5      A.   Basically not.  We rely on the financial
 6   statements when it comes to the consolidation of the
 7   financial statements of BRC.
 8      Q.   I'm not sure I understand that answer.
 9      A.   The financial statements of BRHI, of
10   course, are reviewed by Arkin Lat and his team, and
11   it just comes to us as part of the information that
12   we need for consolidated financial statements of
13   BRC.
14      Q.   Okay.  So you're saying that you use those
15   financial statements -- the BRHI financial
16   statements when it comes to finalizing the financial
17   statements of BRC, but you don't independently
18   review them.  Is that accurate?
19      A.   Yeah.  Yes.
20      Q.   Okay.  What about for SPI?
21      A.   The same thing.
22      Q.   Mr. Lat and his team are in charge of the
23   financial statements for SPI?
24      A.   Yes.
25      Q.   Who appointed you in your position as
```

Page: 31

---

```
 1   the company, for instance?
 2      A.   I don't.  I don't speak to Mr. Razon.
 3      Q.   Okay.  We talked about who is in charge of
 4   the financial statements at BRHI and SPI, but who is
 5   in charge at those entities for any sort of
 6   reporting to the BRI or SEC or PSE?
 7      A.   It is them.  It is the team of Arkin Lat.
 8      Q.   Okay.  Do you have a team at BRC that you
 9   work with, Mr. Festin?
10      A.   Yes.  I have a team.
11      Q.   Who are the members of your team?
12      A.   I have -- let's see.  I have four
13   accountants with me.
14      Q.   Okay.  And what are their names?
15      A.   First is Regina Ragize.
16      Q.   Okay.
17      A.   Next is Majorie Mennis, and then Lonnie
18   Garvara, and then Alona -- I forgot her last name.
19   Alona -- I forgot the last name.
20      Q.   I won't tell her.  Don't worry.
21           Okay.  I just want to be clear, your
22   immediate boss at BRC is Ms. Occeña?
23      A.   Yes.
24      Q.   Is there anybody else that you report to?
25      A.   No one.
```

Page: 34

```
 1        Q.   Do you understand if Mr. Razon has the
 2   authority to terminate you from your position?
 3        A.   I don't know.
 4        Q.   Okay.  Do you have an employment agreement
 5   with BRC?
 6        A.   Yes.  I have an appointment letter.
 7        Q.   Okay.  Can you pull up Tab F-23, please.
 8             EVEREST TECHNICIAN:  This will be marked
 9   as Exhibit 1.
10             (Plaintiffs' Exhibit 1 was marked.)
11             MS. CROWE:  Thank you.
12             BY MS. CROWE:
13        Q.   So this is a document Bates-stamped
14   BLOOM_0041122, which has been marked as Plaintiffs'
15   Exhibit 1, and it's an appointment letter on
16   Bloomberry Resorts Corporation letterhead.
17             Mr. Festin, do you recognize this
18   document?
19        A.   Yes.
20        Q.   What is it?
21        A.   It is my appointment letter.
22        Q.   Okay.  And this says "Appointment for the
23   position of Vice President for
24   Controllership"; correct?
25        A.   Yes, correct.
```

```
 1             BY MS. CROWE:
 2        Q.   I don't want to know about any discussions
 3   you have with your attorneys.  I only wanted to ask
 4   if you had discussions internally, without your
 5   attorneys and not about your attorneys' legal
 6   advice.
 7             Did you have any discussion?
 8        A.   Of course, we have to seek legal advice.
 9        Q.   Okay.  And when -- at what point in time
10   was the discussion made -- was the decision made not
11   to reserve any funds?
12        A.   Upon legal advice.
13        Q.   But at what point in time?
14        A.   Well, when the decision came out, we seek
15   legal advice.
16        Q.   Okay.  Are you aware of any standards to
17   reserve for liabilities like this, that are
18   adjudicated?
19        A.   What do you mean "adjudicated"?  I don't
20   understand the term.
21        Q.   Okay.  So if you have -- what's the
22   standard accounting standard in the Philippines to
23   reserve for liabilities or judgments?
24        A.   First, we need legal advice.
25        Q.   Okay.  As we sit here today, do BRHI and
```

```
 1   SPI have the assets to pay an almost $300 million
 2   award?
 3        A.   If you look at the balance sheet of
 4   consolidated balance sheet of BRC, I think there's
 5   enough money to pay.
 6        Q.   And are all those assets liquid that
 7   you're referring to?
 8        A.   It's in cash, classified as cash.
 9        Q.   And if BRC were to paid that award
10   tomorrow, a $300 million award, what would the
11   financial impact be on the company?
12        A.   Again, I don't want to speculate.  The
13   payment of award could have several impacts.  So I
14   don't want to speculate.  I am going to seek the
15   auditor's advice.
16        Q.   Would it affect operations at BRHI and
17   SPI?
18        A.   Again, I have to seek the advice of the
19   auditors.
20        Q.   Well, is it your position as the
21   comptroller of BRC that you can't form an opinion as
22   to whether a USD $300 million debit on the cash on
23   hand at BRC would have an impact on its operations?
24        A.   Of course, it will reduce cash, but the
25   other impact is I have to seek the auditor's opinion
```

                        CERTIFICATE OF REPORTER


          I, Dawn K. Larson, RDR, CRR, CRC, Court
Reporter, do hereby certify that the foregoing
proceedings were stenographically recorded by me and
thereafter reduced to typewritten form by
computer-assisted transcription under my direction
and supervision; and that the foregoing transcript
is a true and accurate record of the proceedings.
          I further certify that I am neither
counsel for, related to, nor employed by any of the
parties to this action in this proceeding, nor
financially or otherwise interested in the outcome
of this litigation.

                              _____
                                  DAWN K. LARSON