```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK

GLOBAL GAMING PHILIPPINES,      )
LLC,                            )
              Plaintiff(s),     )
                                )
     VS.                        )   Case Number
                                )   21-CV-2655 (LGS)
                                )
ENRIQUE K. RAZON, JR.; BLOOMBERRY)
RESORTS AND HOTELS, INC.; SURESTE)
PROPERTIES, INC.; COLLINGWOOD   )
INVESTMENT COMPANY LIMITED;     )
COLLINGWOOD OIL & GAS HOLDINGS, )
LLC; COLLINGWOOD USA, INC.;     )
COLLINGWOOD BROOKSHIRE USA, INC.;)
COLLINGWOOD APPALACHIAN MINERALS,)
LLC; ASIA ARROW LIMITED; RIZOLINA)
LLC; ENSARA LLC; NOZAR LLC;     )
BOWERY BAY LLC; CAMPANILLA LLC; )
FESARA LLC; AND 11 ESSEX STREET )
REALTY LLC,                     )
              Defendant(s).     )
_____)


                DEPOSITION OF BRADLEY H. STONE

                  WEDNESDAY, APRIL 27, 2022

                        AT 9:04 A.M.

                      LAS VEGAS, NEVADA




Reported by: Laurie Miller, RPR, CLR, NV CCR NO. 971,
             CA CSR NO. 6457
_____
```

---

**Fissell Decl. Ex. 38**

            MS. FISSELL: Sorry. Keep forgetting about you.
BY MS. FISSELL:
    Q    You see this is a Project Berry presentation.
         Do you recall what "Project Berry" was?
    A    Well, Solaire was the Bloomberry project.
    Q    And if you go to Page 10 --
    A    Yes.
            MR. DUNN: Could you give a Bates number?
            MS. FISSELL: Sure. Bates number ending 448.
BY MS. FISSELL:
    Q    And it lists you under the Due Diligence Review Team for GGAM.
    A    Uh-huh. Yes.
    Q    And under that it describes business diligence such as site visits, team interviews, model review and other.
         Were you involved in any of that aspect of due diligence?
    A    Yes.
            MR. DUNN: Objection to form.
            THE DEPONENT: Yes.
BY MS. FISSELL:
    Q    Which of those?
    A    Site visit, model review. I did a construction

---

review. I'm not sure what "team interviews" means.
         I mean, certainly I met -- got to know Estela, got to know Chito, got to know Don. So what kind of people we would be working with then and their skill sets. So that's what I would probably be involved in.
    Q    And you were satisfied with the results of the due-diligence process?
    A    Well, I guess in some ways I was and in some ways I wasn't.
         Nothing that was material enough that -- for example, I was not happy with the construction, but it wasn't something that would stop a deal. It was something we had to address.
BY MS. FISSELL:
    Q    Other than construction, was there anything else you weren't happy with?
    A    No. I don't remember other than being dissatisfied with the process.
    Q    And you testified that you were involved in the negotiation of that MSA; right?
            MR. DUNN: Objection to form.
            THE DEPONENT: Yes.
BY MS. FISSELL:
    Q    And did you have an understanding that Mr. Razon was giving a personal guaranty of the

---

Bloomberry entity's obligations under the MSA?
    A    No.
    Q    You knew that he wasn't giving a personal guaranty?
            MR. DUNN: Objection.
            THE DEPONENT: I didn't know that he was or wasn't. I just knew -- my understanding is he wasn't.
BY MS. FISSELL:
    Q    And did you have an understanding that his personal assets would be available to satisfy any liability under the MSA on the part of the contracting Bloomberry entities?
    A    I didn't have that understanding.
    Q    Were you involved in the negotiation of the EOA as well?
    A    No. Let me just qualify -- I mean, I had some input but very little. I can't even remember what my input was.
    Q    I want to show you a document that was previously marked as Exhibit 2011 (indicating).
    A    (Reviewing document.)
    Q    I'll just draw your attention to the middle paragraph in the email from Mr. Weidner --
    A    Okay.
    Q    -- to you.