

**WALFISH & FISSELL**

RACHEL PENSKI FISSELL  rfissell@walfishfissell.com  +1.212.672.0523
405 Lexington Avenue, 8th Floor  New York, NY 10174  www.walfishfissell.com

January 30, 2023

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Global Gaming Philippines, LLC v. Razon, et al.*, No. 21-cv-2655 (LGS)

Dear Judge Schofield:

On behalf of Defendant Enrique K. Razon, Jr., we write in response to Plaintiff Global Gaming Philippines, LLC's January 26, 2023 letter motion to seal documents filed in support of Plaintiff's Motion to Recognize and Enforce Arbitral Award (Dkt. 326) (the "Letter Motion"). Like the Bloomberry Defendants (Dkt. 347), Mr. Razon also does not request that any of the documents that were the subject of the Letter Motion be filed under seal.

Respectfully submitted,

Rachel Penski Fissell