UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    GLOBAL GAMING PHILIPPINES, LLC,
                                      Plaintiffs,

                                                        21 Civ. 2655 (LGS)
    -against-

                                                         ORDER
    ENRIQUE K. RAZON, JR.., et al.,
                                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued December 30, 2022, set a briefing schedule for the parties' anticipated motions for summary judgment. That Order directed the parties to request a link to upload electronic, text-searchable courtesy copies of any expert reports or depositions that the parties file as an exhibit.

       WHEREAS, on January 26, 2023, Plaintiff filed its motion to enforce its arbitral award. The same day, it filed a letter motion to file documents submitted in connection with its motion for summary judgment under seal. That letter motion stated that Plaintiff had no interest in confidential treatment in the information.

       WHEREAS, on January 30, 2023, the remaining Defendants each filed a letter stating they do not request that any of the relevant documents be filed under seal.

       WHEREAS, as of January 30, 2023, Plaintiff has not provided the Court with electronic, text-searchable courtesy copies of the deposition transcripts that were filed as exhibits to the Declaration of Kevin N. Ainsworth. It is hereby

       **ORDERED** that Plaintiff's letter motion to seal documents is **DENIED**, as no party has rebutted the presumption of public access. It is further

**ORDERED** that Plaintiff shall request a link to upload the required courtesy copies by emailing Schofield_NYSDChambers@nysd.uscourts.gov, no later than **January 31, 2023**.

The Clerk of Court is respectfully directed to close the motion at Dkt. 326, and to unseal the documents at Dkts. 331, 332 and 333.

Dated: January 26, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2