**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC,<br><br>                *Plaintiff*,<br><br>      v.<br><br>ENRIQUE K. RAZON, JR.;<br>BLOOMBERRY RESORTS AND HOTELS INC.; SURESTE PROPERTIES, INC.<br><br>                *Defendants*. | No. 21-CV-2655 (LGS) (SN)<br><br>**DEFENDANT ENRIQUE K. RAZON, JR.'S NOTICE OF MOTION TO EXCLUDE THE TESTIMONY OF TROY A. DAHLBERG** |

**PLEASE TAKE NOTICE** that upon (i) the Declaration of Rachel Penski Fissell, dated February 22, 2023, and the accompanying exhibits thereto, and (ii) the Memorandum of Law in Support of Enrique K. Razon, Jr.'s Motion to Exclude the Testimony of Troy A. Dahlberg, and all other papers and proceedings in this action, Defendant Enrique K. Razon, Jr., by and through his counsel, will respectfully move this Court, at a date and time to be determined, for an Order pursuant to Federal Rules of Evidence 104, 401, 402, 403, and 702 excluding the testimony of Troy A. Dahlberg, and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Mr. Razon hereby requests oral argument on his motion.

Dated:   February 22, 2023
              New York, New York

WALFISH & FISSELL PLLC

By:  */s/ Rachel Penski Fissell*
      Rachel Penski Fissell
      Daniel R. Walfish
      405 Lexington Ave 8th floor
      New York, NY 10174
      Telephone: 212-672-0523
      rfissell@walfishfissell.com

*Attorneys for Defendant Enrique K. Razon, Jr.*