**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GLOBAL GAMING PHILIPPINES, LLC,

*Plaintiff*,

v.

ENRIQUE K. RAZON, JR.;
BLOOMBERRY RESORTS AND HOTELS
INC.; SURESTE PROPERTIES, INC.,

*Defendants*.

No. 21-CV-2655 (LGS)-(SN)

**NOTICE OF CROSS-MOTION FOR**
**SUMMARY JUDGMENT**

      **PLEASE TAKE NOTICE** that upon (i) the accompanying Memorandum of Law in Support of BRHI's and SPI's Cross-Motion for Summary Judgment for Lack of Personal Jurisdiction and Opposition to Plaintiff's Motion to Enforce Arbitral Award; (ii) BRHI's and SPI's (1) Response to Plaintiff's Local Rule 56.1 Statement and (2) Further Statement of Undisputed Material Facts in Support of BRHI/SPI's Cross-Motion for Summary Judgment for Lack of Personal Jurisdiction and in Opposition to Plaintiff's Motion to Enforce Arbitral Award; (iii) the Declaration of Daniel M. Perry dated February 22, 2023 and accompanying exhibits thereto; and (iv) all other papers and proceedings in this action, Bloomberry Resorts and Hotels Inc. ("BRHI") and Sureste Properties, Inc. ("SPI," and, together with BRHI, "BRHI/SPI"), by and though their undersigned counsel, Milbank LLP, will respectfully move this Court, on a date and at a time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 56: (i) granting summary judgment to BRHI/SPI on all claims in the Second Amended Complaint asserted against BRHI/SPI, and denying summary judgment to Plaintiff, (ii) dismissing all claims in the Second Amended Complaint asserted against BRHI/SPI with prejudice; and (iii) granting such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that BRHI/SPI hereby request oral argument on their motion.

Dated: February 22, 2023               MILBANK LLP
        New York, New York

By:   */s/ Daniel M. Perry*
     Daniel M. Perry
     55 Hudson Yards
     New York, NY 10001
     Telephone: (212) 530-5000
     Facsimile: (212) 530-5219

     Erin M. Culbertson
     Brett P. Lowe (admitted *Pro Hac Vice*)
     1850 K Street, NW
     Suite 1100
     Washington, DC 20006
     Telephone: (202) 835-7500
     Facsimile: (202) 263-7586
     *Counsel to Defendants Bloomberry Resorts*
     *and Hotels Inc. and Sureste Properties, Inc.*