**Subject:** Re: Acceptance and Way Forward

Chito,

We are now working on schedules for Garry and Brad for the week of May 1st and will get back to you on exact schedule.

Bill

Sent via BlackBerry by AT&T

---

**From:** jejalarilla@gmail.com
**Date:** Mon, 25 Apr 2011 02:06:46 +0000
**To:** enrique razon<ERazon@ictsi.com>; Bill Weidner<weidnerb@gmail.com>
**ReplyTo:** jejalarilla@gmail.com
**Cc:** Estela Occena<eoccena@ictsi.com>; benny tan<sjtan@picazolaw.com>
**Subject:** Re: Acceptance and Way Forward

Hi Bill,

We presume Gary and Co. will re schedule their visit to the project in Manila.

Per earlier communication, our team is preparing a presentation of the project status to facilitate the entry of Gary's team. We had held off some decisions related to hiring of consultants and some services pending this agreement but need to engage them soon so project timetable is not delayed.

Please let us know how and when you want to proceed on this -

Best regards and we look forward to working with you and your team.

Jose Eduardo 'Chito' J. Alarilla

"Sent via BlackBerry from Smart"

---

**From:** "Razon, Enrique K." <ERazon@ICTSI.com>
**Date:** Mon, 25 Apr 2011 07:50:35 +0800
**To:** <weidnerb@gmail.com>
**Cc:** Occena, Estela T.<EOccena@ICTSI.com>; <jejalarilla@gmail.com>; <sjtan@picazolaw.com>
**Subject:** Re: Acceptance and Way Forward

Bill,

We cannot as yet ascertain exactly how much equity I will have to put up due to some changes in the development plan ie.. Event center more retail space and possible other overruns. We will prepare updated calculation on a to date basis and possible additions plus I have 100 million in escrow with Pagcor which is required not to go below 50Million.

Benny will likewise forward a draft and we can fine tune from there.

We look forward to working with you.

----- Original Message -----

CONFIDENTIAL

BRHI_0011885

GGAM-SDNY-0441081

From: weidnerb@gmail.com <weidnerb@gmail.com>
To: Razon, Enrique K.
Sent: Mon Apr 25 07:29:21 2011
Subject: Acceptance and Way Forward

Ricky,

We accept your comments as contained in Mr. Tan's email of Saturday, April 23rd (PST-USA).

For sake of clarity, the cost of our option to purchase 10% of the equity in the company would total $25 million US dollars (your cost of $100 million plus 10% of the estimated value of the license of $150 million) to be paid prior to the opening of the facility.

I have forwarded the emails and org charts we have exchanged over the past weeks to our attourney, Tony Cabot for him to modify our management agreement to reflect our discussions. We would hope to have something for you and Mr. Tam to review in the next couple of days.

I trust this approach is acceptable and that you had a pleasant Easter holiday. Let me know so I may authorize my council to proceed.

Bill
Sent via BlackBerry by AT&T

CONFIDENTIAL

BRHI_0011886

GGAM-SDNY-0441082