| | |
|---|---|
| **From:** | Benny J. Tan [sjtan@picazolaw.com] |
| **Sent:** | Thursday, April 28, 2011 4:06:00 AM |
| **To:** | weidnerb@gmail.com |
| **CC:** | weidnerb@ggamllc.com; Razon, Enrique K.; Cabot, Anthony |
| **Subject:** | Management Services Agreement |

Dear M. Weidner,

Mr. Razon instructed us to send you the attached draft Management Services Agreement. This a work in progress and is subject to the comments of Mr. Razon, Chito Alarilla and Estela Occena.

In this draft we have tried to integrate our concept of the agreement between the Owner and GGAM (with respect to the management of the Bloomberry casino hotel project) to the provisions of the draft "Managed Facilities Services Preliminary Agreement" sent by Tony Cabot last April 8, 2011. For simplicity, we listed in Annex "A" the "Services" which is essentially Clause 2.4 "Manager Pre-Opening Rights and Responsibilities" and Clause 2.5 "Manager Post-Opening Rights and Responsibilities" in Tony Cabot's draft Agreement. We attached a marked-up copy of Annex "A" to show you the few corrections that we made on your original language.

Other provisions in Tony Cabot's draft we have integrated in other provisions of this draft Agreement. We trust this will help reconcile our two versions of the Agreement.

We are still working on Annex "B" and "C", as well as the other provisions still in brackets.

Regards

Benny Tan

THIS IS A CONFIDENTIAL LAWYER-CLIENT COMMUNICATION/ADVICE.