| | |
|---|---|
| **From:** | Benny J. Tan <sjtan@picazolaw.com> |
| **Sent:** | Wednesday, May 25, 2011 7:27 PM |
| **To:** | Cabot, Anthony <ACabot@LRLaw.com> |
| **Cc:** | weidnerb@gmail.com; weidnerb@ggamllc.com; Razon, Enrique K. <ERazon@ICTSI.com>; saundersg@ggamllc.com; Rein, Jon <JRein@cantor.com> |
| **Subject:** | Agreement with GGAM |
| **Attach:** | Management Services Agreement (BRHI SPI GGAM) marked up (24 May 2011).doc; Annex A Management Services Agreement .doc; MSA - Annex B and C.doc |

Tony,

There is a GGAM team headed by Garry Saunders here in Manila meeting with the Bloomberry/Sureste team concerning this project. Among the issues that they are trying to resolve is the incentive fee of GGAM for junket. I distributed to them this afternoon a draft of the Management Services Agreement with duly marked corrections based on my email to you of 10 May 2011 below. I explained to them that although I have integrated my suggested corrections in this draft, you have not responded to my 10 May 2011 email so these are still pending. I distributed to them the draft with the suggested corrections duly marked in an effort to help facilitate the discussions to finalize this Agreement.

Attached is a copy of the marked Management Services Agreement, and its Annexes A, B and C. GGAM has suggested corrections on Annex D which is still pending. (I do not have a copy of GGAM's suggested corrections for Annex D.) Please note that Clauses on the fees for Casino Foreign VIP Junket have not been corrected as they have not been resolved.

This is for your review/comments.

Regards

Benny Tan

THIS IS A CONFIDENTIAL LAWYER-CLIENT COMMUNICATION/ADVICE.

Benny J. Tan wrote:

> Tony,
>
> We have the following comments on the points raised in your 5 May 2011 email:
>
> 1. We are okay with your comments to Paragraphs 1, 2, 3, 5 (with your revision to be added to the existing language in Clause 2.6(b)), and 7.