Perry Decl. Ex. 10

| | |
|---|---|
| **From:** | Rein, Jon [/O=CANTOR FITZGERALD/OU=US-EXCHANGE/CN=RECIPIENTS/CN=JREIN] |
| **Sent:** | Tuesday, May 17, 2011 4:24:59 PM |
| **To:** | EOccena@ICTSI.com |
| **CC:** | Russell, Kevin; gwsvegas@cox.net; brad.h.stone@gmail.com; weidnerb@gmail.com |
| **Subject:** | Cantor / Bloomberry NDA |
| **Attachments:** | DVComparison_LEGAL-#39293-vdoc-Non-Disclosure_Agreement_-_Bloomberry_Resorts.pdf |

Estella,

I apologize for the delay in turning this document. You will see that there is some redlining ... but a lot of the blue inserts are standard Cantor boilerplate and are, hopefully, unobjectionable.

Please let us know if you have any objection to making these changes. Otherwise, we will execute a clean version. (Kevin Russell, Cc'd here, is the key point-person in Cantor's legal department.)

Regards,

Jon

---

**From:** Russell, Kevin
**Sent:** Tuesday, May 17, 2011 12:07 PM
**To:** Rein, Jon
**Cc:** Jones, John
**Subject:**


**Kevin Michael Russell**
Vice President & Assistant General Counsel
Cantor Fitzgerald
110 East 59th Street
New York, NY 10022
krussell@cantor.com | www.cantor.com
(212) 294-7824 | fax: (646) 304-2036

GGAM-SDNY-0059083