| | |
|---|---|
| **From:** | Benny J. Tan [sjtan@picazolaw.com] |
| **Sent:** | Thursday, May 26, 2011 5:08:27 AM |
| **To:** | Cabot, Anthony |
| **CC:** | weidnerb@gmail.com; weidnerb@ggamllc.com; Razon, Enrique K.; saundersg@ggamllc.com; Rein, Jon |
| **Subject:** | Agreement with GGAM |
| **Attachments:** | Management Services Agreement (BRHI SPI GGAM) marked up (26 May 2011).doc |

Tony,

The GGAM and Bloomberry teams have reached agreement on the incentive fee of GGAM for foreign high rollers and junket.  Attached is the latest draft of the Agreement with the agreed  incentive fee provision (clause 4.5) duly marked.

Regards

Benny Tan

THIS IS A CONFIDENTIAL LAWYER-CLIENT COMMUNICATION/ADVICE.

is done together with the Owners), during the term of the Agreement and 2 years after its expiration or termination.

**19. DISPUTES**

19.1 **Mutual Agreement**

The Parties agree to act in good faith to resolve any and all disputes between them at the working group level. Any dispute that cannot be settled by mutual agreement within 30 days and such dispute relates to the interpretation, carrying out of obligations, breach, termination or enforcement of this Agreement or in any way arises out of or is related to this Agreement shall be settled exclusively in accordance with Clause 19.2.

19.2 **Arbitration**

Any dispute required to be settled in accordance with this Clause shall be settled by arbitration in ─────────────────── Singapore under the UNCITRAL Arbitration Rules in force at the date of this Agreement by a panel of three arbitrators appointed in accordance with the following provision: One arbitrator shall be appointed by each Party (the Owners being considered one Party), and one arbitrator shall be jointly agreed and appointed by the two arbitrators chosen by the Parties. Arbitration proceedings shall take place in English. The decision of the arbitration panel shall be final and binding on the Parties, without right of appeal. The Parties agree in advance that if one Party initiates arbitration, the other Party shall be bound to participate, and the decision of the arbitration panel shall be binding upon both Parties and enforceable in all jurisdictions. All expenses related to arbitration shall be paid by the losing Party, or as the Arbitrators may decide if there is no "losing Party".

19.3 **Applicable Law**

This Agreement is made under and shall be governed by and construed in accordance with the laws of the Republic of the Philippines.

**IN WITNESS WHEREOF** the Parties hereto have caused this Agreement to be executed on the date stated above, in [            ].

For:

**[OWNERS]:**

_____

For:

**[GGAM]**

[Page]