| | |
|---|---|
| From: | Cabot, Anthony [ACabot@LRLaw.com] |
| Sent: | 5/26/2011 6:45:54 AM |
| To: | Cabot, Anthony [ACabot@LRLaw.com] |
| CC: | Benny J. Tan [sjtan@picazolaw.com]; weidnerb@gmail.com; weidnerb@ggamllc.com; Razon, Enrique K. [ERazon@ICTSI.com]; saundersg@ggamllc.com; Rein, Jon [/O=CANTOR FITZGERALD/OU=US-EXCHANGE/CN=RECIPIENTS/CN=JREIN] |
| Subject: | Re: Agreement with GGAM |

Benny

Thank you.

I just spoke with Jon and he had a few items that needed adjustment based on the business meetings and discussions with their outside counsel. In addition, I had a few hopefully minor comments. Once I collect and consolidate these, I will circulate the redraft.

Sent from my iPhone

On May 25, 2011, at 10:06 PM, "Benny J. Tan" <sjtan@picazolaw.com> wrote:

> Tony,
>
> The GGAM and Bloomberry teams have reached agreement on the incentive
> fee of GGAM for foreign high rollers and junket.  Attached is the latest
> draft of the Agreement with the agreed incentive fee provision (clause
> 4.5) duly marked.
>
> Regards
>
> Benny Tan
>
> THIS IS A CONFIDENTIAL LAWYER-CLIENT COMMUNICATION/ADVICE.
>
>
> <Management Services Agreement (BRHI SPI GGAM) marked up (26 May 2011).doc>

Sent from my iPhone

On May 25, 2011, at 11:43 PM, "Cabot, Anthony" <ACabot@LRLaw.com> wrote:

Benny

Thank you.

I just spoke with Jon and he had a few items that needed adjustment based on the business meetings and discussions with their outside counsel. In addition, I had a few hopefully minor comments. Once I collect and consolidate thes

Sent from my iPhone

On May 25, 2011, at 10:06 PM, "Benny J. Tan" <sjtan@picazolaw.com> wrote:

> Tony,
>
> The GGAM and Bloomberry teams have reached agreement on the incentive
> fee of GGAM for foreign high rollers and junket.  Attached is the latest
> draft of the Agreement with the agreed incentive fee provision (clause
> 4.5) duly marked.