| | |
|---|---|
| **From:** | Occena, Estela T. [EOccena@ICTSI.com] |
| **Sent:** | Friday, September 09, 2011 7:35:08 AM |
| **To:** | Russell, Kevin |
| **CC:** | 'sjtan@picazolaw. com'; Garry Saunders; weidnerb@gmail.com; weidnerb@ggamllc.com; brad.h.stone@gmail.com; Rein, Jon |
| **Subject:** | Re: MSA |
| **Attachments:** | GGAM Disclosure Statement 9 Sept 11.pdf; Bloomberry Disclosure Statement 9 Sept 2011.pdf; Final MSA Execution Copy 9 September 2011.pdf |

Dear Kevin,

Please find attached complete MSA execution copy with Bloomberry, Sureste and GGAM Disclosure Statements.

Regards,
Estela

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*

On 9/9/11 8:32 AM, "Russell, Kevin" <KRussell@cantor.com> wrote:

>Excellent.   Thank you, Estela.
>
>
>
>----- Original Message -----
>From: Occena, Estela T. [mailto:EOccena@ICTSI.com]
>Sent: Thursday, September 08, 2011 08:26 PM
>To: Russell, Kevin
>Cc: Benny J. Tan <sjtan@picazolaw.com>; saundersg@ggamllc.com
><saundersg@ggamllc.com>; weidnerb@gmail.com <weidnerb@gmail.com>;
>weidnerb@ggamllc.com <weidnerb@ggamllc.com>; brad.h.stone@gmail.com
><brad.h.stone@gmail.com>; Rein, Jon
>Subject: Re: MSA
>
>Thank you Kevin.   We will send a new PDF of the MSA using your signature
>page.   Will have it signed by Mr. Razon within the day.
>
>No problem on Garry and Brad being GGAM officers subsequent to the MSA
>execution.
>
>Regards,
>Estela Tuason-Occena
>Sent from my iPad
>
>On Sep 9, 2011, at 12:23 AM, "Russell, Kevin" <KRussell@cantor.com> wrote:
>
>>
>> Dear Estela et al,
>>
>> Please find attached (i) our executed signature page to the MSA and
>>(ii) our signed disclosure letter.
>>
>> Please note that we executed a corrected signature page (Bill is the
>>CEO and not the Chairman).   We also wanted to break out the signature