**Perry Decl. Ex. 17**

## April

| Sun | Mon | Tue | | | | Sat |
|---|---|---|---|---|---|---|
| | | **1** | | | | **5** |

This Calendar was prepared by Claimants' counsel based on review of (1) the travel dates of the GGAM principals and other GGAM personnel, as recorded and documented by GGAM's administrative assistant (Kathy Parker), and (2) emails that GGAM either sent or received during the relevant period that either Claimants or Respondents produced in this Arbitration.

The calendar dates in Blue, which reflect either (a) GGAM's physical presence at Solaire in Manila or (b) GGAM work for Solaire or on behalf of BRC outside of Manila and Las Vegas. This information was recorded by Ms. Parker based on the expense reports she prepared and submitted to Respondents for reimbursement. See Claimants' Exs. 151, 153.

The calendar dates in Green reflect days on which GGAM sent or received email communications regarding either their MSA obligations or efforts on behalf of BRC. These do not represent the complete set of GGAM correspondence. To the extent multiple communications exist on the same calendar date, counsel has only recorded examples of those communications; not all communications are listed.

Counsel would be happy to provide the Tribunal with copies of each underlying email correspondence reflected in this Calendar, should the Tribunal so request.

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| **6** GGAM0013823 GGAM0014294 | **7** GGAM0017171 | **8** | | | | **12** |
| **13** | **14** | **15** | | | | **19** |
| **20** | **21** | **22** | **23** | **24** GGAM0013546 | **25** | **26** |
| **27** | **28** GGAM0013548 | | | | | |

GGAM physical presence in Manila
GGAM work for Solaire or on behalf of BRC outside of Manila and Las Vegas
GGAM sent emails regarding Solaire or on behalf of BRC
GGAM received emails regarding Solaire or on behalf of BRC

**2011**

EXHIBIT
Saunders
2025
4/22/22 DL