**From:** Occena, Estela T. [EOccena@ICTSI.com]
**Sent:** Thursday, January 26, 2012 4:58:41 AM
**To:** Brad Stone
**Subject:** Fwd: Cantor

Hi Brad,

Just to share with you note from EKR below. Please keep this email between us, you may only share it with Garry if you like.

Regards,
Estela Tuason-Occena
Sent from my iPad

Begin forwarded message:

> **From:** "Razon, Enrique K." <ERazon@ICTSI.com>
> **Date:** January 26, 2012 12:40:32 PM GMT+08:00
> **To:** "Occena, Estela T." <EOccena@ICTSI.com>
> **Subject: Re: Cantor**
>
> No Cantor. They only participate thru GGAM
>
> ---
>
> **From:** Occena, Estela T.
> **Sent:** Thursday, January 26, 2012 12:38 PM
> **To:** Razon, Enrique K.
> **Subject:** Cantor
>
> Dear EKR,
>
> Brad called me about the business plan this morning so I took the opportunity to speak to him about Jon Rein of Cantor. He wanted to communicate directly with CLSA and attend the kick-off on the 8th. I declined both his request. I told Brad that I do not have to ask you to know whether you are fine with Cantor taking an active role in the equity placement because I know you will say no as well. I reiterated to Brad that you want to deal with him, Bill and Garry and we are just tolerating Cantor because they are their partners. Brad fully understands and supports our position. My email below to Jon for your reference. Thank you.
>
> Regards,
> Estela Tuason-Occena
> Sent from my iPad
>
> Begin forwarded message:
>
> > **From:** "Occena, Estela T." <EOccena@ICTSI.com>
> > **Date:** January 26, 2012 12:31:04 PM GMT+08:00
> > **To:** "Rein, Jon" <JRein@cantor.com>
> > **Subject: Re: Re:**
> >
> > Hi Jon,
> >
> > We would prefer that only Brad and Garry attend the kick-off meeting on the 8th. I spoke with Brad about this. Please talk to him. Thanks.
> >
> > Regards,

Estela Tuason-Occena
Sent from my iPad

On Jan 26, 2012, at 9:48 AM, "Rein, Jon" <JRein@cantor.com> wrote:

> I think I will be there on the 8th, so we can just do it then if that's more convenient. I won't reach out to them re this in the interim. Let's also finalize Option/Shareholder Agmt then -- will have markup and issues to you well before then.
> ---------------------------
> Sent using BlackBerry
>
>
> **From**: Occena, Estela T. [mailto:EOccena@ICTSI.com]
> **Sent**: Wednesday, January 25, 2012 08:04 PM
> **To**: Rein, Jon
> **Cc**: saundersg@ggamllc.com <saundersg@ggamllc.com>; brad.h.stone@gmail.com <brad.h.stone@gmail.com>; Levett, Christine
> **Subject**: Re:
>
> It was UBS who had the target roadshow locations in their proposal. I want us to have the kick-off meeting first before you make a phone call. I will email you after February 8th to let you know who to call.
>
> Regards,
> Estela Tuason-Occena
> Sent from my iPad
>
> On Jan 26, 2012, at 5:02 AM, "Rein, Jon" <JRein@cantor.com> wrote:
>
>> Estela,
>>
>>
>> I was planning to reach out to CLSA to ask them to walk us through the roadshow / timing-and-responsibility schedule, really just teach us the basics of what is typical in a PSE offering of this nature. I just wanted to make sure you were aware and did not have an issue with my asking them to help us out.
>>
>>
>> Thanks
>>
>>
>> Jonathan Rein
>> Managing Director | Cantor Fitzgerald
>> 499 Park Avenue | New York, NY 10022
>> Tel +1 (212) 610-3664 | Cell +1 (646) 406-9031
>> jrein@cantor.com | www.cantor.com
>>
>>
>> CONFIDENTIAL: This e-mail, including its contents and attachments, if any, are confidential. If you are not the named recipient please notify the sender and immediately delete it. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else. Copyright and any other intellectual property rights in its contents are the sole property of Cantor