| | |
|---|---|
| **From:** | Maria Leung, CLSA [maria.leung@clsa.com] |
| **Sent:** | Friday, April 20, 2012 4:02:29 AM |
| **To:** | 'EOccena@ICTSI.com'; 'stoneb@ggamllc.com'; 'brad.h.stone@gmail.com'; 'dalmehda@aol.com'; 'saundersg@ggamllc.com'; Danilo Feliciano, CLSA; Fermin Francisco, CLSA; Richard Taylor, CLSA; Stuart Wilson, CLSA |
| **CC:** | Richard Lee, CLSA; Stuart Wilson, CLSA; Darren Chow, CLSA; Leona Leung, CLSA; Cynthia Wong, CLSA; Dorothy Fung, CLSA; Hock Thiam Loh, CLSA; Ariza Mangalile, CLSA; Paolo Antonio Azurin, CLSA; Mary Laureano, CLSA; Karine Chung, CLSA; 'lauro.baja@ubs.com'; 'stuart.mackay@ubs.com'; 'Clarisse-Ann-Chua.Ong@ubs.com'; 'christian.wolf@ubs.com'; 'indran.thana@ubs.com'; 'Chris.Lau@ubs.com'; 'Catalina.Man@ubs.com' |
| **Subject:** | Bloomberry Anchor Roadshow Schedule for Asia (Friday 20th in SG) (20 April Update) |
| **Attachments:** | Bloomberry Anchor Schedule (Asia) (20Apr Update).pdf |

Dear All

Please find attached Bloomberry Anchor Schedule update for your perusal.

There is a time change for the following meetings in the afternoon
3:15pm          UBS 1x1 with Eastspring Investments
4:30pm          UBS 1x1 with GIC

Moreover departure flight tomorrow change to : SQ910 (0930-1305)

Below please find Blackberry version (with changes in RED) for your easy reference :

**Fri 20 Apr 2012**
**Transportation**
Driver will wait at Ritz Carlton hotel entrance with sign "Bloomberry" and proceed to meetings as scheduled
Car No.: PC-1050 (12-seater combi)
Driver: Mr. Toh
Mobile: +65 9871 1182

**1230-1345 CLSA LUNCH**
Stephen Chan
Artisan Partners LP
Tel: +65 6494 6008
Venue : Sulawesi Room
          Tower Club, 9 Raffles Place, 62/F Republic Plaza I
CLSA rep: Fermin Francisco
Mobile: +63 917 525 9621

**1400-1500 UBS One-on-One Meeting**
Pauline Ng / Chang Qi Ong
JP Morgan Asset Management
168 Robinson Road, 16/F Capital Tower
Tel: +65 6882 2313
UBS sales : Robby Go
Mobile: + 63 9175 266370

**1515 - 1615 UBS One-on-One Meeting**
Wing Kin Chow
Eastspring Investments
10 Marina Boulevard
#32-01 Tower 2 Marina Bay Financial Centre

GGAM-SDNY-0089094

 

| Fri 20 Apr | Singapore | Monte Carlo RS |

**Singapore**

| TIME | EVENT | LOCATION/PARTICIPANTS |
|------|-------|------------------------|
| 0925 | **Transportation**<br><br>Driver will wait at Ritz Carlton hotel entrance with sign "Bloomberry" and proceed to meetings as scheduled | Car No.: PC-1050 (12-seater combi)<br>Driver: Mr. Toh<br>Mobile: +65 9871 1182 |
| 0945-1045 | **CLSA One-on-One Meeting**<br><br>CLSA rep: Fermin Francisco<br>Mobile: +63 917 525 9621 | Munib Madni<br>**Morgan Stanley Investment Mgmt Co**<br>23 Church Street, #16-01 Capital Square<br>Tel: +65 6834 6833 |
| 1100-1200 | **CLSA One-on-One Meeting**<br><br>CLSA rep: Fermin Francisco<br>Mobile: +63 917 525 9621 | Kelvin Wong<br>**Lion Global Investors Limited**<br>65 Chulia Street, #18-01/08 OCBC Centre<br>Tel: +65 6417 6883 |
| 1230-1345 | **CLSA LUNCH**<br><br>CLSA rep: Fermin Francisco<br>Mobile: +63 917 525 9621 | Stephen Chan<br>**Artisan Partners LP**<br>Tel: +65 6494 6008<br><br>Venue: Sulawesi Room<br>Tower Club, 9 Raffles Place<br>62/F Republic Plaza I |
| 1400-1500 | **UBS One-on-One Meeting**<br><br>UBS sales: Robby Go<br>Mobile: + 63 9175 266370 | Pauline Ng / Chang Qi Ong<br>**JP Morgan Asset Management**<br>168 Robinson Road, 16/F Capital Tower<br>Tel: +65 6882 2313 |
| 1515-1615 | **UBS One-on-One Meeting**<br><br>UBS sales: Lim, Keng Hock<br>Mobile: + 65 9777 1766 | Wing Kin Chow<br>**Eastspring Investments**<br>10 Marina Boulevard<br>#32-01 Tower 2 Marina Bay Financial Centre<br>Tel: +65 6349 9803 |
| 1630-1730 | **UBS One-on-One Meeting**<br><br>UBS sales: Robby Go<br>Mobile: + 63 9175 266370 | Hin Wah Ho<br>**GIC**<br>168 Robinson Road, #37-01 Capital Tower<br>Tel: +65 6889 8692 |