

**Perry Decl. Ex. 21**

# Participants

| Company Management | | Locations |
|---|---|---|
| Mr. Enrique K. Razon Jr.<br>Bloomberry Resorts Corp | Chairman and Chief Executive Officer<br>Mobile: +63 918 919 6960 | London |
| Mr. Bill Weidner<br>Global Gaming Asset Management | Chairman and Chief Executive Officer<br>Mobile: +1 702 897 5600 | Boston (MA), New York (NY) |
| Ms. Estella Occena<br>Bloomberry Resorts Corp | Executive Officer, Treasurer<br>Mobile: +63 917 888 8056 | London (27 Apr, 30 Apr), New York (NY) |
| Mr. Donato C Almeda<br>Bloomberry Resorts Corp | Executive Committee, Board<br>Mobile: +63 917 535 4493 | London (27 Apr, 30 Apr), Boston (MA), New York (NY) |
| Mr. Bradley Stone<br>Global Gaming Asset Management | President | London (27 Apr, 30 Apr), Botson (MA), New York (NY) |
| Mr. Garry Saunders<br>Global Gaming Asset Management | Executive Vice President<br>Mobile: +1 702 521 1110 | London (27 Apr, 30 Apr), New York (NY) |

| UBS | | Locations |
|---|---|---|
| Mr. Fergus Horrobin | Co-Head REL&L, EMEA and Chairman REL&L Asia<br>Mobile: +852 9668 3633 | London |
| Mr. Stuart Mackay | Managing Director, Head of ECM, South East Asia<br>Mobile: +65 9732 7668 | Boston (MA), New York (NY) |
| Lauro Baja | Managing Director, Head of Investment Banking Department, Philippines<br>Mobile: +63 91 7792 7318 | New York (NY) |
| Mr. Indran Thana | Director, Investment Banking Department, South East Asia<br>Mobile: +65 9642 2688 | London (27 Apr, 30 Apr) |

| CLSA Limited | | Locations |
|---|---|---|
| Mr. Richard Taylor | Head of Investment Banking<br>Mobile: +852 9196 8110 | London, New York (NY) |
| Mr. Danilo Feliciano | Co-Chief Executive Officer<br>Mobile: +63 918 901 7143 | Boston (MA), New York (NY) |
| Mr. Paolo Antonio Azurin | Vice President<br>Mobile: +63 920 918 2741 | London (27 Apr, 30 Apr), Boston (MA), New York (NY) |

Subject to Arbitration Confidentiality Orders     BLOOM_0055482

 

# Summary schedule

| Date | City | Time | Meeting Type | Details |
|---|---|---|---|---|
| Tuesday May 01, 2012 | Boston (MA) | 8:30 AM | 1:1 Conference Call | Driehaus Capital Management |
| | | 9:45 AM | 1:1 Meeting | |
| | | 11:00 AM | 1:1 Meeting | Wellington Management |
| | | 12:15 PM | Small Group Lunch | Langham Hotel Boston |
| | | 2:00 PM | 1:1 Meeting | Fidelity Management & Research |
| | | 3:30 PM | 1:1 Meeting | Clough Capital Partners |
| | New York (NY) | 10:00 AM | 1:1 Meeting | Balyasny Asset Management |
| | | 11:15 AM | 1:1 Conference Call | Turner Investment Partners Inc |
| | | 12:30 PM | Group Lunch | St Regis New York |
| | | 2:00 PM | 1:1 Meeting | Asian Century Quest Capital LLC |
| | | 3:15 PM | 1:1 Meeting | Kingdon Capital Mgmt Co |
| | | 4:30 PM | 1:1 Meeting | Moon Capital |

**CONFIDENTIAL**