**Perry Decl. Ex. 22**

| | |
|---|---|
| **From:** | Occena, Estela T. <EOccena@ICTSI.com> |
| **Sent:** | Tuesday, August 14, 2012 1:51 PM |
| **To:** | Razon, Enrique K. <ERazon@ICTSI.com>; sjtan picazolaw <sjtan@picazolaw.com>; Chito Alarilla <jejalarilla@hotmail.com> |
| **Subject:** | Fwd: hi |

Dear EKR,

Email below from Bill. Thanks

Regards,
Estela Tuason-Occena
Sent from my iPad

Begin forwarded message:

> **From:** <weidnerb@ggamllc.com>
> **Date:** August 14, 2012 1:44:51 PM GMT+08:00
> **To:** "Occena, Estela T." <EOccena@ICTSI.com>
> **Cc:** Garry Saunders <gwsvegas@cox.net>
> **Subject: Re: hi**
> **Reply-To:** <weidnerb@ggamllc.com>
>
> Estella,
>
> I will have a full response/explanation from my lawyers tomorrow to share with you and any others.
>
> Bill
> Sent via BlackBerry by AT&T
>
> -----Original Message-----
> From: "Occena, Estela T." <EOccena@ICTSI.com>
> Date: Tue, 14 Aug 2012 05:37:32
> To: Garry Saunders<gwsvegas@cox.net>
> Cc: Brad Stone<stoneb@ggamllc.com>; weidnerb@ggamllc.com<weidnerb@ggamllc.com>
> Subject: Re: hi
>
> Garry,
>
> When the news hits the Philippine papers and SEC and PSE inquired about it i.e., deny or confirm and explain the news article, what do you want us to say in the letter response to SEC and PSE?
>
> We need to be ready or PSE will halt the trading of BLOOM shares.
>
> Regards,
> Estela Tuason-Occena
> Sent from my iPad
>
> On Aug 14, 2012, at 1:12 PM, "Garry Saunders" <gwsvegas@cox.net> wrote:
>
>> Estela, this refers to activities that are old news and Bill considers them to be totally

without merit. It is more of a distraction created by LVS as part of lawsuits and other investigations in a number of other matters. I also seriously doubt that those other LVS charges have any merit. My experience with the company and executives that continue to work there only supports that no one within the company would do something that put the company (or their personal licenses) in jeopardy.

Garry

Sent from my iPad

On Aug 14, 2012, at 1:19 AM, "Occena, Estela T." <EOccena@ICTSI.com> wrote:

> Thanks for your response Garry. By the way, I came across an article by Kate O'Keeffe that mentioned Bill and Brad concerning the scrutiny by the U.S. Justice Department, the U.S. Securities and Exchange Commission and the audit committee of Sands Corp. of the following transactions for possible violations of the Foreign Corrupt Practices Act: a US$50 million payment for real estate for Adelson Center in Beijing, Sand's sponsorship of a Chinese basketball team, and a contract for ferry services between Macau and Hong Kong. It all happened in 2007 according to the article. Could you please advise us of the status and how you think the investigation will go? How will this impact Bill, Brad and GGAM? Appreciate your quick response. Thanks.
>
> Regards,
>
> Estela Tuason-Occena
>
> Sent from my iPad
>
> On Aug 14, 2012, at 12:57 AM, "Garry Saunders" <gwsvegas@cox.net> wrote:
>
>> Estela,
>>
>> Left on 3:00 flight. See you next trip.
>>
>> Garry
>>
>> Sent from my iPad
>>
>> On Aug 13, 2012, at 11:22 AM, "Occena, Estela T."

BB02000016.063281.0001
GGAM-SDNY-0127868