## ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT (this "Agreement"), dated as of March 8, 2013, is by and between Global Gaming Philippines, LLC (the "Assignor") and GGAM Netherlands B.V. (the "Assignee"). For the purposes of this Agreement, Assignor and Assignee shall each be deemed a "Party", and collectively, the "Parties".

### WITNESSETH

**WHEREAS**, Assignor is a party to that certain Management Services Agreement, dated as of September 9, 2011, by and among Assignor, Bloomberry Resorts and Hotels, Inc. and Sureste Properties, Inc. (the "MSA") and unless otherwise defined herein, defined terms shall have such meanings ascribed to them in the MSA;

**WHEREAS**, Assignor's employees have not been in the Philippines more than 183 days in connection with providing pre-opening services;

**WHEREAS**, Assignee is highly capable of performing the Assignor's obligations and providing the services (the "Post-Opening Services") under the MSA attributable to the period following opening of the Solaire Casino in Manila, Philippines (the "Effective Date"), scheduled for March 16, 2013 (the "Post-Opening Services");

**WHEREAS**, following the effectiveness of the assignment and assumption of the MSA with respect to the Post-Opening Services, Assignor will be free from any and all liabilities associated with the performance and provision of the Post-Opening Services;

**WHEREAS**, pursuant to Section 16.2 of the MSA, Assignor is permitted to assign the MSA to Assignee; and

**WHEREAS**, the Parties desire to enter into this Agreement for Assignor to assign, transfer and convey all of the rights, duties and obligations regarding the Agreements to Assignee and for Assignee to assume such rights, duties and obligations regarding the Agreements, as set forth herein.

**NOW, THEREFORE**, in consideration of the foregoing and the mutual covenants herein contained, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1. <u>Assignment and Assumption of the Post-Opening Services</u>. Upon approval by the Board of Directors of the Assignee and effective as of the Effective Date, Assignor hereby assigns, transfers and conveys to Assignee the MSA and all of its rights, title and interest in, to and under the MSA, solely with respect to the Post-Opening Services, and Assignee, as consideration for such assignment, hereby accepts such assignment, transfer and conveyance and assumes all of Assignor's right, title, benefit, privilege and interest in, to and under the MSA, solely with respect to the Post-Opening Services. Assignee agrees that it will observe and perform all of the duties, obligations, terms, provisions and covenants relating to the MSA, and will become liable for all liabilities related thereto, whether they arise before, on or after the date

60464 v4