I am the President of the Bloomberry Cultural Foundation, the corporate social responsibility arm of BRHI.

### The "Road Show" for Bloomberry's Top-Up Offering

8. From April 16 to May 2, 2012, representatives of BRC, the parent corporation of Bloomberry and Sureste, embarked on an international "road show" to drum up interest for BRC's "top-up offering." Ultimately, BRC's top-up offering was a huge success, raising more than US$ 126 million. Of course, multiple factors contributed to the enormous interest in and success of BRC's top-up offering. Gaming stocks generally, and Asian gaming stocks specifically, generate substantial interest among investors. In May 2012, the gaming industry in Macau was still expanding, with no end in sight, and the Philippines, a short 2 hour flight from Macau, had recently liberalized gaming. One casino in Manila, Resorts World Manila, run by the Malaysian Genting/Travellers Group, had revealed an untapped gaming market, but had not conducted any type of offering. Manila's "Entertainment City" offered an especially attractive opportunity for investors given its waterfront location, its favorable gaming tax rate (lower than in Macau), and the fact that it would be host to a cluster of four integrated casino-resorts that were expected to further drive individual casino revenues. On top of everything else, the Philippines as a country was experiencing an average 6.8% GDP growth. The pent-up demand from investors was palpable.

9. BRC was a pure gaming company, with no other competing interests, such as real estate. Short-term investors were attracted by this fact because they knew exactly what they were investing in—that is, Asian gaming stock. Long-term or "anchor" investors were also interested because the upside was anticipated to be very high.

10. For BRC's top-up offering, as with any other such offering, the first week of the road show was, in effect, a "pre-marketing" presentation for a select group of investors who might be interested in being "anchor" investors. The list was compiled by the underwriters, UBS and CLSA Limited. I recall that GGAM suggested two investors, Waddell Reed, which had already been recommended by UBS, and Marsico, which, according to GGAM, was a former Las Vegas Sands investor. I attended nearly every stop of the road show in Asia, the United Kingdom and the United States, and we flew to Denver to meet with Marsico representatives. Marsico—the only fund uniquely suggested by GGAM—declined to invest in Bloomberry.

11. The underlying tone of the road show was that the investors, such as Capital Research Global Investments and Fidelity Investment Management Ltd. ("Fidelity"), had already had a positive and successful experience with a company led by Enrique K. Razon, Jr., and many investors were interested in Bloomberry for that primary reason. I refer to this as the "Razon Factor," not the "GGAM Factor" or the "Weidner Factor" or the "Stone Factor." Many, if not most, of the potential investors we spoke with during the road show said unequivocally that they were considering buying shares in BRC because of their prior relationship and experience with Mr. Razon. It is no secret that fund managers have been astoundingly successful in their investments, both short-term and long-term, with Mr. Razon's company, International Container Terminal Services, Inc. or "ICTSI".



Subject to Arbitration Confidentiality Orders

BLOOM_0097192

### GGAM's Purported Access to VIPs Never Materialized

21. GGAM's principals participated on the road show to give the management presentation. In my personal assessment, which was reinforced by comments I received from potential investors, GGAM to a great extent was using the road show for a publicity platform for GGAM, not necessarily for Bloomberry or the Solaire. I recall that GGAM emphasized that during their tenure with the Las Vegas Sands, they had successfully opened integrated resorts in Asia. We quickly realized that successfully opening a property (*i.e.*, having a functioning property on opening day) does not mean successfully operating a property (*i.e.*, ensuring that the property is functioning efficiently and turning a profit in line with expectations).

22. I worked with Lorraine Koo, the then Vice President of Business Development and VIP Services, to make contact with some of the leading junket operators in Macau, including XTD (XinTianDi), International Club, MF (MingFa), Tak Chun and EEG (Empire Entertainment Group).

23. I understand a plan to "ramp up" business from VIPs and junkets; however, "ramp up" does not mean "start from scratch." Rather, you must have a foundation from which to ramp up. GGAM had *one and a half years* prior to Opening Day on March 16, 2013 to establish a foundation for VIP gaming and to reach out to their contacts. I expected that efforts would be made to put at least one or two junket operators in place for Opening Day or shortly thereafter. During GGAM's tenure, I did not see any contribution from them in attracting a foreign VIP player or junket operator to the Solaire.

IN WITNESS WHEREOF, I have hereunto set my hand this 5th day of December 2014 in Makati City.

DONATO C. ALMEDA

SUBSCRIBED AND SWORN to before me, this 5th day of December 2014, by Donato C. Almeda, who exhibited to me his Passport with No. EB9357732 expiring on 10 October 2018.

JONATHAN C. JO
Acn. Imprnt No. M-218
Notary Public for Makati City
Until December 31, 2015
Penthouse, Liberty Center
104 H V dela Costa Street, Makati City
Roll of Attorneys No. 63797
PTR No. 4393511 / Makati City / 03-28-2014
IBP No. 968604 / Quezon City / 04-14-2014

Doc. No. 129;
Page No. 27;
Book No. II;
Series of 2014.

- 5 -

Subject to Arbitration Confidentiality Orders                                BLOOM_0097195