Perry Decl. Ex. 37

## Procedural Order No. 5
### (Pursuant to Procedural Order No. 3)

**Whereas,**

The Claimants filed a request dated November 12, 2014 ("**Claimants' Request**") pursuant to Clause 8 of Procedural order 3 ("**PO 3**") seeking from the Tribunal a determination that Claimants may disclose Confidential Information to the following individuals (the "**Nine Individuals**"):

- Mr. Howard Lutnick: Co-Chair, GGAM Philippines; Chair and CEO, Cantor Fitzgerald;

- Mr. Stephen Merkel: Corporate Secretary of GGAM Philippines; General Counsel, Cantor Fitzgerald;

- Mr. Michael Lampert: Counsel to GGAM Philippines; Chief Litigation Counsel, Cantor Fitzgerald;

- Mr. John J Jones: Counsel to GGAM Philippines; Deputy General Counsel, Cantor Fitzgerald;

- Mr. Binyomin Kaplan: Counsel to GGAM Philippines; VP and Assistant General Counsel, Cantor Fitzgerald;

- Mr. Harry Waizer: Counsel to GGAM Philippines; Tax Counsel, Cantor Fitzgerald;

by the Claimants for disclosure of information to each of the Nine Individuals to be too general to substantiate the Claimants' contention that such information is necessary for the relevant individual's function *qua* an office-holder or employee of GGAM. Further, the Tribunal has not been presented with any evidence that the Claimants' prosecution of its case is impaired if all Nine Individuals do not obtain virtually all the documents filed in these proceedings on a *"going forward basis"*.

Nevertheless, the Tribunal notes that the Respondents, in the Respondents' Directed Response, agree that the Claimants may disclose Confidential Information to Ms. Christine Levett and Mr. Eric Su in their roles at Global Gaming Asset Management providing direct support to the Claimants' Party Representative, Mr. Jon Rein.

**The Tribunal has decided**:

1. The Claimants may disclose Confidential Information to Ms. Christine Levett and Mr. Eric Su in their roles at Global Gaming Asset Management providing direct support to the Claimants' Party Representative, Mr. Jon Rein.

2. The Claimants' Request, save for the previous paragraph, is denied.

On behalf of the Tribunal

Andrés Rigo Sureda
Presiding Arbitrator