CONFIDENTIAL

Perry Decl. Ex. 38

GLOBAL GAMING PHILIPPINES LLC AND GGAM NETHERLANDS B.V.
v. BLOOMBERRY RESORTS AND HOTELS INC. AND SURESTE PROPERTIES, INC.

RESPONDENTS' REPLIES TO CLAIMANTS' RESPONSES AND OBJECTIONS TO RESPONDENTS'
REQUESTS FOR DOCUMENTS

28 January 2015

| NO. | DOCUMENT REQUEST | RELEVANCE & MATERIALITY | RESPONSES & OBJECTIONS | REPLIES | TRIBUNAL'S DECISION |
|---|---|---|---|---|---|
| (1) | Any documents related to the "Solaire VIP Gaming Program Brief" Powerpoint, presented to the EXCOMM by Dennis Andreacci on February 14, 2013, including (a) any drafts of the presentation, and (b) documents sufficient to understand the "strategies and plans" that were put into place, including how any such strategies and plans were implemented. | The requested documents are relevant and material to GGAM's assertion that it developed adequate business and marketing plans, specifically tailored to VIP customers. (B. Stone Supp. Decl. ¶ 29.) | Claimants incorporate their general responses and objections. Subject to and without waiving their general responses and objections, Claimants will produce non-privileged, non-work product protected documents responsive to this request that have not already been provided or produced in the Arbitration and to the extent any such additional documents exist that can be located after a reasonable search and are within Claimants' possession, custody or control. | Claimants have noted that they will produce responsive, non-privileged, non-work product protected documents "[s]ubject to and without waiving their general responses and objections." Respondents understand that Claimants should produce all documents responsive to a request and should not withhold documents based on Claimants' subjective and unilateral determinations regarding their various imprecise objections. | Claimants to produce documents related to the Solaire VIP Gaming Program Brief presented to the EXCOMM by Dennis Andreacci on February 14, 2013. |
| (2) | Documents, | The requested | Claimants | Claimants have | Claimants to |

| NO. | DOCUMENT REQUEST | RELEVANCE & MATERIALITY | RESPONSES & OBJECTIONS | REPLIES | TRIBUNAL'S DECISION |
|---|---|---|---|---|---|
| | communications and information reflecting GGAM's efforts to deliver to the Solaire junket operators in Asia, including any documents supporting Mr. Stone's statement that GGAM "provided access to and delivered to Solaire foreign VIP customers and Chinese junket operators." | documents are relevant and material to GGAM's representations regarding its ability to attract junket operators to the Solaire. (SOC ¶¶ 80-82; B. Stone Supp. Decl. ¶ 27.) | incorporate their general responses and objections. Subject to and without waiving their general responses and objections, Claimants will produce non-privileged, non-work product or otherwise protected documents responsive to this request that have not already been provided or produced in the Arbitration and to the extent any such additional documents exist that can be located after a reasonable search and are within Claimants' possession, custody or control. | noted that they will produce responsive, non-privileged, non-work product protected documents "[s]ubject to and without waiving their general responses and objections." Respondents understand that Claimants should produce all documents responsive to a request and should not withhold documents based on Claimants' subjective and unilateral determinations regarding their various imprecise objections.<br><br>Claimants have noted that they will produce "non-privileged, non-work product or otherwise protected documents" responsive to Respondents' requests. Claimants have not articulated what type of | produce documents in support of Mr. Stone's quoted statement. |

3

| NO. | DOCUMENT REQUEST | RELEVANCE & MATERIALITY | RESPONSES & OBJECTIONS | REPLIES | TRIBUNAL'S DECISION |
|---|---|---|---|---|---|
| | | | | documents and protection would qualify as "otherwise protected." (*See* Respondents' Obj. to Claimants' Gen. Obj. No. 4.) | |
| (3) | Documents, communications and information reflecting GGAM's efforts to deliver foreign VIP premium direct customers to the Solaire. | The requested documents are relevant and material to GGAM's representations regarding its delivery of foreign VIP premium direct customers to the Solaire. (SOC ¶ 80) | Claimants incorporate their general responses and objections. Subject to and without waiving their general responses and objections, Claimants will produce non-privileged, non-work product or otherwise protected documents responsive to this request that have not already been provided or produced in the Arbitration and to the extent any such additional documents exist that can be located after a reasonable search and are within Claimants' possession, custody or control. | Claimants have noted that they will produce responsive, non-privileged, non-work product protected documents "[s]ubject to and without waiving their general responses and objections." Respondents understand that Claimants should produce all documents responsive to a request and should not withhold documents based on Claimants' subjective and unilateral determinations regarding their various imprecise objections. | Claimants to produce documents showing GGAM's efforts to deliver foreign VIP premium direct customers to Solaire. |
| (4) | Documents, communications, and information sufficient to | The requested documents are relevant and | Claimants incorporate their general responses | Claimants have noted that they will produce | Claimants to produce documents |

4