**From:** Weiss, Adam J.
**To:** Culbertson, Erin; Nolan, Michael D.; Popova-Talty, Elitza; Lowe, Brett; "rclomibao@picazolaw.com"
**Cc:** Profaizer, Joseph R.; Patrizia, Charles A.; Klisch, Erin E.; Stepnowsky, Dana M. (Parsons)
**Subject:** Global Gaming Philippines LLC et al v. Bloomberry Resorts and Hotels Inc. et al: Claimants" Second Production of Documents
**Date:** Tuesday, February 24, 2015 12:30:05 PM
**Attachments:** Secure Transport Login Information.pdf

Dear Erin:

In accordance with Claimants' Responses and Objections to Respondents' Requests to Produce Documents dated January 14, 2015 and the Tribunal's Decision on Respondents' Requests to Produce Documents dated February 16, 2015, we make Claimants' Second Production of Documents ("Second Production") by attaching the instructions for accessing and downloading the Second Production. These documents are Bates labeled GGAM0018048 to GGAM000021161.

This Second Production complies with the technical production specifications to which the Parties had already agreed and is available immediately for download over the next five days, until Saturday February 28, 2015, by accessing the FTP site through the means set forth in the attached PDF file entitled "Secure Transport Login Information." A secure password to access the FTP site and a secure password to access the encrypted ZIP file contained therein will be sent to you separately via e-mail for security reasons. If you would like access to the FTP site for a longer period, please let us know, and we will be happy to accommodate a reasonable extension of the availability period.

We are not aware of additional responsive, non-privileged documents in the possession, custody or control of the Claimants. However, to the extent in our review and case preparation, we identify additional responsive, non-privileged documents, Claimants reserve the right to supplement this Second Production in accordance with the IBA Rules.

As we mentioned in our February 20, 2015 correspondence to you, there is an apparent typographical error in the Tribunal's Decision on Claimants' Requests to Produce Documents dated February 16, 2015 with respect to the Tribunal's decision on Claimants' Request No. 45, which orders Claimants to produce documents responsive to that Request. As we stated in that February 20 correspondence, we believe that the Tribunal intended to order Respondents to produce Documents responsive to Claimants' Request No. 45 and not Claimants. We again request that you confirm that Respondents share the same understanding with respect to this issue. If we do not hear back from you on this issue, we assume that you agree and will produce documents responsive to Request No. 45.

We also request clarification regarding your statement in your February 23, 2015 correspondence that "Bloomberry will continue to supplement its production as it becomes aware of additional documents responsive to Respondent's requests per the Tribunal's February 16 decision." First, we assume that you meant to write "Bloomberry will continue to supplement its production as it becomes aware of additional documents responsive to **Claimants'** requests per the Tribunal's February 16 decision." Second, based on the Parties' correspondence and discussions over the last week, we understand (1) that Respondents' are continuing to collect documents in response to the Tribunal's Decision on Claimants' Requests to Produce Documents and (2) that Respondents' second production yesterday—which contains an additional 520 documents and 1,651 pages—does not constitute the completion of Respondents' production efforts. If our understanding is inaccurate, please let us know immediately.

In that regard and in accordance with Chairman Rigo's February 23, 2015 correspondence to the Parties, we ask that you promptly provide us with a proposed schedule for the remainder of Respondents' document productions, including the date on which the productions will be complete, so that the Parties can jointly update the Tribunal by the end of this week. We would be happy to discuss this issue, as well as the issues raised in Joe Profaizer's February 23, 2015 e-mail to Michael Nolan in a phone call as well. Please let us know a few times that you are available to discuss.

Best regards,

Adam

---



**Adam J. Weiss | Associate, Litigation Department**
Paul Hastings LLP | 875 15th Street, N.W., Washington, DC 20005 | Direct: +1.202.551.1898 | Main: +1.202.551.1700 | Fax: +1.202.551.0298 | adamweiss@paulhastings.com | www.paulhastings.com

*****************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at