Andreaci and Ms. Koo, for example, made several trips to Macau for the sole purpose of acquiring new junket relationships.[238] During those trips, Ms. Koo had several meetings with the operator of the Tak Chun junket before successfully signing them to Solaire, a success that was conveyed to GGAM by Mr. Andreaci.[239] GGAM did not provide any contacts for developing junket relationships or accompany Bloomberry employees on these trips.[240]

93. In contrast, GGAM was not responsible for bringing a single VIP player or junket to Solaire.[241] GGAM, and Mr. Weidner in particular, states repeatedly that he spent his time "cultivating" and "leveraging" his contacts and relationships in Asia, as well as "developing" new contacts.[242] To this day, Bloomberry has no idea what Mr. Weidner means when he says he was "leveraging" and "cultivating" his relationships and contacts in Asia for nearly 2 years. For example, who exactly was Mr. Weidner meeting for the benefit of Solaire?[243] What were the concrete results of this "leveraging"? Not a single VIP player has been identified as having come to Solaire as the direct result of Mr. Weidner's "leveraging." Thus, one is left to conclude that either Mr. Weidner was "leveraging" and "cultivating" his relationships for the benefit of

---

Group); *see also* E. Razon Decl. ¶ 47 ("Eventually, I had to take it upon myself to reach out to junket operators—I travelled to Macau to attend meetings and presentations.").

[238]   L. Koo Supp. Dec. ¶ 14.

[239]   L. Koo Supp. Decl. ¶ 15.

[240]   L. Koo Decl. ¶ 7 ("I received no assistance from GGAM in bringing junket operators into the Solaire. GGAM did not assist with marketing to junket operators, nor did they provide us with connections to utilize in attempting to bring in new junket operators."); L. Koo Supp. Decl. ¶ 12 ("GGAM never attended any of our meetings with junket operators, and they did not provide me with any contacts for developing junket relationships.").

[241]   *See* D. Almeda Decl. ¶ 23 ("During GGAM's tenure, I did not see any contribution from them in attracting a foreign VIP player or junket operator to the Solaire."); *See* E. Razon Decl. ¶ 47 ("I am not aware of a single junket operator that GGAM successfully brought into the Solaire.").

[242]   *See, e.g.,* Claimants' Reply at n. 69 ("leveraging GGAM's existing contacts and developing new contacts in Asia"); *see id.* at n. 70 (excusing Mr. Weidner's failure to visit the Solaire because the "best use" of his time was "elsewhere in Asia, including Hong Kong, Macau, China and Taiwan, cultivating and leveraging his existing relationships for Solaire's benefit"); *id.* at ¶ 46 ("Developing foreign VIP business for Solaire necessarily required him to market the project by leveraging his contacts and relationship elsewhere in Asia, not in Entertainment City in Manila."); *see id.* at ¶ 49 (claiming that Mr. Weidner "personally conducted or oversaw the development of VIP marketing and business development initiatives by leveraging his contacts and relationship in Asia."); *see also* Weidner Third Decl. ¶ 6 (claiming that GGAM's principals "have developed and cultivated professional relationships with a number of key casino marketing executives and casino junket operatives in the region.").

[243]   Mr. Weidner now describes his relationships as existing not with players and junket operators, but with "high-ranking Chinese officials responsible for economic and gaming matters affecting the People's Republic of China and Macao, as well as a number of influential Chinese Businessmen." *See* Weidner Third Decl. ¶ 6.

some other entity (perhaps Weidner Resorts)[244] or his relationships are not as strong as he led Mr. Razon to believe.[245]

94.     GGAM cannot demonstrate any results from Mr. Weidner's "leveraging" that benefitted Solaire.[246] In fact, the best GGAM can do to attribute any junkets and VIP players to "GGAM itself" (in contrast to "GGAM working through the Management Team") is to point to Mr. Weidner's "oversight" of the efforts of Eric Chiu, GGAM's President for Asia, to "network and liaise with Chinese junkets and VIP players."[247]

95.     Mr. Weidner claims that "GGAM successfully negotiated a favorable casual junket arrangement directly with the headquarters of SunCity," the largest junket in Macau.[248] The arrangement with SunCity, however, was not achieved through Mr. Weidner's efforts. Rather, Mr. Andreaci, a Bloomberry employee, coordinated with a SunCity representative, who was Mr. Andreaci's former assistant casino manager and a "good and trusted friend," and provided SunCity with the casual junket agreement.[249] Mr. Weidner alleges that "GGAM presented this agreement to Solaire Management Team around early July 2013,"[250] but in reality, Eric Chiu sent a picture of the unexecuted agreement to Mr. French,[251] and there is no evidence that the agreement was ever presented to Bloomberry.[252] SunCity did not become a fixed room

---

[244] *See, e.g.*, Email from B. Weidner to E. Chiu, May 29, 2013, Compilation of B. Weidner Emails 43 (RE-185) ("Talked to Garry about how we organize our efforts there [in Macao] GGAM vs Solaire.")

[245] *See, e.g.*, Lee Supp. Report at 26 ("The lack of formal commitments by the junkets in the launch of Solaire is a sure sign that GGMA was either unable to sufficiently engage the junket operators or they made a key strategic error by not involving them . . . ").

[246] In contrast, the time Mr. Weidner spent in Hong Kong, Macau, China, and Taiwan very likely benefitted the efforts of Weidner Resorts to develop the Matsu Island project. *See supra*. Contemporaneous emails suggest that Mr. Weidner was seeking to develop relationships for his other projects. *See* Compilation of emails sent from B. Weidner after execution of the EOA (RE-185) at p. 42 (regarding the Suncity junket, "I thought we decided to sign with the head of Suncity in Macao so we could maintain control of all the sub-agents . . . Did Solaire go rogue or not get the message?" after D. Andreaci provided a junket agreement to Mr. Chong of Suncity), p. 43 (regarding how to "organize our efforts [in Macau] GGAM vs. Solaire"), p. 53 (regarding negotiations with Suncity, "I [E. Chiu] shall sign the agreement in Macao first").

[247] *See* Lucas Report at pp. 19-20.

[248] *See* Weidner Third Decl. ¶ 34.

[249] *See* Email from D. Andreaci to G. Saunders and M. French, April 23, 2013 (RE-74).

[250] *See* Weidner Third Decl. ¶ 34.

[251] *See* Weidner Third Decl., Exs. F and G.

[252] *See* Emails between E. Razon, E. Occeña, B. Tan, N. Mirasol, and J. Alarilla, September 9, 2013 (RE-120) ("I just learned that Sun City signed something with GGAM directly Eric Chu . . . No one has seen the junket