---

IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)

B E T W E E N

GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.

Claimants

- and -

BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.

Respondents

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

Friday, 16 October 2015

---

Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)
Appeared on behalf of the Claimants

Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)
Appeared on behalf of the Respondents

DTI Corporation Pte Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +65 6653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com

DTI

GGAM-SDNY-0357061

---

ARB - Global Gaming vs Bloomberry Resorts                    16 October 2015

```
1   12.18   size, he would be interested in that, and that would
2           be a policy that down at the food and beverage level
3           they would be working on, to make sure what we
4           ordered is what we actually received.  There's a
5           specification.  Oranges have specifications just
6           like shrimp and anything else.
7               So it all depends on the level, and again,
8           Garry would be more involved in like the HR.  Garry
9           came out of -- one of his responsibilities was HR at
10          one point in time, so his skillset would be to look
11          at HR policies, he's better at it than I am, and
12          those are some fairly -- compensation policies, how
13          do you -- how is the compensation committee set up
14          so we don't have just pure chaos, people giving
15          raises out.  So Garry would be involved in things
16          like that.
17  MR BISHOP:  With respect to Cantor Fitzgerald, did they
18          have any control over performing the
19          responsibilities of GGAM under the MSA?
20  A.      No.
21  MR BISHOP:  Did they have any functions in performing any
22          of the responsibilities under the MSA?
23  A.      Again, that's a technical question as far as under
24          the MSA.  I will tell you that where -- I never once
25          got any direction or any comment from Cantor
```

Page 128
A Court Reporting Transcript by DTI

GGAM-SDNY-0357189

---



Perry Decl.
Ex. 44

---

ARB - Global Gaming vs Bloomberry Resorts                    16 October 2015

```
1   12.20   Fitzgerald on me running, building or anything on
2           the property.  Where Cantor Fitzgerald was in the
3           negotiation of the MSA and after that I didn't --
4           I wasn't involved with them as far as Cantor.
5   MR BISHOP:  Okay.  You have the MSA, I think?
6   A.      Yes.
7   MR BISHOP:  I have no idea which tab.  Tab 16.
8   A.      I have it open.
9   MR BISHOP:  Section 2.4(a), the first sentence says,
10          "GGAM shall perform its services through the
11          management team", and then it goes on.
12              Is that a normal type of provision in a
13          management agreement, that the management company
14          shall perform its services through the management
15          team like set out in this provision?
16  A.      I'm not going to say I have vast experience in
17          management agreements.  I mean, when I was at LVS,
18          my understanding and what I've seen, is that
19          typically, the management company has ownership, so
20          to speak, of the staff and can direct them and has
21          more control.
22              This was language that Mr Razon wanted because
23          he wanted to -- he didn't want to have a separate
24          organisation within his organisation.  And so we
25          agreed that we would perform our services through
```

Page 129
A Court Reporting Transcript by DTI

GGAM-SDNY-0357190