---

IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)

B E T W E E N

GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.

                             Claimants

- and -

BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.

                             Respondents

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

Friday, 16 October 2015

---

Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)
Appeared on behalf of the Claimants

Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)
Appeared on behalf of the Respondents

DTI Corporation Pte. Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +65 6653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com

GGAM-SDNY-0357061

---

ARB - Global Gaming vs Bloomberry Resorts            16 October 2015

```
 1  17.02      with the project, but the GGAM side, Mr Weidner and
 2             Mr Stone and Mr Saunders, said, no, could Cantor
 3             force them to do that?
 4       A.    I would phrase it as the GGAM side since that's
 5             actually their entity, that they are the two
 6             parents, the two partners, but as a practical
 7             matter, of course is the answer is no.  Cantor
 8             cannot impose its will and say, you must go pursue a
 9             certain project.
10                 As a practical matter, since Bill Weidner is
11             the CEO and his partners work on a day-to-day basis
12             what happens is they sort of have first bite at the
13             apple in virtually every instance and say whether or
14             not they are interested in something and then it
15             gets presented to Cantor, but it doesn't work the
16             other way around, where Cantor can impose a project
17             on GGAM; not at all doesn't happen, can't happen.
18       Q.    And with regard to performance, GGAM's performance
19             of services under the MSA, did you ever see or hear
20             any evidence that Cantor imposed or interfered in
21             those services?
22       A.    None.
23  MR WEINER:  Nothing further, Mr Chair, thank you.
24  CHAIRMAN:   We have no further questions.  Do you have
25             anything else?  So because we have to agree -- last
```

Page 252
A Court Reporting Transcript by DTI

GGAM-SDNY-0357313



Perry Decl.
Ex. 45