---

IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)

B E T W E E N

GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.

Claimants

- and -

BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.

Respondents

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

Tuesday, 20 October 2015

---

Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)
Appeared on behalf of the Claimants

Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)
Appeared on behalf of the Respondents

DTI Corporation Pte Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +65 6653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com

DTI

GGAM-SDNY-0358039

---

ARB - Global Gaming vs Bloomberry Resorts                 20 October 2015

```
 1  10.03 A.   Yes, at the time, why wouldn't I believe it?
 2        MR PATRIZIA:  Did you also believe the conclusion in the
 3             email that searching for people with similar
 4             profiles would be difficult, they are hard to find?
 5        A.   Again, no reason not to believe it.
 6        Q.   Well, when you were looking and interviewing
 7             candidates, did you find any anyone else who had
 8             both start-up experience and gaming experience in
 9             Asia?
10        A.   We did, I did.
11        Q.   But instead, you chose to work with GGAM, isn't that
12             right?
13        A.   Yeah.  I guess that's pretty obvious.
14        Q.   Now, Mr Razon, following this email, you in fact
15             were in touch with GGAM; is that right?
16        A.   No.  We had a meeting first arranged by Spencer
17             Stuart in Las Vegas when we were there for ICTSI
18             global management meeting.
19        Q.   So in March of 2011, you met with Mr Weidner and
20             Mr Saunders in Las Vegas; is that right?
21        A.   That's correct.  And Mr Gaspar was also at the
22             meeting.
23        Q.   Following that meeting, you sent an email to
24             Mr Weidner indicating some first principles that you
25             thought were important for any further discussion;
```

Page 30
A Court Reporting Transcript by DTI

GGAM-SDNY-0358069



Perry Decl.
Ex. 47