---

IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)

B E T W E E N

GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.
                                    Claimants

- and -

BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.
                                    Respondents

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

Thursday, 22 October 2015

Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)
Appeared on behalf of the Claimants

Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)
Appeared on behalf of the Respondents

DTI Corporation Pte Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +656653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com



GGAM-SDNY-0358723

---

ARB - Global Gaming vs Bloomberry Resorts                    22 October 2015

15.14  arrived for the opening, and as well as Mr Almeda's
       comment that confirmed that, that he brought 20
       people to the opening of Solaire.
   MR BISHOP:  Okay.  I'm missing the point.  I don't
       understand the point.
   A.  The question I was asked was, was I aware of any
       specific business, and connections in gaming,
       junkets and so on, that Mr Weidner or -- personally
       brought to the hotel.  My answer was all I knew is
       that 20 prominent people, I assumed gamers, were
       brought to the opening.  I knew of nothing else.
   MR BISHOP:  You're simply referring to his testimony?
   A.  Correct.
   MR BISHOP:  You were asked about the top-down trading
       platform and you referred to it as illegal money
       laundering and unethical, you remember that?
   A.  Yes.
   MR BISHOP:  Wouldn't that be true of all of the mainland
       Chinese coming to Solaire?
   A.  The matter of ethics is -- I'm not particularly
       familiar with the laws, but permission is needed to
       be granted to take money out of the country.  If the
       law provides that certain specific junket operators
       have that right to bring and extend credit to
       individuals, the answer is, that's okay.  But the

Page 190
A Court Reporting Transcript by DTI

GGAM-SDNY-0358913

---

ARB - Global Gaming vs Bloomberry Resorts                    22 October 2015

15.16  way it was described, it was described as something
       that sounded illegal, and when asked "Why didn't you
       put this in writing", he said -- Mr Weidner said
       "I never could put that in writing."
           And my conclusion was because it's an illegal
       activity.
   MR BISHOP:  Well, if it is, wouldn't that be true of all
       the gambling by mainland Chinese in Macau?
   A.  I think that's one reason for a huge drop in the
       turnover in Macau right now, is the anti-corruption
       crackdown of the government of China.
   MR BISHOP:  But you don't think the government of the
       Republic of China has been simply in the dark all
       these years about what goes on in Macau, do you?
   A.  No.  And I'm sure other experts can support this as
       well.  They simply have looked the other way.  Now
       they are cracking down.  I don't think that
       justifies the activity itself.
   MR BISHOP:  Do you know if -- SunCity one of those
       junkets that draws its gamers from the Republic of
       China, doesn't it?
   A.  Correct.
   MR BISHOP:  Okay.  Its activities would fall within the
       same category you just described, is that not
       correct?

Page 191
A Court Reporting Transcript by DTI

GGAM-SDNY-0358914

---

ARB - Global Gaming vs Bloomberry Resorts                    22 October 2015

15.18 A.  I believe so, but I would defer to expert Ben Lee on
          that.
   MR BISHOP:  Solaire has a contract with SunCity, doesn't
       it?
   A.  They do now, yes.
   MR BISHOP:  Well, to the extent that you're describing
       this conduct as illegal money laundering by GGAM,
       wouldn't it be equally true of both GGAM and of
       Solaire?  Is there some distinction I'm missing?
   A.  What I found troubling was the fact that there is a
       contract with SunCity, it's a document.  What I was
       troubled by was Mr Weidner's comment that "I could
       never put that in writing".
   MR BISHOP:  Is there any other basis for your testimony
       about that?
   A.  No.
   MR BISHOP:  That's the sole basis?
   A.  Correct.
   MR BISHOP:  Okay.  Thank you.
   MR PATRIZIA:  Re-cross, sir?
   CHAIRMAN:  Please, Mr Patrizia.
           Further cross-examination by MR PATRIZIA
   MR PATRIZIA:  Just to continue this line because I think
       it's important.  You understood the top-down
       marketing that Mr Weidner described to be working to

Page 192
A Court Reporting Transcript by DTI

GGAM-SDNY-0358915