

Perry Decl. Ex. 49

---

IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)

BETWEEN

GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.
                                    Claimants

- and -

BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.
                                    Respondents

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

Friday, 23 October 2015

---

Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)
Appeared on behalf of the Claimants

Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)
Appeared on behalf of the Respondents

DTI Corporation Pte Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +656653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com

GGAM-SDNY-0359054

---

ARB - Global Gaming vs Bloomberry Resorts                    23 October 2015

```
1  09.34  Q.  GGAM was terminated before that could occur, is that
2              fair to say?
3         A.  They were terminated around the three-month point, I
4              believe.
5         Q.  So they never had a chance to revise anything; is
6              that correct?
7         A.  I don't know what the review points were, if any
8              were set, and I offer no opinion in that regard.
9         Q.  And there was no opportunity, in fact, for them to
10             change the business plan because they were never
11             notified of that; is that correct?
12        A.  I don't have any opinion on that either, I'm afraid.
13        Q.  Thank you very much. Pass the witness, I'm done
14             with my cross-examination.
15   CHAIRMAN: Thank you. Mr Lomibao?
16   MR LOMIBAO: Thank you.
17             Re-examination by MR LOMIBAO
18   MR LOMIBAO: Mr Profaizer asked you yesterday about
19             junkets, do you remember that discussion?
20        A.  Yes, he referred to me on the junket issue, correct.
21        Q.  And do you recall that Mr Bishop asked Mr Kleisner
22             about how junkets operated and the difference
23             between junkets and the cross-border trading
24             platform idea that Mr Weidner testified about?
25        A.  Yes, that's correct.
```

Page 5
A Court Reporting Transcript by DTI

GGAM-SDNY-0359059

---

ARB - Global Gaming vs Bloomberry Resorts                    23 October 2015

```
1  09.35  Q.  And what is the difference between Mr Weidner's
2              cross-border trading platform and the junkets?
3     MR PROFAIZER: I'm going to object at this stage. This
4              is well beyond the scope of my cross-examination.
5     MR LOMIBAO: The witness was asked yesterday about the
6              junkets and there was also a question posed by
7              Mr Bishop to Mr Kleisner, and as the witness said
8              yesterday, he was reading the transcripts and we are
9              asking the witness to discuss and elucidate on the
10             difference between Mr Weidner's cross-border trading
11             platform and the junkets.
12    MR PROFAIZER: The cross-border trading platform is a red
13             herring they are trying to wave about was never
14             discussed in my cross-examination, even remotely.
15    MS POPOVA-TALTY: If I may, during the discussion
16             yesterday, I believe that Mr Kleisner specifically
17             referred to Mr Lee as the right to be person to be
18             asked this question, so we think it's appropriate
19             that he be given the opportunity.
20    CHAIRMAN: I think the objection is sustained. It has
21             not been part of his cross.
22    MR LOMIBAO: Can you tell the tribunal how do junkets
23             facilitate gambling by Chinese players outside
24             China?
25        A.  Outside China, in the most basic manner, what they
```

Page 6
A Court Reporting Transcript by DTI

GGAM-SDNY-0359060

---

ARB - Global Gaming vs Bloomberry Resorts                    23 October 2015

```
1  09.36       do is they operate what we call parallel pools of
2              capital, or in layman's term, left pocket/right
3              pocket. They would have a pool of funds in China
4              and a pool of funds in, say, Macau or Manila.
5              So a player who wants -- who would, say, want
6              to go to Macau to play, he would give the junket
7              operator an amount of cash in China, and the junket
8              operator would extend credit to the player in Macau
9              and the player would play, gamble, win, lose,
10             whatever; settlement would occur back in China.
11             There is no physical movement of currency at
12             that point in time.
13        Q.  And how does that differ with the -- would currency
14             controls in China be relevant to this set-up?
15    MR PROFAIZER: I'm going to object to this line of
16             questioning. It is well beyond the scope of the
17             cross-examination.
18    CHAIRMAN: I think if you could limit yourself to the
19             cross, not what was discussed with other experts.
20    MR LOMIBAO: Now, you said that strategy and the
21             execution do not appear in the business plan.
22        A.  That is correct.
23        Q.  Mr Profaizer yesterday asked you that you do not
24             address in your report what was done, and you
25             agreed?
```

Page 7
A Court Reporting Transcript by DTI

GGAM-SDNY-0359061