Berry Decl.
Ex. 55

**Culbertson, Erin**

| | |
|---|---|
| **From:** | Weiner, Daniel H. <daniel.weiner@hugheshubbard.com> |
| **Sent:** | Thursday, July 20, 2017 7:44 AM |
| **To:** | Culbertson, Erin |
| **Cc:** | Nolan, Michael D.; Lowe, Brett; Elul, Hagit Muriel; Gragg, Meaghan; Kim, Ryan |
| **Subject:** | GGAM v. Bloomberry - Claimants' Document Production |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Erin –

Although you have yet to explain your clients' sudden interest in Mr. Chiu's documents more than two years after GGAM completed its final document production in this matter, we are happy to satisfy your curiosity:  during the period of time described in Mr. Weidner's June 2015 declaration, Weidner Resorts and Weidner Holdings employed Mr. Chiu, who provided the services to GGAM outlined in that declaration.

Best,
Dan


**Daniel H. Weiner** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza | New York, NY 10004-1482
Office +1 (212) 837-6874 | Cell +1 (917) 574-3407 | Fax +1 (212) 299-6874
daniel.weiner@hugheshubbard.com | bio

Please consider the environment before printing this email or its attachments.


This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Culbertson, Erin [mailto:ECulbertson@milbank.com]
**Sent:** Monday, July 17, 2017 6:27 PM
**To:** Weiner, Daniel H.
**Cc:** Nolan, Michael D.; Lowe, Brett; Elul, Hagit Muriel; Gragg, Meaghan; Kim, Ryan
**Subject:** RE: GGAM v. Bloomberry - Claimants' Document Production

Dear Dan,

Thank you for your email below regarding GGAM's document retrieval.  We hope that you can help us understand your comment below regarding the explanation that Eric Chiu was not on GGAM's payroll during the period at issue.  It was our understanding that Mr. Chiu was a GGAM executive, and Bill Weidner's June 2015 declaration describes Mr. Chiu as being instrumental to executing GGAM's specific strategies for Solaire.  If Mr. Chiu was not on GGAM's payroll, on whose payroll was he?

Best regards,

GGAM-SDNY-0419635

Erin

---
Erin M. Culbertson | **Milbank**
1850 K Street NW | Suite 1100 | Washington, DC 20006
P: +1 202.835.7577 | F: +1 202.263.7577
eculbertson@milbank.com | www.milbank.com

**From:** Weiner, Daniel H. [mailto:daniel.weiner@hugheshubbard.com]
**Sent:** Wednesday, July 05, 2017 3:51 PM
**To:** Culbertson, Erin <ECulbertson@milbank.com>
**Cc:** Nolan, Michael D. <MNolan@milbank.com>; Lowe, Brett <BLowe@milbank.com>; Elul, Hagit Muriel
<hagit.elul@hugheshubbard.com>; Gragg, Meaghan <meaghan.gragg@hugheshubbard.com>; Kim, Ryan
<ryan.kim@hugheshubbard.com>
**Subject:** GGAM v. Bloomberry - Claimants' Document Production

Dear Erin —

We have taken your inquiry seriously, devoting additional time to further cross-check GGAM's document retrieval
conducted more than two years ago.

Please be assured that Claimants conducted their document collection and production efforts in good faith and to the
same standard Respondents applied to themselves.  *See, e.g.,* Respondents' Responses to GGAM Document Requests,
dated January 14, 2015 (asserting that Respondents "produced non-privileged, responsive documents, if any such
documents exist, to the extent such documents are in Respondents' possession, custody, or control, and can be located
after a reasonable search therefor.").  That thorough search included, but was not limited to, identifying all relevant
documents authored or received by Eric Chiu (who during the period at issue was not on GGAM's payroll) housed on
servers in GGAM's possession, custody or control.  GGAM produced all of the non-privileged Chiu documents it located
that were responsive to Respondents' requests – as you know, GGAM produced hundreds of e-mails authored or
received by Mr. Chiu.

