## DAY TWO - 05/29/2018

```
 1   IN THE MATTER OF THE ARBITRATION UNDER
     THE RULES OF THE UNITED NATIONS COMMISSION
 2   ON INTERNATIONAL TRADE LAW (2010)

 3

 4              B E T W E E N

 5
     GLOBAL GAMING PHILIPPINES LLC and
 6   G.G.A.M. NETHERLANDS B.V.

 7                                 Claimants

 8              - and -

 9   BLOOMBERRY RESORTS AND HOTELS INC., and
     SURESTE PROPERTIES, INC.
10
                                   Respondents
11
                B E F O R E:
12

13   DR. ANDRES RIGO SUREDA, CHAIRMAN
14   MICHAEL HWANG, SC
     R. DOAK BISHOP, ESQ.
15

16          H E A R D   O N:

17
          TUESDAY, MAY 29, 2018
18

19         ARBITRATION DAY 2

20

21

22   JOB NO. WDC-178119
```

Epiq Court Reporting Solutions - Washington, DC
1-800-292-4789           www.deposition.com/washington-dc.htm

GGAM-SDNY-0296669

---

### DAY TWO - 05/29/2018  Page 17

1  A. That was his title, yes.
2  Q. So it's not the case, is it, that
3  there wouldn't have been other costs that would
4  have been incurred in connection with managing
5  and operating Solaire, right?
6  A. I'm sorry. Say that one more time.
7  Q. Well, you would have had to pay
8  Mr. Chiu, correct?
9  A. We did not pay Mr. Chiu. GGAM did
10 not pay Mr. Chiu.
11 Q. So Mr. Chiu was GGAM's President for
12 Asia, but he was not paid by GGAM?
13 A. No.
14 Q. Did Mr. Chiu work for free?
15 A. He worked for Bill Weidner. He
16 didn't work for free. I don't know if he was
17 under Weidner Resorts, but I know Mr. Chiu was
18 compensated. But through Mr. Weidner's
19 companies, not through GGAM. He was not on the
20 books.
21 Q. So Mr. Chiu was an executive of GGAM,
22 but he was not on the books of GGAM?

Epiq Court Reporting Solutions - Washington, DC
1-800-292-4789           www.deposition.com/washington-dc.htm

GGAM-SDNY-0296685

---

### DAY TWO - 05/29/2018  Page 18

1  A. He wasn't carried as a salary on
2  GGAM, no.
3  Q. But Mr. Chiu did perform work for
4  Solaire, correct?
5  A. Yes.
6  Q. Were there arrangements between GGAM
7  and the company that paid Mr. Chiu?
8  A. No.
9  Q. Do you know what the company that
10 paid Mr. Chiu was?
11 A. I'm not sure which one of the
12 companies it was, no.
13 Q. Do you know whether it was a company
14 that paid Mr. Chiu?
15 A. I think it's Weidner Resorts, but I
16 can't say that for sure. I just don't know -- I
17 never saw his payroll. I was never part of his
18 payroll. So I don't which -- how -- which
19 company he was paid from. Because, I believe, he
20 was paid out of the company. That's my belief.
21 I can't say with certainty. And we did not get
22 charged for that salary.

Epiq Court Reporting Solutions - Washington, DC
1-800-292-4789           www.deposition.com/washington-dc.htm

GGAM-SDNY-0296686

---

### DAY TWO - 05/29/2018  Page 27

1  particularly, some of the high-end junket rooms
2  weren't done. The suites weren't finished. The
3  pool wasn't done, the health club and salons
4  weren't done.
5      So, you know, we were out there and we had
6  been talking for a while, but this is at a point
7  where we were, basically, on the cusp of getting
8  a lot of deals done and, you know, this became an
9  obstacle.
10 Q. So it's your testimony Mr. Chiu knew
11 these people, namely, the junket operators; is
12 that your testimony?
13 A. We knew them.
14 Q. Let's look at Tab 10, please. Now,
15 this is an e-mail, March 31, 2013, a few months
16 before the e-mail we just looked at, right?
17 A. Yeah.
18 Q. Now, in this e-mail, Mr. Chiu writes
19 to Mr. Bill and he says, "It's Easter holiday
20 here. Macau Casino is very busy." And then he
21 says, "Dr. C said meetings with junket owners
22 will start next week." Do you see that?

Epiq Court Reporting Solutions - Washington, DC
1-800-292-4789           www.deposition.com/washington-dc.htm

GGAM-SDNY-0296695

```
                    DAY TWO - 05/29/2018            Page 28

 1        A.  Yes.                                          09:52:59
 2        Q.  Now, "Dr. C," that's Dr. Chen, the            09:53:00
 3   China liaison -- the Macau liaison officer,            09:53:04
 4   correct?                                               09:53:08
 5        A.  You know, I believe it is.  I don't           09:53:08
 6   know for sure, because it says Dr. C.  But I'm         09:53:11
 7   pretty certain that's who it is, yes.                  09:53:15
 8        Q.  Now, let's flip forward to Tab 11.            09:53:18
 9        A.  Okay.                                         09:53:32
10        Q.  You see this is an e-mail dated               09:53:34
11   April 7th, a little bit later than the e-mail we      09:53:37
12   just looked at, right?                                 09:53:42
13        A.  Yes.                                          09:53:43
14        Q.  And then this is from Mr. Chiu to             09:53:44
15   Mr. Weidner and he begins by saying, "Tonight was     09:53:47
16   really a 'real deal' socializing with the No. 1       09:53:52
17   person of the two major Macau junkets; namely,         09:53:56
18   Mr. Chiu, of Sun City and Sister Mei of Macau          09:53:59
19   Golden Group."  Do you see that?                       09:54:02
20        A.  Yes.                                          09:54:06
21        Q.  And then at the bottom of this, at            09:54:06
22   the last -- the last paragraph he says, "I have        09:54:11
```