## Page 244

CONFIDENTIAL
Deposition of Enrique Razon V.2                Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - - - x
 3                                     :
     GLOBAL GAMING PHILIPPINES, LLC,   :
 4                                     :
             Plaintiff,                :
 5                                     :
        v.                             : Case No.
 6                                     : 21 Cv. 2655
     ENRIQUE K. RAZON, JR.;            : (LGS)(SN)
 7   BLOOMBERRY RESORTS AND HOTELS INC.;:
     SURESTE PROPERTIES INC.;          :
 8                                     :
             Defendants.               :
 9                                     :
     - - - - - - - - - - - - - - - - - x
10
                REMOTE VIDEOTAPED DEPOSITION OF
11                 ENRIQUE RAZON, VOLUME II
                        May 26, 2022
12
        REMOTE VIDEOTAPED DEPOSITION OF ENRIQUE K.
13   RAZON, produced as a witness at the instance of the
     Plaintiff, and duly sworn remotely, was taken in the
14   above-styled and numbered cause on May 27, 2022,
     from 8:36 a.m., (KST) to 12:33 p.m., (KST), remotely
15   before Dawn K. Larson, RDR, CRR, reported by machine
     shorthand, pursuant to the 30(b)(6) Federal Rules of
16   Civil Procedure and the provisions stated on the
     record.
17              ***CONFIDENTIAL***
```

## Page 356

**Perry Decl. Ex. 67**

```
 1   correct?
 2         MS. FISSELL:  Objection.
 3      A.  No, I don't agree with that.
 4         BY MR. PASCUCCI:
 5      Q.  Do you believe, as you sit here today,
 6   that BRHI has any assets presently located in the
 7   U.S.?
 8      A.  No.
 9      Q.  Do you, personally, have assets located in
10   the U.S.?
11      A.  I have one asset in the U.S.
12      Q.  Through Collingwood, through the
13   Collingwood Trust?
14      A.  Yes.
15      Q.  You have more than one asset in the U.S;
16   correct?
17         MS. FISSELL:  Objection.
18      A.  Well, the gas leases are through
19   Collingwood.
20         BY MR. PASCUCCI:
21      Q.  Right.  And you, ultimately, are -- you're
22   the ultimate owner of those gas leases through
23   Collingwood; correct?
24         MS. FISSELL:  Objection.
25      A.  The Trust is.
```

## Page 474

REPORTER'S CERTIFICATE

I, Dawn K. Larson, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Realtime Captioner, and Notary Public within the State of Utah, do hereby certify that, previous to the commencement of the examination, the deponent was remotely duly sworn by me to testify to the truth.

I further certify this deposition was taken remotely in shorthand by me and thereafter reduced to typewritten form, that the foregoing constitutes a true and correct transcript.

I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

In witness whereof, I have hereunto affixed my hand and seal. My commission expires: January 31, 2023.

Dawn K. Larson, MBA, RDR, CRR, CRC
Notary Public