**From:** weidnerb@ggamllc.com
**Sent:** Thursday, August 16, 2012 11:14 PM
**To:** EOccena@ICTSI.com
**Cc:** Acabot@lrlaw.com; billsullivan@paulhastings.com
**Subject:** Re: Fwd: WSJ & NYT Articles

Ok. Thanks Estela and thanks for Benny's more detailed explanation. I will have both Tony Cabot (of Lewis and Rocca-gaming regulatory council) and Bill Sullivan (of Paul Hastings-council advising me relating to LVS issues) coordinate a more formal response to the SEC/PSC confirmation/denial of press reports.

Bill
Sent via BlackBerry by AT&T

---

**From:** "Occena, Estela T." <EOccena@ICTSI.com>
**Date:** Thu, 16 Aug 2012 14:26:42 +0000
**To:** weidnerb@ggamllc.com<weidnerb@ggamllc.com>
**Cc:** Brad Stone<stoneb@ggamllc.com>; Garry Saunders<saundersg@ggamllc.com>
**Subject:** Fwd: WSJ & NYT Articles

Hi Bill,

We need clarification on the statement you sent us. Kindly refer to Benny's email below. Many thanks.

Regards,
Estela Tuason-Occena
Sent from my iPad

Begin forwarded message:

> **From:** "Benny J. Tan" <sjtan@picazolaw.com>
> **Date:** August 16, 2012 9:00:58 PM GMT+08:00
> **To:** "Occena, Estela T." <EOccena@ICTSI.com>
> **Cc:** "Razon, Enrique K." <ERazon@ICTSI.com>, Chito Alarilla <jejalarilla@hotmail.com>, Natoy Almeda <dalmehda@aol.com>
> **Subject:** WSJ & NYT Articles
>
> Estela,
>
> I refer to Bill's statement:
>
> "You may have seen recent news coverage of issues related to my former employer, Las Vegas Sands, and its business activities in Asia. Although I had serious disagreements and concerns with company leadership, which I voiced to the board and ultimately led to my decision to resign, I am proud of the work during my tenure to build our business presence in Asia. I am equally satisfied that under my watch, I set a standard that required all business relationships and agreements under my purview to be thoroughly reviewed and vetted by legal counsel and accounting professionals to ensure the company was complying with both U.S. and foreign law. I value our business relationship and our friendship and look forward to continuing to create value with my many partners around the world."
>
> This does not address the question whether or not he was involved in the 3 transactions subject of the investigation. Or do we assume that he was involved in the 3 transactions, however his actions were thoroughly reviewed and vetted by legal counsel and accounting professionals to ensure compliance with U.S. and foreign law?
>
> Please note that the standard letter of the SEC/PSE will require us to confirm or deny the statements in the news report, and then will require us to explain our answer (unless it is an outright denial, e.g. "We were not involved in the transaction subject of the investigation.").
>
> Regards
>
> Benny Tan
>
> THIS IS A CONFIDENTIAL LAWYER-CLIENT COMMUNICATION/ADVICE.
>
>
> On 8/15/2012 10:01 AM, Occena, Estela T. wrote:
>
>> Dear ERR,
>>
>> Below and attached response from Bill for info please. Thanks
>>
>> Regards,
>> Estela Tuason-Occena
>> Sent from my iPad
>>
>> Begin forwarded message:
>>
>>> From: <weidnerb@ggamllc.com<mailto:weidnerb@ggamllc.com>>
>>> Date: August 15, 2012 9:04:35 AM GMT+08:00
>>> To: <EOccena@ICTSI.com<mailto:EOccena@ICTSI.com>>
>>> Subject: WSJ & NYT Articles
>>>
>>> Dear Estelis:
>>>
>>> Thank you for your inquiry about the Wall Street Journal and New York Times articles. Attached is a statement that has been fully vetted by my lawyers.
>>>
>>> Unfortunately, I have been dragged into this current investigation relating to events of 6 years ago that emanate from LVS's dismissal of Steve Jacobs on J
>>>
>>> The attached comments have been carefully researched by my legal team and authorized for sharing with you and others.
>>>
>>> Bill
>>>
>>> ICTSI EMAIL DISCLAIMER
>>>
>>> This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged info

ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.