Perry Decl. Ex. 72

**From:** weidnerb@ggamllc.com
**Sent:** Saturday, August 18, 2012 9:27 AM
**To:** EOccena@ICTSI.com
**Subject:** NYT & WSJ Articles Revised Comment

Estella -

Below is the revised statement. Please ask Benny if he would review the statement for compliance of our Philippine regulators and let me know if there are any further comments.

Bill

> "During my more than 13 years at Las Vegas Sands, I believe I played an important role in guiding the company to successful growth and expansion, and to the creation – and preservation - of significant shareholder value. In the course of that work, I participated at a strategic level in many transactions, including certain transactions you may have read about in recent Wall Street Journal and New York Times articles. My participation in those transactions was consistent with the role of any Chief Operating Officer and President of a large public company. The transactions were presented to and reviewed thoroughly by the board of directors of Las Vegas Sands and thoroughly reviewed and vetted by legal counsel and accounting professionals to ensure the company was complying with both U.S. and foreign law. I was not involved in the transfer or accounting of funds related to the transactions, nor did I structure those transactions. My participation in those transactions and the subsequent course of events at the company ended with my resignation from the Las Vegas Sands in March 2009. While I was at Las Vegas Sands, I was not aware of nor was I complicit in any alleged wrongdoing regarding the referenced transactions."

**From:** Bill Weidner <

GGAM-SDNY-0122656