# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC, *Plaintiff,* vs. ENRIQUE K. RAZON, JR.; et al., *Defendants.* | No. 21 Cv. 2655 (LGS) |

## DECLARATION OF KEVIN N. AINSWORTH

I, Kevin N. Ainsworth, declare under the penalty of perjury that the following is true and correct.

1. I am a member of the Bar of this Court and the State of New York, and a member of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., attorneys for Plaintiff Global Gaming Philippines, LLC ("Plaintiff" or "GGAM"). I am familiar with the matters involved in this case and submit this declaration in support of Plaintiff's Cross-Motion for Partial Summary Judgment against Defendant Enrique K. Razon, Jr. ("Razon"), and in opposition to the motion of Razon for summary judgment.

2. On June 14, 2014, Plaintiff issued a subpoena to produce documents to Source Rock Minerals, LLC ("Source Rock"). In response to the subpoena, Source Rock produced Avant Global 000001, which is attached hereto as Exhibit 71.

3. Razon cites to testimony of Mr. Binyomin Kaplan who testified as GGAM's 30(b)(6) deposition (Fissell Decl. Ex. 34 at 96:5-16), and argues that the testimony is an admission by GGAM. Plaintiff objects. The question and answer were outside the scope of the agreed Rule

30(b)(6) topics. That testimony, therefore, was not on behalf of the company and is not an admission.

4. Razon's positions in his motion for summary judgment are contrary to positions he took during discovery in this action. Razon and Debtor Defendants objected to discovery requests regarding BRC and Prime as irrelevant, yet Razon now relies on a Declaration of Benny Tan, who makes representations regarding the corporate actions of BRC and Prime, and his review of the BRC meeting minutes. *See* Dkt. 112-4.

5. Attached hereto as exhibits are true and correct copies of the documents described below:

| DOCUMENT | EX. NO. |
|---|---|
| Tr. of Depn. of Enrique K. Razon in this action on May 25, 2022 (excerpts) | Ex. 1 |
| Tr. of Depn. of Enrique K. Razon in this action on May 26, 2022 (excerpts) | Ex. 2 |
| Tr. of Depn. of Benny Tan Vol. I in this action on June 2, 2022 (excerpts) | Ex. 3 |
| Tr. of Depn. of Benny Tan Vol II in this action on June 2, 2022 (excerpts) | Ex. 4 |
| Tr. of Depn. of Donato Almeda in this action on May 11, 2022 (excerpts) | Ex. 5 |
| Tr. of Depn. of Estella Tuason Occena in this action on May 4, 2022 (excerpts) | Ex. 6 |
| Tr. of Depn. of William Weidner in this action on April 20, 2022 (excerpts) | Ex. 7 |
| Tr. of Depn. of Binyomin Kaplan in this action on May 19, 2022 (excerpts) | Ex. 8 |
| Tr. of Depn. of Arcan Lat in this action on May 5, 2022 (excerpts) | Ex. 9 |
| Tr. of Depn. of Gerald Festin in this action on March 31, 2022 (excerpts) | Ex. 10 |
| Tr. of Depn. of Ahmad Atwan in this action on July 12, 2022 (excerpts) | Ex. 11 |
| Tr. of Depn. of Arnold Rivas in this action on April 5, 2022 (excerpts) | Ex. 12 |
| Tr. of Depn. of Jose Alarilla in this action on May 13, 2022 (excerpts) | Ex. 13 |
| Tr. of Depn. of Christopher Espera in this action on April 8, 2022 (excerpts) | Ex. 14 |

