## Use of Proceeds

Based on an Offer Price of ₱7.50 and an Offer of 1,179,963,700 Offer Shares, the Company estimates that the Selling Shareholder will receive gross proceeds from the Offer of approximately ₱8,849.7 million (approximately U.S.$206.5 million) (excluding any proceeds from the exercise of the Over-Allotment Option). The Offer Price was determined through a book building process and discussions between the Company, the Selling Shareholder and the Joint Lead Managers. With the proceeds of the Offer, the Selling Shareholder has, subject to completion of and availability of the cash proceeds from the Offer, agreed to subscribe for, and the Company has, subject to completion of the Offer, agreed to issue, new Shares in an amount equal to the aggregate number of Offer Shares to be sold by the Selling Shareholder in the Offer at a price equivalent to the Offer Price.

The estimated net proceeds to be received by the Company from the Subscription (assuming no exercise of the Over-Allotment Option), has been calculated by multiplying the number of Offer Shares by the Offer Price of ₱7.50, and subtracting an estimated amount of placing commissions, market charges, fees and other expenses related to the Offer and Subscription of ₱430.7 million (approximately U.S.$10.0 million). Based on these arrangements (assuming no exercise of the Over-Allotment Option), the Company expects to raise net proceeds from the Subscription of approximately ₱8,419.0 million (approximately U.S.$196.5 million).

The actual placing commission, market charges, fees and other expenses related to the Offer and Subscription may vary from the estimated amounts.

The Company intends to use the proceeds of the Subscription to fund Phase 1 of Solaire Manila, including construction, FF&E and other various day-to-day expenses, such as pre-opening costs and working capital, as well as for general corporate purposes.

The Company's proposed use of the proceeds of the Subscription as described above is based on its current plans and estimates and other factors as of the date of this Offering Circular. However, the actual allocation of the proceeds by the Company will depend on various factors, including the amount of cash generated by the Company's operations, the rate of progress in the Company's development of Solaire Manila, the market conditions, the availability of suitable opportunities, the timing of regulatory approvals and other factors, and may differ from the uses described above as the Company's management finds necessary or advisable. To the extent the Company does not use the proceeds of the Subscription for the purposes described above, the Company intends to use the proceeds for general corporate purposes.

Subject to Arbitration Confidentiality Orders

Ainsworth Decl. Ex. 16
BLOOM_0077429

**Work closely with its Project Management and Construction Teams to ensure Solaire Manila opens on schedule and within budget**

The Company is in the latter stages of the design and construction work on Solaire Manila and, in collaboration with GGAM, is working closely with its design (Steelman), project management (DCI) and construction (DMCI) teams to ensure that Solaire Manila is completed and will commence full operations on budget and on track for the targeted opening in the first quarter of 2013.

The Company and GGAM intend to continue to build on the efficient working relationship they have developed with Solaire Manila's project management and construction teams, and effectively manage the remainder of Solaire Manila's construction and pre-opening phases in a cost- and time-efficient manner. The Company believes that opening on schedule as 'first mover' in Entertainment City will represent a competitive advantage in securing the loyalty of customers to Solaire Manila. In addition, the Company plans to ensure that Solaire Manila's final design delivers on what the Company envisions, and that a world-class gaming experience is provided to all customers from the first day of operations, further improving word of mouth and customer loyalty to Solaire Manila.

**Create an operations infrastructure in line with international best practices for gaming companies**

To complement the design and layout of Solaire Manila, the Company aims to develop and implement a gaming operations infrastructure which will enable management to comprehensively monitor Solaire Manila's operations, respond to changing market preferences and enhance the gaming experience and satisfaction of individual customers. The Company has designed its operations infrastructure with the benefit of the extensive experience of GGAM and the Company's management, and it will include state-of-the-art information technology and operations systems, many of which are used in other leading gaming properties around the world. The Company believes this infrastructure design will allow Solaire Manila to carry out real-time detailed analysis of all aspects of its operations and make adjustments to continually achieve higher operational efficiency and ensure that the customer experience at Solaire Manila is always of a high standard, offering a significant competitive advantage.

