# COVER SHEET
## for
## AUDITED FINANCIAL STATEMENTS

**SEC Registration Number:** A199904864

**COMPANY NAME:** BLOOMBERRY RESORTS CORPORATION AND SUBSIDIARIES

**PRINCIPAL OFFICE** *( No. / Street / Barangay / City / Town / Province )*
The Executive Offices, Solaire Resort & Casino, 1 Asean Avenue, Entertainment City, Tambo, Parañaque City

| Form Type | Department requiring the report | Secondary License Type, If Applicable |
|---|---|---|
| 17-A | CRMD | NA |

### COMPANY INFORMATION

| Company's Email Address | Company's Telephone Number | Mobile Number |
|---|---|---|
| investorrelations@bloomberry.ph | 8888-8888 | - |

| No. of Stockholders | Annual Meeting (Month / Day) | Fiscal Year (Month / Day) |
|---|---|---|
| 96 | Every Third Thursday of April | December 31 |

### CONTACT PERSON INFORMATION
The designated contact person **MUST** be an Officer of the Corporation

| Name of Contact Person | Email Address | Telephone Number/s | Mobile Number |
|---|---|---|---|
| Gerard Angelo Emilio J. Festin | gerardfestin@solaireresort.com | 8883-8921 | - |

### CONTACT PERSON's ADDRESS

The Executive Offices, Solaire Resort & Casino, 1 Asean Avenue, Entertainment City, Tambo Parañaque City

***NOTE 1:*** *In case of death, resignation or cessation of office of the officer designated as contact person, such incident shall be reported to the Commission within thirty (30) calendar days from the occurrence thereof with information and complete contact details of the new contact person designated.*

*2: All Boxes must be properly and completely filled-up. Failure to do so shall cause the delay in updating the corporation's records with the Commission and/or non-receipt of Notice of Deficiencies. Further, non-receipt of Notice of Deficiencies shall not excuse the corporation from liability for its deficiencies.*

On May 28, 2012, CLSA Limited as the stabilizing agent exercised the over-allotment option to purchase 117,996,300 shares of stock in Bloomberry from PSHI at the same purchase price of ₱7.50 per share. The net proceeds of this exercise was used by PSHI to subscribe to the equivalent number of new shares in Bloomberry at the same subscription price of ₱7.50 per share.

A total of 1,297,960,000 new shares were subscribed by PSHI as a result of the foregoing Placing and Subscription Transaction, including the exercise of the over-allotment option by the stabilizing agent. These shares were listed in the Philippine Stock Exchange on December 7, 2012. On December 18, 2012, PSHI purchased an additional 3,000,000 Bloomberry shares from the market. As a result, PSHI directly owns 54.64% and indirectly owns 8.48% (through Quasar Holdings Inc.) equity stake in Bloomberry.

In November 2014, Bloomberry and its parent company, PSHI, completed a Placing and Subscription Transaction under which PSHI first sold in a private placement to various institutional investors 435,000,000 shares of stock in Bloomberry at ₱13.00 per share. The net proceeds of the private placement were used by PSHI to subscribe to the equivalent number of new shares in Bloomberry at the same subscription price of ₱13.00 per share.

Razon & Co. Inc. (formerly Falcon Investco Holdings, Inc.) is Bloomberry's ultimate parent company as of December 31, 2021 and 2020.

On September 9, 2011, Sureste and BRHI jointly entered into a Management Services Agreement (MSA) with Global Gaming Philippines, LLC (GGAM) for the technical assistance on all aspects of planning, design, layout, and construction of the Project and for services related to recruitment, selection, and hiring of employees for the Project. GGAM through the Management Team shall also provide management and other related services upon commencement of the Project's commercial operations. Fees per contract amounts to US$100,000 per month for the technical assistance and US$75,000 monthly for services related to the pre-opening operations. Upon commencement of the commercial operations and five years thereafter, the Group will pay GGAM annual fees equivalent to certain percentages of Sureste's and BRHI's earnings before interest, taxes, depreciation and amortization.

Sureste and BRHI terminated the MSA effective September 12, 2013 because of material breach of the MSA by GGAM after prior notice and failure of discussions to settle the dispute. Accordingly, the Group has accrued annual fees due to GGAM up to September 12, 2013 only. GGAM denies having breached the MSA and alleges that it is BRHI and Sureste who breached the MSA. The parties submitted their dispute to arbitration before a 3-member arbitral tribunal in Singapore under the arbitration rules of the United Nations Commission on International Trade Law ("UNCITRAL") using Philippine law as the governing law.

