## EQUITY OPTION AGREEMENT

THIS EQUITY OPTION AGREEMENT (this "Agreement"), dated as of April 16, 2012 (the "Effective Date"), is entered into by and between PRIME METROLINE TRANSIT CORP., a corporation organized and existing under the laws of the Republic of the Philippines ("Grantor"), BLOOMBERRY RESORTS CORPORATION, a corporation organized and existing under the laws of the Republic of the Philippines ("BRC"), and GLOBAL GAMING PHILIPPINES LLC, a limited liability company organized and existing under the laws of the State of Delaware, U.S.A. ("Grantee").

### RECITALS

WHEREAS, Grantor owns 7,325,656,500 shares in the outstanding capital stock, par value One Philippine Peso per share, of BRC, a publicly-listed corporation organized and existing under the laws of the Republic of the Philippines with an address at Unit 601 6th Floor Ecoplaza, Chino Roces Avenue Extension, Makati City, Philippines;

WHEREAS, BRC owns one hundred percent (100%) of the issued and outstanding shares of stock of Sureste Properties Inc. ("Sureste"), a corporation organized and existing under the laws of the Republic of the Philippines with an address at 26th Floor, 139 Corporate Center Building, Valero Street, Salcedo Village, Makati City, Philippines;

WHEREAS, Sureste owns one hundred percent (100%) of the issued and outstanding shares of stock of Bloomberry Resorts and Hotels Inc. (formerly known as "Bloombury Investment Holdings, Inc.") ("Bloomberry"), a corporation organized and existing under the laws of the Republic of the Philippines with an address at Unit 601, 6th Floor Ecoplaza Building, Pasong Tamo Extension, Makati City, Philippines; and

WHEREAS, Sureste and Bloomberry, as Owners, have agreed under the Management Services Agreement dated September 9, 2011 and entered into by and among the Sureste, Bloomberry, and Grantee (the "MSA"), to grant or cause to be granted to Grantee, an option to purchase the Option Shares (as defined below), which option shall be exercisable solely in accordance with and pursuant to the terms and conditions set forth herein.

NOW, THEREFORE, the parties hereto agree as follows:

### ARTICLE I.

### DEFINITIONS AND INTERPRETATION

Section 1.1  Definitions.  For all purposes of this Agreement, except as otherwise expressly provided or unless the context clearly requires otherwise:

"Action" means any written action, appeal, petition, plea, charge, complaint, claim, suit, demand, dispute, grievance, notice, litigation, arbitration, mediation, hearing,

understandings or arrangements or other restrictions on title or transfer of any nature whatsoever.

"Facilities" has the meaning set forth in the MSA.

"Gaming Approvals" means all necessary consents, approvals or other authorizations of PAGCOR in order for Grantor to grant the Option to Grantee and for Investor to acquire and own the Option Shares without violation of Philippine Gaming Laws.

"Gaming Authority" means PAGCOR.

"Gaming Laws" means all applicable laws regulating or otherwise pertaining to casinos, legal gaming, gambling, or the conduct of gaming activities located in the Philippines.

"Governmental Entity" means any domestic or foreign court, arbitral tribunal, administrative agency or commission or other governmental or other regulatory authority or agency, including any Gaming Authority.

"Grantee" has the meaning set forth in the Preamble.

"Grantor" has the meaning set forth in the Preamble.

"Grantor's Equity Contribution" means Philippine Peso Nine Billion Two Hundred Eleven Million Eight Hundred Forty Thousand Five Hundred Fifty Six (PHP 9,211,840,556.00).

"Investor" means the company designated by the Grantee to exercise the option under this Agreement, which company shall either be (a) an entity organized and existing under the laws of the Netherlands as required to satisfy the tax structure of Grantee provided that such entity must at all times be controlled by the same individuals as Grantee; or (b) an entity that must at all times: (i) have the same set of ultimate stockholders/owners, each with the same ultimate percentage stockholdings/ownership as the stockholders/owners of the Grantee; and (ii) have the same directors and managing officers as the Grantee.

"Investor Guarantee" has the meaning set forth in Section 8.3(a).

"MSA" means the Management Services Agreement dated September 9, 2011 by and among Sureste, Bloomberry, and Grantee.

"Notice of Exercise" has the meaning set forth in Section 2.3.

"Option" has the meaning set forth in Section 2.1.

"Option Shares" means 921,184,056 shares of BRC which are listed as of the date hereof, and, to the extent that the Notice of Exercise identifies less than the

Subject to Arbitration Confidentiality Orders                                                                                       BLOOM_0082035

IN WITNESS WHEREOF, Grantor and Grantee have executed and delivered this Equity Option Agreement or have caused this Equity Option Agreement to be executed and delivered by their respective officers thereunto duly authorized, all as of the date first written above.

GRANTOR:

PRIME METROLINE TRANSIT CORP.,
a corporation organized and existing
under the laws of the Republic of the
Philippines

By: _____
Name: Jose Eduardo J. Alarilla
Title: Director

GRANTEE:

GLOBAL GAMING PHILIPPINES LLC,
a limited liability company organized and
existing under the laws of the State of
Delaware, U.S.A.

By: _____
Name: William Weidner
Title: Chief Executive Officer

BRC:

BLOOMBERRY RESORTS CORPORATION,
a corporation organized and existing
under the laws of the Republic of the
Philippines

By: _____
Name: Jose Eduardo J. Alarilla
Title: Vice Chairman

Equity Option Agreement dated April 16, 2012 by and between Prime Metroline Transit Corp., Bloomberry Resorts Corporation and Global Gaming Philippines LLC