**Bloomberry Resorts and Hotels, Inc. and
Sureste Properties, Inc.
Summary List of BOD, Stockholders and Officers
For Year 2011**

| Sureste Properties, Inc. | | Bloomberry Resorts And Hotels, Inc. | |
|---|---|---|---|
| **Board of Directors:** | | **Board of Directors:** | |
| 1. Enrique K. Razon, Jr. | | 1. Enrique K. Razon, Jr. | |
| 2. Rafael T. Durian | | 2. Jose Eduardo J. Alarilla | |
| 3. Christian R. Gonzalez | | 3. Christian R. Gonzalez | |
| 4. Edgardo Q. Abesamis | | 4. Donato C. Almeda | |
| 5. Stephen A. Paradies | | 5. Estela Tuason-Occena | |
| | | | |
| **Stockholders:** | % of Ownership | **Stockholders:** | % of Ownership |
| 1. Enrique K. Razon, Jr. | 0.02% | 1. Enrique K. Razon, Jr.* | |
| 2. Rafael T. Durian* | | 2. Jose Eduardo J. Alarilla* | |
| 3. Christian R. Gonzalez* | | 3. Christian R. Gonzalez* | |
| 4. Edgardo Q. Abesamis* | | 4. Donato C. Almeda* | |
| 5. Stephen A. Paradies* | | 5. Estela Tuason-Occena* | |
| 6. Prime Metroline Transit Corp. | 99.98% | 6. Sureste Properties, Inc. | 100.00% |
| | 100.00% | | 100.00% |
| | | **Executive Committee:** | |
| | | 1. Enrique K. Razon, Jr. | |
| | | 2. Jose Eduardo J. Alarilla | |
| | | 3. Donato C. Almeda | |
| | | 4. Estela Tuason-Occena | |
| | | | |
| **Officers:** | | **Officers:** | |
| 1. Enrique K. Razon, Jr. - Chairman & CEO | | 1. Enrique K. Razon, Jr. - Chairman & CEO | |
| 2. Jose Eduardo J. Alarilla -President | | 2. Jose Eduardo J. Alarilla -Dir/President | |
| 3. Donato C. Almeda - COO | | 3. Donato C. Almeda - DIR/COO | |
| 4. Estela Tuason-Occena - Treasurer | | 4. Estela Tuason-Occena - Dir/Treasurer | |
| 5. Svahn F. Rivas - HRD | | 5. Svahn F. Rivas - HRD/Adm Manager | |
| 6. Gerard Angelo Emilio J. Festin - Controller | | 6. Gerard Angelo Emilio J. Festin - Controller | |
| 7. Antonio G. Coronel - Purchasing Head | | 7. Antonio G. Coronel - Purchasing Manager | |
| 8. Marc Dominique Palaroan - Project Manager | | 8. Marc Dominique Palaroan - Project Manager | |
| 9. Marites S. Castro - Asst.Mgr. - Audit & Compliance | | 9. Marites S. Castro - Asst.Mgr. - Audit & Compliance | |
| 10. Mariel B. Zamora - Asst. Mgr -Purchasing | | 10. Mariel B. Zamora - Asst. Mgr -Purchasing | |
| 11. Silverio Benny J. Tan - Corp. Secretary | | 11. Silverio Benny J. Tan - Corp. Secretary | |

* Owns one (1) share to qualify as a director.

CONFIDENTIAL

Ainsworth Decl. Ex. 24

GGAM-SDNY-0453681