CONFIDENTIAL

IN THE MATTER OF AN ARBITRATION UNDER THE RULES OF THE
UNITED NATIONS COMMISSION ON INTERNATIONAL TRADE LAW (2010)

BETWEEN

GLOBAL GAMING PHILIPPINES LLC

and

GGAM NETHERLANDS B.V.

(*CLAIMANTS*)

- versus -

BLOOMBERRY RESORTS AND HOTELS INC.

and

SURESTE PROPERTIES, INC.

(*RESPONDENTS*)

---

SUPPLEMENTAL DECLARATION OF ENRIQUE K. RAZON

---

September 4, 2015

CONFIDENTIAL

license. But we did want a different form than what was reflected in the first draft – where the owner builds, equips and funds the facility and steps back after giving the key to the manager, to one where the manager must work with the management team and the owner has the ability to step in when he sees something goes wrong.

10. Bill now questions why a "sophisticated businessman" like myself could believe that this first draft would be the "governing document of our partnership." As I previously explained, at the beginning of our negotiations, we did not envision that we would enter into two separate agreements, one with respect to management of Solaire and one with respect to the equity option. Instead, we envisioned one governing document.

11. The equity option was something I offered to Bill as consideration for the management relationship. We did not need a US$ 37 million investment. We had already raised hundreds of millions of dollars through a BDO loan facility and were prepared to embark on a top-up offering. GGAM waited until construction of Solaire was finished and Solaire was ready to open before they exercised the option. They incurred no risk.

I am appalled by GGAM's position that the option shares were given by Prime Metroline which is not a party to the Management Services Agreement and it therefore cannot get back the Shares. The reality was different, as everyone on the GGAM side was well aware. We were in a business deal that was ongoing and fluid, as business deals often are. We anticipated in the MSA that the specific corporate entities that might be involved with the option would be different than the parties to the MSA, but we hadn't at that time worked out all those details. This is usual. Everyone knew what the deal in substance was, and the vehicles by which the deal would be brought about weren't important from a business perspective and shouldn't be given some exaggerated importance in the arbitration. There never would have been any option for GGAM to purchase shares without the MSA, and there are reasons why Prime Metroline was ultimately used, but none of that should obscure the deal that was struck. If we want to be legalistic here, the GGAM that signed the Management Services Agreement is a shell company with nominal capital and was established to provide services only to Solaire. As such, GGAM cannot claim the "reputation" that Bill, Brad and Garry are now claiming were tarnished by our terminating the Management Services Agreement here.

12. The absence of any real risk to GGAM is even more apparent now that I know that Cantor Fitzgerald fully funded the strike price for the Shares as a "capital contribution" to GGAM. I recall that Cantor and its lawyers continued to try to get involved in the negotiations of the project agreements, in particular the equity option agreement and the participation agreement. We were informed at the time that Cantor provided some funding and administrative services, but it was never said that Cantor was the "parent" of GGAM or anything like that, though I know that is now said in the arbitration. I would not have had an interest in a deal with GGAM had I understood the company that way, instead of the way that GGAM was presented to me.

GGAM-SDNY-0378445

IN WITNESS WHEREOF, I have hereunto set my hand this 28th day of August 2015 in Makati City.

ENRIQUE K. RAZON, JR.

SUBSCRIBED AND SWORN to before me, this 28th day of August 2015, by Enrique K. Razon, Jr., who exhibited to me his Passport with No.  EB8438728 expiring on 19 June 2018.

Doc. No. 71 ;
Page No. 16 ;
Book No. 14 ;
Series of 2015.

VAL CHRISTIAN T. SULTAN
Appointment No. M-520
Notary Public for Makati City
Until December 31, 2015
Penthouse, Liberty Center
104 H.V. dela Costa Street, Makati City
Roll of Attorneys No. 63638
PTR No. 4754667 / Makati City / 01-06-2015
IBP No. 979433 / Makati City / 01-05-2015

- 9 -

GGAM-SDNY-0378451