IN THE MATTER OF AN ARBITRATION UNDER THE RULES OF THE UNITED NATIONS COMMISSION ON INTERNATIONAL TRADE LAW (2010)

BETWEEN

GLOBAL GAMING PHILIPPINES LLC

and

GGAM NETHERLANDS B.V.

(*CLAIMANTS*)

- versus -

BLOOMBERRY RESORTS AND HOTELS INC.

and

SURESTE PROPERTIES, INC.

(*RESPONDENTS*)

---

DECLARATION OF GERARD ANGELO EMILIO J. FESTIN

---

July 15, 2014

Ainsworth Decl. Ex. 31

GGAM-SDNY-0277584

REPUBLIC OF THE PHILIPPINES)
MAKATI CITY                         ) S.S.

# DECLARATION

I, Gerard Angelo Emilio J. Festin, of legal age and a resident of 15 Corregidor St. Tierra Nueva Village, Muntinlupa City, Philippines, after having been sworn in accordance with law hereby depose and state:

1. I submit this declaration ("Declaration") in the above-captioned Arbitration between Claimants Global Gaming Philippines LLC and GGAM Netherlands B.V. (together, "GGAM") and Respondents Bloomberry Resorts and Hotels, Inc. ("Bloomberry") and Sureste Properties, Inc. ("Sureste") (collectively, "Bloomberry"). I make this declaration in support of Bloomberry's Response to GGAM's Request for Interim Measures (the "Interim Measures Request").

## Personal Background

2. I am an Accounting graduate of San Beda College and a Certified Public Accountant in the Philippines. I worked with Sycip, Gorres, Velayo & Co. from 1992 to 2000 and reach the level of an audit manager. I spent the next 5 years in Pilipinas Makro, Inc. as a Senior Accounting Manager. In November 2005, I joined International Container Terminal Services, Inc. ("ICTSI") as the Corporate Accounting Manager. I am the Controller for various companies (excluding ICTSI) of Mr. Enrique K. Razon Jr., and I currently hold the position of Corporate Controller for Bloomberry. My immediate boss is Ms. Estela T. Occena, the chief finance officer of many of Mr. Razon's companies.

3. As Corporate Controller for Bloomberry, my main responsibility is external financial reporting, which includes, among others, statutory reporting with the Bureau of Internal Revenue (BIR), the Securities and Exchange Commission ("SEC"), and the Philippine Stock Exchange ("PSE"). I also provide support services to the various efforts of Bloomberry to raise funds for its Solaire Resort & Casino ("Solaire") through borrowings and share issues.

GGAM-SDNY-0277585

## Funding for the Solaire Resort & Casino

4. Bloomberry was able to secure project financing for Solaire before GGAM entered the picture. On January 24, 2011, Sureste and Bloomberry obtained a Php 9.87 billion (US$211.2 million)[1] seven-year term loan facility from Banco de OroUnibank, Inc. ("BDO") to finance the construction of Solaire. This financing was to cover, among other things, the purchase of furniture, fixtures and equipment, as well as the payment of consultants. On April 4, 2012, the loan agreement with BDO was amended to increase the loan amount by an additional Php 4.73 billion (US$110.0 million). So the aggregate loan facility for Sureste was Php12.35 billion (US$281.1 million) as of December 31, 2012.

5. In March 2013, the loan agreement was amended a second time to provide for an additional Php 14.3 billion (US$332.6 million) loan facility with BDO Unibank Inc., China Banking Corp., and Philippine National Bank as the expansion lenders. So the total project financing raised by Bloomberry at that time was Php 26.65 billion (US$ 613.7 million).

## Backdoor Listing of Bloomberry and Sureste

6. When the Management Services Agreement (MSA) was executed on September 9, 2011, Solaire was owned by Sureste and Bloomberry. Mr. Razon owned Sureste, which, in turn, owned Bloomberry, and it was effectively Mr. Razon, through Sureste and Bloomberry, who granted GGAM the equity option. On September 30, 2011, Mr. Razon transferred his shares in Sureste to Prime Metroline Transit Corporation (later renamed Prime Metroline Holdings Inc. ("Prime Metroline")).

7. Sometime in July 2011, we received instructions from Mr. Razon to identify a dormant listed company which can be acquired for a backdoor listing of Solaire. A "back door

---

[1] Php7.62 billion (US$163.0 million) for Sureste and Php2.25 billion (US$48.2 million) for Bloomberry.

GGAM-SDNY-0277586

11. Bloomberry's top-up offering generated a net proceed of Php 9.27 billion (US$214.1 million). Major investors in Bloomberry's top-up offering, including Capital Research, Fidelity, and Black Rock, were also investors in ICTSI.

12. By April 2012 when Bloomberry signed the equity option agreement that was provided for under the MSA, the grant of the equity option had to be transferred to BRC as the listed parent company of Bloomberry and Sureste. Acquiring the shares of a listed company (instead of a private company) provides the following benefits: (a) the shares are liquid and easily tradable through the stock market; (b) the tax on transfer is reduced to 1/2 of 1% of the transaction price instead of 10% of gain; (c) there is no documentary stamp tax on the sale through the stock market; (d) there is a market price established for the shares in the stock market. Listed shares are therefore more valuable than unlisted shares.

13. I attest to the truth of the foregoing.

IN WITNESS WHEREOF, I have hereunto set my hand this 15th day of July 2014 in Makati City.

Gerard Angelo Emilio J. Festin

SUBSCRIBED AND SWORN to before me, this 15th day of July 2014, by Gerard Angelo Emilio J. Festin, who exhibited to me his Driver's License with No. N04-01-476908 expiring on 20th day of May 2015.

Doc. No.: 319
Page No.: 72
Book No.: V
Series of 2014.

FATIMA FAYE C. RADLOCON
Appointment No. M-880
Notary Public for Makati City
Until December 31, 2015
Penthouse, Liberty Center
104 H.V. dela Costa Street
Salcedo Village, Makati City
Roll of Attorneys No. 60090
PTR No. 4336636 Makati City/01-03-2014
IBP No. 945369/01-03-2014/RSM

4

GGAM-SDNY-0277588