Page 1

```
 1
 2
 3
 4
 5
 6
 7
 8
 9   Name of File:        BRHI_0023885
10   Length of File:      00:58:06
11   Speakers:            5
12   Date:                2012-11-14
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   to Bloomberry of--GGAM or G-G-A-M?
 2               BRAD STONE: GGAM, we call it.
 3               PERSON 1: GGAM, okay, of GGAM, given
 4   you were only in the game for two and a half
 5   years, albeit your experience, et cetera, but
 6   presumably he could have had a joint venture with
 7   an existing well-known operator.
 8               ESTELA TUASON-OCCENA: Mr. Razone is--
 9   yeah, excuse me, but Mr. Razone doesn't want to
10   relinquish control. As of now, he owns 70
11   percent, even after GGAM exercises their option.
12   You do a deal with someone like Wynn, definitely,
13   he has to sell more than--he has to relinquish
14   control--
15               BRAD STONE: And then he gets Steve
16   Wynn.
17               [LAUGHTER]
18               PERSON 1: Yeah, and his guys, you're
19   (INAUDIBLE 00:10:32).
20               ESTELA TUASON-OCCENA: Or we were
21   talking before with a backer, he wanted 60
22   percent, so that didn't fly. Mr. Razone said no.
23   So he's really looking for the brains, the ones
24   who have the experience, the expertise, and GGAM
25   was the perfect--
```