| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 9 | 9 | 9 | 0 | 4 | 8 | 6 | 4 | | | |

SEC Registration Number

**BLOOMBERRY RESORTS CORPORATION**

(Company's Full Name)

**THE EXECUTIVE OFFICES, SOLAIRE RESORT & CASINO, 1 ASEAN AVENUE, ENTERTAINMENT CITY, BARANGAY TAMBO, PARAÑAQUE CITY**

(Business Address: No. Street City/Town/Province)

| JONAS R. RAMOS | 8883-8921 |
|---|---|
| (Contact Person) | (Company Telephone Number) |

| 1 2 | 3 1 | | SEC Form I-ACGR | | Third Thursday of April |
|---|---|---|---|---|---|
| Month | Day | | (Form Type) | | Month   Day |
| (Fiscal Year) | | | | | (Annual Meeting) |

**N/A**
(Secondary License Type, If Applicable)

| **SEC-CGFD** | | **N/A** |
|---|---|---|
| Dept. Requiring this Doc. | | Amended Articles Number/Section |

Total Amount of Borrowings

| **100** (as of 30 April 2021) | | **N/A** | **N/A** |
|---|---|---|---|
| Total No. of Stockholders | | Domestic | Foreign |

--------------------------------------------------
To be accomplished by SEC Personnel concerned

File Number

LCU

Document ID

Cashier

STAMPS

Remarks: Please use BLACK ink for scanning purposes.

Ainsworth Decl. Ex. 35

GGAM-SDNY-0051149

| | | | |
|---|---|---|---|
| | | %20Amended%20Manual%20on%20Corporate%20 Governance%20-%202017.pdf | |
| **Optional: Recommendation to 2.6** | | | |
| 1. Company uses professional search firms or other external sources of candidates (such as director databases set up by director or shareholder bodies) when searching for candidates to the board of directors. | Non-Compliant | | The selection of Directors is the prerogative of the controlling shareholders who nominate them. This is not a Board Matter. This is a stockholders' matter. |
| **Recommendation 2.7** | | | |
| 1. Board has overall responsibility in ensuring that there is a group-wide policy and system governing related party transactions (RPTs) and other unusual or infrequently occurring transactions. | Compliant | A. MCG Sec. 2.6. Functions and Duties of the Board (page 12) provides: "The Board shall formulate and implement policies and procedures that would ensure group-wide the integrity and transparency of related party transactions (RPT) especially those which are over certain thresholds of materiality, between and among the corporation and its parent company, joint ventures, subsidiaries, associates, affiliates, major stockholders, officers and directors including their spouses, children and dependent siblings and parents, and interlocking director relationships by members of the Board to protect the interest of the Corporation.. The Related Party Transaction Policy shall include the appropriate review and approval of material or significant RPTs, which guarantee fairness and transparency of transactions. The Board shall constitute a Related party Transaction Committee to oversee the RPT Policy. (R 2.7)" http://bloomberry.ph/file-manager/file-manager/Manual%20on%20Corporate%20Governa | |