This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://online.wsj.com/articles/razon-moves-quickly-from-ports-to-resorts-1416769883

# Razon Moves Quickly, From Ports to Resorts

Philippine Billionaire Takes Undemocratic Approach to Running Two Big Businesses

By Jake Maxwell Watts

Nov. 23, 2014 2:11 pm ET

Frank and to the point, Enrique K. Razon Jr., the Philippines's third-richest man, isn't afraid to admit that his management style at the country's largest port operator and one of its largest resorts developers isn't democratic.

Mr. Razon has a net worth of US$5.2 billion, according to Forbes, and is chairman and president of Manila-listed International Container Terminal Services Inc. and chairman of Bloomberry Resorts Corp.

Ainsworth Decl. Ex. 36

GGAM-SDNY-0102704

infrastructure in the Philippines.

Edited excerpts:

**WSJ:** How would you describe your management style?

**Mr. Razon:** Not democratic. Things filter up to me and I make decisions right away. Quickly. Most often unilaterally.

Managing the resort is much more complicated from a headquarters point of view because you're dealing with people. In the port business you're dealing with containers and ships. Containers don't complain even if you drop them. There's only two kinds [of people]—those who have suggestions and those who complain.

**WSJ:** What plans do you have to expand ICTSI as a business?

**Mr. Razon:** We are looking to expand on our [Manila] yard capacity by 10%-15%. We need to store more containers. On the berth side if it's a normal situation we have more than enough capacity as it is.

Africa is a very good place for us. There is very little competition and they need the investment badly. Bottom line: Returns are best there with high yields in the handling business. To handle a box in our terminal in Yantai, [China], we charge about $45-$50. The same container in Africa easily goes for $200-$250.

**WSJ:** How important do you think it is for the Philippines to build new infrastructure?

**Mr. Razon:** There's no choice. It is a structural constraint. We're still growing at about 6.5% to 7% but we'll hit a ceiling very shortly I think. The single most important thing for the Philippines right now is a new airport at Manila. This administration has the most liquidity of any ever. The government has a lot of money and they can afford to do it.

**WSJ:** There is some speculation that ICTSI is negotiating with Hutchison Port Holdings about a possible joint venture in Australia. What's the latest?

Mr. Razon: We've been talking but nothing has come of it yet. There is some logic for the three terminals having a tie-up—Sydney, Melbourne and Brisbane—but it's not a necessity for us. The talks are more or less between me and the CEO—'it's a good idea, maybe we should talk'—that's about it.

GGAM-SDNY-0102706