| | |
|---|---|
| **From:** | Occena, Estela T. [EOccena@ICTSI.com] |
| **Sent:** | Monday, May 14, 2012 7:49:04 AM |
| **To:** | Garry Saunders |
| **CC:** | Razon, Enrique K.; Brad Stone; Michael French; Chito Alarilla; Natoy Almeda |
| **Subject:** | Organizational Structure |

Garry,

Mr. Razon has noticed and decided to immediately correct the oversight in our organizational structure whereby the CFO reports to the COO. Consistent with customary practice and Mr. Razon's management of all his companies, finance and operations are always separately managed by the CEO.

Effective May 15, 2012, the CFO shall report directly to the CEO.

Regards,
Estela Tuason-Occena
Sent from my iPad
ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.