# Bloomberry Resorts Corporation

15 January 2014

**PHILIPPINE STOCK EXCHANGE**
Philippine Stock Exchange Plaza
Ayala Triangle, Ayala Avenue, Makati City

Attention:      Janet A. Encarnacion
                Head, Disclosure Department

Re:             Bloomberry Resorts Corporation ("BLOOM")

Gentlemen:

Further to the disclosures made by BLOOM on 12 September 2013 and 13 September 2013 in connection with the termination by Bloomberry Resorts and Hotels Inc. ("BRHI") and Sureste Properties, Inc. ("Sureste") of its Management Services Agreement with Global Gaming Philippines LLC ("GGAM") and submission of the matter to arbitration, we would like to request for a voluntary trading suspension of BLOOM shares starting on Thursday, 16 January 2014 up to Thursday, 23 January 2014 in light of the sale by GGAM of all its shares in BLOOM amounting to approximately 8.70% of the total outstanding shares of BLOOM (the "GGAM Shares"). These GGAM Shares are the subject of the counterclaim of BRHI and Sureste against GGAM in the said arbitration proceeding.

We need to clarify the impact of the arbitration on the sale of the GGAM Shares and confirm that the buyers of the GGAM Shares will not be affected by the arbitration claim. Furthermore, we would like to allow the investing public to absorb and fully understand the impact of said transaction, hence this request.

Very truly yours,

**BLOOMBERRY RESORTS CORPORATION**
By:

SILVERIO BENNY J. TAN
Corporate Secretary

Ainsworth Decl. Ex. 38

BLOOM_0030428