# SECURITIES AND EXCHANGE COMMISSION
## SEC FORM 17-C

**CURRENT REPORT UNDER SECTION 17
OF THE SECURITIES REGULATION CODE
AND SRC RULE 17.2(c) THEREUNDER**

1. Date of Report (Date of earliest event reported)
   Sep 28, 2016
2. SEC Identification Number
   A1999-04864
3. BIR Tax Identification No.
   204-636-102
4. Exact name of issuer as specified in its charter
   Bloomberry Resorts Corporation
5. Province, country or other jurisdiction of incorporation
   Philippines
6. Industry Classification Code(SEC Use Only)

7. Address of principal office
   The Executive Office, Solaire Resort & Casino, 1 Asean Avenue, Entertainment City, Barangay Tambo, Paranaque City
   Postal Code
   1701

8. Issuer's telephone number, including area code
   (02) 8838920
9. Former name or former address, if changed since last report
   Unit 601, 6th Floor Ecoplaza Bldg., Chino Roces Avenue Ext., Makati City
10. Securities registered pursuant to Sections 8 and 12 of the SRC or Sections 4 and 8 of the RSA

| Title of Each Class | Number of Shares of Common Stock Outstanding and Amount of Debt Outstanding |
|---|---|
| Unclassified Shares | 11,001,717,025 |

11. Indicate the item numbers reported herein
    Other events

The Exchange does not warrant and holds no responsibility for the veracity of the facts and representations contained in all corporate disclosures, including financial reports. All data contained herein are prepared and submitted by the disclosing party to the Exchange, and are disseminated solely for purposes of information. Any questions on the data contained herein should be addressed directly to the Corporate Information Officer of the disclosing party.

# Bloomberry Resorts Corporation
# BLOOM

## PSE Disclosure Form 4-26 - Legal Proceedings
*References: SRC Rule 17 (SEC Form 17-C) and Section 4.4 of the Revised Disclosure Rules*

**Subject of the Disclosure**

Disclosure of Partial Award on Liability

**Background/Description of the Disclosure**

The Arbitral Tribunal hearing the dispute between Bloomberry Resorts and Hotels Inc. (BRHI) and Sureste Properties Inc. (SPI) and Global Gaming Philippines LLC (GGAM) in Singapore has issued a Partial Award on Liability

| | |
|---|---|
| Name of the court or agency in which the proceedings are pending | Arbitration Tribunal |
| Date Instituted | Sep 13, 2013 |
| Docket Number | N/A |

**Principal Parties**

Bloomberry Resorts and Hotels, Inc. and Sureste Properties, Inc. vs. GGAM

**Nature and description of the legal proceedings**

GGAM-SDNY-0051862

Bloomberry Resorts Corporation (BRC) as parent company of Bloomberry Resorts and Hotels Inc. (BRHI) and Sureste Properties Inc. (SPI), the owners and operators of Solaire Resort & Casino, hereby disclose that the Arbitral Tribunal hearing the dispute between BRHI and SPI and Global Gaming Philippines LLC (GGAM) in Singapore has issued a Partial Award on Liability dated September 20, 2016. The Partial Award provided the following:

1. It declared that GGAM has not mislead BRHI/SPI (Respondents) into signing the Management Services Agreement (MSA), and Respondents were not justified to terminate the MSA because the services rendered by the Respondents Management Team should be considered as services rendered by GGAM under the MSA.

2. The Tribunal rejected GGAM's claim that GGAM was defamed by the publicized statements of the Chairman of BRHI/SPI.

3. There is no basis for Respondents to challenge GGAM's title to the 921,184,056 BRC shares because the grounds for termination were not substantial and fundamental, thus GGAM can exercise its rights in relation to those shares, including the right to sell them.

4. The Tribunal reserved its decision on reliefs, remedies and costs to the Remedies Phase which is to be organized in consultation with the Parties.

5. The Arbitral Tribunal reserved for another order its resolution on the request of GGAM: (a) for the Award to be made public, (b) to be allowed to provide a copy of the Award to Philippine courts, government agencies and persons involved in the sale of the shares, and (c) to require BRHI/SPI and BRC to inform Deutsche Bank AG that they have no objection to the immediate release of all dividends paid by BRC to GGAM.

BRHI and SPI were advised by Philippine counsel that an award of the Arbitral Tribunal can only be enforced in the Philippines through an order of a Philippine court of proper jurisdiction after appropriate proceedings taking into account applicable Philippine law and public policy.

| The effect(s) on the issuer's business or operations, if any |
| --- |
| None. |

| Other Relevant Information |
| --- |
| None. |

Filed on behalf by:

| Name | Silverio Benny Tan |
| --- | --- |
| Designation | Corporate Secretary |

GGAM-SDNY-0051863