

January 20, 2014

**Mr. William P. Weidner**
**CEO, Global Gaming Philippines, LLC**

**Atty. John Maynard G. Atotubo**
**Senior Partner, Puno & Puno Law Offices**
12th Floor, East Tower
Philippine Stock Exchange Centre
Exchange Road, Ortigas Center
Pasig City

Re:     **Voluntary Trading Suspension of**
        **Bloomberry Resorts Corporation**

Gentlemen,

We write in response to your letter dated January 16, 2014, which we received on even date, regarding the voluntary trading suspension on the shares of Bloomberry Resorts Corporation ("BLOOM").

To give you a background on the matter, on January 16, 2014, the Exchange received a written request from BLOOM dated January 15, 2014 to suspend the trading of its shares for six (6) days, or from January 16, 2014 to January 24, 2014. As basis for its request, BLOOM cited the pending arbitration proceeding between Bloomberry Resorts and Hotels, Inc. ("BRHI") and Sureste Properties, Inc. ("Sureste"), on one hand, and Global Gaming Philippines LLC ("GGAM"), on the other, and the sale by GGAM of its shares in BLOOM (the "GGAM Shares"), which amounts to an 8.7% stake in BLOOM. According to BLOOM, the GGAM Shares are subject of the counterclaim of BRHI and Sureste against GGAM in the arbitration proceeding. BLOOM claimed that the investing public needed time to absorb and understand the impact of the arbitration on the sale of the GGAM Shares.

Given the apparent price-sensitive nature of the information conveyed in BLOOM's request, the Exchange approved the voluntary trading suspension of BLOOM shares on January 16, 2014.

Nevertheless, the Exchange sought clarification from BLOOM regarding the aforementioned arbitration case. Based on subsequent letters sent by BLOOM, the Exchange found that the dispute subject of the arbitration proceeding is an intracorporate dispute and that the voluntary trading suspension effectively prevents the <u>prospective</u> sale of the GGAM Shares in anticipation of a favorable ruling in the arbitration proceeding. Moreover, while BLOOM's real interest lay only with preventing the disposition of the GGAM Shares, the suspension of the trading of <u>all</u>

Philippine Stock Exchange Plaza Ayala Triangle, Ayala Avenue, Makati City 1226
Tel. No.: +632 819 4100  Fax No.: +632 891 9004  Website: http://www.pse.com.ph

Ainsworth Decl. Ex. 45

Subject to Arbitration Confidentiality Orders                    BLOOM_0081799

of BLOOM's shares stands to prejudice the interests of BLOOM's stockholders as well as the investing public.

Given that this situation was not contemplated by the Exchange's policies on voluntary trading suspension, the Exchange promptly lifted the trading suspension on BLOOM shares the following day, or on January 17, 2014.

Today, the Exchange received an order in the case entitled "Bloomberry Resorts and Hotels, Inc., Sureste Properties Inc., and Prime Metroline Holdings, Inc. vs. Global Gaming Philippines LLC, Deutsche Regis Partners, Inc., Philippine Stock Exchange, Inc. and John Does (SP. Proc. No. M-7567)" from Branch 66 of the Regional Trial Court of Makati City ("RTC") restraining the disposition of the GGAM Shares for a 20-day period, effective immediately.

In view of the foregoing and despite the lifting of the trading suspension on BLOOM shares, the GGAM Shares cannot be disposed of over the Exchange for a 20-day period as directed by the order of the RTC.

We trust that the foregoing sufficiently addresses your concerns.

Very truly yours,

*Hans B. Sicat*

HANS B. SICAT
President and CEO

Subject to Arbitration Confidentiality Orders

BLOOM_0081800