```
IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
      ON INTERNATIONAL TRADE LAW (2010)
```

B E T W E E N

**GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.**

Claimants

- and -

**BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.**

Respondents

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

Tuesday, 20 October 2015

---

**Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)**
Appeared on behalf of the Claimants

**Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)**
Appeared on behalf of the Respondents



DTI Corporation Pte. Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +65 6653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com

Ainsworth Decl. Ex. 49

```
 1   14.28        provide the money?
 2          A.    Well, we knew Cantor was there.  Nobody told me that
 3                Cantor was putting the money but still, is that the
 4                question?
 5          Q.    Yes, sir.
 6          A.    I didn't know.
 7          Q.    Now, as you know, Mr Razon, following the initiation
 8                of these proceedings, there were also proceedings in
 9                the Philippine courts, you're aware of that?
10          A.    Yes.
11          Q.    And as a result of those proceedings, there was an
12                injunction issued by the Philippine court; is that
13                correct?
14          A.    Yes, I believe so.
15          Q.    And that was at the behest of your companies,
16                correct?
17          A.    Of Prime.
18          Q.    Well, it was Prime and Sureste and BRHI and BRC,
19                correct?
20          A.    Yes.
21          Q.    So all four of the companies?
22          A.    That's right.
23          Q.    And you directed that effort, sir?
24          A.    Yes, I did.
25          Q.    And thereafter, there was a proceeding in front of
```