*Court Copy*

JAN 26 2023

*presey 11:50am*



# Milestone Guaranty and Assurance Corp.
(formerly Eastern Assurance & Surety Corporation)
2654 Leveriza (Saygan) Street, Malate, Manila, 1004 P.O. Box 3692 Manila
Tel. No.: (02) 353-8024 (Connecting all departments) Fax : 523-7775
E-mail: milestoneguaranty@yahoo.com

NO. 3563

## BOND ENDORSEMENT  № 3563

| Bond No | Date Issued | Kind of Bond | Terms of Bond |
|---|---|---|---|
| JCL(4) 13-0005 | FEBRUARY 27, 2014 | ATTACHMENT BOND | ONE (1) YEAR |

| Principal | Address |
|---|---|
| BLOOMBERRY RESORTS AND HOTELS, INC., ET. AL. | |

| Obligee | Address |
|---|---|
| RTC BR. 66 MAKATI CITY   CIVIL CASE NO. | JUSTICE HALL MAKATI CITY |

Endorsements/s Alterations, etc.      SP. PROC. NO. M-7567

IT IS HEREBY DECLARED AND AGREED THAT THE
TERM OF THIS BOND IS EXTENDED FOR ANOTHER
PERIOD OF ONE (1) YEAR. THAT IS :

    FROM  :  FEBRUARY 27, 2023
    TO    :  FEBRUARY 27, 2024

IN CONSIDERATION OF THE FOREGOING, THE
PRINCIPAL IS HEREBY CHARGED RENEWAL
PREMIUM AND OTHER CHARGES FOR THE ONE
(1) YEAR EXTENSION PERIOD.

| | Amount of Bond | Premium | |
|---|---|---|---|
| Nothing herein contained shall be held to vary. After waive or change any of the terms, limits or conditions of the Bond except as here, above set forth. | PHP700,000,000.00 | xxx | |
| | Reduced to | Reduced to | Ret Premium |
| | | xxx | xxx |
| | Increased to | Increased to | Additional Premium |
| | | xxx | xxx |
| This endorsement is effective as of *inception date* Attached to and forming part of MGAC Bond No JCL(4) 13-0005 | | Additional Doc. Stamps xxx | Total Amount-Due xxx |

MILESTONE GUARANTY AND ASSURANCE CORPORATION

By: ...... CELSO N. SARTO ......      Principal ......
     EVP/COO

Documentary Stamps in the amount ₱ ................ are affixed to the Office Copy.
    Science Stamps ................

CERTIFIED TRUE COPY
ATTY. JOHN IVAN B. TABLIZO
Clerk of Court V

Tel. No.: (02) 353-8024 (Connecting all departments) • Fax : 523-7775 • E-mail: info@milestoneguaranty.com

Ainsworth Decl. Ex. 52



# Milestone Guaranty and Assurance Corp.

## RENEWAL NOTICE

January 26, 2023

BLOOMBERRY RESORTS AND HOTELS, INC.,
SURESTE PROPERTIES INC., AND PRIME
METROLINE HOLDINGS, INC.

Subject :   Attachment Bond No.    : JCL (4) 13-0005
            Amount                 : Php 700,000,000.00
            Date Issued            : February 27, 2014
            "Bloomberry Resorts & Hotels, inc., Sureste Properties Inc., & Prime Metroline Holdings, Inc" Petitioner/s vs. "Global Gaming Philippines LLC, Deutsche Regis Partners, Inc., Philippine Stocks Exchange Inc., and John Does", Respondent/s
            Civil Case No.         : SP. PROC. No. M-7567
            RTC – Branch 66, Makati City

Dear Atty. Robel Lomibao

Please be informed that the subject Attachment Bond will expire on February 27, 2023. Hence, you are hereby directed to pay or remit the premium, taxes and other charges to cover the period from February 27, 2023 to February 27, 2024.

Kindly understand that as your surety or Bonding Company, we have the right to move for the cancellation of the said Attachment Bond pursuant to **OCA CIRCULAR NO. 102-2015** issued by the Office of the Court Administrator, Supreme Court of the Philippines, pertinent provisions of which read as follows:

> "xxx
>
> If the surety seeks to be discharged from its obligation because of the failure/refusal of the accused/defendant/s to pay premium it shall make the same notice within ten (10) days from the occurrence of such fact and the court shall decide accordingly.
>
> xxx"

Therefore, in order to effect the continuation of your bond for another one (1) year, we are expecting your payment to the renewal premium within ten (10) days from receipt hereof. Otherwise, much to our regret, we shall proceed with the filing of appropriate motion with the Court for the immediate cancellation of our said Attachment Bond which will surely effect your standing in Court.

We hope you will give this matter your utmost preferential attention.

Very truly yours,

MILESTONE GUARANTY AND ASSURANCE CORP.
By:

SAMUEL A. BAUI
Authorized Signatory/ Bonds

CERTIFIED TRUE COPY
ATTY. JOHN IVAN B. TABLIZO
Clerk of Court V

Cc: RTC Br. 66, Makati City

2654 Leveriza (Saygan) Street, Malate, Manila, 1004 • P.O. Box 3692 Manila •
Tel. No.: (02) 353-8024 (Connecting all departments) • Fax : 523-7775 • E-mail: info@milestoneguaranty.com