CONFIDENTIAL

July 1, 2016

Collingwood USA Inc.
Office of the Chairman
3rd Floor ICTSI Admin Building
South Access Road, MICT
Port of Manila, Philippines
Attention: Enrique K. Razon, Jr.

Somerset Minerals II LLC
14860 Montfort Drive, Suite 209
Dallas, Texas 75254
Attention: Michael Allen

    Re: Final Settlement of Arbitration Proceedings

Dear Mr. Razon and Mr. Allen:

  Reference is hereby made to that certain (i) Amended and Restated Limited Liability Company Agreement of Mesa Appalachian LLC dated October 16, 2014 (the "**Company Agreement**"), by and among Mesa Appalachian LLC (the "**Company**"), BPMH - II LLC ("**New BP II**"), BPMH - III LLC ("**New BP III**"), Somerset Minerals II LLC ("**New Somerset**"), and Collingwood USA Inc. ("**CUSA**"), and (ii) Subscription Agreement dated October 16, 2014 (the "**Subscription Agreement**"), by and among Company, New BP II, New BP III, New Somerset, and CUSA. Unless otherwise indicated, capitalized terms used but not defined herein shall have the meanings given to them in the Company Agreement.

  Reference is further hereby made to that certain (A) Confidential Settlement Agreement and Release dated as of July 1, 2016 (the "**Arbitration Settlement**"), by and among (1) BRC Minerals LP, BRC Appalachian Minerals I LLC and Bluescape Resources Company, (2) BP Mineral Holdings II LLC f/k/a BP Mineral Holdings II LP, and BP Mineral Holdings III, LLC f/k/a BP Mineral Holdings III LP, and (3) Somerset Minerals LLC f/k/a Somerset Minerals LP, and (B) Confidential Cooperation and Non-Disparagement Agreement dated as of July 1, 2016 (the "**Non-Disparagement Agreement**"), by and among (1) Bluescape Resources Company ("**Bluescape**"), (2) C. John Wilder, individually and as Executive Chairman of Bluescape Resources Investors LLC, the Managing Member of Bluescape, (3) BP Capital LP ("**BP Capital**"), and (4) T. Boone Pickens.

  As a material inducement to New BP II and New BP III to execute and deliver the Arbitration Settlement and the Non-Disparagement Agreement, and to agree to become bound by the respective terms thereof, and for other good and valuable consideration, the

*Side Letter Agreement*
*1852732v.2 0102101/00001*

SRE_0028661
GGAM-SDNY-0455101

CONFIDENTIAL

If the foregoing is acceptable to you, please so indicate by returning a duly authorized and executed copy of this letter agreement to the undersigned.

Sincerely,

**BPMH - II LLC**
**BPMH - III LLC**

By : _____
T. Boone Pickens, Manager

*ACKNOWLEDGED AND AGREED*:

**COLLINGWOOD INVESTMENT COMPANY LIMITED**

By : _____/s/_____
Jose Eduardo J. Alarilla, Director

**SOMERSET MINERALS II, LLC**

By : _____
Michael Allen, Manager

*Side Letter Agreement*
*1852732v.2 0102101/00001*

SRE_0028664
GGAM-SDNY-0455104