

# MANUAL OF CORPORATE GOVERNANCE

BLOOMBERRY RESORTS CORPORATION

- 1 -

Ainsworth Decl. Ex. 59

BLOOM_0030689

2.8.3 The Corporation may provide for an auditor or any other officer designated by the Board, or the Audit Committee through which the Board, senior management and stockholders may be provided with reasonable assurance that its key organizational and procedural control are effective, appropriate and complied with. The auditor and/or Audit Committee shall be guided by the International Standards on Professional Practice of Internal Auditing.

## 2.9 Board Meetings and Quorum Requirement

2.9.1 Directors should attend meetings of the Board in person, or by use of modern technology through teleconference devices.

2.9.2 The independent director should attend all Board Meetings. However, the absence of an independent director shall not affect the quorum requirements as provided in the by-laws. However, the Board may, to promote transparency, require the presence of at least one independent director in all its meetings, unless he is duly notified of the meeting and fails to attend the same, or if the independent director resigns or ceases to be an independent director pending the appointment of or of his replacement.

2.9.3 To monitor the directors' compliance with the attendance requirements, corporations shall submit to the Commission, on or before January 30 of the following year, a sworn certification about the directors' record of attendance in Board meetings. The said certification may be submitted with the Corporation's current report (SEC Form 17-1) or on a separate filing.

## 2.10 Remuneration of Directors and Officers

2.10.1 Levels of remuneration shall be sufficient to attract and retain the directors, if any, and officers needed to run the Corporation successfully. A proportion of executive director's or officer's remuneration may be structured so as to link rewards to corporate and individual performance.

2.10.2 Corporations may establish formal and transparent procedure for the development of a policy on executive remuneration or determination of remuneration levels for individual directors and officers depending on the particular needs of the Corporation. No director should participate in deciding his remuneration.

2.10.3 The Corporation's annual reports and information and proxy statements shall include a clear, concise and understandable disclosure of all fixed and variable compensation that may be paid, directly or indirectly, to its directors and top four (4) management officers, in the aggregate, during the preceding fiscal year as provided by law.

2.10.4 To protect the funds of a corporation, the Commission may, in exceptional cases, e.g., when a corporation is under receivership or rehabilitation, regulate

BLOOM_0030700