| | |
|---|---|
| **From:** | Occena, Estela T. <EOccena@ICTSI.com> |
| **Sent:** | Monday, September 9, 2013 8:49 AM |
| **To:** | weidnerb@ggamllc.com; Brad Stone <stoneb@ggamllc.com>; Garry Saunders <saundersg@ggamllc.com> |
| **Cc:** | Razon, Enrique K. <ERazon@ICTSI.com>; sjtan picazolaw <sjtan@picazolaw.com>; jejalarilla@gmail.com; Mirasol, Noel M. <NMirasol@ICTSI.com> |
| **Subject:** | Fwd: Reply to Brad |

> Gentlemen,
>>
>> GGAM's offer of settlement is based on projected numbers that Mike French and Joe Valdez prepared. Bloomberry provided those numbers to the issue managers because at that time we were relying on GGAM as experienced managers of integrated casino hotels.
>>
>> Now we know better. The long list of GGAM's non-performance and mismanagement under the MSA that we have identified cannot be ignored. They have materially adversely affected the operations of Solaire. We cannot use those numbers here.
>>
>> Where we stand today, GGAM's contribution to Solaire is not only zero, it is a negative! For this we reserve the right to get back the Bloomberry Resorts shares that we granted to GGAM under the option because GGAM has not rendered the Services that were the consideration for the grant of those option shares.
>>
>> Mr. Razon sent you as an attachment to his email of 12 July 2013 the notice of intent to terminate. All the details of non-performance and mismanagements are there. We reiterated all those points during our meeting of 6 August 2013. Did GGAM do anything to fix the problem during all these time? No!
>>
>> During that 6 August 2013 meeting, Brad said that GGAM is willing to fire Mike French if he is the cause of the problem. We thought then that maybe GGAM was sincere in trying to solve the problem.
>>
>> But up to this date GGAM has not terminated Mike French. It took GGAM 40 days to respond to Mr. Razon's 12 July 2013 email. Did GGAM do anything to fix the problem at the time? No, GGAM did not!
>>
>> We have addressed in our September 3, 2013 email response all the points that GGAM raised in its reply received on 21 August 2013. Did GGAM do anything to fix the problem? Again, no GGAM did not!
>>
>> GGAM's duly authorized representative under the MSA, Mike French, is still the COO of Solaire up to this day. So please don't say that we had "prevented GGAM from remedying" GGAM's breach. One problem is GGAM's continuing refusal to recognize the existence of the problem in the first place.
>>
>> Identifying the problem is 50% of the solution. It is GGAM's responsibility to remedy the problems that we have identified. GGAM has not done so.
>>
>> Today is 9 September 2013. This is the 59th day from the time GGAM first received the notice of intent to terminate attached to Mr. Razon's email of 12 July 2013. By tomorrow, 10 September 2013, the 60 days notice and cure period provided under Clause 15.1(a) of the MSA would be expiring.
>>
>> We earnestly hope for a fair settlement here. We agree to meet with you one last time to hammer this settlement. But that meeting must take place here in Manila no later than 12 September 2013.
>>
>> On your point concerning the "without prejudice" communications, we were advised by our Philippine counsel that under Philippine law, an offer of compromise is not an admission of any liability, and is not admissible in evidence in a civil case.

Ainsworth Decl. Ex. 61