<s>Case 1:21-cv-02655-LGS-SN   Document 376-27   Filed 02/23/23   Page 1 of 2</s>



## NOTICE OF TERMINATION OF THE MSA

12 September 2013

GGAM
c/o GLOBAL GAMING ASSET MANAGEMENT, L.P.
3575 West Post Road
Las Vegas, Nevada, U.S.A. 89118

Attention:   William Weidner
             President

Telephone No. : (702) 897-5600
Fax No.       : (702) 635-0202
Email         : weidner@gmail.com

Gentlemen:

We sent GGAM a notice of intent to terminate attached to my email of 12 July 2013 containing a list and details of GGAM's material non-performance and mismanagement under the Management Services Agreement (MSA).

We received GGAM's reply on 21 August 2013.

We sent our response to GGAM's reply on 3 September 2013.

We received GGAM's email answer on 9 September 2013.

We sent our reply to GGAM on the same date, 9 September 2013.

We received GGAM's email response on 11 September 2013.

It appears that we have tried but are unable to settle this dispute.

Considering the lapse of more than 60 days from 12 July 2013 when we first sent you our notice of intent to terminate, and for the reasons we have indicated in that notice of intent to terminate, as further explained in the table of our response sent to you on 3 September 2013, we hereby affirm the termination of the Management Services Agreement (MSA) with GGAM because of material breach of the MSA under Clause 15.1(a) of the MSA. The termination shall be effective at midnight tonight 12 September 2013 (Manila Time).

<s>Asean Avenue | Entertainment City | Parañaque City 1701 | Philippines
Tel # 63 2 888 8888 Website: www.solaireresort.com</s>

<s>Ainsworth Decl. Ex. 65

GGAM-SDNY-0099415</s>



By this termination of the MSA for cause, the Participation Agreement with GGAM relating to the shares in Bloomberry Resorts Corporation is also terminated.

As an alternative, or as an additional reason for the termination of the MSA, the issuance by the Bureau of Internal Revenue (BIR) of Memorandum Circular No. 33-2013 (which imposed the 30% corporate income tax on PAGCOR's licensees, including BRHI), would result in the casino business of BRHI being materially burdensome. This justifies the termination of the MSA by this notice under Clause 15.3(b) of the MSA.

Please comply with Clause 15.5 (b) of the MSA: "GGAM shall cooperate with the Owners in securing an orderly transition of the Services to a replacement service provider or to the Owners' replacement officers/managers."

(BRC)

(BRHI)

BLOOMBERRY RESORTS CORPORATION

BLOOMBERRY RESORTS AND HOTELS INC.

SURESTE PROPERTIES, INC. (SPI)

By:

_____
ENRIQUE K. RAZON, JR.
Chairman

Asean Avenue | Entertainment City | Parañaque City 1701 | Philippines

GGAM-SDNY-0099416