This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://online.wsj.com/article/SB10001424127887324755104579072783729787054.html

# Casino Rift Surfaces in Manila

Owner of Solaire Resort Terminates Management Contract

*By Kate O'Keeffe*

Updated Sept. 13, 2013 3:58 pm ET

A Philippine casino operator backed by local billionaire Enrique Razon Jr. has terminated its management contract with a high-profile group of former Las Vegas Sands Corp. executives, triggering a legal dispute and leaving open a top position at a company hoping to put the country's casinos on the map.

Bloomberry Resorts Corp. BLOOM -5.74% ▼ , which owns the $1.2 billion Solaire casino-resort overlooking Manila Bay, said Thursday in a letter to the Philippine Stock Exchange that it ended its services pact with Global Gaming Asset Management LLC, accusing the company of breaching its contract, in part by not spending "any material time in attending to the management of Solaire."

GGAM, whose chief executive is former Las Vegas Sands President Bill Weidner, said Friday that Bloomberry's claims had "no factual or legal validity" and that the company is taking the issue to arbitration in Singapore.

Bloomberry said it had received notice on the matter.

"They turned out to be a very expensive, glorified executive-search firm," Bloomberry's Mr. Razon said Friday, accusing the Las Vegas company's executives of "riding on their laurels."

"For example, Bill Weidner attended the opening, but he never came back," Mr. Razon said.

GGAM said its team consistently exceeded the terms of its agreement with Bloomberry. "GGAM senior management was actively engaged on the ground in the Philippines on behalf of Solaire and, in addition, worked around the globe and around the clock, both electronically and in person, to recruit the team, attract the customers, and help raise the capital essential to Solaire's launch," it said.

GGAM-SDNY-0102708

Solaire, which opened in March, is a critical aspect of the Philippines' bid to become Asia's third gambling hub, after Macau and Singapore, as the region enjoys explosive growth. Solaire is the first casino effort from Mr. Razon, an international ports mogul.

The project also is an important venture for GGAM as it builds its international profile. The company has been hired to manage the gambling operations of Baha Mar Ltd., a $3.5 billion resort being built in the Bahamas, and is in talks to open casino operations in places such as Taiwan and Russia.

Solaire Chief Operating Officer Michael French, GGAM's representative on the casino's management team, will be replaced as a result of the contract dispute, Bloomberry said. "Many members of the existing management team are very capable and will continue to manage Solaire effectively without GGAM and its representative," Bloomberry said.

The dispute was a matter of money, people familiar with GGAM's thinking said. Under the management agreement, GGAM received part of Solaire's earnings before interest, taxes, depreciation and amortization—a measure of profitability commonly used in the casino industry. Its cut was between 6% and 40% generated by foreign VIP gamblers and between 2% and 6% of remaining Ebitda.

Solaire generated 4.4 billion pesos ($100.3 million) in gambling revenue from its March 16 opening through June 30, according to Bloomberry's second-quarter earnings report. Bloomberry's net rose to 22.7 million pesos in the quarter from a loss of 1.1 billion pesos in the first quarter.

GGAM said its "world class reputation and its many decades of collective experience contributed substantially to Solaire's excellent second-quarter financial results."

Mr. Razon said he had to step in to manage the resort shortly after the opening when he saw that the property wasn't doing well. "It's not a 'Build it and they will come' situation," he said.

GGAM also owns 921.2 million shares, or 8.7%, of the Philippine casino operator, valued at $254.8 million based on Friday's closing price. Bloomberry's shares fell 1.8% Friday following the news of the management shake-up.

"That's theirs. They can do whatever they want" with the stake, Mr. Razon said. "For the right price I might buy it."

GGAM-SDNY-0102709