1. **Bloomberry has complied with applicable procedural requirements**

142. **Meetings**. Based on a list of BRHI/SPI meetings held[156] and certain minutes I have read, the Boards of the Bloomberry Defendants duly met, quorums existed, at least a majority of the quorum voted on the matters put before them, and the minutes appear to have ably recorded what transpired in those meetings.[157]

143. I understand that Plaintiff has asserted that "proper corporate formalities related to notice and conduct of [the Bloomberry Defendants'] Board meetings were disregarded."[158] However, none of the minutes that I read indicated that the Board ignored these procedural requirements. The RCC even allows the Board to call a meeting on shorter notice if urgent circumstances warrant and all directors have waived any objection to any defect in the notice and the holding of the meeting.[159]

144. **Election of directors**. I have been asked to assume as true, for purposes of this report, that, consistent with each respective corporations' bylaws, members of the Board of BRC, BRHI, and SPI were typically elected at annual meetings by each corporation's shareholders. Such practice is in compliance with the RCC.

145. Plaintiff complains that "[a]t shareholder meetings of BRC and [the Bloomberry] Defendants, Razon controls the voting rights for tens of millions of shares, while other shareholders have a single vote, such that he can control the outcome of all votes at these meetings."[160] There is nothing unlawful about holding majority or even

---

[156]   Plaintiff's Exhibit ("PX") 168, BLOOM_0148666 (list of BRHI board meetings between 2011 to 2022); PX 169, BLOOM_0148670 (list of SPI meetings between 2011 to 2022).

[157]   *See infra* VI.B.4. for a list of Board minutes that I have read.

[158]   Plaintiff's Interrogatory Responses, p. 43.

[159]   Rep. Act No. 11232 (2019), Sec. 50; B.P. Blg. 68, Sec. 51.

[160]   Plaintiff's Interrogatory Responses, p. 26.

Appendix B: Materials Considered

The following list does not include Philippine judicial decisions, statutes, and other authorities on Philippine law and regulations. Such sources are cited throughout the report.

I. Court filings in *Global Gaming Philippines v. Razon et al.*, No. 21 Civ. 2655 (LGS) (S.D.N.Y.) (the "New York Case")

| Item Number | Document | Docket Number |
|---|---|---|
| 1 | March 21, 2022 Opinion and Order | 216 |
| 2 | Second Amended Complaint, including annexes (Management Services Agreement, Interim Measures Award, Partial Award on Liability, Final Award) | 218 |
| 3 | Memorandum of Law in Support of Defendants' Motion to Dismiss | 118 |
| 4 | Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss | 134 |
| 5 | Reply Memorandum in Further Support of Defendants' Motion to Dismiss | 147 |

II. Written discovery responses in the New York Case

| Item Number | Document | Date |
|---|---|---|
| 6 | Plaintiff Global Gaming Philippines, LLC's Amended and Supplemental Responses and Objections to Defendant Enrique K. Razon Jr.'s Second Set of Interrogatories. | July 21, 2022, corrected on July 28, 2022 |

III. Organizational documents and board of directors meetings

| Item Number | Document | Bates Number |
|---|---|---|
| 8 | Bylaws of Sureste Properties Inc. ("SPI") | BLOOM_0041070 |

1

| 9 | Amended bylaws of Bloomberry Resorts and Hotels Inc. ("BRHI") | BLOOM_0041027 |
| --- | --- | --- |
| 10 | List of BRHI board of directors ("Board") meetings 2011-2022 | Pl. Dep. Ex. 168 BLOOM_0148666 |
| 11 | List of SPI Board meetings 2011-2022 | Pl. Dep. Ex. 169 BLOOM_0148670 |
| 12 | Minutes of September 13, 2013 Meeting of BRHI Board | BLOOM_0041157 |
| 13 | Minutes of September 13, 2013 Meeting of SPI Board | BLOOM_0041301 |
| 14 | Minutes of January 13, 2014 Meeting of BRHI Board | BLOOM_0147651 |
| 15 | Minutes of January 13, 2014 Meeting of SPI Board | BLOOM_0148454 |
| 16 | Minutes of December 29, 2017 Meeting of BRHI Board | BLOOM_0148481 |
| 17 | Minutes of December 29, 2017 Meeting of SPI Board | BLOOM_0148461 |
| 18 | Minutes of November 20, 2019 Meeting of BRHI Board | BLOOM_0148486 |
| 19 | Minutes of November 20, 2019 Meeting of SPI Board | BLOOM_0148535 |
| 20 | Minutes of March 4, 2021 Meeting of BRHI Board | BLOOM_0148318 |
| 21 | Minutes of March 4, 2021 Meeting of SPI Board | BLOOM_0148641 |
| 22 | Minutes of April 27, 2021 Meeting of BRHI Board | BLOOM_0148489 |
| 23 | Minutes of April 27, 2021 Meeting of SPI Board | BLOOM_0148635 |

IV.    Philippine court filings in GGAM-related litigation

| Item Number | Document | Date |
| --- | --- | --- |
| 24 | Order of the Regional Trial Court of Makati City, *Bloomberry Resorts and Hotels Inc. et al., v. Global Gaming Philippines LLC*, Spec. Proc. No. 7567 | Feb. 25, 2014 |
| 25 | Resolution of the Court of Appeals, Special Tenth (10th) Division, *Global Gaming Philippines LLC v. Bloomberry Resorts and Hotels Inc. et al.*, CA-G.R. SP No. 134340 | May 29, 2015 |
| 26 | Resolution of the Court of Appeals, Former Special Tenth (10th Division), *Global Gaming Philippines LLC v. Bloomberry Resorts and Hotels Inc. et al.*, CA-G.R. SP No. 134340 | Nov. 27, 2015 |
| 27 | Motion of Deutsche Bank AG Manila Branch for Clarification and/or To Set Clarificatory Hearing Ad Cautelam, submitted to the Regional Trial Court of Makati City, *Bloomberry Resorts and Hotels Inc. et al., v. Global Gaming Philippines LLC*, SP Proc. No. M-7567 | Sept. 11, 2017 |
| 28 | Order of the Regional Trial Court of Makati City, *Bloomberry Resorts and Hotels Inc. et al., v. Global Gaming Philippines LLC*, SP Proc. No. M-7567 | Nov. 23, 2017 |