|  |  |
|---|---|
| Credit Suisse (Singapore) Limited<br>1 Raffles Link<br>Singapore 039393 | Deutsche Bank AG, Hong Kong Branch<br>Level 52 International Commerce Centre<br>1 Austin Road West, Kowloon<br>Hong Kong |

## NOTICE OF TERMINATION

January 18, 2014

GLOBAL GAMING PHILIPPINES LLC ("GGAM")
c/o Global Gaming Asset Management, L.P.
3575 West Post Road
Las Vegas, Nevada
United States of America

c/o Global Gaming Asset Management, L.P.
499 Park Avenue
New York, NY 10022
United States of America

Gentlemen,

Each of GGAM, Credit Suisse (Singapore) Limited ("Credit Suisse") and Deutsche Bank A.G., Hong Kong Branch ("Deutsche Bank") are parties to the Placing Agreement dated January 15, 2014 (the "Placing Agreement"). Capitalized terms used but not defined herein shall have the meaning provided for in the Placing Agreement.

Section 6(A)(i) and (ii) of the Placing Agreement provides that the Placing Agreement may be terminated by notice from the Placing Agents upon the occurrence of certain events or existence of certain circumstances enumerated therein. This Notice of Termination constitutes such notice and accordingly the Placing Agreement is herewith terminated, effective immediately.

As set forth in the Placing Agreement, paragraphs 4(E), 8, 10, 12, 13 and 14 of the Placing Agreement survive termination of the Placing Agreement. Nothing in this Notice of Termination shall not constitute a waiver by any of the undersigned to any rights that any of them may have in law or equity under the Placing Agreement or otherwise.

Yours sincerely

Ainsworth Decl. Ex. 77

GGAM-SDNY-0463320

**CREDIT SUISSE (SINGAPORE) LIMITED**

By: _____
    Name:
    Title: **Vik Bali, Director**

By: _____
    Name: FIONA GRAY
    Title: DIRECTOR

**DEUTSCHE BANK AG, HONG KONG BRANCH**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

*[Signature Page to Notice of Termination]*

For and on behalf of,

**CREDIT SUISSE (SINGAPORE) LIMITED**

By: _____  By: _____
   Name:     Name:
   Title:     Title:

**DEUTSCHE BANK AG, HONG KONG BRANCH**

By: _____[signature]_____  By: _____
   Name: Maynard Robinson     Name:
   Title: Managing Director     Title:

GGAM-SDNY-0463322

For and on behalf of,

**CREDIT SUISSE (SINGAPORE) LIMITED**

By: _____          By: _____
   Name:                                Name:
   Title:                               Title:

**DEUTSCHE BANK AG, HONG KONG BRANCH**

By: ___*[signature]*_____          By: _____
   Name: Douglas Morton                 Name:
   Title: Managing Director             Title:

GGAM-SDNY-0463323