| | | |
|---|---|---|
| **Kevin N. Ainsworth**<br>212 692 6745<br>kainsworth@mintz.com | <br>MINTZ | 919 Third Avenue<br>New York, NY 10022<br>212 935 3000<br>mintz.com |

February 24, 2023

Hon. Lorna G. Schofield, U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

**Re:** *Global Gaming Philippines, LLC v. Razon, Jr., et al.*, 21 Cv. 2655 (LGS) (SN) / Debtor Defendants' Motion to Seal (ECF No. 356)

Dear Judge Schofield:

On behalf of Plaintiff Global Gaming Philippines, LLC ("Plaintiff"), we write in response to the letter motion of Defendants Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc. ("Debtor Defendant) to seal certain documents (the "Letter Motion"). ECF No. 356.

Plaintiff does not seek to seal any of the documents that are the subject of the Letter Motion.

Respectfully submitted,

*/s/ Kevin N. Ainsworth*
Kevin N. Ainsworth


cc: All counsel of record (Via ECF)