CONFIDENTIAL - Attorney's Eyes Only
Deposition of William P. Weidner    Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al
Case 1:21-cv-02655-LGS-SN   Document 384-7   Filed 03/06/23   Page 1 of 1

**Page 81**

1  And we ended up in Singapore. So I'm going on too
2  long, but that was the context I was answering in.
3      Did we ever request New York? Yes.
4  That's all too long of answer.
5    Q.  Why was GGAM seeking to have New York law
6  and New York courts?
7    A.  Because it's good courts and good law.
8    Q.  Okay. And you understood that Bloomberry
9  was taking a different position. They didn't want
10 New York courts or New York law; right?
11   A.  No, they wanted Philippines so they could
12 be in the Philippines so they could control -- they
13 could control it. I mean, Razon -- that is Razon's
14 home place. And he told us-- he told us that we
15 would never succeed in the Philippine courts. So...
16   Q.  When did he tell you that?
17   A.  September of 2015.
18   Q.  Okay. But while you were negotiating --
19 and when did he tell you that?
20   A.  September 28, 2015.
21   Q.  And what happened on September 28, 2015?
22   A.  We met in San Francisco, and he said,
23 "I've got this all bottled up in the Singapore
24 courts -- in the Philippine courts." That's why we
25 are here.

**Page 82**

1    Q.  Was that a settlement discussion in
2  San Francisco?
3    A.  It wasn't a -- it was a threat discussion
4  in San Francisco that we would never succeed, and he
5  would bankrupt the company if he had to, or delist
6  it. So...
7    Q.  Was that a discussion that occurred
8  pursuant to a -- was there an NDA signed before the
9  discussion?
10   A.  I don't know.
11   Q.  Were the lawyers present for the
12 discussion in San Francisco?
13   A.  Yes.
14   Q.  And who were the lawyers that were
15 present?
16   A.  There was Steve Merkel from Cantor,
17 myself, Razon's lawyer, and Razon.
18   Q.  Who was Razon's lawyer?
19     Do you recall?
20   A.  I don't remember the name.
21   Q.  Anybody else?
22   A.  That was it.
23   Q.  But moving back to 2011 when the MSA is
24 being discussed, did -- do you recall that the MSA
25 calls for the application of Philippine law?

**Page 139**

1  projects with you?
2    A.  Yes.
3    Q.  And did he have a title at any of those
4  companies?
5    A.  I don't recall.
6    Q.  Putting aside the statements that
7  Mr. Razon made in the September 2015 settlement
8  meeting, and, you know, what you referred to as the
9  locking up of the Option Shares and, you know, not
10 paying the management fees, are there any other ways
11 in which you would say Razon dominates or controls
12 BRHI or SPI?
13     MR. PASCUCCI: Object to the form.
14   A.  You're saying other than dominating a --
15 subsidiaries in the actions of the company, are
16 there any other ways that he dominated, manifested
17 domination? I wouldn't know. I can only testify to
18 our domination and his description of the oligarchy
19 in the Philippines, of the lead families and how
20 much control they have over courts and politics and
21 the other ways that he communicated that we would
22 never be able to collect.
23     BY MS. FISSELL:
24   Q.  Well, you just testified to, now, about
25 Mr. Razon's domination and description of the