## MINUTES OF THE BOARD MEETING
## BLOOMBERRY RESORTS AND HOTELS INC.
### Held Online on 27 April 2021
1 Asean Avenue, Entertainment City, Parañaque City

**PRESENT:**
Thomas Arasi
Jose Eduardo J. Alarilla
Christian Gonzalez
Donato C. Almeda

**ALSO PRESENT:**
Silverio Benny J. Tan

### PROCEEDINGS

### I.    CALL TO ORDER

The President, Mr. Thomas Arasi, called the meeting to order and presided over the same, in the absence of the Chairman Enrique K. Razon jr. who inhibited from attending the meeting. All the directors who called in to attend the meeting confirmed that they can hear all the other directors and they have received the board materials. The Corporate Secretary, Atty. Silverio Benny J. Tan, certified to the presence of a quorum and recorded the minutes of the meeting.

Atty Tan said that the SEC requires certain formalities for the board meeting including the recording of the meeting. But to allow for a free flowing discussion the Board, on motion duly made and seconded, agreed to waive all formal requirements for the meeting.

### II.    NEW CASE BY GGAM

Atty Tan reported that GGAM filed a new case in the District Court in New York to enforce the Arbitral Award against not only SPI and BRI, but also against the Chairman Enrique K. Razon Jr, and companies associated with him with assets in the United States. GGAM claims that SPI and BRHI are merely "alter egos" of Mr. Razon and they want to make him, and companies associated with him with assets in the U.S., liable for amount of the Arbitral Aaward against SPI and BRHI. During the Holy Week GGAM tried to secure an injunction with the New York court to freeze the Gulfstream G450 operated by BRHI which flew Mr. Razon to Newark. But we coordinated with Milbank to oppose the GGAM's urgent motion. The Judge denied GGAM's motion. ████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

Ainsworth Decl. Ex. 40

BLOOM_0148489

████████████████████████████████████

After a discussion, and on motion duly made and seconded, the Board approved the following resolution:

> "RESOLVED, that the Company indemnify and hold harmless Mr. Enrique K. Razon Jr., Collingwood Oil & Gas Holdings LLC, Collingwood USA, Inc., Collingwood Brookshire USA, Inc., Collingwood Appalachian Minerals, LLC, Asia Arrow Limited, Rizolina LLC, Ensara LLC, Nozar LLC, Bowery Bay LLC, Campanilla LLC, Fesara LLC, and 11 Essex Street Realty LLC which are named as defendants in the New York Case by GGAM, and authorizing any director of the Company to sign the indemnity agreement on behalf of the Company."

## III. RATIFYING RELATED PARTY TRANSACTIONS

Atty Tan requested formal board approval, ratification and confirmation of the related party transactions such as those presented and approved by the Audit Committee of Bloomberry Resorts Corporation (BRC), and the use by Chairman Razon of the Company aircraft when his own aircraft is not available, use of certain personnel and resources if the Company for personal use of the Chairman or use for his other business. It was explained that every director of the Company is entitled to use the facilities of the Company as part of his perks as a director and this has been the policy of the Company since Solaire opened for business in 2013. Director Alarilla pointed to the Board that Mr. Razon does not receive compensation as Chairman and director of the Company. Whatever benefits that Mr. Razon receives from facilities and use of employees and office resources of the Company may be considered as part of his "compensation". All the other directors agreed that it is a fair proposition noting that in other companies the Chairman and other officers also get to use company vehicles and aircrafts and facilities as part of their executive perks.

After a discussion and on motion duly made and seconded, the Board approved, the following resolutions:

> "RESOLVED, to approve, ratify and confirm the Related Party Transactions of the Company as disclosed in the audited Financial Statements and in the reports of the Parent Company Bloomberry Resorts Corporation;

> "RESOLVED, FURTHER, to approve, ratify and confirm the occasional use of the aircraft of the Company by Chairman Enrique K. Razon Jr. and his family, and his use of the facilities, resources and employees of the Company for his personal use or for the use of his other business, noting that Chairman Razon receives no compensation from the Company for his services as Chairman and CEO of the Company, and the value of his use of the facilities, resources and employees of the Company shall be considered as his fair "compensation".

2

BLOOM_0148490

"RESOLVED FURTHER that this approval and ratification shall be subject to an annual review by the Board."

Atty Tan then presented to the Board for approval the Support Services Agreement to formally document the transactions when parent company Bloomberry Resorts Corporation (BRC) would use the facilities, personnel and resources of BRHI in BRC's project development. After a discussion and on motion duly made and seconded the Board approved the execution of the Support Service Agreement between the Company and BRC, and authorized ███████████, Senior Vice President for Administration, and ███████ the Senior Vice President and Property CFO, to sign the Agreement on behalf of the Company.

## IV.  Renewal of CAB Permit

After a discussion and on motion duly made and seconded, the Board approved the following resolutions:

"RESOLVED, to authorize the application with the Civil Aeronautics Board (CAB) for the renewal of the Corporation's Air Carrier's Permit to Operate Aircraft in Furtherance or in the Conduct of Business under the CAB Resolution No. 37 (BM 06-08-16-2016) which is due to expire on 16 August 2016);

"RESOLVED FURTHER, to authorize ███████████ Director of Regulatory Affairs of the Corporation, and ███████████ as authorized representative of the Corporation, with authority to act singly on pursuing the application for renewal with CAB;

"RESOLVED FINALLY, to engage the services of Siguion Reyna Montecillo & Ongsiako as legal counsel of the Corporation to pursue the application of renewal with CAB."

## V.  Filing with SEC Online Submission Tool (OST)



## VI.  Authorized Signatories for BDO Unibank, Inc. – The Shoppes Branch

3

Confidential