UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL GAMING PHILIPPINES, LLC,

        *Plaintiff*,

    v.

ENRIQUE K. RAZON, JR.;
BLOOMBERRY RESORTS AND HOTELS
INC.; SURESTE PROPERTIES, INC.,

        *Defendants*.

No. 21-CV-2655 (LGS)-(SN)

---

### DECLARATION OF DANIEL M. PERRY IN SUPPORT OF BRHI'S AND SPI'S CROSS-MOTION FOR SUMMARY JUDGMENT FOR LACK OF PERSONAL JURISDICION AND OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE ARBITRAL AWARD

I, Daniel M. Perry, declare as follows:

1. I am a partner at the law firm of Milbank LLP, counsel for Defendants Bloomberry Resorts and Hotels Inc. ("BRHI") and Sureste Properties, Inc. ("SPI") in the above-captioned matter. I respectfully submit this declaration in support of BRHI's and SPI's Cross-Motion for Summary Judgment for Lack of Personal Jurisdiction and Opposition to Plaintiff's Motion to Enforce Arbitral Award.[1]

2. On February 21, 2023, I visited the New York Department of State's Corporation and Business Entity Database, a publicly available website that indicates whether a company is registered to do business in New York. *See* Corporation & Business Entity Database, N.Y. DEP'T

---

[1] All terms not defined herein shall have the meaning ascribed to them in BRHI/SPI's Rule 56.1 Statement of Undisputed Material Facts.

OF STATE, https://apps.dos.ny.gov/publicInquiry/ (last visited February 21, 2023).[2] I searched for the following entity names, which yielded no results in the database: "Global Gaming Philippines LLC"; "Global Gaming Netherlands B.V."; "Global Gaming Asset Management LP"; "Global Gaming Asset Management Holdings, LLC"; "Global Gaming Asset Management"; "Gaming Asset Management, LLC"; "Gaming Asset Management"; "Gaming Equity Group Series LLC"; "Gaming Equity Group Series"; "Cantor GGAM, L.P."; "Cantor GGAM"; "Morgan Stanley Investment Management Company"; and "Morgan Stanley Investment Management Co." *Id.* I also searched for "Cantor Fitzgerald, L.P.," which the database listed as an entity registered to do business in New York. *Id.*

3.  On February 21, 2023, I visited the Delaware Department of State's Division of Corporations Database, a publicly available website that indicates whether a company is incorporated or organized under the laws of Delaware. *See* Division of Corporations Database, DEL. DEP'T OF STATE, https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx (last visited February 21, 2023). I searched for the following entity names, which the database listed as Delaware entities: "Global Gaming Asset Management, L.P."; "Global Gaming Asset Management Holdings, LLC"; "Cantor GGAM, L.P."; "Cantor Fitzgerald, L.P." *Id.*

4.  On February 21, 2023, I visited the Nevada Secretary of State's Business Entity Search Database, a publicly available website that indicates whether a company is incorporated or organized under the laws of Nevada. *See* Business Entity Database, NEV. SEC'Y OF STATE, https://esos.nv.gov/EntitySearch/OnlineEntitySearch. This database listed "Gaming Asset Management LLC" and "Gaming Equity Group Series LLC" as Nevada companies. *Id.*

---

[2] Courts routinely take judicial notice of entity records contained in the New York Department of State's Corporation & Business Entity Database. *See, e.g., Paysafe Partners LP v. Merch. Payment Grp. LLC*, No. 19 CIV. 495 (LGS), 2019 WL 1986607, at *1 n.1 (S.D.N.Y. May 6, 2019) (Schofield, J.).

5. The exchange rate for conversion to U.S. Dollars on September 27, 2019, was PHP 52.1700 per USD (rate obtained from website cited at Ainsworth Decl., paragraph 2: https://www.bsp.gov.ph/statistics/external/pesodollar.xlsx).

