Perry Decl. Ex. 2

**From:** weidnerb@gmail.com
**Sent:** Saturday, March 19, 2011 11:12 AM
**To:** Razon, Enrique K. <ERazon@ICTSI.com>
**Subject:** Re: Meeting Last Saturday

Ricky,

Garry and I are working on a simple outline of a proposal for you.

It will take a couple of days but I will be back to you soon. The proposal will align interests and be based on value derived from out performance.

Bill

Sent via BlackBerry by AT&T

-----Original Message-----
From: "Razon, Enrique K." <ERazon@ICTSI.com>
Date: Thu, 17 Mar 2011 11:06:06
To: <weidnerb@gmail.com>
Subject: RE: Meeting Last Saturday

Bill,

Some preliminary points on principle that I think we should get out of
the way. I am envisioning an arrangement that is as close to full time
management as possible, I realize that this is not possible where you
are concerned, however, we will need you as the main driver and as much
of your time as we can get. I think we have two phases. Phase one being
construction and start up phase two management, operations and
marketing. Would like to get your ideas on how the two phases will be
handled and the senior executives who will be assigned full time to
carry out both.

I am not keen on a management contract but on an arrangement that aligns
our interests. Which in effect means you would come in as an investor
with a real stake in our success. We can come up with a formula to
accommodate this, which as an example would be that I would make up to
ten percent of the company available for you and your group with a buy
in formula. Say, total project cost plus cost of money and you would
exercise his over a too agreed to time frame etc etc.. we would of
course fine tune the mechanics. Such as listing (or not) which is really
driven by timing.

Pls let me know your thoughts and we can advance from there.

-----Original Message-----
From: weidnerb@gmail.com [mailto:weidnerb@gmail.com]
Sent: Wednesday, March 16, 2011 10:15 AM
To: Razon, Enrique K.
Cc: Garry Saunders; Brad Stone
Subject: Re: Meeting Last Saturday

Thanks, Ricky. Looking forward to seeing your proposal and you again
soon.

Bill
------Original Message------
From: Razon, Enrique K.
To: William Weidner
Subject: RE: Meeting Last Saturday
Sent: Mar 15, 2011 6:37 PM

Bill,

Was a pleasure meeting you and Gary. I will come up with some ideas by
the end of the week and get back to you. I am confident we can work
something out.

Confidential

BLOOM_0148254

-----Original Message-----
From: weidnerb@gmail.com [mailto:weidnerb@gmail.com]
Sent: Wednesday, March 16, 2011 2:56 AM
To: Razon, Enrique K.
Subject: Meeting Last Saturday

Ricky,

Enjoyed our talk on your visit to Las Vegas.

Look forward to your thoughts on how we may cooperate.

I know you are a man of short emails so I just wanted to express my interest and excitement to be involved in realizing your vision.

Bill


Sent via BlackBerry by AT&T

ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.

Sent via BlackBerry by AT&T

ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.

Confidential