Perry Decl. Ex. 3

Sent via BlackBerry by AT&T

**From:** "Razon, Enrique K." <ERazon@ICTSI.com>
**Date:** Mon, 21 Mar 2011 13:04:21 +0800
**To:** William Weidner<weidnerb@gmail.com>
**Subject:** RE: Solaire Manila

Bill,

Will you be in Asia over the next 7 days or so?

---

**From:** William Weidner [mailto:weidnerb@gmail.com]
**Sent:** Monday, March 21, 2011 7:19 AM
**To:** Razon, Enrique K.
**Subject:** Solaire Manila

Dear Ricky,

To further explore how we might cooperate in making Solaire the premiere destination in the Manila Bay tourism redevelopment district, we would like to share our thoughts on principles of alignment.

We are very interested to pursue this relationship with you and excited to be a part of the success of Solaire. Our experience of the last decade of building and operating the world's most successful casino resorts uniquely qualifies our team for assuring Solaire's potential is maximized.

We can add significant value in every phase of constructing, staffing, operating and marketing Solaire. Of particular value is our expertise in construction supervision, personnel recruitment , and developing a marketing network for high end casino play.

We will dedicate a significant part of our time supervising construction (putting a trusted, tested person we have experience with full time on the ground in Manila) and pre opening activities (again with a hand selected person on the ground in Manila). Garry and Brad Stone (whom you haven't met, but who supervised construction and operations of our four gaming facilities consisting of over 3 million square meters of resort development in Asia) will "tag team" our initial on the ground supervisory presence until our full time people are fully up to speed. I will personally oversee these activities, initially spending significant time in Manila with the team, then traveling about once a month to both be in Manila and in the region to set up a high end marketing network for Solaire Manila. We will identify three key people (a COO, CFO and CMO) that we know can perform the functions required to maximize income from day to day operations and have them in place well before opening.

Unlike traditional management companies, we offer unique experience in Asia, a "hands on approach to management", and unique experience in having constructed massive resort buildings right in your neighborhood. We also have a  willingness to invest in our ability to drive additional income and in the project itself. We are prepared to supervise construction for a reasonable supervisory fee and to set up and supervise the base day to day local business for a significantly reduced fee and structure our reward for producing

outstanding additional value on our success in driving VIP business. This structure, in addition to the equity risk that we would undertake represents an extraordinary commitment to you and to the concept of being rewarded for value-added operating results and enhanced equity value, thus being fully aligned with your interests.

Attached, please find an initial overview summary of our thoughts of various terms related to our involvement. We look forward to further discussion on terms and conditions that will work for both of us in making this a successful endeavor.

Best regards,
Bill

ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.

ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.

ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.