Perry Decl.
Ex. 4

| | |
|---|---|
| **From:** | Cabot, Anthony <ACabot@LRLaw.com> |
| **Sent:** | Wednesday, April 6, 2011 12:53 AM |
| **To:** | EOccena@ICTSI.com; sjtan@picazolaw.com |
| **Cc:** | weidnerb@gmail.com; erazon@ICTSI.com |
| **Subject:** | |
| **Attach:** | Preliminary Agreement - Bloombery Solera Project 4-6-11 v3.doc |

Estela and Benny,

Let me introduce myself. I am the attorney for Bill Weidner and his company in relationship to the proposed management agreement related to the Bloombery Solera Project.

I have been requested to send a copy of the draft of this agreement and to coordinate with you on it.

Please let me know if you have any questions.

My contact information is:

Anthony Cabot
Lewis and Roca
3993 Howard Hughes Parkway 600
Las Vegas Nevada 89135

702-949-8280

acabot@lrlaw.com

www.lrlaw.com


Tony

For more information about Lewis and Roca LLP, please go to www.lewisandroca.com.
Phoenix (602)262-5311    Minden (775)586-9500
Tucson (520)622-2090    Albuquerque (505)764-5400
Las Vegas (702)949-8200    Silicon Valley (650)391-1380
Reno (775)823-2900

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail by return E-Mail or by telephone.

In accordance with Internal Revenue Service Circular 230, we advise you that if this email contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

GGAM-SDNY-0441023