**Perry Decl. Ex. 7**

2011

| Name | Arrival Date Departed | Date Arrived | Departure Date | | |
|---|---|---|---|---|---|
| Brad | 5/4/2011 | 5/4/11 | 5/11/2011 | 8 | (Manila Meeting and Macao Recruitment efforts) |
| Garry | 5/3/2011 | 5/4/11 | 5/11/2011 | 9 | (Manila Meeting and Macao Recruitment efforts) |
| Brad | 5/23/2011 | 5/24/11 | 5/27/2011 | 5 | (Manila Meetings) |
| Garry | 5/23/2011 | 5/24/11 | 5/27/2011 | 5 | (Manila Meetings) |
| Brad | 6/12/2011 | 6/14/11 | 6/17/2011 | 6 | (Manila Meetings) |
| Brad | 7/10/2011 | 7/11/11 | 7/14/2011 | 4 | Macau recruitment efforts |
| Garry | 7/8/2011 | 7/10/11 | 7/14/2011 | 7 | Macau recruitment efforts |

GGAM-SDNY-0281241