| | |
|---|---|
| From: | Occena, Estela T. [EOccena@ICTSI.com] |
| Sent: | Thursday, September 08, 2011 12:43:16 PM |
| To: | |
| CC: | Bill Weidner; Brad Stone |
| Subject: | Re: Meeting with Caesars Entertainment |

Perry Decl. Ex. 15

Excellent! Thank you.

Regards,
Estela Tuason-Occena
Sent from my iPad

On Sep 8, 2011, at 8:29 PM, "Garry W. Saunders" <saundersg@ggamllc.com> wrote:

> Estela,
>
> Bill has signed and docs will be forwarded. I also have your offer letters and will review today.
>
> Best,
> Garry
>
> ---
>
> Garry W. Saunders
> (W) 702-609-8102
> (M) 702-521-1110
> saundersg@ggamllc.com
>
> ---
>
> **From:** "Occena, Estela T." <EOccena@ICTSI.com>
> **Date:** Thu, 8 Sep 2011 04:54:17 +0000
> **To:** weidnerb@gmail.com<weidnerb@gmail.com>; brad.h.stone@gmail.com<brad.h.stone@gmail.com>; Garry Saunders<saundersg@ggamllc.com>
> **Subject:** Meeting with Caesars Entertainment
>
> Dear Bill, Brad and Garry,
>
> Just want to share with you that Steven M. Tight, President (International Development) and William Shen, Vice President for Asia Development went to see Mr. Razon (EKR) this morning. They were very keen to invest and were seeking to partner with Mr. Razon. EKR sent them away and told them that he is already in a partnership with Bill's Team.
>
> Benny has sent the MSA execution soft copy for Bill's signature. We look forward to receive the executed MSA so we can have EKR sign it before he leaves the country again.
>
> Regards,
> Estela
> ICTSI EMAIL DISCLAIMER
>
> This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.
>
> ICTSI Ltd.

GGAM-SDNY-0096499