| | |
|---|---|
| From: | Eric Chiu [eric21j@gmail.com] |
| Sent: | Sunday, April 07, 2013 7:27:13 PM |
| To: | Bill Weidner |
| Subject: | Tak Chun Group 德晉集團 |

Bill,

Tonight was really a "real deal" socializing with the number 1 persons of 2 major Macao junkets namely Mr. Chau of Suncity and Sister Mei of Macau Golden Group.

1. Formal meeting with Chau of Suncity will be on Tuesday night on possible cooperation.

2. Sister Mei of Macau Golden Group is also interested to know more about cooperation in Solaire in near future. I will follow up.

3. Suncity Chau said he knew about "Tak Chun Group Macau" has recently signed agreement with Solaire through a Singaporean lady in Solaire, the owner of Tak Chun Group was actually a formal shareholder of Suncity so the two owners know each other very well. They are in good terms as well.

4. Suncity Chau said Tak Chun told him that Tak Chun has exclusive rights for representing all Macao junkets for Solaire, I said that is not the case but please check with our agreement details asap.

5. In this case we have to be very careful when I talk with Chau on Tuesday that the terms we propose to him can only be at least **equal to Tak Chun**, otherwise Chau will not be interested and shows that I am not sincere and have no authority being a Macao chief representive for GGAM.

6. So this is really urgent to find out what terms we have entered with Tak Chun? I must know it before I meet Chau on Tuesday.

7. Chau said he likes to work with me in Macau rather than a Singaporean lady who is so far apart and don't know much about Macau culture.

It will be paramount important for us to sign an agreement with the biggest junket in Macao like Suncity so other junkets will follow.

Please check with the signed Tak Chun Group agreement with our legal department and email me the scanned copy will be perfect, if I have a copy of the Tak Chun agreement will unmistakably show to Chau that I am the real deal and really from the executive management representing Solaire in Macao.

I have already successfully entered the core of Macao junket circle with strong introduction and supports at my back. We need to carefully and skillfully capture this golden opportunity.

let's talk in your afternoon.

Eric

CONFIDENTIAL

GGAM0017576
BLOOM_0142889