| | |
|---|---|
| From: | Bill Weidner [weidnerb@gmail.com] |
| Sent: | Monday, April 29, 2013 2:32:35 AM |
| To: | Brad Stone |
| Subject: | Fwd: Suncity |

Per our call. Check with Garry on this when you see him in Manila.

Sent from my iPhone

Begin forwarded message:

> **From:** Bill Weidner <weidnerb@gmail.com>
> **Date:** April 27, 2013, 10:01:15 PM PDT
> **To:** Garry Saunders <saundersg@ggamllc.com>
> **Subject: Fwd: Suncity**
>
> Garry, I thought we decided to sign with the head of Suncity in Macao so we could maintain control of all the sub-agents and not get picked apart. What happened? Why not use our control through our Macao/Beijing connections? Did Solaire go rogue or not get the message? Let me know what's going on.
> Bill
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** eric21j@gmail.com
>> **Date:** April 27, 2013, 8:49:19 PM PDT
>> **To:** "Bill Weidner" <weidnerb@gmail.com>
>> **Subject: Suncity**
>> **Reply-To:** eric21j@gmail.com
>>
>> Bill,
>>
>> I sent text message to YM Chong of Suncity just now as below:
>> "Hi YM: I wish u have had a good trip to our Solaire property in Manila, I am in Taiwan now and be back to Macao on Tuesday afternoon. If possible, I would like to meet you, Alvin and Joe on Tuesday (Apr 30) night or Wednesday lunch and discuss our junket agreement. I just talked with xxx who will join us as well. Look forward to working together soon. Eric"
>>
>> Then YM quickly replied the below:
>> "Eric, I know the program and already got it from Dennis and the credit application from Anthony. We will work on it and revert to them soon. Thanks"
>>
>> Best regards,
>> Eric Chiu 焦力人

CONFIDENTIAL

Subject to Arbitration Confidentiality Orders

GGAM0017277

BLOOM_0094625