| | |
|---|---|
| From: | Bill Weidner [weidnerb@gmail.com] |
| Sent: | Saturday, May 11, 2013 3:33:16 PM |
| To: | Brad Stone; Garry Saunders |
| CC: | Rein, Jon; Lehrman, Michael |
| Subject: | Fwd: Killing of Taiwanese fisherman |

Brad & Garry, Need to give Mike French and all in the Philippines a "heads up" on the negative effect of this incident on the Chinese junkets. Both political and safety concern (after the Hong Kong tourist bus shooting where 17 Chinese were killed). Hope it blows over soon. Bill

Sent from my iPad

Begin forwarded message:

> **From:** "eric21j@gmail.com" <eric21j@gmail.com>
> **Date:** May 11, 2013, 7:31:49 AM PDT
> **To:** Bill Weidner <weidnerb@gmail.com>
> **Subject: Killing of Taiwanese fisherman**
>
> Bill,
>
> After almost 3 days after the Philippines coast guard killed the Taiwanese fisherman, today, this incident is still on the front page of Taiwanese major national newspapers called CHINA TIMES at least (see attached). The headline and key messages say:
>
> 1. The headlines say:
> Bully us too much, killed our fisherman.
> Bastard! The Philippines refuses to apologize
> 2. The coast guards fired 32 shots to kill an armless fisherman.
> 3. Beijing is taking very tough stance on this incident and demand for full explanations from Philippines government.
> 4. This incident is frequently reported in CCTV News of mainland China now.
>
> Just started, mainland China, Hong Kong and Taiwan Facebook communities started spreading messages "fellow countrymen! don't go to the Philippines including Cebu and Boracay", this incident could turn out to be a major obstacles for Mainland Chinese and Taiwanese traveling to the Philippines on vacation, it's bad timing for us as I have just started building good relationships with those big Macao junkets bringing high rollers to the Solaire!
>
> I will keep you posted on the situation.
>
> Eric
>
>
>     Best regards,
>     Eric Chiu 焦力人

CONFIDENTIAL

GGAM0000157

BLOOM_0125470