**From:** Eric Chiu [eric21j@gmail.com]
**Sent:** Friday, June 21, 2013 3:59:31 PM
**To:** Bill Weidner
**Subject:** Re: Suncity agreement signed

yes, thanks to Dr C as well

for Neptune, need to wait for Ricky's direction too

Best regards,
Eric Chiu 焦力人

On Jun 21, 2013 11:57 PM, "William Weidner" <weidnerb@gmail.com> wrote:
> Good news. Well done! Now on to Neptune after passage of some time.
>
> On Fri, Jun 21, 2013 at 8:31 AM, Eric Chiu <eric21j@gmail.com> wrote:
>> Hi Mike,
>>
>> Suncity just called me that they have already signed the junket agreement and waiting for me to collect, I will courier to you once I have collected it.
>>
>> regards,
>> Eric

CONFIDENTIAL

GGAM0017464

BLOOM_0142777