Perry Decl.
Ex. 30

### The Equity Option Agreement

20.     Because GGAM's equity investment in Bloomberry Resorts Corp. was distinct from the MSA services, and would have the potential to produce significant separate investment value, the parties specified in both the MSA and in the Participation Agreement that the GGAM equity investment would be protected, even if the MSA terminated.

21.     In GGAM's early negotiations with Mr. Razon, we agreed to the broad outlines of the EOA.  During those negotiations, we agreed that GGAM would have the option to purchase an equity share in Bloomberry Resorts Corp. at up to 10% of the sum of Prime Metroline's actual equity cost basis plus a premium of US$150 million, to reflect the license or "goodwill" value of the Project.

22.     In spring of 2011, the parties reached an arms' length agreement that GGAM would receive an option to purchase up to 10% of the equity in the Project at a purchase price formula of 0.10 x (US$150 million + Prime Metroline's equity cost basis), with the precise amount of Prime Metroline's uncertain equity cost basis to be determined later.  We did not discuss or negotiate any discount for GGAM's minority interest or the illiquidity of the Shares.  In fact, we agreed to invest at a premium to Mr. Razon's own investment, without reference to any form of liquidity, and before any contemplation of future fundraising activity through debt or equity.

23.     At the time GGAM and Mr. Razon agreed to this purchase price formula (including the US$150 million premium), in Spring 2011, Bloomberry Resorts Corp. was wholly illiquid, the Project was not yet constructed, the local and foreign markets were unproven, and (as noted above) certain important public infrastructure surrounding the Project was not yet built.  Although the parties anticipated that there would be a need for third-party funding, the timing and nature of any such offering was also uncertain.  Therefore, GGAM agreed to pay a premium for its equity stake before the Project had overcome a number of significant risks and well before the Project

6

BLOOM_0081043

Services, these payments are substantially below the actual amount of fees owed to GGAM under the MSA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 13, 2014

William P. Weidner

12