Perry Decl.
Ex. 32

the Project's ability to secure financing and attract other investors as well as help support a potential initial public offering. We also contemplated that GGAM would potentially participate in future gaming projects with Mr. Razon, and that this was only the beginning of what would hopefully prove to be a long-term business relationship.

7.    During GGAM's negotiations with Mr. Razon to reach agreement on the parameters of this business relationship, we never discussed—let alone agreed to—an arrangement whereby the shares GGAM would acquire upon exercise of its option (the terms of which were agreed to in the EOA) would be tied to or treated as compensation for GGAM's performance under the terms of the separate MSA. In fact, Mr. Razon and I both consistently referred to the equity option as an **<u>investment</u>** opportunity.

8.    The intention of both GGAM and Mr. Razon with regard to the option was that GGAM would make its investment in Bloomberry before opening and that GGAM would then own the Shares free and clear. The parties did not discuss, nor did they agree to, a vesting schedule, performance-related tests, any restriction on partial or total sale of the Shares once exercised, or any other provision indicating that the parties viewed this as anything other than an investment in the Project. Moreover, the only restriction on exercising the option was that it needed to be exercised prior to opening—which was required by Mr. Razon.

9.    GGAM's investment was structured as an option (as opposed to an outright share purchase) because GGAM needed time to conduct due diligence on the market and the investment opportunity. Mr. Razon agreed to this structure, allowing GGAM limited time to conduct its due diligence, so long as the option would expire prior to opening the Facility.

10.    Because the parties distinguished the management services that GGAM would perform for Solaire from the equity interest that GGAM would have the option to acquire, the

3

BLOOM_0100936

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  July 29, 2014

_____
William P. Weidner

13

BLOOM_0100946