were being terminated. We dedicated as much or even more time, attention, and oversight to Solaire as we would have had Solaire been a new Las Vegas Sands' project and had we been in our prior roles there. Our dedication was fully in line with our desire to see our equity value maximized.

34. GGAM did not ignore or deny the Facilities' performance post-Opening, nor did GGAM refuse to remedy any perceived operational deficiencies, as Mr. Alarilla claims in his declaration.[11] In fact, Mr. Saunders and I spent extensive time in Manila during March, April, May, and June 2013, during which time we and the members of the Management Team reviewed the Facilities' performance and outlined improvements to be made. We were candid with the Owners regarding our relative disappointment with the Facilities' overall revenue in March and in April and immediately undertook efforts to grow the numbers. In fact, GGAM was able to react effectively to many of the operational issues in a prompt manner.

35. As I have stated before, it is typical of any fledgling casino resort project to suffer operational hiccups in the period immediately after Opening. This was even more likely to be true at Solaire considering the complexity of the Project as well as the infancy and uncertainty of the Philippine market. Based on my experience, the alleged operational deficiencies cited by Bloomberry in its July Letter (most of which were not significant, nonexistent, or not the responsibility of GGAM) would have been rectified in due course, as the Facilities developed and we continued to adapt our plans and strategies to the evolving Manila gaming market.

36. Solaire's performance was in fact as we had generally expected and had described in our planning—with the exception of the mass market. Our greatest disappointment with Solaire after it opened was the lack of volume from the mass market segment—the segment

---

[11]   Alarilla Decl. at para. 15.

13

which Bloomberry had represented was established and which would show up without much effort.

37. The Facilities generated positive revenues from the date of Opening, even during the weakest months post-Opening. Solaire's revenues continued to increase each month as we adapted our promotions and strategies to the nuances and trends of the market. Respondents and Mr. Alarilla refer to their expectations regarding Solaire's performance not being met, and they attribute these unrealized expectations to GGAM. The story that Respondents are telling now, however, is markedly different from their narrative at that time. Indeed, in May 2013 I was asked by the Owners to address the following topics in an earnings call with investors regarding Bloomberry's First Quarter performance: (1) the successful Opening, which 26,000 people attended and which did not have any major glitches; (2) the Facilities' generation of over Php 570 million (approximately US$13 million) in revenue over the first 15 days of commercial operations; (3) Bloomberry Resort Corp.'s healthy balance sheet of Php 8.3 billion in cash and a D/E ratio of 56/44; (4) the increase week-to-week increase in daily visitors; (5) the positive ramp up of the junket business, including the engagement of several major foreign operators, with the prospect of more operators in the months to come as the business further ramped up; (6) Solaire's rapidly expanding local customer database; and (7) the progress of the Phase 1-A expansion, and with it, the expected increase in demand from the VIP and junket business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: July 30, 2014

_____
Bradley H. Stone

14