Perry Decl.
Ex. 36

## Declaration of Enrique K. Razon, Jr.

I, Enrique K. Razon, Jr., of legal age and with office address at Solaire Resort & Casino, 1 Asean Avenue, Entertainment City, Tambo, Parañaque City, after having been sworn in accordance with law, hereby declare as follows:

1. I submit this declaration in the above-captioned arbitration between Claimants Global Gaming Philippines LLC and GGAM Netherlands B.V. and Respondents Bloomberry Resorts and Hotels, Inc. and Sureste Properties, Inc.

### Personal Background

2. I am the Chairman, CEO and controlling shareholder of International Container Terminal Services, Inc. ("ICTSI"), a global port business based in Manila. I was the Executive Vice President of ICTSI when it was established in 1987 to operate the Manila International Container Terminal. In 1992 we listed the ICTSI shares in the Philippine Stock Exchange. In 1994 ICTSI was expanding into Puerto Nuevo in Argentina. I became Chairman and CEO of ICTSI succeeding my father who died in 1995. I then led the transformation of ICTSI from a local company into a global enterprise, with 30 ports in 22 countries.

3. I am also the Chairman, CEO and majority shareholder of Bloomberry Resorts Corporation ("BRC") which is also listed in the Philippine Stock Exchange. BRC owns and operates the Solaire Resort & Casino ("Solaire") through its subsidiaries Sureste Properties, Inc., and Bloomberry Resorts and Hotels, Inc. or Bloomberry.

4. In 2007, the Philippine Amusement and Gaming Corporation ("PAGCOR") published a request for proposal to develop and operate integrated casino-resorts in PAGCOR's "Entertainment City" project, an undeveloped reclaimed land located next to Manila Bay that PAGCOR wanted to develop into a new Las Vegas like entertainment complex. With business partners and associates, which included Crown of Australia at that time, we filed a proposal and application for a license with PAGCOR and established Bloomberry for the purpose. Bloomberry was granted the license in April 2009, and in April 2010 we hired Steelman Partners, LLC to design the Solaire. In May 2010, we hired Design Coordinates, Inc. as the construction project management team. Construction on the Solaire began in July 2010, and in January 2011, we hired D.M. Consunji, Inc. as the general contractor for the Solaire's development. We also hired several industry experts including Spectrum Gaming to help us understand, plan and prepare for the integrated resort and gaming business. We also mobilized our finance team to secure project financing for the Solaire project. Phase 1 of Solaire officially opened its doors on March 16, 2013.

5. Casino gambling was a government monopoly in the Philippines since 1976. PAGCOR as the government gaming regulator and operator was the 3rd highest government revenue generator after the Bureau of Internal Revenue and the Bureau of Customs. But the government monopoly could not compete with the private sector drive shown in Macau

Subject to Arbitration Confidentiality Orders

BLOOM_0097179