---

IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)

B E T W E E N

GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.
                                              Claimants

- and -

BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.
                                              Respondents

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

Friday, 16 October 2015

---

Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)
Appeared on behalf of the Claimants

Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)
Appeared on behalf of the Respondents

DTI Corporation Pte Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +65 6653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com

GGAM-SDNY-0357061

---

ARB - Global Gaming vs Bloomberry Resorts                16 October 2015

12.18   size, he would be interested in that, and that would
        be a policy that down at the food and beverage level
        they would be working on, to make sure what we
        ordered is what we actually received. There's a
        specification. Oranges have specifications just
        like shrimp and anything else.
            So it all depends on the level, and again,
        Garry would be more involved in like the HR. Garry
        came out of -- one of his responsibilities was HR at
        one point in time, so his skillset would be to look
        at HR policies, he's better at it than I am, and
        those are some fairly -- compensation policies, how
        do you -- how is the compensation committee set up
        so we don't have just pure chaos, people giving
        raises out. So Garry would be involved in things
        like that.
MR BISHOP:  With respect to Cantor Fitzgerald, did they
        have any control over performing the
        responsibilities of GGAM under the MSA?
A.      No.
MR BISHOP:  Did they have any functions in performing any
        of the responsibilities under the MSA?
A.      Again, that's a technical question as far as under
        the MSA. I will tell you that where -- I never once
        got any direction or any comment from Cantor

Page 128
A Court Reporting Transcript by DTI

GGAM-SDNY-0357189

---

ARB - Global Gaming vs Bloomberry Resorts                16 October 2015

12.20   Fitzgerald on me running, building or anything on
        the property. Where Cantor Fitzgerald was in the
        negotiation of the MSA and after that I didn't --
        I wasn't involved with them as far as Cantor.
MR BISHOP:  Okay. You have the MSA, I think?
A.      Yes.
MR BISHOP:  I have no idea which tab. Tab 16.
A.      I have it open.
MR BISHOP:  Section 2.4(a), the first sentence says,
        "GGAM shall perform its services through the
        management team", and then it goes on.
            Is that a normal type of provision in a
        management agreement, that the management company
        shall perform its services through the management
        team like set out in this provision?
A.      I'm not going to say I have vast experience in
        management agreements. I mean, when I was at LVS,
        my understanding and what I've seen, is that
        typically, the management company has ownership, so
        to speak, of the staff and can direct them and has
        more control.
            This was language that Mr Razon wanted because
        he wanted to -- he didn't want to have a separate
        organisation within his organisation. And so we
        agreed that we would perform our services through

Page 129
A Court Reporting Transcript by DTI

GGAM-SDNY-0357190



Perry Decl.
Ex. 44