IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)

BETWEEN

GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.

Claimants

- and -

BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.

Respondents

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

Friday, 16 October 2015

Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)
Appeared on behalf of the Claimants

Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)
Appeared on behalf of the Respondents

DTI Corporation Pte. Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +65 6653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com

GGAM-SDNY-0357061

---

```
 1   17.02    with the project, but the GGAM side, Mr Weidner and
 2            Mr Stone and Mr Saunders, said, no, could Cantor
 3            force them to do that?
 4       A.   I would phrase it as the GGAM side since that's
 5            actually their entity, that they are the two
 6            parents, the two partners, but as a practical
 7            matter, of course is the answer is no.  Cantor
 8            cannot impose its will and say, you must go pursue a
 9            certain project.
10                As a practical matter, since Bill Weidner is
11            the CEO and his partners work on a day-to-day basis
12            what happens is they sort of have first bite at the
13            apple in virtually every instance and say whether or
14            not they are interested in something and then it
15            gets presented to Cantor, but it doesn't work the
16            other way around, where Cantor can impose a project
17            on GGAM; not at all doesn't happen, can't happen.
18       Q.   And with regard to performance, GGAM's performance
19            of services under the MSA, did you ever see or hear
20            any evidence that Cantor imposed or interfered in
21            those services?
22       A.   None.
23   MR WEINER:  Nothing further, Mr Chair, thank you.
24   CHAIRMAN:  We have no further questions.  Do you have
25            anything else?  So because we have to agree -- last
```

GGAM-SDNY-0357313

Perry Decl.
Ex. 45