We note that  Mr. Chiu is not a witness in the Remedies Phase of the arbitration, and was not called by any party in the
Liability Phase.  Respondents' belated speculation that Claimants' collection of documents and production of Mr. Chiu's
emails was somehow incomplete or that there might be more e-mails relevant to the arbitration is without basis.

Best,
Dan

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If mail transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**Daniel H. Weiner** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza | New York, NY 10004-1482
Office +1 (212) 837-6874 | Cell +1 (917) 574-3407 | Fax +1 (212) 299-6874
daniel.weiner@hugheshubbard.com | bio

Please consider the environment before printing this email or its attachments.

GGAM-SDNY-0419636

**From:** Culbertson, Erin [mailto:ECulbertson@milbank.com]
**Sent:** Friday, June 23, 2017 4:24 PM
**To:** Weiner, Daniel H.
**Cc:** Nolan, Michael D.; Lowe, Brett; Elul, Hagit Muriel; Gragg, Meaghan; Kim, Ryan
**Subject:** RE: GGAM v. Bloomberry - Claimants' Document Production

Dear Dan,

We assumed that each side had diligently and in good faith collected and reviewed documents from relevant custodians (of which there are only a handful on Claimants' side). In working with the documents again in preparation for Bloomberry's response to Claimants' Supplemental Submission, however, we noticed that the only emails from Eric Chiu that were produced to Bloomberry were emails either sent to or received from other GGAM custodians, such as Messrs. Weidner, Stone, and Saunders. Upon further investigation, the metadata of Claimants' production (which provides information about the documents produced, such as from which person's files the document was found) revealed that Mr. Chiu is not, in fact, a custodian. Instead, it appears that any produced email "involving" Mr. Chiu, as you confirm below, was merely a by-product of collecting, searching, and producing documents from Claimants' other custodians.

Is it true that Claimants did not search Mr. Chiu's files? Or if Claimants did search Mr. Chiu's files, is it true that not a single responsive, non-privileged document was located? We presume that no documents from Mr. Chiu were withheld on the basis of attorney-client privilege, because his name does not appear on Claimants' privilege logs. It seems unlikely that Mr. Chiu had no responsive documents given that Mr. Chiu is GGAM's President for Asia, the Tribunal ordered that Claimants produce "documents, communications, and information reflecting GGAM's efforts to deliver to the Solaire junket operators in Asia," and Claimants testified at the Liability Hearing that Mr. Chiu was leading those efforts. For that reason, if it is your position that Mr. Chiu's files have been searched and no responsive documents were located, we would like to understand how this could be.

Please let us know.

Best regards,

Erin

_____

**Erin M. Culbertson | Milbank**
1850 K Street NW | Suite 1100 | Washington, DC 20006
P +1 202.835.7577 | F. +1 202.263.7577
eculbertson@milbank.com | www.milbank.com

**From:** Weiner, Daniel H. [mailto:daniel.weiner@hugheshubbard.com]
**Sent:** Monday, June 19, 2017 4:02 PM
**To:** Culbertson, Erin <ECulbertson@milbank.com>
**Cc:** Nolan, Michael D. <MNolan@milbank.com>; Lowe, Brett <BLowe@milbank.com>; Elul, Hagit Muriel <hagit.elul@hugheshubbard.com>; Gragg, Meaghan <meaghan.gragg@hugheshubbard.com>; Kim, Ryan <ryan.kim@hugheshubbard.com>
**Subject:** GGAM v. Bloomberry - Claimants' Document Production

Dear Erin -

We remain puzzled why Respondents are only now -- more than two years after Claimants completed their final document production -- inquiring regarding the adequacy of that

GGAM-SDNY-0419637

production.  Is it true that neither your firm nor your clients reviewed Claimants' document production in detail until this month?