| DOCUMENT | EX. NO. |
|---|---|
| ▬▬▬ (Produced by the Real Estate Entities with starting Bates No. RE_0000003965) | Ex. 15 |
| Offering Circular (May 1, 2012) (Produced by Defendants with starting Bates No. BLOOM_0077381) (excerpts) | Ex. 16 |
| [There is no Exhibit 17.] | |
| Respondents' Statement of Defense and Amended Counterclaims in the Arbitration (Feb. 2, 2015) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0370480)(excerpts) | Ex. 18 |
| BRC 2022 Annual Report (March 7, 2022- BRC 2021 SEC Form 17A) (excerpts) | Ex. 19 |
| Equity Option Agreement (Produced by Defendants with starting Bates No. BLOOM_0082033) (excerpts) | Ex. 20 |
| [There is no Exhibit 21.] | |
| BRHI's Responses and Objections to Plaintiff's First Set of Requests for Admissions (excerpts) | Ex. 22 |
| SPI's Responses and Objections to Plaintiff's First Set of Requests for Admissions (excerpts) | Ex. 23 |
| Letter from E. Razon to Global Gaming Philippines LLC (Sept. 7, 2011) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0453678) (excerpts) | Ex. 24 |
| Declaration of Enrique K. Razon, Jr. (Dec. 7, 2014) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0366126) (excerpts) | Ex. 25 |
| Declaration of Enrique K. Razon, Jr. (Nov. 29, 2017) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0189174) (excerpts) | Ex. 26 |
| ▬▬▬ (Produced by Defendants with starting Bates No. BLOOM_0148288) (excerpts) | Ex. 27 |
| ▬▬▬ (Produced by Defendants with starting Bates No. BLOOM_0148305) (excerpts) | Ex. 28 |

| DOCUMENT | EX. NO. |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (excerpts) | Ex. 29 |
| Supplemental Declaration of Enrique K. Razon (Sept. 4, 2015) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0378442) (excerpts) | Ex. 30 |
| Declaration of Gerard Festin (July 15, 2014) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0277584) (excerpts) | Ex. 31 |
| Transcript of Investor Call (Nov. 14, 2012) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0365943) (excerpts) | Ex. 32 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) (Produced by Defendants with starting Bates No. BLOOM_0041311) | Ex. 33 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Produced by Defendants with starting Bates No. BLOOM_0041165) | Ex. 34 |
| Bloomberry Resorts Corporation SEC Form I-ACGR, Integrated Annual Corporate Governance Report (April 30, 2012) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0051149) (excerpts) | Ex. 35 |
| Article titled *Razon Moves Quickly, From Ports to Resorts*, Wall Street Journal (Nov. 23, 2014) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0102704) | Ex. 36 |
| Email from E. Occena to G. Saunders re: Organizational Structure (May 14, 2012) (Produced by Defendants with starting Bates No. BLOOM_0083752) (excerpts) | Ex. 37 |
| Ltr. to Philippine Stock Exchange from Bloomberry Resorts Corporation (Jan. 15, 2014) (Produced by Defendants with starting Bates No. BLOOM_0030428) | Ex. 38 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Produced by Defendants with starting Bates No. BLOOM_0148635) (excerpts) | Ex. 39 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Produced by Defendants with starting Bates No. BLOOM_0148489) (excerpts) | Ex. 40 |
| ▮▮▮▮▮▮▮▮ (Produced by Defendants with starting Bates No. BLOOM_0148674) | Ex. 41 |

| DOCUMENT | EX. NO. |
|---|---|
| Philippine Stock Exchange Disclosure Fom 4-26 – Legal Proceedings (Sept. 28, 2016) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0051861) | Ex. 42 |
| ██████████████████████████████████████ (Produced by the Energy Entities with starting Bates No. COLLINGWOOD_00002801) | Ex. 43 |
| Expert Report of Professor Merritt B. Fox, Exhibits 1 and 2 (Nov. 4, 2022) | Ex. 44 |
| Letter from Philippine Stock Exchange (H. Sicat) to W. Weidner re: Voluntary Trading Suspension (Jan. 20, 2014) (Produced by Defendants with starting Bates No. BLOOM_0081798) | Ex. 45 |
| ██████████████████████████████████████ (Produced by the Real Estate Entities with starting Bates No. RE_0000007728) | Ex. 46 |
| BRC SEC Form 17-C, May 29, 2020 Disclosure (Produced by Defendants with starting Bates No. BLOOM_0030577) | Ex. 47 |
| ██████████████████████████████████████ (Produced by the Energy Entities with starting Bates No. COLLINGWOOD_00002401) | Ex. 48 |
| Transcript of Arbitration Hearing (Oct 20 2015) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0358039) (excerpts) | Ex. 49 |
| ██████████████████████████████████████ (Produced by the Real Estate Entities with Starting Bates No. RE_0000029343) | Ex. 50 |
| ██████████████████████████████████████ (Produced by Defendants with starting Bates No. BLOOM_0075803) | Ex. 51 |
| GGAM 2023 Attachment Bond (Feb. 27, 2014) (excerpts) | Ex. 52 |
| GGAM 2023 Injunction Bond (Feb. 27, 2014) (excerpts) | Ex. 53 |
| ██████████████████████████████████████ (Produced by the Real Estate Entities with starting Bates No. RE_0000006279) (excerpts) | Ex. 54 |