## HISTORY

AAI was incorporated in 1999 with the primary purpose of manufacturing electronic devices, such as printed circuit boards. On October 17, 2000, AAI listed its shares on the Philippine Stock Exchange.

In 2003, AAI ceased operations due to market uncertainty.

In late 2011 and early 2012, Prime Metroline entered into a series of transactions through which it acquired a 75% ownership interest in AAI. Prime Metroline is a holding company owned and controlled by Enrique K. Razon, Jr., one of the Philippines' leading industrialists with interests in the ports and container terminal industries, as well as other major industries.

As a result of Prime Metroline's acquisition of a controlling ownership interest in AAI, AAI subsequently entered into a further series of transactions whereby it reorganized itself to increase its authorized capital stock, and to acquire ownership interests of Sureste and BRHI, both of which were associated companies wholly-owned by Mr. Razon with interests in the hotel and integrated tourism resort industries, respectively.

On February 27, 2012, AAI changed its corporate name to "Bloomberry Resorts Corporation."

See "—Subsidiaries and Corporate Reorganization."

## CORPORATE ORGANIZATION AND MANAGEMENT SERVICE PROVIDER

**Corporate Organization**

As a result of the transactions described above, as of the date of this Offering Circular, the Company directly wholly-owns Sureste and indirectly wholly-owns Sureste's subsidiary, BRHI. In turn, the Company is 91.17% owned and controlled by Mr. Razon through Prime Metroline and certain of his affiliate companies.

66

Subject to Arbitration Confidentiality Orders

BLOOM_0077454

New Jersey; Caesar's Gauteng in South Africa; and the Sands Macao and The Four Seasons in Macau. Apart from Solaire Manila, Steelman's current projects also include the Monte Carlo Historic in Monaco; The Plaza Hotel and Casino in Las Vegas; Ho Tram I in Vietnam; the Hengqin in China and the Desert Butterfly in the United Arab Emirates. In 2012, Steelman was named one of the 40 largest architectural firms in the world by Building Design magazine, and one of the 60 largest architectural firms by revenue in the world by Architectural Record in 2011.

## DCI

The Company has contracted DCI to manage the overall project development for Solaire Manila. DCI is a Philippine corporation which was established in 1977. In 1978, DCI was accredited by the World Bank as a Construction Management Consultant. Over the past thirty years, DCI has grown into a leading Philippine company in the construction project management industry. DCI has a staff comprising fully qualified licensed professional construction project managers, architects, engineers, and technical personnel with proven integrity and established track records within their respective fields. DCI is one of the few Philippine companies with sole specialization in construction project management, and is a founding member of the Construction Project Management Association of the Philippines.

DCI's ISO 9000:2008 certified Quality Management System addresses all basic functions of construction project management, including overall project management; cost management; schedule management; quality management; and contract management, all of which DCI provides to its clients from the pre-construction to post-construction phases of a project.

DCI's project management track record ranges across all types of large-scale construction projects in the Philippines, including mixed-use developments, Government projects such as low-cost housing and hospitals, residential condominiums, office buildings, industrial and broadcast complexes and IT complexes. It has managed numerous projects for some of the Philippines' most well-known companies, such as the Glorietta 4 mixed-use development and Serendra condominium complexes for Ayala Corp., the Robinsons Cybergate Towers for Robinsons Land Corporation and SM Cyberzone Two for the Shoemart group of companies.

## DMCI

The general contractor selected to carry out the construction of Solaire Manila is DMCI. DMCI is known as one of Manila's most well respected construction companies, and is the flagship subsidiary of DMCI Holdings, Inc., a Philippine holding company listed on the PSE with interests in construction, real estate development, mining and utilities.

From its incorporation in 1954, DMCI has a proven track record constructing large-scale developments in the Philippines and abroad. DMCI's project construction experience ranges from residential homes to high-rise to retail complex developments. DMCI has constructed a number of commercial establishments, high-rise offices and residential condominiums and infrastructure projects in the Philippines, and has been responsible for the construction of a number of iconic buildings in the Makati Central Business and Ortigas Center financial districts, such as the Ayala Triangle Tower I, the Philippine Stock Exchange Plaza and Roxas Triangle, Citibank, SM Megamall, and the Glorietta 4 mixed-use development. DMCI's hotel construction experience includes the Shangri-la Mactan Resort & Spa and Makati Shangri-la Hotel, Manila, the Westin Philippine Plaza, the Manila Hotel and the Hyatt Hotel.