Under the MSA, GGAM was granted an option over the shares of BRHI and Sureste. After the backdoor listing of Bloomberry the option was granted to purchase up to 921.2 million shares, equivalent to 9.91% of Bloomberry's outstanding shares (prior to Bloomberry's top-up equity offering) from PSHI at a purchase price equivalent to ₱1.00 per share plus US$15 million. On December 21, 2012, GGAM exercised its option to purchase 921,184,056 shares in Bloomberry from PSHI at the agreed option strike price of ₱1.67 per share and was crossed through the Philippine Stock Exchange on December 28, 2012. On February 25, 2014, the Makati Regional Trial Court (MRTC) granted the application of BRHI, Sureste and PSHI for measures of protection in the form of writs of preliminary attachment and preliminary injunction to restrain GGAM from disposing the Bloomberry shares in order to maintain the status quo. GGAM filed a petition for review on certiorari with the Court of Appeals against the decision of the MRTC.

On December 9, 2014, the tribunal issued its Order in Respect of Claimants' Interim Measures of Protection, declaring among others, that the February 25 Order of MRTC is superseded and that parties are restored to their status quo ante as of January 15, 2014 and allowed GGAM to sell the shares.

>   d) Respondents to take all steps necessary to release to GGAM the cash dividends on the Shares (currently subject of the injunction of the RTC Makati);
>   e) Respondents to pay Claimants Cost of US$14,998,052.
>   f) Post-award interest at the annual rate of 6%, compounded annually, or 50 basis per month for the pre-termination expenses in (b), beginning 30 days after the Award.

On November 5, 2019, BRHI and Sureste filed in the Singapore High Court an application to set aside the Final Award on the grounds of fraud and fraudulent concealment among others.

BRHI and Sureste received a decision of the Singapore High Court dated January 3, 2020 in OS 1432 dismissing their petition to vacate and oppose the enforcement of the Partial Award of the Arbitration Tribunal dated 20 September 2016.  The Court said that the FCPA Findings (referring to the U.S. Department of Justice non-prosecution agreement with Las Vegas Sands and the U.S. SEC order on Foreign Corrupt Practices Act involving Weidner and Chiu while they were with Las Vegas Sands) "do not constitute strong and cogent evidence of any species of fraud" raised by Sureste and BRHI against GGAM.  On February 3, 2020, BRHI and Sureste appealed this decision to the Court of Appeals in Singapore. In a decision dated February 16, 2021, the Singapore Court of Appeals denied the appeal of BRHI and Sureste.

On May 29, 2020, Singapore High Court issued a decision dismissing Sureste and BRHI's petition to set aside/resist enforcement of the Final Award of the Arbitration Tribunal dated September 27, 2019.

The Singapore High Court ruled that the "Constructive Remedy," which requires Sureste and BRHI to either (1) pay for the Bloomberry shares held by GGAM in exchange for the Bloomberry shares, or (2) take steps to facilitate GGAM's sale of the Bloomberry shares, was not outside the scope of the parties' arbitration agreement.  The Singapore High Court also rejected the challenges based on the FCPA Findings (referring to the findings of the U.S. Department of Justice and the U.S. Securities and Exchange Commission regarding conduct by two of GGAM's four executives during their tenure at Las Vegas Sands that violated the U.S. Foreign Corrupt Practices Act) and GGAM's fraudulent concealment of evidence during the Arbitration.  The Singapore High Court likewise denied the argument that GGAM Netherlands, to which the MSA was assigned, was a sham entity established solely to evade U.S. and Philippine taxes, because the Arbitration Tribunal rejected the same argument, and thus, the High Court found that the grant of damages to GGAM Netherlands is not contrary to Singapore public policy.  Costs were charged against Sureste and BRHI.

On June 29, 2020, Sureste and BRHI filed a Notice of Appeal to the Singapore Court of Appeals to appeal the Singapore High Court's decision dated May 29, 2020 in case number OS 1385 dismissing Sureste and BRHI's petition to set aside/resist enforcement of the Final Award of the Arbitration Tribunal dated September 27, 2019 docketed as CA98. The parties filed the required submissions, and the hearings on this appeal was held in April 2021.  On October 4, 2021, the Singapore Court of Appeals issued a decision which denied the appeal of BRHI and Sureste against the decision dated May 29, 2020.

BRHI and Sureste were advised by Philippine counsel that an award of the Arbitral Tribunal can only be enforced in the Philippines through an order of a Philippine court of proper jurisdiction after appropriate proceedings taking into account applicable Philippine law and public policy.