6. Attached hereto as exhibits are true and correct copies of the documents described below:

| Exhibit | Document |
| --- | --- |
| Ex. No. 1 | IBA Rules on the Taking of Evidence in International Arbitration, adopted May 29, 2010 |
| Ex. No. 2 | Emails exchanged between E. Razon and B. Weidner dated March 16-19, 2011 (BLOOM_0148254) [3] |
| Ex. No. 3 | Excerpted pages from email from B. Weidner to E. Razon dated March 21, 2011 (BLOOM_0076858) |
| Ex. No. 4 | Email from A. Cabot to E. Tuason-Occeña and S. Tan dated April 6, 2011 (GGAM-SDNY-0441023) |
| Ex. No. 5 | Excerpted pages from email chain between B. Weidner, E. Razon, J. Alarilla, and others dated April 25, 2011 (GGAM-SDNY-0441080) |
| Ex. No. 6 | Email from S. Tan to B. Weidner and A. Cabot dated April 28, 2011 (GGAM-SDNY-0058537) |
| Ex. No. 7 | Chart documenting the travel of B. Stone and G. Saunders between May 2011-July 2011 (GGAM-SDNY-0281241) |
| Ex. No. 8 | Email from S. Tan to A. Cabot dated May 25, 2011 (BLOOM_0079623) |
| Ex. No. 9 | Excerpted pages of emails exchanged between K. Russell, S. Tan, and others dated May 17-25, 2011 (BLOOM_0001271) |
| Ex. No. 10 | Email from J. Rein to E. Tuason-Occeña dated May 17, 2011 (GGAM-SDNY-0059083) |
| Ex. No. 11 | Email from S. Tan to A. Cabot dated May 26, 2011 and excerpted pages from the document attached thereto (GGAM-SDNY-0063569 (email); GGAM-SDNY-0063570 (attachment)) |
| Ex. No. 12 | Email from A. Cabot to S. Tan dated May 26, 2011 (GGAM-SDNY-0100729) |

---

[3] The starting bates number for each produced document is cited herein. Documents produced by Plaintiff ("GGAM") begin with "GGAM-SDNY" and documents produced by BRHI/SPI begin with "BLOOM").

3

| | |
|---|---|
| Ex. No. 13 | Email from K. Russell to S. Tan and E. Tuason-Occeña dated June 9, 2011 and excerpted pages from the document attached thereto (GGAM-SDNY-0058560 (email); GGAM-SDNY-0058561 (attachment)) |
| Ex. No. 14 | Excerpted page from emails exchanged between E. Tuason-Occeña and G. Saunders dated June 9-10, 2011 (GGAM-SDNY-0096130) |
| Ex. No. 15 | Email from E. Tuason-Occeña to B. Weidner, B. Stone, and G. Saunders dated September 8, 2011 (GGAM-SDNY-0096499) |
| Ex. No. 16 | Email from E. Tuason-Occeña to K. Russell dated September 9, 2011 (GGAM-SDNY-0060143) |
| Ex. No. 17 | Excerpted page from calendar prepared by GGAM's counsel in the Arbitration describing certain travel by GGAM between April 2011 – July 2013 |
| Ex. No. 18 | Emails (i) between J. Rein and E. Tuason-Occeña, (ii) between E. Tuason-Occeña and E. Razon, and (iii) from E. Tuason-Occeña to B. Stone, all of which are dated January 26, 2012 (GGAM-SDNY-0078937) |
| Ex. No. 19 | Excerpted pages from the Equity Option Agreement between Global Gaming Philippines LLC, Bloomberry Resorts Corporation, and Prime Metroline Transit Corp., dated April 16, 2012 (BLOOM_0082032) |
| Ex. No. 20 | Excerpted page from email from M. Leung to E. Occeña, B. Stone, D. Almeda, G. Saunders, and others dated April 20, 2012 and excerpted pages from the document attached thereto (GGAM-SDNY-0089094) (email); GGAM-SDNY-0089096 (attachment)) |
| Ex. No. 21 | Excerpted pages from the April 23 - May 1, 2012 Roadshow Schedule (BLOOM_0055481) |
| Ex. No. 22 | Excerpted pages from email chain that includes emails (i) between E. Tuason-Occeña and G. Saunders, (ii) from B. Weidner to E. Tuason-Occeña, and (iii) from E. Tuason-Occeña to E. Razon, all of which are dated August 14, 2012 (GGAM-SDNY-0127867) |
| Ex. No. 23 | Excerpted pages from the Support Services Agreement between Cantor Fitzgerald Securities, Global Gaming Asset Management Holdings, LLC, and Global Gaming Asset Management, L.P., dated as of August 28, 2012 (GGAM-SDNY-0279149) |
| Ex. No. 24 | Excerpted page from Assumption and Assignment Agreement between Global Gaming Philippines, LLC and GGAM Netherlands B.V. dated March 8, 2013 (BLOOM_0082189) |
| Ex. No. 25 | Email from E. Chiu to B. Weidner dated April 7, 2013 (BLOOM_0142889) |
| Ex. No. 26 | Email from E. Chiu to B. Weidner dated April 27, 2013 (BLOOM_0094625) |
| Ex. No. 27 | Email from E. Chiu to B. Weidner dated May 11, 2013 (BLOOM_0125470) |