As you can appreciate given the substantial time that has elapsed since the close of the document production phase in this arbitration, it has taken us a few days to run to ground the answers to the questions you pose.  Having checked with the Paul Hastings team that led the document collection and production, we can report the following:

Claimants searched for and produced all non-privileged documents responsive to Respondents' document requests in the possession of Jonathan Rein, Michael Lehrman and Eric Chiu.  While the exact methods by which Claimants did so are protected by the attorney-client privilege and the attorney work product doctrine -- a position that Respondents took when queried by GGAM regarding Respondents' collection methods, including which individuals' files Respondents searched -- we understand that Mr. Rein's and Mr. Lehrman's files formed part of the "New York" custodian data set.  Claimants also searched for, and produced, all non-privileged responsive documents involving Mr. Chiu that are related to the subject matters of this arbitration.

We trust this lays your concern to rest.

Best,

Dan


**Daniel H. Weiner** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza | New York, NY 10004-1482
Office +1 (212) 837-6874 | Cell +1 (917) 574-3407 | Fax +1 (212) 299-6874
daniel.weiner@hugheshubbard.com | bio

Please consider the environment before printing this email or its attachments.

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Culbertson, Erin [mailto:ECulbertson@milbank.com]
**Sent:** Thursday, June 15, 2017 5:12 PM
**To:** Weiner, Daniel H.
**Cc:** Elul, Hagit Muriel; Kim, Ryan; Nolan, Michael D.; Lowe, Brett
**Subject:** RE: Claimants' Document Production

Dear Dan,

We ask because in the process of working with the documents Claimants produced, we noticed there do not appear to be any emails from Eric Chiu to anyone other than the GGAM principals or any emails from Michael Lehrman to anyone other than Jon Rein or the GGAM principals.  Neither Eric Chiu nor Michael Lehrman is listed as a custodian in the metadata.  Jon Rein is not listed as a custodian either, although the metadata does list as custodians "New York" and "New York Project Berry."   So the question that we are asking is whether the emails and files of Eric Chiu, Michael Lehrman, and Jon Rein were searched for responsive documents.

GGAM-SDNY-0419638

Thank you,

Erin

---

Erin M. Culbertson | **Milbank**
1850 K Street NW | Suite 1100 | Washington, DC 20006
P. +1 202.835.7577 | F. +1 202.263.7577
eculbertson@milbank.com | www.milbank.com

**From:** Weiner, Daniel H. [mailto:daniel.weiner@hugheshubbard.com]
**Sent:** Thursday, June 15, 2017 4:15 PM
**To:** Culbertson, Erin <ECulbertson@milbank.com>
**Cc:** Elul, Hagit Muriel <hagit.elul@hugheshubbard.com>; Kim, Ryan <ryan.kim@hugheshubbard.com>; Nolan, Michael D. <MNolan@milbank.com>; Lowe, Brett <BLowe@milbank.com>
**Subject:** Claimants' Document Production

Dear Erin –

While we are happy to assist, that's an rather odd request coming more than two years after the Tribunal directed the close of discovery.

Please specify what responsive document(s), if any, Respondents believe may not have been produced.

Best,
Dan


**Daniel H. Weiner** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza | New York, NY 10004-1482
Office +1 (212) 837-6874 | Cell +1 (917) 574-3407 | Fax +1 (212) 299-6874
daniel.weiner@hugheshubbard.com | bio

Please consider the environment before printing this email or its attachments.

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Culbertson, Erin [mailto:ECulbertson@milbank.com]
**Sent:** Wednesday, June 14, 2017 6:49 PM
**To:** Weiner, Daniel H.
**Cc:** Elul, Hagit Muriel; Kim, Ryan; Nolan, Michael D.; Lowe, Brett
**Subject:** Claimants' Document Production

Dear Dan,

We have been working with the documents that Claimants produced.  Would you please confirm that Claimants searched for and produced all responsive documents in the possession of Eric Chiu, Jon Rein, and Michael Lehrman, or tell us if Claimants did not?

GGAM-SDNY-0419639