| DOCUMENT | EX. NO. |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) (Produced by the Real Estate Entities with starting Bates No. RE_0000004324) (excerpts) | Ex. 55 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Produced by Defendants with starting Bates No. BLOOM_0041277) (excerpts) | Ex. 56 |
| ▮▮▮▮▮▮▮▮▮▮▮▮ (Produced by Defendants with starting Bates No. BLOOM_0041384) (excerpts) | Ex. 57 |
| July 1, 2016 Letter From T. Boone Pickens to CUSA and Somerset Minerals re: Final Settlement of Arbitration Proceedings (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0455101) (excerpts) | Ex. 58 |
| BRC Corporate Governance Manual (Produced by Defendants with starting Bates No. BLOOM_0030686) (excerpts) | Ex. 59 |
| ▮▮▮▮ (Produced by Defendants with starting Bates No. BLOOM_0041104) | Ex. 60 |
| Email from E. Occena to B. Weidner, B. Stone, and G. Saunders re: Fwd: Reply to Brad (Sept. 9, 2013) (Produced by Defendants with starting Bates No. BLOOM_0077895) (excerpts) | Ex. 61 |
| Ltr. From M. Nolan to D. Weiner re: Global Gaming Philippines LLC, et al v. Bloomberry Resorts and Hotels Inc., et al (Oct. 11 2016) (Produced by Defendants with starting Bates No. BLOOM_0076341) | Ex. 62 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Sept. 12, 2013) (Produced by Defendants with starting Bates No. BLOOM_0041157) | Ex. 63 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Sept. 12, 2013) (Produced by Defendants with starting Bates No. BLOOM_0041301) | Ex. 64 |
| Notice of Termination of the MSA (Sept. 12, 2013) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0099415) | Ex. 65 |
| Article titled *Casino Rift Surfaces in Manila*, Wall Street Journal (Sept. 13, 2013) (excerpts) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0102708) | Ex. 66 |
| Declaration of Jonathan Rein in the Arbitration (June 13, 2015) (Produced by Defendants with starting Bates No. BLOOM_0100021) (excerpts) | Ex. 67 |
| [There is no Exhibit 68.] | |

| DOCUMENT | EX. NO. |
|---|---|
| ████████ (Produced by the Energy Entities with starting Bates No. COLLINGWOOD_00015294) (excerpts) | Ex. 69 |
| ████████ (Produced by the Energy Entities with starting Bates No. COLLINGWOOD_00015193) | Ex. 70 |
| Prima Consulting Group General Ledger, as of Dec 31 2014 (Produced by Source Rock Minerals with starting Bates No. Avant Global 000001) | Ex. 71 |
| ████████ (Produced by the Real Estate Entities with starting Bates No. RE_000006832) | Ex. 72 |
| ████████ (Produced by Defendants with starting Bates No. BLOOM_0147651) (excerpts) | Ex. 73 |
| ████████ (Produced by Defendants with starting Bates No. BLOOM_0041303) (excerpts) | Ex. 74 |
| Email from J. Baggs to H. Makeham, D. Jacinto, and D. Dizonre: GGAM Placing Agreement (Jan. 15, 2014) (Produced by Plaintiff with starting Bates No. GGAM-SDNY-0463291) (excerpts) | Ex. 75 |
| Expert Report of Teresita J. Herbosa (Sept. 16, 2022) (excerpts) | Ex. 76 |
| Ltr. From Credit Suisse and Deutsche Bank to Global Gaming Philippines LLC and Global Gaming Asset Management, L.P (January 18, 2014) (Produced by Plaintiff with starting Bates No. GGAM-SDNY_0463320) | Ex. 77 |
| ORDER in *Bloomberry Resorts and Hotels Inc, et al v. Global Gaming Philippines* (Feb. 25, 2014) (Produced by Plaintiff with Starting Bates No. GGAM-SDNY-0263144) (excerpts) | Ex. 78 |
| Republic of Philippines Court of Appeals Resolution (May 29, 2015) (Produced by Defendants with starting Bates No. BLOOM_0076521) (excerpts) | Ex. 79 |

Executed on: February 22, 2023

                                                      /s/ Kevin N. Ainsworth
                                                      Kevin N. Ainsworth