On January 18, 2011, DMCI was awarded the contract for the building architectural and general construction works in relation to Solaire Manila. See "Material Contracts—Contract for Construction of Solaire Manila."

## SUBSIDIARIES AND CORPORATE REORGANIZATION

### Sureste Properties, Inc.

Sureste was incorporated and registered with the SEC in 1993 as a property holding company. Mr. Enrique K. Razon, Jr. held a 100% ownership stake in Sureste. Sureste previously held ownership interests in International Exchange Bank (sold in 2006), and in Monte Oro Resources and Energy Inc. ("Monte Oro"). Monte Oro was a 30% shareholder of National Grid Corporation of the Philippines ("NGCP") through Monte Oro Grid Resources Corp until 2010. NGCP is the private company with the franchise and responsibility for developing and maintaining nationwide high-voltage transmission towers and facilities for the transmission of electric power

Subject to Arbitration Confidentiality Orders

BLOOM_0077472

from power generation plants to power distributors in the Philippines. On July 2, 2010, Sureste amended its primary purpose to develop and operate tourist facilities including hotel casino entertainment complexes. Sureste is registered with the Philippine Economic Zone Authority ("PEZA") as developer of a hotel project in a PEZA Tourism Economic Zone. As a result, Sureste enjoys certain incentives granted by the Government in relation to the hotel component of Solaire Manila, including reduced tax rates. In 2011, in compliance with the requirements of PEZA, Sureste divested itself of all its non-hotel assets, including its ownership in Monte Oro and various prime real estate properties by declaring and distributing property dividends to its ultimate parent, Prime Metroline. Sureste acquired all the shares of BRHI on January 12, 2011. The Philippine SEC approved the increase in the authorized capital stock of Sureste Properties Inc. to ₱10 billion on August 31, 2011. As of the date of this Offering Circular, Sureste's sole asset is its 100% shareholding interest in BRHI. However, as of the date of this Offering Circular, the recording of the transfer of title with the Register of Deeds for the real properties and with the corporate secretary of Monte Oro is awaiting the issuance of the Certificate Authorizing Registration from the Bureau of Internal Revenue.

**Bloomberry Resorts and Hotels, Inc.**

On February 27, 2008, BRHI was incorporated as Bloombury Investments Holdings Inc. ("BIHI") and registered with the Philippine SEC for the purpose of developing and operating tourist facilities, including casino-entertainment complexes with casino, hotel, retail and amusement areas and themed development components. At the time of its incorporation, BIHI was owned and controlled by Jose Alvarez. On April 8, 2009, BIHI was granted a Provisional License by PAGCOR to establish and operate casinos in the Philippines. Sureste then extended advances to BIHI to support BIHI's development activities to comply with the Provisional License. On March 30, 2010, Enrique K. Razon Jr. acquired all the outstanding shares in BIHI from Mr. Alvarez. On September 21, 2010, the Philippine SEC approved the change of BIHI's name to BRHI. On January 12, 2011, Mr. Razon assigned all his shares in BRHI to Sureste Properties, Inc., and on January 3, 2012 the Philippine SEC approved the increase in the authorized capital stock of BRHI to ₱8 billion.

**Corporate Reorganization involving AAI**

Between November 2011 and March 2012, Prime Metroline entered into a series of transactions with AAI and with certain stockholders of AAI, whereby, among other things, Prime Metroline (after completing a required tender offer to minority shareholders) acquired a 75% shareholding in AAI. AAI then increased its authorized capital stock to ₱15 billion and allowed Prime Metroline, as well as two associated companies controlled by Mr. Enrique K. Razon, Jr. to subscribe for an aggregate 91.17% of the then outstanding shares (inclusive of the original 60 million shares acquired at ₱3.33 per share) after the increase in capital stock of AAI at par value for cash. Another company, Top Global Systems Limited, which had assisted Mr. Razon in obtaining financing for Solaire Manila, subscribed for 8.61% of the then outstanding shares after the increase in capital stock of AAI also at par value for cash. Top Global Systems Limited is independent of Mr. Razon and its ownership of shares in the Company is considered part of the Company's public float for listing purposes. AAI used the proceeds it received from these transactions to acquire a 100% controlling interest in Sureste and its wholly-owned subsidiary, BRHI.