On March 29, 2021, GGAM (without GGAM Netherlands joining) sued Enrique K. Razon Jr., BRHI, Sureste and other companies in the U.S. associated with Mr. Razon in the U.S. District Court in Southern District of New York.  By this suit GGAM wants to enforce in the U.S. against Mr. Razon personally and companies in the U.S. associated with him the arbitral award that was issued only against BRHI and Sureste.  The defendants have a pending motion to dismiss the case for lack of jurisdiction and *for forum non-conveniens.*

The Company has marketing offices in the Asian region.  Currently, the Company has marketing presence in Korea, Macau, Singapore, Malaysia, Indonesia, Thailand, Taiwan and Japan.

PART II - SECURITIES OF THE REGISTRANT

**Item 5. Market for Issuer's Equity and Related Stockholder Matters**

**5.1 Market Information**

Principal Market where Company's shares are traded: Philippine Stock Exchange

As of the latest practicable trading date on January 31, 2022, the share prices of the Company were:

|  | Price/Share |
|---|---|
| Opening: | 6.22 |
| High: | 6.39 |
| Low: | 6.22 |
| Closing: | 6.27 |

The high and low share prices for each quarter within the last two years are:

| Calendar | Period | High | Low |
|---|---|---|---|
| **2020** | | | |
| | Quarter 1 | 11.32 | 4.03 |
| | Quarter 2 | 8.00 | 5.16 |
| | Quarter 3 | 8.21 | 6.00 |
| | Quarter 4 | 8.95 | 6.89 |
| **2021** | | | |
| | Quarter 1 | 8.40 | 6.70 |
| | Quarter 2 | 7.30 | 5.95 |
| | Quarter 3 | 6.99 | 5.29 |
| | Quarter 4 | 8.05 | 5.83 |

**5.2 Holders**

The number of stockholders of record as of the latest practicable date on December 31, 2021 was 96 excluding shares under PCD Nominees.  Shares outstanding as of the same date were 10,861,125,857 shares which are all listed at the PSE.

The following are the Company's top 20 registered stockholders holding listed and unlisted shares as of December 31, 2021:

|  | Name | No. of Shares Held | % of Total |
|---|---|---|---|
| 1 | PCD Nominee (Filipino) | 4,758,900,276 | 43.13% |
| 2 | Prime Strategic Holdings, Inc. (formerly Prime Metroline Holdings, Inc.) | 3,494,472,444 | 31.67% |
| 3 | PCD Nominee (Non-Filipino) | 2,542,098,896 | 23.04% |
| 4 | Razon & Co. Inc. (formerly Falcon Investco Holdings Inc.) | 225,000,000 | 2.04% |
| 5 | Lesothea Management Inc. | 2,018,256 | 0.02% |
| 6 | Nossahead Management Inc. | 2,018,256 | 0.02% |
| 7 | Ondareta Management Inc. | 1,651,588 | 0.01% |
| 8 | Real Sociedad Management Inc. | 1,651,588 | 0.01% |
| 9 | Hock Seng Yeo | 1,500,000 | 0.01% |
| 10 | Chadbrad Management Inc. | 833,400 | 0.01% |

## PART IV- MANAGEMENT AND CERTAIN SECURITY HOLDERS

**Item 9. Directors and Executive Officers of the Issuer**

The members of the Board of Directors and executive officers of the Group as of March 4, 2022 are:

| Office | Name | Citizenship | Age |
|---|---|---|---|
| Chairman of the Board & Chief Executive Officer | Enrique K. Razon Jr. | Filipino | 62 |
| Vice Chairman | Jose Eduardo J. Alarilla | Filipino | 70 |
| Vice Chairman, Construction and Regulatory Affairs | Donato C. Almeda | Filipino | 66 |
| President & Chief Operating Officer | Thomas Arasi | American | 64 |
| Director | Christian R. Gonzalez | Filipino | 46 |
| Independent Director[a] | Carlos C. Ejercito | Filipino | 76 |
| Independent Director[b] | Octavio Victor R. Espiritu | Filipino | 78 |
| Independent Director[c] | Jose P. Perez | Filipino | 75 |
| Independent Director[d] | Diosdado M. Peralta | Filipino | 69 |
| Executive Vice President, Chief Financial Officer & Treasurer | Estella Tuason-Occeña | Filipino | 52 |
| Executive Vice President, Casino Marketing | Cyrus Sherafat | American | 39 |
| Executive Vice President, International Marketing | Laurence Upton | New Zealander | 52 |
| Corporate Secretary and Compliance Officer | Silverio Benny J. Tan | Filipino | 65 |
| Assistant Corporate Secretary | Jonas S. Khaw | Filipino | 43 |