| Ex. No. 28 | Email chain between B. Weidner and E. Chiu dated June 21, 2013 (BLOOM_0142777) |
|---|---|
| Ex. No. 29 | Excerpted pages of the Placing Agreement between Global Gaming Philippines, Credit Suisse (Singapore) Limited, Deutsche Bank AG, Hong Kong Branch, and Cantor Fitzgerald & Co., dated January 15, 2014 (GGAM-SDNY-0463298) |
| Ex. No. 30 | Excerpted pages from a sworn declaration submitted by William P. Weidner in the Arbitration dated April 13, 2014 (BLOOM_0081037) |
| Ex. No. 31 | Excerpted pages from the Tribunal's Procedural Order No. 3 in the Arbitration dated July 15, 2014 (BLOOM_0073752) |
| Ex. No. 32 | Excerpted pages from a sworn declaration submitted by William P. Weidner in the Arbitration dated July 29, 2014 (BLOOM_0100933) |
| Ex. No. 33 | Excerpted pages from a sworn declaration submitted by Bradley H. Stone in the Arbitration dated July 30, 2014 (BLOOM_0100947) |
| Ex. No. 34 | Excerpted pages from the transcript of the Interim Measures Hearing in the Arbitration dated October 20, 2014 (GGAM-SDNY-0272966) |
| Ex. No. 35 | Excerpted pages from a sworn declaration submitted by Donato C. Almeda in the Arbitration dated December 5, 2014 (BLOOM_0097190) |
| Ex. No. 36 | Excerpted pages from a sworn declaration submitted by Enrique K. Razon Jr. in the Arbitration dated December 7, 2014 (BLOOM_0097178) |
| Ex. No. 37 | Excerpted pages from the Tribunal's Procedural Order No. 5 in the Arbitration dated January 16, 2015 (BLOOM_0073713) |
| Ex. No. 38 | Excerpted pages from the Tribunal's Decision on BRHI/SPI's Request for Documents in the Arbitration dated February 16, 2015 (GGAM-SDNY-0147126) |
| Ex. No. 39 | Email sent from Adam Weiss to Arbitration counsel for BRHI/SPI dated February 24, 2015 |
| Ex. No. 40 | Excerpted pages from a sworn declaration submitted by Jonathan D. Rein in the Arbitration dated June 13, 2015 (BLOOM_0100021) |
| Ex. No. 41 | Excerpted pages from a sworn declaration submitted by Garry W. Saunders in the Arbitration dated June 14, 2015 (BLOOM_0099006) |
| Ex. No. 42 | Excerpted pages from BRHI/SPI's Rejoinder Memorial submitted in the Arbitration dated September 4, 2015 (GGAM-SDNY-0337663) |
| Ex. No. 43 | Excerpted pages from a sworn declaration submitted by Enrique K. Razon Jr. in the Arbitration dated September 4, 2015 (BLOOM_0077973) |
| Ex. No. 44 | Excerpted pages from a transcript of Bradley H. Stone's sworn testimony during the liability hearing in the Arbitration on October 16, 2015 (GGAM-SDNY-0356743) |