Prior to these transactions, AAI was primarily a manufacturing company, although it ceased operations in 2003. Through these corporate reorganizations, AAI became a holding company of the hotel and casino operations conducted by Sureste and BRHI on February 27, 2012 and changed its corporate name to "Bloomberry Resorts Corporation." The key steps in this series of transactions were as follows:

- on January 26, 2012, Prime Metroline acquired a 75% ownership interest in AAI.

- on February 6, 2012, the stockholders of AAI approved the amendment to the articles of incorporation of AAI to increase its authorized capital stock, change its corporate name and modify its primary purpose and principal place of business. These amendments were then filed with the Philippine SEC for approval.

- also on February 6, 2012, Prime Metroline, along with its wholly-owned subsidiary, Quasar Holdings, Inc., and affiliate company, Falcon Investco Holdings, Inc., as well as Top Global Systems Limited, an independent third party, subscribed to a total of 9,211,840,556 shares out of AAI's increased capital stock at par value of ₱1.00 per share.

Subject to Arbitration Confidentiality Orders

BLOOM_0077473

- also on February 6, 2012, a Deed of Sale of Shares was entered into between AAI and Prime Metroline whereby AAI acquired all outstanding shares of stock in Sureste from Prime Metroline for a purchase price of ₱5.86 billion. The purchase price was funded from the subscription payments from Prime Metroline as subscriber of AAI increased capital stock. This was supplemented by a Supplemental Deed of Sale dated February 17, 2012 covering an additional 7,500 shares in Sureste, which included those held by nominee directors. Under the terms of the agreements, full payment of the purchase price was to be made within 30 days after the date the Philippine SEC grants approval for the increase in the authorized capital stock of AAI. As a result of these transactions, Sureste, along with Sureste's wholly-owned subsidiary, BRHI, became wholly owned subsidiaries of AAI.

- on February 27, 2012, the Philippine SEC granted approval to AAI for the increase of its authorized capital stock from ₱120 million comprised of 120 million shares with par value of ₱1.00 per share to ₱15 billion comprised of 15 billion shares with par value of ₱1.00 per share.

- also on February 27, 2012, AAI was given approval by the Philippine SEC to: 1) change its name to Bloomberry Resorts Corporation; 2) revise its primary corporate purpose from a manufacturing company to that of a holding company of a hotel casino business; and 3) change the place of its principal office to Makati City.

- on March 6, 2012, as a result of the Philippine SEC's approval for the increase of AAI's authorized capital stock and satisfaction of the conditions under the Deed of Sale dated February 6, 2012 and the Supplemental Deed of Sale dated February 17, 2012 between AAI and Prime Metroline, the subscription payment for the acquired shares in Sureste was made by AAI to Prime Metroline.

- on March 9, 2012, an application for listing of 8,290,656,500 shares out of the increase in capital stock of AAI (now Bloomberry Resorts Corporation) was filed with the PSE. On March 28, 2012, the PSE approved the listing of the newly authorized and issued AAI shares.

On February 6, 2012, the Company completed the legal acquisition of Sureste. Sureste, a wholly-owned subsidiary of Prime Metroline, was deemed to be the accounting acquirer for accounting purposes under the principles of PFRS 3, *Business Combinations* ("PFRS 3"). The acquisition was accounted for similar to a reverse acquisition following the guidance provided by the standard. In accordance with the guidance of PFRS 3, in a reverse acquisition, the legal parent is identified as the acquiree for accounting purposes because based on the substance of the transaction, the legal subsidiary is determined to be the entity that gained control over the legal parent. Accordingly, the consolidated financial statements of the Company as of and for the two months ended February 29, 2012 have been prepared as a continuation of the consolidated financial statements of Sureste. Sureste has accounted for the acquisition of the Company from January 26, 2012 which was the date when Prime Metroline acquired the Company. The comparative financial statements as of and for the year ended December 31, 2011 and the two months ended February 28, 2011 is that of Sureste and its consolidated subsidiary, BRHI.