[a] has served maximum 9-year cumulative term for independent directors
[b] elected during the Annual Stockholders' meeting on April 15, 2021
[c] cessation of term due to his demise on August 12, 2021
[d] appointed by BOD effective September 24, 2021

Below are summaries of the business experience and credentials of the Directors and the Company's key executive officers:

**Enrique K. Razon, Jr. — Chairman and Chief Executive Officer**
Mr. Razon is the Chairman, CEO and the President of International Container Terminal Services, Inc. (ICTSI)*, IWI Container Terminal Holdings Inc., Razon Industries, Inc., Sureste Realty Corporation, Quasar Holdings, Inc., Razon & Co. Inc., Achillion Holdings, Inc., Collingwood Investment Company Ltd., Bravo International Port Holdings, Inc., and Provident Management Group, Inc.; Chairman of Manila Water Company, Inc.*, Sureste, Monte Oro Resources and Energy, Inc., BRHI, PSHI, and Pilipinas Golf Tournament Inc.; Director of ICTSI (Hongkong) Ltd., Australian Container Terminals, Ltd., Pentland International Holdings Ltd., CLSA Exchange Capital, Xcell Property Ventures, Inc. and ICTSI Foundation, Inc.

Mr. Razon is a member of the US-Philippines Society, the ASEAN Business Club, and Philippines, Inc. The De La Salle University in the Philippines has conferred on Mr. Razon the degree of Doctor of Science in Logistics honoris causa.

*Publicly-listed Corporation*

**Jose Eduardo J. Alarilla — Vice Chairman**
Mr. Alarilla is the President of Lakeland Village Holdings, Inc., Devoncourt Estates Inc., Eiffle House Inc., Alpha Allied Holdings Ltd., Sureste, WawaJVCo Inc., and Fremont Holdings Inc. He is the President and CEO of Mega Subic Terminal Services, Inc., Chairman of Mega Equipment International Corp., and President of Manila Holdings and Management, Inc. He is Chairman of Apex Mining Co. Inc.* Mr. Alarilla is a director of BRHI, PSHI, MORE, MORE Electric & Power Corporation, International Cleanvironment Systems Inc., Manila Harbor Center Port Services Inc., The Country Club Inc., and is a director and treasurer of Bloomberry Cultural Foundation Inc. and

Prime Metro Power Holdings Corp. He holds a Bachelor of Science in Mechanical Engineering from De La Salle University and a Master in Business Management from the Asian Institute of Management.

*Publicly-listed Corporation*

**Donato C. Almeda — Vice Chairman for Construction and Regulatory Affairs**
Mr. Almeda is a director of BRHI, Sureste, Bloomberry Cruise Terminals Inc. MORE Electric & Power Corporation, and is the President of Bloomberry Cultural Foundation Inc.  He served as President and CEO of Waterfront Philippines Inc.  He also served as: President of Waterfront Cebu City Hotel, Waterfront Mactan Hotel and Fort Ilocandia Hotel, Managing Director of Waterfront Promotions Ltd. (a gaming company) and President of Insular Hotel in Davao. He earned his Engineering Degree from De La Salle University.

**Thomas Arasi — President and Chief Operating Officer**
Mr. Arasi has been appointed as President and Chief Operating Officer of the Company since 2013. He was formerly President and Chief Executive Officer of Marina Bay Sands Pte Ltd. From 2009 to 2011.  He has also held senior positions with InterContinental Hotels Group as President of three major divisions from 1997 to 2000, and was formerly the President of Tishman Hotel Corporation from 1992 to 1997.  Mr. Arasi is a graduate of Cornell University, where he received a Bachelor of Arts degree in Hotel and Restaurant Administration.

**Christian R. Gonzalez — Director**
Mr. Gonzalez is the Executive Vice President and Chief Risk Officer of ICTSI*. He is the Global Corporate Head of ICTSI Group and also served as Vice President, Regional Head - Asia Pacific. Prior to his current role, he served as the Director General and Chief Executive Officer (CEO) of Madagascar International Container Terminal Services Ltd. (MICTSL), Vice President and Head of Asia Pacific Region & Manila International Container Terminal, Chief Operating Officer and later CEO of MICTSL in 2009. In 2010, he became a Director of BRH and The Country Club. In 2012, Mr. Gonzalez was appointed as the Head of ICTSI's Business Development for Asia region. He is the President and a director of various ICTSI subsidiaries. He was also appointed as the President of ICTSI Foundation, Inc. on April 15, 2016. He is a director of Sureste and Prime Strategic Holdings, Inc.