| Ex. No. 45 | Excerpted pages from a transcript of Jonathan Rein's sworn testimony during the liability hearing in the Arbitration on October 16, 2015 (GGAM-SDNY-0356743) |
|---|---|
| Ex. No. 46 | Excerpted pages from a transcript of William P. Weidner's sworn testimony during the liability hearing in the Arbitration on October 19, 2015 (GGAM-SDNY-0356743) |
| Ex. No. 47 | Excerpted pages from the transcript of Enrique K. Razon Jr.'s sworn testimony during the liability hearing in the Arbitration on October 20, 2015 (GGAM-SDNY-0356743) |
| Ex. No. 48 | Excerpted pages from the transcript of Fred J. Kleisner's sworn expert testimony during the liability hearing in the Arbitration on October 22, 2015 (GGAM-SDNY-0356743) |
| Ex. No. 49 | Excerpted pages from the transcript of Ben Lee's sworn expert testimony during the liability hearing in the Arbitration on October 23, 2015 (GGAM-SDNY-0356743) |
| Ex. No. 50 | Excerpted pages from the transcript of GGAM's Arbitration Counsel's closing statement during the liability hearing in the Arbitration on October 24, 2015 (GGAM-SDNY-0356743) |
| Ex. No. 51 | Excerpted pages from a U.S. Securities and Exchange Commission Cease-and-Desist Order entered against Las Vegas Sands Corp. dated April 7, 2016 (GGAM-SDNY-0122376) |
| Ex. No. 52 | Excerpted pages from a U.S. Department of Justice Non-Prosecution Agreement entered into with Las Vegas Sands Corp. dated January 19, 2017 (GGAM-SDNY-0122436) |
| Ex. No. 53 | Excerpted pages from GGAM's Supplemental Submission in the Arbitration dated May 15, 2017 (GGAM-SDNY-0384523) |
| Ex. No. 54 | Excerpted pages from a sworn declaration submitted by Bradley H. Stone in the Arbitration dated May 15, 2017 (BLOOM_0110411) |
| Ex. No. 55 | Email chain that includes emails between Erin Culbertson and Daniel Weiner dated from June 14 - July 20, 2017 (GGAM-SDNY-0419635) |
| Ex. No. 56 | Sworn declaration submitted by Jorge V. Sarmiento in the Arbitration dated August 28, 2017 (GGAM-SDNY-0129721) |
| Ex. No. 57 | Excerpted pages from BRHI/SPI's Sur-Rejoinder on Damages submitted in the Arbitration dated August 31, 2017 (GGAM-SDNY-0140002) |
| Ex. No. 58 | Excerpted pages from Annex C to BRHI/SPI's Request for Reconsideration of the Liability Award submitted in the Arbitration dated August 31, 2017 (GGAM-SDNY-0139321) |
| Ex. No. 59 | Excerpted pages from a sworn declaration submitted by Charles A. Patrizia in the Arbitration dated September 29, 2017 (GGAM-SDNY-0417241) |

| | |
|---|---|
| Ex. No. 60 | Excerpted pages from a transcript of Bradley H. Stone's sworn testimony during the remedies hearing in the Arbitration on May 29, 2018 (GGAM-SDNY-0296250) |
| Ex. No. 61 | Excerpted pages from a sworn declaration submitted by Charles A. Patrizia in the Arbitration dated October 15, 2018 (GGAM-SDNY-0207034) |
| Ex. No. 62 | Excerpted pages from the deposition transcript of William P. Weidner in this matter on April 20, 2022 |
| Ex. No. 63 | Excerpted pages from the deposition transcript of Garry W. Saunders in this matter on April 22, 2022 |
| Ex. No. 64 | Excerpted pages from the deposition transcript of Bradley H. Stone in this matter on April 27, 2022 |
| Ex. No. 65 | Excerpted pages from the deposition transcript of Jonathan Rein in this matter on May 17, 2022 |
| Ex. No. 66 | Excerpted pages from the deposition transcript of Binyomin Abrohom Kaplan in this matter on May 19, 2022 |
| Ex. No. 67 | Excerpted pages from the deposition transcript of Enrique K. Razon Jr. in this matter on May 26, 2022 |
| Ex. No. 68 | Excerpted pages from the deposition transcript of Silverio "Benny" J. Tan in this matter on June 2, 2022 |
| Ex. No. 69 | Excerpted pages from the Expert Report of Fredric Gushin and Daniel Reeves of Spectrum Gaming Group dated September 16, 2022 (Full version previously filed by GGAM at Dkt. 304-1) |
| Ex. No. 70 | Excerpted pages from the Expert Report of Catherine Rogers dated September 16, 2022 (Full version previously filed by GGAM at Dkt. 301-1) |
| Ex. No. 71 | Email (i) from B. Weidner to E. Tuason-Occeña dated August 15, 2015, (ii) from Tuason-Occeña to E. Razon dated August 15, 2015, (iii) from S. Tan to Tuason-Occeña dated August 16, 2012, and (iii) emails exchanged between Tuason-Occeña and Weidner dated August 16, 2012 (GGAM-SDNY-0122653) |
| Ex. No. 72 | Email from B. Weidner to E. Tuason-Occeña dated August 18, 2012 (GGAM-SDNY-0122656) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February 22, 2023                                                          /s/ *Daniel M. Perry*
         New York, New York                                                         Daniel M. Perry