Subject to Arbitration Confidentiality Orders

BLOOM_0077474

## Board of Directors and Senior Management

**MANAGEMENT**

The Company's overall management and supervision is undertaken by the Board. The Company's executive officers and management team cooperate with its Board by preparing appropriate information and documents concerning the Company's business operations, financial condition and results of operations for its review. Currently, the Board consists of seven members, including two independent directors. Six of the current directors, including one of the independent directors, were elected during the Board's meeting on November 23, 2011. These board members will hold office until their successors have been duly elected and qualified in the next annual stockholders meeting in June 2012.

The table below sets forth the members of the Company's Board and senior officers as of the date of this Offering Circular:

| Name | Age | Citizenship | Position |
|---|---|---|---|
| Enrique K. Razon, Jr. | 52 | Filipino | Chairman, President and Chief Executive Officer |
| Jose Eduardo J. Alarilla | 61 | Filipino | Vice Chairman |
| Christian R. Gonzalez | 37 | Filipino | Director |
| Estela Tuason-Occeña | 42 | Filipino | Director and Treasurer |
| Donato C. Almeda | 57 | Filipino | Director |
| Carlos C. Ejercito | 66 | Filipino | Independent Director |
| Jon Ramon Aboitiz | 63 | Filipino | Independent Director |
| Michael French* | 56 | American | Chief Operating Officer |
| Xingyu (Ed) Chen | 53 | American | Senior Vice President and the Chief Financial Officer |
| Dennis Andreaci* | 55 | American | Senior Vice President of Gaming |
| Renato Gonzales | 51 | Filipino | Vice President of Human Resources |
| Gregory Dauenhauer* | 54 | American | Vice President of Information Technology |
| Joe Valdes* | 46 | American | Vice President of Development & Planning |
| Silverio Benny J. Tan | 55 | Filipino | Corporate Secretary |
| Christine Base | 41 | Filipino | Compliance Officer |

*Note:*
\*   *GGAM nominated positions.*

Below are summaries of the business experience and credentials of the Directors and the Company's key executive officers:

**Enrique K. Razon, Jr.—*Chairman, President and Chief Executive Officer***

Mr. Razon is the Chairman of the Board of Directors of Bloomberry Resorts and Hotels, Inc. and is President of Sureste Properties Inc. He is the Chairman and President of International Container Terminal Services, Inc. (ICTSI), and is the Chairman and/or President or director of ICTSI subsidiaries and affiliates including: ICTSI Ltd., International Container Terminal Holdings, Inc., ICTSI Warehousing, Inc., Cebu International Container Terminal, Inc., Baltic Container Terminal Ltd., Madagascar International Container Terminal Services Ltd., ICTSI Hong Kong Ltd., Contecon Guayaquil SA, Yantai Rising Dragon International Container Terminal Ltd., ICTSI Capital B.V., ICTSI Georgia Corporation, ICTSI Brazil Limited, ICTSI Poland Limited, Pentland International Holdings Ltd., Australian International Container Terminal Ltd., Tecon Suape, S.A. and Tecplata S.A., and ICTSI Foundation. Mr. Razon is the Chairman and President of Prime Metroline Holdings, Inc., Chairman of the Board of Monte Oro Resources & Energy, Inc., an independent director of CLSA Exchange Capital Inc., and a director of other companies. He was a former director of National Grid Corporation of the Philippines. He is a Member of the American Management Association, Management Association of the Philippines, and World Economic Forum.

**Jose Eduardo J. Alarilla—*Vice Chairman***

Mr. Alarilla is President of Bloomberry Resorts and Hotels, Inc., Lakeland Village Holdings, Inc., Devoncourt Estates Inc., Eiffle House Inc. and Alpha Allied Holdings Ltd. He is the President and CEO of Mega

Subject to Arbitration Confidentiality Orders

BLOOM_0077490