Mr. Gonzalez is a graduate of Instituto de Estudios Superiores de la Empresa (IESE) Business School, the graduate school of management of the University of Navarra, in Barcelona, Spain, where he received his Bilingual Masters in Business Administration. He is also a graduate of Business Administration from Pepperdine University in California.

*Publicly-listed Corporation*

**Carlos C. Ejercito — Independent Director**
Mr. Ejercito is an independent director of Monte Oro Resources & Energy, Inc.  He is the Chairman and President of Northern Access Mining Corporation, Forum Cebu Coal Corporation, Morganhouse Holdings Inc., Aboitiz Power Corporation* and Century Properties Group, Inc*.  He is also a Director, President and Chief Executive Officer of Mount Grace Hospitals, Inc. and its affiliates and subsidiaries.  He was Chairman of the Board of Directors of United Coconut Planters Bank, and was the former CEO of United Laboratories Inc. and several of its subsidiaries.  He was a director of Ayala Greenfield Development Corporation.  He was a former director in National Grid Corporation of the Philippines, Greenfield Development Corporation, Fort Bonifacio Development Corporation and Bonifacio Land Corporation. Mr. Ejercito is a governor of the Management Association of the Philippines and is a member of the Philippine Chamber of Commerce. Mr. Ejercito has a Bachelor's degree in Business Administration, cum laude, from the University of the East, and is an MBA candidate from Ateneo Graduate School of Business. He attended the Program for Management Development of Harvard Business School.

**Octavio Victor R. Espiritu — Independent Director**
Mr. Espiritu is currently an independent director of ICTSI* from 2002 to 2021. He is a director of the Bank of the Philippine Islands (April 8, 2000 to present), Manila Water Co. Inc.,* Philippine Stratbase Consultancy, Inc. (September 1, 2004 to present), Pueblo de Oro Golf and Country Club (October 19, 1998 to present) and The Country Club, Inc. (July 23, 2015 to present). He is also currently the Chairman of GANESP Ventures, Inc. (July 22, 2011 to present) and MAROV Holding Company, Inc. (April 15, 1998 to present) and a trustee board member of the Carlos P. Romulo Foundation (May 2, 1996 to present).

Mr. Espiritu was a three-term former President of the Bankers Association of the Philippines (March 25, 1991 to March 28, 1994), a former President and Chief Executive Officer of Far East Bank and Trust Company (March 1, 1987 to April 7, 2000), and Chairman of the Board of Trustees of the Ateneo de Manila University for twelve years (from 1991 to 2003).

Mr. Espiritu received his primary, secondary, and college education from the Ateneo de Manila University where he obtained his AB Economics degree in 1963. In 1966, at the age of 22, he received his Master's Degree in Economics from Georgetown University in Washington DC, USA.

*Publicly-listed Corporation*

**Jose P. Perez — Independent Director**
Retired Justice Perez was an independent director of Eagle Cement Corporation*, SMC Yamamura Glass, SMC Hong Kong, South Luzon Tollway Corporation. He is the Dean of Manuel L. Quezon University School of Law. He was formerly an Associate Justice of the Supreme Court from December 2009 to December 2016. He holds a Bachelor of Laws degree from the University of the Philippines College of Law and a Bachelor of Arts degree Major in Political Science, from the University of the Philippines.

*Publicly-listed Corporation*

**Justice Diosdado M. Peralta – Independent Director**
Retired Chief Justice Peralta was appointed as Independent Director of the Company in 2021. He is also an Independent Director of ICTSI* since 2021. In ICTSI he was likewise appointed Chairman of the Environmental, Social and Governance Sub-Committee, and Member of the Corporate Governance Committee, the Board Risk Oversight Committee and the Related Party Transactions Committee. Chief Justice Peralta was appointed by President Rodrigo Roa Duterte as the Chief Justice of the Supreme Court from October 23, 2019 until his retirement on March 27, 2021. He served as Associate Justice of the Philippines from 2009 to 2019; Presiding Judge of the Sandiganbayan from 2008 to 2009; Associate Justice of the Sandiganbayan on from 2002 to 2008; and Judge in the Regional Trial Court – Branch 95 Quezon City from 1994 to 2000. Before serving in the Judiciary, Chief Justice Peralta was an active member of the academe. He was a guest Lecturer in Pamantasan ng Lungsod ng Maynila Graduate School of Law and in San Beda College Graduate School of Law; a member of the Corp of Professor – Department of Criminal Law and Lecturer at Philippine Judicial Academy; and a Professor and Reviewer in Criminal Law/Criminal Procedure at University of Santo Tomas, Ateneo De Manila, San Beda College, University of the East, Philippine Christian University, San Sebastian College, and other review centers.

Retired Chief Justice Peralta finished his Bachelor of Science degree in San Juan de Letran in 1974 and his Bachelor of Laws degree in University of Santo Tomas in 1979. He passed the Bar Examination in 1980. On April 9, 2010, he received his Doctor of Laws degree, honorus causa, from Northwestern University, Laoag City, Ilocos Norte.

*Publicly-listed Corporation*

**Estella Tuason-Occeña — Executive Vice President, Chief Financial Officer and Treasurer**
Ms. Occeña is the Treasurer of BRHI and Sureste and Director and Treasurer of PSHI. She is an Executive Officer of ICTSI*, Treasurer of Sureste Realty Corporation, Lakeland Village Holdings Inc., Devoncourt Estates Inc., Achillion Holdings, Inc., and Razon Industries, Inc. She was Chief

**9.3 Involvement in Certain Legal Proceedings**

The Company is not aware of any of legal cases, which occurred during the past five years that are material to an evaluation of the ability or integrity of any of its directors, executive officers or controlling person.

**Item 10. Executive Compensation**

The Group paid compensation in 2021 to the Chief Executive Officer (CEO) and executive officers named below, as a group, amounting to ₱170.5 million.

| Name | Office |
|---|---|
| Enrique K. Razon Jr. | Chairman of the Board & CEO |
| Jose Eduardo J. Alarilla | Vice Chairman |
| Donato C. Almeda | Vice Chairman, Construction and Regulatory Affairs |
| Thomas Arasi | President & Chief Operating Officer |
| Christian R. Gonzalez | Director |
| Estella Tuason-Occeña | Executive Vice President, Chief Financial Officer & Treasurer |
| Cyrus Sherafat | Executive Vice President for Casino Marketing |
| Laurence Upton | Executive Vice President for International Marketing |

The following is the breakdown of the aggregate amount of compensation paid to the CEO and top five (5) highest paid executive officers in 2020 and 2021, and estimated to be paid to the CEO and top five (5) highest paid executive officers in 2022 named above (amounts in millions):

|  | Year | Salary | Bonus & Others | Total |
|---|---|---|---|---|
| President and Top 5 Executive Officers, as group: | 2022 (Estimate) | ₱33.3 | ₱42.6 | ₱75.9 |
| Enrique K. Razon, Jr. – *Chairman & Chief Executive Officer* | 2021 (Actual) | 34.9 | 90.3 | 125.2 |
| Thomas Arasi – *President & Chief Operating Officer* Cyrus Sherafat – *Executive Vice President for Casino Marketing* Laurence Upton – *Executive Vice President for International Marketing* David Batchelor – *Senior Vice President for Resort Operations* | 2020 (Actual) | 34.3 | 58.7 | 93.0 |
| All Other Officers and Directors, as a group unnamed | 2022 (Estimate) | ₱25.9 | ₱9.8 | ₱35.7 |
|  | 2021 (Actual) | 25.9 | 19.3 | 45.2 |
|  | 2020 (Actual) | 25.9 | 11.2 | 37.1 |

The members of the Board are not expected to receive any compensation in 2021. There are no material terms of any other arrangements or contracts where any director of the Company was compensated or is to be compensated, directly or indirectly, in 2020, 2021 or in the coming year, for any service provided as a director.

Named executives officers are covered by Letters of Appointment, with the Company stating therein their respective terms of employment.

There are no existing compensatory plans or arrangements, including payments to be received from the Company by any named executive officer, upon resignation, retirement or any other termination of the named executive officer's employment with the Company and its subsidiaries or from a change-in-control of the Company or a change in the named executive officers' responsibilities following a change-in-control.

**Item 11. Security Ownership of Certain Beneficial Owners and Management**

As of December 31, 2021, the Company does not know of anyone who beneficially owns in excess of 5% of the Company's shares of stock except as set forth in the table below:

**11.1 Security Ownership of Certain Record and Beneficial Owners**

| Name | Number of Shares | Percentage of Ownership |
|---|---|---|
| Enrique K. Razon, Jr.[1] | 7,118,109,832 | 65.52% |
| PCD Nominee (Non-Filipino) | 1,396,216,220 | 12.65% |
| PCD Nominee (Filipino) | 2,542,098,896 | 23.04% |

[1] Enrique K. Razon, Jr. is the beneficial owner of Prime Strategic Holdings, Inc., Quasar Holdings, Inc. and Razon & Co. Inc.

**11.2 Security Ownership of Management as of December 31, 2021**

| Name | Citizenship | Number of Shares | Percentage of Ownership |
|---|---|---|---|
| Enrique K. Razon, Jr.[1] | Filipino | 7,118,109,832 | 65. 5% |
| Thomas Arasi | American | 18,460,955 | 0.17% |
| Estella Tuason-Occeña | Filipino | 4,585,100 | 0.04% |
| Cyrus Sherafat | American | 4,562,804 | 0.04% |
| Donato C. Almeda | Filipino | 4,771,837 | 0.04% |
| Jose Eduardo J. Alarilla | Filipino | 4,194,965 | 0.04% |
| Laurence Upton | New Zealander | 4,318,411 | 0.04% |
| Silverio Benny J. Tan | Filipino | 212,619 | 0.00% |
| Christian R. Gonzalez | Filipino | 100,933 | 0.00% |
| Octavio R. Espiritu | Filipino | 43,200 | 0.00% |
| Diosdado M. Peralta | Filipino | 100,000 | 0.00% |

[1] Enrique K. Razon, Jr. is the beneficial owner of Prime Strategic Holdings, Inc., Quasar Holdings, Inc. and Razon & Co. Inc.

**11.3 Voting Trust Holders of 5% or More**

None

**11.4 Changes in Control**

None

**Item 12. Certain Relationships and Related Transactions**

Descriptions and explanations of the related party transactions are disclosed in Note 12, *Related Party Transactions,* to the Annual Audited Consolidated Financial Statements.

Aside from the transactions as disclosed in the Annual Audited Consolidated Financial Statements, the Group does not have any other transactions with its directors, executive officers, security holders or members of their immediate family.

# PART V – CORPORATE GOVERNANCE

**Item 13. Corporate Governance**

The Company, its Board of Directors, officers and employees strive, through good corporate governance, to enhance the value of the Company and optimize over time the returns to its shareholders by:

   a. Sound, prudent, and effective management,
   b. Efficient and effective management information system,
   c. Effective risk management,
   d. Reliable financial and operational information,
   e. Cost effective and profitable business operations, and
   f. Compliance with laws, rules, regulations and contracts.

The following are measures that the Company has undertaken or will undertake to fully comply with the adopted leading practices on good governance:

1. <u>Manual of Corporate Governance</u>
   On May 30, 2017, the Board approved a new Manual of Corporate Governance of the Company.  Our Compliance Officer will continue to coordinate with the Philippine SEC with respect to compliance requirements, monitor compliance with the manual and report any governance-related issues to the Board.  The Company commits itself to principles and best practices of governance in the attainment of corporate goals.

2. <u>Board of Directors</u>
   Bloomberry's Board has the expertise, professional experience, and background that allow for a thorough examination and deliberation of the various issues and matters affecting the Group.  The Board is responsible for the Company's overall management and direction. The Board will meet regularly on a quarterly basis, or more frequently as required, to review and monitor the Company's project development, future results of operations and financial position.  Bloomberry's Amended Articles of Incorporation provide that the Board shall consist of seven (7) directors where two (2) members are Independent Directors: Mr. Octavio Victor R. Espiritu and Retired Chief Justice Diosdado M. Peralta and except for Mr. Enrique K. Razon, Jr., Mr. Thomas Arasi, and Mr. Donato C. Almeda all members of the Board are non-executive Directors.

   Bloomberry's directors are elected at the Annual Stockholders' Meeting.  They shall hold office until the next succeeding annual meeting and until their respective successors have been elected and qualified.

   The Attendance of the Directors in the 2021 Board Meetings are as follows:

| Name | January 18 | February 22 | March 4 | April 15 | April 15(5) | April 27 | August 2 | September 24 | October 28 | November 4 | December 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrique K. Razon, Jr | P | P | P | P | P | P | P | P | P | P | P |
| Jose Eduardo J. Alarilla | P | P | P | P | P | P | P | P | P | P | P |
| Donato C. Almeda | P | P | P | P | P | P | P | P | P | P | P |
| Thomas Arasi | P | P | P | P | P | P | P | P | P | P | P |
| Christian R. Gonzalez | P | P | P | P | P | P | P | P | P | P | P |
| Carlos C. Ejercito (1) | P | P | P | - | - | - | - | - | - | - | - |
| Octavio R. Espiritu (2) | - | - | - | P | P | P | P | P | P | P | P |
| Jose P. Perez (3) | P | P | P | P | P | P | P | - | - | - | - |
| Diosdado M. Peralta (4) | - | - | - | - | - | - | - | - | P | P | P |

P – Present          A – Absent
(1) Served in office until 15 April 2021
(2) Served in office from 15 April 2021 to the present
(3) Served in office until 12 August 2021
(4) Served in office beginning 24 September 2021 to the present
(5) Organizational Meeting of the BOD

The directors and key officers of the Company attended the corporate governance seminar held on various dates on 9 November 2021, 26 November 2021, and 14 December 2021.

3. Audit Committee
The Company's Audit Committee is responsible for assisting the Board in its fiduciary responsibilities by providing an independent and objective assurance to its management and stockholders of the continuous improvement of its risk management systems, business operations and the proper safeguarding and use of its resources and assets.  It provides a general evaluation and assistance in the overall improvement of its risk management, control and governance processes.  The Committee is composed of three (3) Board members, including one (1) independent director who serves as the committee chairman.  The Committee reports to its Board and is required to meet at least four (4) times a year.  As of the date of this report, the Audit Committee Chairman is Mr. Octavio Victor R. Espiritu who serves with Mr. Christian R. Gonzalez and Atty. Diosdado M. Peralta as members.

The 2021 attendance of the audit committee are as follows:

| Office | Name | Date of Appointment | No. of Meetings Held During the Year | No. of Meetings Attended | % | Length of Service as of 31 December 2021 |
|---|---|---|---|---|---|---|
| Chairman[1] | Carlos C. Ejercito | 6/18/2020 | 1[5] | 1 | 100% | 87 Months |
| Chairman[2] | Octavio Victor R. Espiritu | 4/15/2021 | 4[6] | 4 | 100% | 8 Months |
| Member | Christian R. Gonzalez | 4/15/2021 | 5 | 5 | 100% | 95 months |
| Member[3] | Jose P. Perez | 4/15/2021 | 3[7] | 3 | 100% | 95 months |
| Member[4] | Diosdado M. Peralta | 10/28/2021 | 2[8] | 2 | 100% | 3 months |

(1) Served in office until 15 April 2021.
(2) Served in office from 15 April 2021 to the present.
(3) Served in office until 12 August 2021.
(4) Served in office beginning 28 October 2021 to the present.
(5) The Audit Committee had a total of 5 meetings in 2021 of which only 1 was held while Mr. Ejercito was in office.
(6) The Audit Committee had a total of 5 meetings in 2021 of which only 4 was held while Mr. Espiritu was in office.
(7) The Audit Committee had a total of 5 meetings in 2021 of which only 3 was held while Mr. Perez was in office.
(8) The Audit Committee had a total of 5 meetings in 2021 of which only 2 was held while Mr. Peralta was in office.

4. Nomination Committee
The Board organized the Nomination Committee to review and evaluate the qualifications of all persons nominated to the Board and other appointments that require Board approval and to assess the effectiveness of the Board's processes and procedures in the election or replacement of directors.  As of the date of this report, the Nomination Committee Chairman is Mr. Enrique K. Razon, Jr. who serves with Mr. Jose Eduardo J. Alarilla and Mr. Christian R. Gonzalez as members.

5. Compensation and Remuneration Committee
A Compensation and Remuneration Committee was organized by the Board to establish a formal and transparent procedure for developing a policy on remuneration of directors and officers to ensure that their compensation is consistent with the Company's culture, strategy and the business environment in which it operates.  As of the date of this report, the Compensation and Remuneration Committee Chairman is Mr. Jose Eduardo J. Alarilla, who serves with Mr. Octavio R. Espiritu and Ms. Estella Tuason-Occeña as members. The Chairman and members of the Compensation and Remuneration Committee are likewise the chairman and members of the Stock Incentive Plan Committee.

6. Executive Officers
Bloomberry's Management Team in its operating subsidiaries are responsible for the day-to-day management and operations of the casino and hotel.  The registered address of the Company's executive officers for the moment is The Executive Offices, Solaire Resort & Casino, Asean Avenue, Entertainment City, Tambo, Parañaque City, Philippines.