

Party 360.
Ex. 46

---

**Panel 1 (cover page):**

```
IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)
```

B E T W E E N

GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.
                                      Claimants

- and -

BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.
                                      Respondents

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

Monday, 19 October 2015

Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)
Appeared on behalf of the Claimants

Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)
Appeared on behalf of the Respondents

DTI Corporation Pte Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +656653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com

---

**Panel 2 (Page 27):**

```
 1  10.02  A.   There was not a specific quantification of amount of
 2              time that we would spend.  We would spend the amount
 3              of time that we felt we needed to spend to get the
 4              job done.
 5         Q.   It wasn't like you were required to spend 40 hours a
 6              month in Manila, right?  There was no specific?
 7         A.   Right, there was no time requirement.
 8         Q.   In the pre-opening period, did you ever get
 9              complaints from the people at Bloomberry that
10              Mr Stone and you were not spending enough time in
11              Manila?
12         A.   I think there was a couple of times that -- not
13              spending enough time, can you spend more time?  And
14              that was -- one time I recall was right at the
15              beginning where we virtually did not any people on
16              the ground and the primary thing we needed to do at
17              that point is to interface with the construction
18              team and so one of the first people we put on the
19              ground was somebody that's got a lot of experience
20              of doing that and has a lot of general skills, that
21              he can both answer questions and/or come back to us
22              if necessary.
23                 So we put him on the ground early, but our
24              earlier focus was hiring the people that we need to
25              get people on the ground that would be -- we were
```

Page 27
A Court Reporting Transcript by DTI

---

**Panel 3 (Page 28):**

```
 1  10.03       not going to be on the ground just to actually do
 2              the jobs themselves, we had to hire the people to do
 3              the jobs.
 4         Q.   So I take it when Bloomberry said, please come, we
 5              need more of your time here, you didn't get on a
 6              plane and go?
 7         A.   I don't recall the amount of time from that
 8              particular request and the time we got on a plane,
 9              but I know we had conversations about it.
10         Q.   So it's your testimony that when Estela would say,
11              "Can you be here two weeks or the entire month", you
12              called her and said "no", rather than just ignoring
13              the email?
14         A.   We had a conversation about the approach of the way
15              we were doing things, in terms of -- in terms of
16              right now, the focus was more about the hiring of
17              people -- she was also obviously concerned because
18              now that we are starting, the team wasn't there, the
19              business -- there was really nobody to do the jobs
20              and that was our first focus, to find the people to
21              do the jobs.
22         Q.   Did you receive complaints from Bloomberry that they
23              thought GGAM was slow in responding to their
24              requests?
25         A.   There may, over the course of this, have been times
```

Page 28
A Court Reporting Transcript by DTI

---

**Panel 4 (Page 157):**

```
 1  14.25  Q.   And do you have number 2 before you?
 2         A.   Yes.
 3         Q.   Now, in paragraph 14, you talk about hiring
 4              independent -- I'm sorry, you talk about hiring an
 5              experienced sales team and through them, you would
 6              engage independent gaming promoters, meaning junket
 7              operators, right?
 8         A.   Yes.  I'm talking now about my first meeting with
 9              Mr Razon.  And so -- and I'm talking about our
10              exchange, Garry Saunders and my discussions, with
11              him in the bar at Wynn and that's why I did not get
12              into a detailed discussion about my relationship
13              with government.  I don't normally wear that on my
14              sleeve and I don't normally say that, and I think my
15              recollection is my subsequent was relating to a
16              statement by somebody else, and so I -- it's kind of
17              apples and oranges, that's why I was struggling to
18              trying to -- can I finish?
19         Q.   You can, you can, it's fair.
20         A.   It's just different contexts so a declaration can be
21              made in the context that you're discussing and then
22              in response to something someone else says, then
23              you're allowed to say something new, as I understand
24              it.
25         Q.   So can we agree this far?  When you met Mr Razon at
```

Page 157
A Court Reporting Transcript by DTI

```
1   14.26      that first time, at the Encore, you didn't say to
2              him anything about a unique and sophisticated
3              government-led, top-down junket strategy, right?
4        A.    Not that I recall.
5        Q.    And when you met with Mr Razon that first time at
6              the Encore, you didn't say to him anything about a
7              cross-border trading platform to promote
8              Philippine-China business and gaming visitation,
9              right?
10       A.    No, I did talk about relationships and I probably
11             mentioned government relationships, but I didn't --
12             I don't believe I got much more specific than that.
13       Q.    Fair enough.  Let's move on now to another topic
14             concerning junkets that has been in the case and
15             this one is now SunCity.
16                Let me ask you to take now at your third
17             affidavit, the affidavit you put in with your reply,
18             and to look at paragraph 34 of that affidavit.  Do
19             you see, Mr Weidner, in paragraph 34 you say:
20                "In the end, GGAM successfully negotiated a
21             favourable casual junket arrangement directly with
22             the headquarters of SunCity."
23                Do you see that?
24       A.    Yes.
25       Q.    And then after some other discussion, you pick up
```

```
1   14.28      and say:
2                "As far as we knew, there was nothing deficient
3              in the arrangement or the signed agreement GGAM
4              delivered ..."
5                Do you see that?
6        A.    Yes.
7        Q.    And you say that that agreement was executed
8              pursuant to the standard Solaire junket agreement
9              forms, do you see that?
10       A.    Yes.
11       Q.    And when you say standard Solaire junket agreement
12             forms, just for the benefit of the tribunal, what do
13             you mean by that?
14       A.    The form that Solaire used to sign up casual
15             junkets.
16       Q.    Fair enough.  And then you go on to say that:
17                "Even following our formal termination from
18             Solaire, SunCity representatives informed GGAM that
19             they did not wish to terminate their junket
20             agreement with Solaire."
21                Do you see that?
22       A.    Yes.
23       Q.    Now, first when you -- you describe the casual
24             junket arrangement as favourable, right?
25       A.    Any junket relationship can be favourable or
```

```
1   14.29      unfavourable depending upon where it leads, but it's
2              a very important start.
3        Q.    So just to clarify what you mean by that, when you
4              say that the arrangement is favourable, you don't
5              mean that the terms of the contract are especially
6              favourable because you used the standard form,
7              right?
8        A.    I don't understand.
9        Q.    My point is simply when you say that it's a
10             favourable arrangement, you're not talking about the
11             agreement being favourable, you're talking about the
12             fact that there is an arrangement being favourable,
13             is that what you mean?
14       A.    It's the biggest junket in the world by far.
15       Q.    So the --
16       A.    That's favourable, to me that's favourable.  You can
17             have a junket with three guys and it gets you
18             nothing.  This is an--
19       Q.    So this --
20       A.    -- an eight, ten --
21       MR WEINER:  Can the witness be allowed to finish his
22             answer?
23       A.    It's an 8, $10 billion annual entity.  It's huge.
24       MR NOLAN:  So just so we are clear, you're not saying
25             that the contract is a favourable contract, you're
```

```
1   14.30      saying that the fact there is a relationship with
2              SunCity is favourable because SunCity is a great
3              thing, fair?
4        A.    Yes.
5        Q.    That's what I meant.  You're not talking about the
6              contract in particular, you're talking about the
7              relationship with SunCity because it's SunCity?
8        A.    The contract was a standard Solaire contract.  The
9              standard Solaire contract was the contract that
10             Garry and Brad, in conjunction with Dennis and the
11             team, created and so I didn't go outside the bounds.
12             We offered them the standard Solaire agreement for a
13             casual junket.
14                We believed that it would leave to a much
15             larger relationship with these guys, and we may have
16             to negotiate further at some other point because
17             they will expect it once they start generating their
18             torrent of revenues.
19       Q.    So the tribunal is clear about this, and you've said
20             it already, but the contract that was entered was a
21             contract for a casual junket as opposed to for a
22             fixed room or what is sometimes said to be a
23             permanent junket, correct?
24       A.    Correct.  I understand they have a fixed room, now
25             but it led from a casual junket.
```

```
 1   14.32  Q.  So, subsequently you understand they have a fixed
 2              room?
 3          A.  Yes.
 4          Q.  Now, you say that the -- you used the standard
 5              contract and that there was nothing defective about
 6              it, right?
 7          A.  I wouldn't know.  We used whatever paper we were
 8              given that they said we should have headquarters
 9              sign.  So I -- unless somebody changed it or unless
10              some lawyer said there is a way of being able to
11              declare it other than what I thought it was,
12              I wouldn't know.
13                 Eric Chiu took the paper to SunCity
14              headquarters and their director of finance signed it
15              at headquarters in Macau.
16          Q.  We will come in a moment to who took paper and how
17              things were signed.  Let's just focus initially on
18              the contract itself, okay?
19          A.  I guess.
20          Q.  So let me ask you to take a look at -- really, we
21              are going to look at two tabs now in your binder and
22              they are going to be tabs 3 and 4.  Tab 3 is RE-249,
23              and the heading of that tab 3 is master junket
24              representative agreement.  It does not have a common
25              bundle reference.
```

```
 1   14.37      Solaire form did contain an exclusivity clause, then
 2              the contract with SunCity would deviate from that
 3              standard form in that respect?
 4          A.  Yes.
 5          Q.  Okay.  Now, let's proceed from SunCity to another
 6              topic related to junkets.
 7                 Or, I'm sorry, this is another topic really
 8              related to SunCity and this is the personal efforts
 9              that were involved in securing that contract, okay?
10          A.  Yes.
11          Q.  Now, you speak in your fourth declaration about what
12              you say were your own personal efforts, working
13              through your established high level connections, to
14              bring about the SunCity contract, do you recall
15              that?
16          A.  Yes.
17          Q.  And if you it turn with me to paragraph 18 and
18              follow that to its carry-over page, page 7, I think
19              this is where you do that -- let me know when you
20              have that spot.  Do you see, sir, where you have a
21              sentence that refers to the very email from
22              Mr Andreaci that respondents' cite?  Do you have
23              that sentence?
24          A.  I think -- hang on one second.  I don't.  I can't
25              pick it up right away.
```

```
 1   14.39  Q.  I'll give you a second to do it.  If you look at
 2              page 7 of your fourth?
 3          A.  Page 7.
 4          Q.  If you look at the very top of page 7, the first
 5              sentence on page 7, not the carry-over sentence --
 6          A.  Okay, "but the very email"?
 7          Q.  Right.  And we will talk in a second about the email
 8              from Mr Andreaci, but you go on to say:
 9                  "It was only my personal efforts working
10              through my established high-level connections in
11              China and Macau that resulted in the SunCity
12              contract being signed."
13                 Right?
14          A.  Yes.
15          Q.  Now, let me ask you to take a look at tab 5 of your
16              binder.  This does have a joint common bundle
17              reference.  This is 163 or RE-74.
18                 Mr Weidner, do you recognise this as the email
19              from Mr Andreaci that you were referring to?
20          A.  That I was referring to in my statement?
21          Q.  Yes?
22          A.  This and a prior one.  There was one on September 11
23              that also sent to Mr Saunders from Andreaci.
24          Q.  Let's start here with this one?
25          A.  Yes.
```

```
 1   14.41  Q.  And do you see here where it begins with Mr Andreaci
 2              saying that he spent six hours with YM yesterday, do
 3              you see that?
 4          A.  Yes, I do.
 5          Q.  He goes on to say that:
 6                  "YM was my assistant casino manager in
 7              1993 ..."
 8                 Do you see that?
 9          A.  Yes.
10          Q.  He goes on to describe YM as a good and trusted
11              friend?
12          A.  Yes.
13          Q.  And it's probably just as well that I don't really
14              know who that YM is, I probably couldn't pronounce
15              it.
16          A.  YM Chong is his name.  He's an Indonesian or
17              Malaysian Chinese, he heads up SunCity's
18              international division.
19          Q.  And if you count down the fourth paragraph in
20              Mr Andreaci's email, he says that YM doesn't see
21              SunCity taking a fixed room to start, do you see
22              that?
23          A.  Yes.
24          Q.  But then he goes on to say that he is looking to
25              have a casual junket agreement, do you see that?
```

**Page 169**

```
 1  14.42  A.   Yes.
 2         Q.   Then if you go down two more paragraphs from that,
 3              there is a paragraph begins "So", do you see that?
 4         A.   Yes.
 5         Q.   And then he says:
 6                  "So I will give him the casual junket agreement
 7              and the credit application to take with him."
 8                  Right?
 9         A.   Yes.
10         Q.   And then in the next sentence, and this is
11              Mr Andreaci speaking, he says:
12                  "I asked him ..."
13                  And I think what's intended as the next word
14              is:
15                  "... if he met Eric Chew and he said he had
16              not ..."
17         A.   Yes.
18         Q.   And this Eric Chiu, although it's spelt differently,
19              is obviously the same fellow, your former colleague
20              at Las Vegas Sands?
21         A.   Yes.
22         Q.   I guess I really should have begun, as one usually
23              does with these email strings, and I simply forgot
24              it do it, but if you flip to the next page of this
25              email, it's really the setup for this report that I
```

**Page 170**

```
 1  14.43       was just reading --
 2         A.   I think what you really out to do is finish the
 3              sentence.
 4         Q.   Sure.
 5         A.   Pulled it out of context, finish the sentence.
 6         Q.   Sure, I'll do that:
 7                  " ... someone from the government knows Mr Chew
 8              and that is how the information came to Alvin
 9              (SunCity Chairman) ..."
10                  Do you see that?
11         A.   Yes.
12         Q.   "And then sent to him", do you see that?
13         A.   Yes, to YM.  Yes.
14         Q.   And then he goes on to say, as we've said, that he
15              told YM that Mr Eric is Mr Weidner's top man?
16         A.   Yes.
17         Q.   If you go on to the next email --
18     MR HWANG:  Before we leave that, just clarify, YM is?
19         A.   YM Chong is the international director for SunCity.
20              YM is a reasonably well-known guy.  Garry and Brad
21              knew him well, I knew him slightly in a different
22              capacity, we had interviewed him before, but he was
23              working for Alvin, Alvin Chow is the head.  He is
24              Macanese born and bred, he is the centre of the
25              junket world.
```

**Page 171**

```
 1  14.44       YM is an outsider, he's not from the
 2              neighbourhood.  He's a good guy and -- but he
 3              doesn't have the central clout that the chairman of
 4              SunCity has and I know that Dennis -- look, Dennis
 5              is a great guy, hard worker, that's why we hired
 6              him.  Everyone wants to be the one that brought
 7              SunCity, so everybody describes, "Well, I know them
 8              and I did this and I have a relationship" and all
 9              that kind of thing, but it's only the government,
10              because the December 11 email says "I can't even get
11              him to come", Dennis, with all this relationship,
12              "I can't get Neptune, nor can I get SunCity to
13              come."
14                  We, Eric, told our friends at the CLO,
15              government, to please ask Alvin to have a
16              representative or a SunCity person come to Solaire.
17              We want to do business at Solaire.  So government
18              told the SunCity chairman, at our direction.
19                  Now, YM didn't know Eric, okay?  Didn't matter
20              Eric is in Macau, YM travels all over the place,
21              Eric is in Macau, and we brought the CLO, China
22              Liaison Office, to the signing certificate ceremony
23              in the Philippines.  Extraordinary --
24     MR HWANG:  We'll come to this, but let's just focus on
25              the --
```

**Page 172**

```
 1  14.46  A.   The point is that the government told Alvin to send
 2              his representative to Solaire and he came and he met
 3              with Dennis Andreaci.
 4     MR BISHOP:  Which government are we talking about?
 5         A.   Government of China, through the China Liaison
 6              Office.
 7     MR BISHOP:  Does the government have a relationship with
 8              SunCity?
 9         A.   Yes.
10     MR BISHOP:  What's the relationship?
11         A.   This directly will tell you, it takes a little while
12              to get there, how and why we started with China
13              Liaison Office.  It takes a little time, but I think
14              I can give you the framework.
15     MR BISHOP:  I'm just struggling to figure out why the
16              government would tell SunCity to do this.
17         A.   It will take minute but I think I can tell you.
18     MR BISHOP:  I'm sorry to interrupt the cross-examination
19              I just don't understand (Microphone not activated).
20         A.   When China took over the two Special Administrative
21              Regions, that's Hong Kong and Macau, under what's
22              called one China, two systems, they pledged to the
23              world that these entities would maintain a certain
24              semblance of independence, but that China could
25              interfere in their affairs or be involved in their
```

```
 1   14.47   affairs in three different ways.
 2           One, they couldn't have independent foreign
 3           relation, so China has offices in both those cities
 4           that are foreign relations office, so if an
 5           ambassador from another country comes, they come see
 6           the China rep, they don't see the Hong Kong
 7           representative, they see the China representative.
 8           Two, military, they couldn't have their own
 9           military, so there are military bases, the PLA
10           bases, they never come out of them, but in Hong
11           Kong, if you're in the JW Marriott, you can look
12           down and see the PLA base and Macau was right across
13           from the Venetian.
14           There are 5,000 -- 2,500 soldiers, garrisoned,
15           5,000 and too high, that replenished that.
16           And three, because China is a directed economy,
17           the economic office, called the China Liaison
18           Office, they are in charge of, theoretically,
19           Macau's economy. The China Liaison Office had to
20           know everything about the economy, they report up to
21           Beijing to what's called the Development and Reform
22           Commission. That reports to State Council.
23           So if you wanted to find out anything about any
24           junket rep, to see if you knew Dr Chen, if you knew
25           the CLO, he had a spreadsheet of every junket room,
```

```
 1   14.49   every junket operator, what his volume was and the
 2           key thing about the CLO is the CLO is the junkets'
 3           get out of jail free card.
 4           Alvin's organisation has 3,500 agents all over
 5           China and what are they doing? They are granting
 6           credit, they are collecting China and in a
 7           controlled economy where it's illegal to move money
 8           or move the RMB out, they were committing illegal
 9           acts every day.
10           But since gambling is illegal in China but
11           legal in Macau, as a pre-existing condition, the CLO
12           was the only group of people in China allowed to
13           deal with gambling issues. So if one of Alvin's
14           major representatives in Chengdu, some place, is
15           caught by the local authorities with a bag of RMB,
16           he is in jail, literally.
17           So the CLO could call the local authorities and
18           explain, look, this is not correct, it's illegal.
19           However, this SAR has the right to have gambling and
20           while it is incorrect in the movement of money, it
21           is explainable under one China, two systems, that
22           gambling is allowed in this SAR.
23           And so every junket rep in Macau was very
24           accommodating to Dr Chen. He was their
25           representative of the economy of Macau in China.
```

```
 1   14.50   That's why they are so important and so powerful
 2           within the junket community there.
 3   MR NOLAN: So there was lot that was said, but just to
 4           orient my questions again, I want to focus on
 5           something quite a bit more concrete, which is whose
 6           relationships were operating.
 7           So coming back to that, if we could take a
 8           look, just to orient ourselves back at the part of
 9           paragraph 18 of your fourth declaration that we were
10           looking at before, this is the part carries on to
11           page 7, and this is where you refer to it being
12           "only my personal efforts", do you see that?
13        A. Yes.
14        Q. "Working through my established high-level
15           connections in China and Macau", do you see that?
16        A. Yes.
17        Q. What I want you to do, because we are now talking
18           about "my established high-level connections in
19           China", I'd like you to look with me at the email,
20           tab 5, which is the joint common bundle 163 email of
21           Mr Andreaci, okay?
22        A. Yes.
23        Q. And above the second paragraph above the signoff
24           "Regards" begins, "I asked him" and then it should
25           be "if". You see that paragraph?
```

```
 1   14.52 A. Yes.
 2        Q. Then if you read it says, "someone from the
 3           government knows Mr Chew", right?
 4        A. Yes.
 5        Q. It doesn't say "someone from the government knows
 6           Bill Weidner", does it?
 7        A. No.
 8        Q. Okay. Now, Mr Weidner, let me ask you to take a
 9           look at another email. This email is at tab 6 of
10           your binder. It also has to do with SunCity and
11           this does not have a common bundle reference, but it
12           is RE-185. And this is a whole bunch of emails, I'm
13           going to ask you to look at one particular one that
14           is at page 41 of this whole bunch of emails.
15        A. I'm lost here.
16        Q. That was a lot to deal with. It's tab 6?
17        A. Tab 6 is something in November --
18        Q. I think it's a compilation of emails and if you look
19           at page 41 of that compilation, the bottom middle
20           there is page numbers?
21        A. I have 3, 4, 7 so this is -- okay, excuse me, now
22           I'm here.
23        Q. It's a short email but it's a big bunch of documents
24           behind the tab, page 41 when you get to that?
25        A. Yes.
```

```
 1  14.53 Q.  You'll see that the top line is from Bill Weidner.
 2            Just tell me when you have the -- the top one is
 3            Friday, March 29, 2013 for the record, page 41,
 4            RE-185.  Do you have that, sir?
 5        A.  Yes.
 6        Q.  Now the first email I'm going to ask you about --
 7            this time I'm going to do it the right way -- I'm
 8            going to ask you about the first email, the one at
 9            the bottom of the string.  The first email is dated
10            -- it's from "eric21" to Bill Weidner, do you see
11            that?
12        A.  Yes.
13        Q.  And "eric21" is obviously Eric Chiu who we have been
14            talking about, right?
15        A.  Yes.
16        Q.  And he says:
17                "Bill,
18                As talked, below are some details of the
19            biggest junket in Macao."
20                Do you see that?
21        A.  Yes.
22        Q.  And then he goes on to say:
23                "Sun International Group Ltd."
24                That's SunCity we have been talking about,
25            right?
```

Page 177
A Court Reporting Transcript by DTI

GGAM-SDNY-0357885

```
 1  14.54 A.  Yes.
 2        Q.  And he gives the name of the chairman, right?
 3        A.  Yes.
 4        Q.  And then he gives some data about SunCity, right?
 5        A.  Yes.
 6        Q.  This is information that Eric gave to you about
 7            SunCity, right?
 8        A.  Yes, about the volume of SunCity.
 9        Q.  And this was information that you forwarded to
10            Mr Stone, right?  Correct?
11        A.  Brad and Garry, yes.
12        Q.  So this information about SunCity from Eric was
13            information that you thought would be useful also to
14            send to Mr Stone?
15        A.  Yes, because SunCity had grown so incredibly
16            rapidly.  I had -- we knew SunCity, we just didn't
17            know what kind of volume it was doing.  So I asked
18            Eric to get me exactly where SunCity was, so he sent
19            me the information he was able to gather about them.
20        Q.  Including the name of the chairman, right?
21        A.  Yes.
22        Q.  Then let's turn to just the very next page, so it's
23            42 in this email compilation.  We are still on
24            RE-185.  Let's look at the bottom of the first email
25            in the chain here.  This is another email from Eric
```

Page 178
A Court Reporting Transcript by DTI

GGAM-SDNY-0357886

```
 1  14.56     to you, do you see that?
 2        A.  Yes.
 3        Q.  And this is an email that itself -- I guess pastes
 4            in or more accurately kind of types in, a text
 5            exchange, right?
 6        A.  Yes.
 7        Q.  And the text that's being forwarded is one from YM
 8            the same SunCity guy we were talking about before,
 9            right?
10        A.  Yes.
11        Q.  And he says:
12                "Eric, I know the program and already got it
13            from Dennis and the credit application from
14            Anthony."
15                Do you see that?
16        A.  Yes.
17        Q.  And Anthony is referring to Anthony See Toh, the
18            credit guy at Solaire?
19        A.  I believe so, yes.
20        Q.  And you send an email back to -- I'm sorry,
21            I shouldn't say back.  After you get that, you send
22            an email to Mr Saunders, do you see that?
23        A.  Yes.
24        Q.  And you say, "What happened?"  Do you see that?
25        A.  Yes.
```

Page 179
A Court Reporting Transcript by DTI

GGAM-SDNY-0357887

```
 1  14.57 Q.  Then you say, "Did Solaire go rogue", do you see
 2            that?
 3        A.  Yes.
 4        Q.  Meaning, did when you say "go rogue", you are
 5            meaning did Solaire go off and do something on its
 6            own?
 7        A.  Correct, yes.
 8        Q.  Okay.
 9        A.  Yes, because you, you're taking things -- you're not
10            completing everything because it's self-explanatory
11            if you complete the communications.
12        Q.  Well, okay.  What I'm trying to do is look at the
13            factual record and if your lawyer wants to ask you
14            more questions, and I presume he will, he will --
15        A.  Good.  We will correct the factual --
16        Q.  -- but what I want to do is look at the actual
17            documentary record?
18        A.  Then let's finish it.  I suggest we finish it.  YM
19            Chong had been in Manila three days before.  Dennis
20            had mentioned Eric's name.  I communicated with
21            Eric, Eric then gets in touch with YM because he
22            wants to set a meeting up with YM, and he wants to
23            set a meeting up, a lunch, to discuss our junket
24            agreement.  "I just talked with xxx", because he's
25            not going to mention the Chinese name of the
```

Page 180
A Court Reporting Transcript by DTI

GGAM-SDNY-0357888

```
1   14.58    government official who is going to join us as well.
2            So he's talking about the process here.  I am
3            saying then to Garry I said, we can't control this
4            junket, unless we control -- we can't control it
5            overall, unless we at headquarters, through the CLO,
6            are able to control it.  In other words, communicate
7            with it.
8            So if the agreement is signed down below, we
9            don't have the face, we don't have the ability to go
10           directly to the chairman.  So -- and I know Dennis
11           desperately wants to claim SunCity and I know
12           Lorraine Koo -- I mean, everybody in the business
13           wants to claim SunCity, bagging SunCity, but bagging
14           SunCity isn't the point.  You want to get SunCity,
15           then you need to then make sure the people sitting
16           at the table have a bunch of money, that they pay
17           their bills and the way to do that is make sure that
18           SunCity knows that our relationship is still strong
19           with the China Liaison Office.
20           That's what this confirms here.  Why not use
21           our control through our Macau/Beijing connections.
22           Did Solaire go rogue?  Did they not get the message?
23           It's got to be done through headquarters.
24      Q.   So, Mr Weidner, I understood you in that answer to
25           talk about face, right?
```

Page 181
A Court Reporting Transcript by DTI

GGAM-SDNY-0357889

```
1   14.59 A.  Yes.
2        Q.  And you talked about control?
3        A.  Yes.
4        Q.  And what I'm focusing --
5        A.  I use "control" advisedly.  No one can control, but
6            we know the pecking order and we know that if the
7            pecking order is that robust, then we'll get more
8            attention.
9        Q.  Mr Weidner, what I'm exploring are the facts of who
10           caused the agreement to be signed, to which you've
11           testified in your declarations, correct?
12       A.  Yes.
13       Q.  And here, you ask did Dennis go rogue?
14       A.  Yes.
15       Q.  Did Dennis go rogue in pursuing an agreement with
16           SunCity?
17       A.  Correct.
18       Q.  So irrespective of who has face and who is
19           controlling things, Dennis, you're asking, whether
20           he went rogue with respect to SunCity, aren't you?
21       A.  I got YM Chong to go there.  He wouldn't go through
22           Dennis.  I, through Eric, because I can't speak the
23           language, again got the CLO to tell Alvin to send
24           YM.  It's acknowledged.
25           Now, now he's at the property.  I am sure YM
```

Page 182
A Court Reporting Transcript by DTI

GGAM-SDNY-0357890

```
1   15.00    would rather have a relationship with Dennis at the
2            property and I'm sure Dennis would rather have a
3            relationship with YM because YM isn't in Central,
4            he's out doing his own thing, so he will have some
5            control.
6            Control needed to be at the headquarters.  That
7            way we could visit Macau, we could have dinner with
8            Dr Chen, we could talk about what as going on and
9            Dr Chen could discuss with Alvin the fact that we
10           have been talking to him and how are things going in
11           the Philippines.  It's all done in a very polite way
12           but it's all about the relationships that are
13           important to get the right people in the chair and
14           get them to pay.  That's what --
15       Q.  So Mr Weidner, can you leave aside with me for a
16           second the question of who is going out to dinner
17           and who is having control and simply the question of
18           whether it is the case that you asked whether Dennis
19           had gone rogue because you didn't know whether
20           Dennis had gone rogue, did you?  You thought he
21           might have and you asked that question?
22       A.  Don't dismiss going out to dinner, I mean, 10 years
23           of having dinner with these guys, it's super
24           important and Dennis didn't know, he's never dealt
25           with the Chinese government, no one knew that.  They
```

Page 183
A Court Reporting Transcript by DTI

GGAM-SDNY-0357891

```
1   15.02    didn't even know that the CLO has such power because
2            the guys in the field are good people, they have
3            relationships.  They don't know how it actually
4            works in China.  And I've been working on that since
5            2002.
6        Q.  So Mr Weidner, let me see if you can agree with me
7            at least this far.  So notwithstanding ten years of
8            going out to dinner, notwithstanding having been
9            working in China since 2002, when GGAM was
10           terminated as the manager of Solaire, SunCity
11           decided to continue the agreement with Solaire?
12       A.  Yes.
13       Q.  Correct?
14       A.  Yes.
15       Q.  Okay.
16       A.  And I'm glad they did, it was a gift from me to
17           Mr Razon.
18       Q.  Take a look at tab 7, please.  This is exhibit H to
19           your third declaration.  It doesn't have a common
20           bundle number.  This is an email from Mr Chiu to
21           you, do you see that?
22       A.  Yes.
23       Q.  And Mr Chiu reports to you:
24           "Bill,
25           SunCity Macau just called me and asked me about
```

Page 184
A Court Reporting Transcript by DTI

GGAM-SDNY-0357892

```
 1  15.11    pretty stunning, of 20 billion a year.
 2              Now let's deal with something more particular
 3           which is seven phone calls, okay?
 4      A.   Yes.
 5      Q.   Okay.  And here, you refer to a roadshow
 6           presentation at the St Regis Hotel, right?
 7      A.   Yes.
 8      Q.   And you say:
 9              "I answered a question as to how I would get
10           junket operators to come to the Solaire by
11           making ..."
12              And you quote "7 phone calls", closed quote.
13           Do you see that?
14      A.   Yes.
15      Q.   And do you remember having said at the St Regis
16           Hotel in answer to a question as to how you would
17           get junket operators to come to Solaire, that you
18           would make seven phone calls?
19      A.   Part of my answer.  My answer was a little longer
20           than that.
21      Q.   So you say you do recall making such a remark and
22           you say that Mr Razon's reaction to that comment
23           reflects his ignorance, correct?
24      A.   If he didn't know that the junket market in Macau
25           was that concentrated, I don't know whether to call
```

```
 1  15.12    it -- what else do you call it?  I mean, the seven
 2           operators in Macau, those seven top operators,
 3           probably have 80 to 90 per cent, somewhere in that
 4           range, of the total business.  It's not simple.  You
 5           have to start with number 1, because once you have
 6           number 1, then number 2 and 3 kind of fall in train.
 7              As we were discussing with the strategy with
 8           the -- basically the fellows from the CLO, they
 9           suggested that we only do three.  Three represented
10           about 50 per cent, and they were concerned if we got
11           too many, then they would get elbowing one another,
12           if we had too few, they would be too dominant.  They
13           thought three was the right number.
14              But I was informing -- it shocked Mr Razon.
15           I informed the audience when the audience said, how
16           will you get junkets to come to Macau?  I said, well
17           seven phone calls would do it.  Now, I would have to
18           be able to speak Mandarin, Cantonese, Shanghai-ese,
19           but through others, you would focus on seven junkets
20           in Macau because they were the Macau junket market.
21              There were over 200 registered junket reps so
22           you get one of the smaller -- look, no one wants to
23           call a smaller junket rep not valuable, every junket
24           rep has some value, they bring people and whether
25           they're in Thailand or some other place.
```

```
 1  15.15    gave really quite a long answer to that question?
 2      A.   Yes.
 3      Q.   Because --
 4      A.   It could have been longer.
 5      Q.   I believe you.
 6      A.   All right.
 7      Q.   And I'm not criticising you for it.  This is, in
 8           your view -- I don't mean anything in particular by
 9           these words, but a complicated and intricate
10           situation, these junket relationships, fair?
11      A.   China is a very complicated and very intricate
12           place, so it cannot not be.
13      Q.   And in the long answer you just gave, you said
14           things about the CLO meaning the China Liaison
15           Office, right?
16      A.   Yes.
17      Q.   And you previously told Mr Bishop things about how
18           the government interacts with the junket operators
19           and currency controls work and I'm not even going to
20           begin to summarise it, it was a formidable answer,
21           you recall telling him that?
22      A.   Yes.
23      Q.   And in that long answer you gave, you said things
24           about whether you call three first or seven, and I
25           don't remember exactly what it was, but you said
```

```
 1  15.16    something about I believe discussions with
 2           government people and what that caused you to think
 3           about three versus seven?
 4      A.   Yes.
 5      Q.   I want you to focus on what you said at the St Regis
 6           and how that would be understood?
 7      A.   Okay.
 8      Q.   At the St Regis, you referred getting junket
 9           operators to come to Manila by making seven phone
10           calls, right?
11      A.   Yes.
12      Q.   And then in your statement, you go on to say, this
13           is looking at paragraph 31, your explanation:
14              "... my statement was intended to communicate
15           to an investor audience GGAM's capability of
16           leveraging its existing relationships in Asia and
17           elsewhere, and developing new relationship, for
18           Solaire's benefit, specifically by focusing its
19           effort on these top-tier junkets in the industry."
20              You see that?
21      A.   Yes.
22      Q.   Mr Weidner, let me just ask you this; do you think
23           it's reasonable to expect that when you're asked at
24           an investor conference at the St Regis in New York,
25           "how are you going to get junkets to come to
```

```
 1  15.17    Manila", and you say, "seven phone calls", do you
 2           think that the people hearing that remark are going
 3           to believe that you mean by that all of the things
 4           you said about the CLO and three versus five and
 5           leveraging relationships that you explained in that
 6           long answer?
 7      A.   I would never say that, never say that publicly.
 8           And I have permission to talk about it here.
 9      Q.   Okay.  Now, let's turn now to something else about
10           junkets that we touched on a little bit earlier.
11           You recall that we talked about two specific
12           strategies for Solaire with respect to junkets,
13           right?
14      A.   No, we talked about two specific thrusts, one was
15           junkets and the other was individual play.
16      Q.   Let me --
17      A.   That's my recollection.
18      Q.   Let me try to orient ourselves.  Let me just see if
19           I can find a reference again because what you said
20           is also true, we did talk about that too.  Just to
21           put us back in the record of the case, and obviously
22           you've been here all week so you see we do this in
23           parts.  It will make sense later, that's why I keep
24           going back to these declarations.
25               Let's look at your third declaration, and let's
```

```
 1  15.36    that took months to organise.  I couldn't do it in
 2           14 days, 12 days, between the 3rd and the 16th.  I
 3           had to make travel arrangements and all that.  I'd
 4           been working on that for months.
 5      Q.   So, Mr Weidner, we have just been talking about the
 6           unique and sophisticated government-led, top-down
 7           junket approach?
 8      A.   Correct.
 9      Q.   And now I want to move to another topic which is the
10           cross-border trading platform to promote
11           China-Philippine gaming and business visitation,
12           okay?
13      A.   No, business visitation.
14      Q.   Business visitation?
15      A.   Understand, I can't -- you can't promote gaming in
16           China, so if you're going to directly promote
17           people, you will promote business, not gamble, and
18           both business gives them a portal to be able to
19           legally transfer RMB for their business activities
20           and gives them a reason that they can get their visa
21           and go to the Philippines.
22               So they will gamble and I will find people that
23           will gamble, and they can use the excuse of doing
24           business in the Philippines.  When I first
25           communicated with Mr Razon about what it is I was
```

```
 1  15.37    going to do, I came to the Philippines directly and
 2           then I went from the Philippines right to Beijing
 3           and I talked in Beijing about what China is
 4           interested in as it relates to the Philippines.
 5               First, I talked to the foreign affairs office
 6           about is there a problem with Chinese coming to the
 7           Philippines?  It's a US-dominated place.  Is there
 8           an issue?  There had been some tourists, I think you
 9           heard before, that had been hurt.  How do the
10           Chinese feel about that, number 1?
11               And then when I went to the ministry or the
12           vice minister of the Ministry of MOFCOM, Ministry
13           Commerce, I asked her.  I said, okay, what is it
14           that you are interested in?  China doesn't want to
15           take over militarily.  It wants to use its economic
16           might to be more robust.  Philippines is US.
17               So I asked them, the Chinese, what are they
18           interested in, in the Philippines.  Exports aren't
19           as important as what they think the Philippines can
20           supply to them:  oil, because the Philippines had
21           just discovered oil offshore and there was an issue
22           about that in the Spratly Islands.  They said
23           minerals because they have gold, they have cobalt
24           and mining was important to them and they mentioned
25           agriculture too.  So the Chinese people need inputs
```

```
 1  15.39    for their manufacturing, Philippines is not far
 2           away.
 3               So they told me that if they could -- if
 4           I could be helpful in introducing Chinese
 5           businessmen to Filipino businessmen, particularly in
 6           those areas, that they would look very favourably
 7           upon my activities.  But I was using -- I travel
 8           with business cards that don't have "gambling" on
 9           them.  I don't travel with GGAM business -- in
10           China, I travel with Weidner Resorts and another one
11           called Weidner Lou Trading.
12               So I use Weidner Lou Trading as I talk to the
13           Ministry of Commerce.  My son runs Weidner Lou
14           Trading, so the Ministry of Commerce doesn't --
15           won't promote gambling, doesn't want to talk about
16           gambling and I can't even talk about it when I'm in
17           their office.
18      Q.   But I want to focus on the beginning of that answer
19           because, frankly, there was a fair bit I was lost
20           with in that answer.  That's not a criticism of you,
21           there was a fair bit I don't think I have a complete
22           hold of.
23               But I thought that the cross-border trading
24           platform was to drive gaming, and I think you said
25           that gaming was just an excuse?
```

ARB - Global Gaming vs Bloomberry Resorts                                    19 October 2015

```
 1   15.40 A.   Yes.
 2         Q.   How is gaming just an excuse?
 3         A.   Well, you can't draw money in China and say "I'm
 4              going to the Philippines to gamble".  It's illegal.
 5              When you're talking to a Chinese businessman, you're
 6              talking to him about business, you're talking to him
 7              about perhaps coming to a leisure thing.  I think
 8              last week or the week before last, several Koreans
 9              were arrested in China for promoting travel to Jeju
10              Island because Jeju Island is all gambling.  It's a
11              southern island just off the coast of Korea.  There
12              is nothing else other than gambling.
13                  So the Chinese arrested them, so you can't
14              promote gambling in China, particularly when you're
15              dealing with high level government officials.  I am
16              Weidner Lou Trading or Weidner Resorts when I'm in
17              China.
18         Q.   Let me ask you to turn to paragraph 36 of your third
19              declaration.
20         A.   Yes.
21         Q.   Here, you refer to creating a cross-border trading
22              platform, thereby facilitating outreach to otherwise
23              unmarketable mainland Chinese clientele, do you see
24              that?
25         A.   Correct.
```

Page 209
A Court Reporting Transcript by DTI

GGAM-SDNY-0357917

ARB - Global Gaming vs Bloomberry Resorts                                    19 October 2015

```
 1   15.41 Q.   You go on to it say that:
 2                  "That is, since one cannot market gaming
 3              directly to the Chinese, the creation of a
 4              non-gaming business rationale for going to and
 5              transacting in Manila provides precisely the
 6              'excuse' to this demographic ..."
 7              Right?
 8         A.   Yes.
 9         Q.   So then is what you're saying that you want to
10              create business reasons for Chinese to come to
11              Manila and then they would gamble?
12         A.   Yes.
13         Q.   That's your cross-border trading platform, correct?
14         A.   That, in conjunction with the money.  So I was
15              involved in Macau with the Ma family, one cousin,
16              one brother, a very famous Chinese family.
17              Relatives had set up Citic, Rong Yiren and in 1982
18              set up Citic and Poly Group.  So Citic and Poly
19              Group, through Brother 8, his name in some of these
20              emails, and Carson Ma, were going to help me figure
21              out how to be able to transfer money for trading
22              purposes.
23                  So it was my Macau contacts, my CLO contacts,
24              my Beijing contacts, that all came into play for
25              what I would say a unique and sophisticated way of
```

Page 210
A Court Reporting Transcript by DTI

GGAM-SDNY-0357918

ARB - Global Gaming vs Bloomberry Resorts                                    19 October 2015

```
 1   15.43      reaching directly into individual Chinese high-end
 2              business people who were most of the very high-end
 3              gamblers there.
 4                  And I was hopeful that Razon would be the nexus
 5              of that.  He was a very powerful Philippine
 6              businessman so I brought people meet Mr Razon in the
 7              hopes that he would be cooperative and introducing
 8              other Philippine businessmen.  My Chinese fellow
 9              said, I have a hard time finding reliable Filipinos
10              as partners.  Can he help me find reliable
11              Filipinos?  We have not had good experience in that.
12                  And so I brought Chairman Du, he had been the
13              head of the party in Jiujiang, private individual,
14              he had the contract to pave all the roads and he
15              needed asphalt and I knew there were refineries in
16              the Philippines.
17                  So I brought him in, I introduced him to
18              Mr Razon and I asked Mr Razon, are there refineries
19              for sale because there was a special tax provision
20              dated back to the 17, 1800s that allowed certain
21              goods in the Philippines to move into China.  So
22              that was the beginning of what I thought would be a
23              terrific trading platform.
24                  And I brought Jiujiang Province Minmetals which
25              is a big SOE, state-owned enterprise, because the
```

Page 211
A Court Reporting Transcript by DTI

GGAM-SDNY-0357919

ARB - Global Gaming vs Bloomberry Resorts                                    19 October 2015

```
 1   15.44      Ministry of Commerce had said mining and metals were
 2              important to them.  And they had gold and cobalt and
 3              a whole list of things, but they weren't really
 4              mining them all that well.
 5                  So my hope was that that would be the beginning
 6              of the trading platform.  Jiujiang Province has
 7              28,000 businessmen in their chamber of commerce and
 8              Chairman Du had been the head of the chamber of
 9              commerce.  They have an office in Beijing, that they
10              promote Jiujiang Province in Beijing.  So I was
11              using commerce connections in Beijing, commerce
12              connections in Jiujiang Province, Hangzhou is the
13              capital, it is the southern part of the Yangtze
14              River, and the triangle between -- if you take from
15              Hangzhou to Wenzhou, Ningbo and Shanghai, in that
16              triangle are some of the major manufacturing
17              businesses there.
18                  Their chamber of commerce was my core beginning
19              and Mr Du and Jiujiang Minmetals were the two major
20              beginners of the process of bringing whales, big
21              players, that's what my hope was, that Mr Razon
22              would actually be the nexus of setting that up.
23   CHAIRMAN:  Mr Nolan, sorry to interrupt, but when it's
24              convenient --
25   MR NOLAN:  I think we can conclude this really quite
```

Page 212
A Court Reporting Transcript by DTI

GGAM-SDNY-0357920

## Page 213

```
 1   15.46   quickly and it may be a good place to break.
 2           CHAIRMAN:  We have been two hours --
 3           MR NOLAN:  I think this will take only a few minutes.
 4               So Mr Razon would be a nexus for trading and
 5           the people from China doing business would gamble at
 6           Solaire?  This is the cross-border trading platform;
 7           is that right?
 8       A.  That's the whole idea.
 9       Q.  Let me ask you to look at tab 13.  This is the
10           CE-132 letter from Mr Weidner to Razon, March 3,
11           joint common bundle 149.  Here, if you take a look
12           at the second paragraph here, there is a reference
13           here to someone who will bring in -- someone who is
14           interested in doing business with you, one large
15           private asphalt company.  You see that reference to
16           the private asphalt company?
17       A.  Yes.
18       Q.  And in your answer, you were referring to, I think,
19           brother 8?
20       A.  No, no.  The money -- brother 8 is in Macau.  And
21           brother 8's family relate to Citic and Poly Group
22           and I was setting up with them banking relationships
23           so that when the trade guys -- when these guys went
24           to be at Solaire in Manila and they needed money to
25           be able to conduct their trading exercises, they
```

## Page 214

```
 1   15.48   generally over-send money for trading exercises so
 2           they have liquidity to gamble with.
 3               So they were the other piece of, call it the
 4           sophistication of a process, of building a way for
 5           Chinese businessmen to be able to come and gamble
 6           and have money to gamble with.
 7               But by the way, to the Chinese, gambling and
 8           business is just the way they breathe.  So there is
 9           nothing wrong with it but it was the idea of setting
10           a platform up to be able to do business and to be
11           able to enjoy themselves and gamble.
12               And the Chinese spend lots of their disposable
13           income on gambling, much more than westerners do.
14           It was a way of starting that process with Solaire
15           at it's nexus, at its core.
16       Q.  I'm going to conclude this line of questioning by
17           trying to fit some of what we have discussed within
18           the MSA and for that purpose, let me ask you to turn
19           to tab 15 of your materials which is the MSA.  It's
20           joint common bundle 45, CE-1.
21               I'm going to ask you to look with me at clause
22           2.10 of the MSA.
23       A.  2.1?
24       Q.  2.10.
25       A.  Am I --
```

## Page 215

```
 1   15.49  Q.  And it refers to GGAM acting through the management
 2           team preparing an annual budget, clause 2.10.  It's
 3           page 7.
 4       A.  Oh, okay.  Yes.
 5       Q.  And that annual budget, you'll see at the end, is to
 6           include a business plan, marketing plans for
 7           discussion with the owner and approval by the board,
 8           do you see that?
 9       A.  Yes.
10       Q.  That's a reference to an obligation on the part of
11           GGAM through the management team to prepare business
12           plans, marketing plans for discussion with the
13           owners and approval by the board, correct?
14       A.  Yes.
15       Q.  And I could direct you to annex H which talks about
16           marketing plans as part of the business plan but
17           there is probably no need for that.
18               Let me just ask you, in the business plan that
19           GGAM caused to be prepared for Solaire, is there any
20           discussion of the unique and sophisticated
21           government-led, top-down junket approach?
22       A.  I would never put that in writing.
23       Q.  So it's not in the business plan?
24       A.  No, it's directly to Mr Razon, directly to the CEO.
25           That's the unique value that I bring.
```

## Page 216

```
 1   15.50  Q.  Let's hold off with directly to Mr Razon and
 2           I promise you we will come to that in a second.
 3       A.  Yes.
 4       Q.  Let's look at the other specific strategy.  Is there
 5           any reference in the business plan to the
 6           cross-border strategy -- the cross-border business
 7           platform for business and gaming visitation
 8           strategy?
 9       A.  No.
10       Q.  That's also not in the business plan?
11       A.  It's -- the business plan is a high level document.
12           The idea bringing high-end players directly is in
13           the business plan.  There are -- the best way of
14           using my background and my contacts is to do exactly
15           what I was doing.
16       Q.  But that's not in the business plan?
17       A.  It's in the business plan.
18       Q.  The cross-border trading platform?
19       A.  No, no, but that's simply a technique.  By the way,
20           it didn't cost them any money.  I retain and I run
21           and it cost me money to run those businesses and
22           I use them as the shield.  I don't want to use the
23           term "front", but as the way of reaching out to
24           Chinese without being a gambling person.
25       Q.  Now, just to conclude because you mentioned
```

1  15.52      Mr Razon, let me ask you in your third witness
2             statement to turn to paragraph 38 of your third
3             witness statement.  In this paragraph 38,
4             Mr Weidner, do you see where you state:
5                 "Generally, I did not make it a point to check
6             in with Mr Razon or his representatives on a regular
7             basis to inform them of the items that I was working
8             on at any particular moment, nor did I instruct
9             Messrs Saunders or Stone to do so with respect to my
10            efforts either."
11                Do you see that?
12       A.   Yes.
13       Q.   I'm going to ask you, on that basis, you didn't tell
14            Mr Razon anything about your unique and
15            sophisticated government-led, top-down junket
16            approach, did you?
17       A.   Yes.
18       Q.   Are there any documents reflecting that you told him
19            those things?
20       A.   It was right from the beginning.  I said I have
21            relationships with junkets and relationships with
22            government.  Relationships.  Now, did I articulate
23            whether I was going to the CLO or whether I was
24            going to meet in Beijing and all that?  No,
25            I wouldn't.  I wouldn't.

Page 217
A Court Reporting Transcript by DTI

GGAM-SDNY-0357925

---

1  16.56      may be, to make a request of you to sell the shares,
2             right?
3        A.   Yes.
4        Q.   And that request --
5        A.   I guess, yes.
6        Q.   And that request may be for the benefit of Cantor
7             GGAM, correct?
8        A.   Yes.
9        Q.   And Cantor GGAM is then the entity that would
10            benefit from the sale of the shares, right?
11       A.   No.  They would be one, but I would imagine that --
12            imagine -- they have -- they get their money back
13            first.  The deal is, they put up the money, they get
14            their money back first and then we share whatever
15            the value above the amount that they have put in
16            equally between GGAM, Weidner, Stone, Saunders, and
17            Cantor.
18       Q.   And this provision says that they, Cantor, may make
19            the request of you, Weidner, right?
20       A.   Yes, but there are other rights in here in this,
21            it's a long agreement, I can't recall it all, but
22            it's not as though they can -- I don't believe that
23            they can force that to happen.  They can make the
24            request, but I don't remember all of the
25            machinations back and forth.

Page 250
A Court Reporting Transcript by DTI

GGAM-SDNY-0357958

---

1  17.19      You can't do it 90 days after you open.
2        Q.   You recall Mr Nolan asked you whether you attended
3             the opening of the Solaire on March 16, 2013,
4             remember those questions?
5        A.   Yes.
6        Q.   Did you attend the opening of the Solaire?
7        A.   Yes, of course.
8        Q.   Did you bring anyone with you?
9        A.   I brought 20 some odd people with me.
10       Q.   Tell the tribunal who these 20 some odd people were
11            and what was your purpose in bringing them to the
12            Solaire's opening?
13       A.   Multiple purposes.  First was the concept of trading
14            platform.  And I brought a gentleman that was known
15            as Chairman Du, I think I mentioned earlier, don't
16            want to go over it again, he was the head of the
17            Communist Party of Jiujiang Province that had gone
18            into the private sector and had the contract for
19            paving the roads in Jiujiang Province, huge
20            contract, and wanted asphalt.  Oil, oil refinery,
21            asphalt, those were some the items the Ministry of
22            Commerce told me they were interested in opening
23            relations with Philippines and Filipinos.  The
24            Philippines have been a big refinery for a long
25            period of time.

Page 268
A Court Reporting Transcript by DTI

GGAM-SDNY-0357976

---

1  17.20      Two, I brought two gentlemen from Jiujiang
2             Minmetals, a large SOE.  That related to the mining
3             and they also had a food division related to the
4             mining and metals and so that was another category
5             that the Ministry of Commerce had said they were
6             interested in, opening up the metals and the rare
7             earths and things like that.  I don't think rare
8             earths were there, but it was cobalt and several
9             other metals they wanted to be involved in, so
10            I brought a large Hangzhou SOE with me to talk to
11            Razon about if he had friends in that part of the
12            Philippines business.
13                So they were the two anchors for the beginning
14            because they were both -- both those companies were
15            actively involved in the Jiujiang chamber of
16            commerce, as I mentioned with the 24,000 businesses
17            in that part the northern part of Jiujiang Province
18            which were members of the Ministry of Commerce, they
19            were two people who were leaders in that.
20                I wanted them to meet Mr Razon.  I was hopeful
21            that Mr Razon would either get involved with them
22            some way or another, or have one of his friends get
23            involved with them about refinery or metals and
24            mining.  I brought with me the largest -- oldest
25            travel agency in China, China International Travel

Page 269
A Court Reporting Transcript by DTI

GGAM-SDNY-0357977

```
 1  17.22    Services, CITS.
 2              I brought Cheung Kong Shipping which is the
 3           largest fast ferry operation, but they have a travel
 4           agency because they book hotel rooms, ferry tickets
 5           and other things.  They were friends of mine from
 6           Guangdong Province and they were also very much
 7           involved in Taiwan, so I brought them along for
 8           travel agency support and so forth in China.
 9              I brought about 20 members of the Taiwanese
10           press to cover the opening of Solaire.  Now, the
11           Taiwan press -- if Solaire was opening and I wasn't
12           involved in Taiwan and casinos, the Solaire may have
13           been on page 16, maybe, but Solaire was front page
14           in major papers in Taiwan.  Why?  Because they are
15           thinking about casinos.
16              I had been working two years there.  So they
17           covered me, but I told Mr Razon that they want to
18           cover you, too.  They want to take a picture of you,
19           they want to take pictures of the property.  So the
20           gambling tables, the restaurants, those were
21           prominently shown on the front page of Taiwanese
22           papers and did they cover me?  Yes, of course.
23              Did they talk about me as wanting to open a
24           casino in Taiwan?  Yes.  That was advantageous for
25           me, but it got him and Solaire and the Solaire
```

```
 1  17.32 Q.  And again, you tell the panel again in shorthand how
 2           important SunCity sits among the hierarchy of
 3           junkets?
 4       A.  Number 1.  So it represents, at the time, 2013, when
 5           we opened the property, it represented between 8 and
 6           $10 billion itself, 25 per cent of the total junket
 7           market in Macau.
 8       Q.  Okay.  And in your response to Mr Nolan, you
 9           referenced a December 2012 email that Mr Nolan
10           didn't show to you.  Do you remember that testimony?
11       A.  Yes.
12       Q.  I want to show that to you now.  It's respondents
13           additional exhibit 289 and we have copies for the
14           tribunal and for counsel and the witness, just for
15           convenience.  It's response additional 289.
16              It's an email from Dennis Andreaci to
17           Mr Saunders dated December 11, 2012 and you recall
18           Mr Nolan was asking you about emails about SunCity
19           in April of the next year.  You remember that?
20       A.  Yes.
21       Q.  What significance did you intend to find in this
22           exhibit of December 2012?  Exhibit 289 respondents'
23           additional?
24       A.  Dennis is writing to Garry Saunders and copying Mike
25           French, talking about junket reps and in the first
```

```
 1  17.34    sentence he says -- at the very end, "The top two in
 2           Macau", that is the top two junkets in Macau,
 3           "SunCity and Neptune do not seem interested but that
 4           is fine."  And he's moving on to say he's got Tak
 5           Chung and others, but the top two junkets in Macau
 6           would not go to the Philippines, were not interested
 7           in the Philippines.
 8       Q.  Until what happened?
 9       A.  Until we tapped -- we asked Dr Chen to ask the head
10           of SunCity to send someone.  We are ready, we are
11           going to be opening soon, so we would like to begin
12           the process now of getting the top junket in the
13           world to Solaire.  Solaire would not be ready for
14           several months in the future, signed the agreement
15           in July, we will probably start getting customers
16           maybe by the end of the year out of SunCity.
17              We would have had the place complete, would
18           have had the new suites done, pool, et cetera, and
19           we were really going to begin the process of
20           developing the high-end of the business.  But they
21           wouldn't come.  They wouldn't come for Dennis nor
22           how friendly YM may or may not have been.  They
23           wouldn't come until the head of the junket, Alvin
24           Chou, was told by the government to go.
25       Q.  Let's go to tab 5 in your cross-examination folder.
```

```
 1  17.35    That's the email from Mr Andreaci, Mr Saunders,
 2           dated April 23 of the following year, 2013.
 3              I believe it's also JCB-163.  Do you have that
 4           email from Mr Andreaci, tab 5 in your binder, joint
 5           core bundle 163?
 6       A.  Yes, I do.
 7       Q.  You recall Mr Nolan asking you about the second to
 8           last paragraph on that email, you see that?
 9       A.  Yes.
10       Q.  And he said he talked about there is reference to
11           Mr Chiu, that's Eric Chiu, right?
12       A.  Yes, it is.
13       Q.  It says, "I told YM that Eric is Mr Weidner's
14           right-hand top man."
15       A.  Yes.
16       Q.  Is that accurate?
17       A.  Yes.
18       Q.  Does Mr Chiu go around freelancing, talking to the
19           biggest junket in the world without direction from
20           you?
21       A.  No.
22       Q.  Why do you sit here now and tell the tribunal that
23           you had something to do with getting the SunCity
24           junket for Solaire?
25       A.  Because I met directly with the CLO on many
```

```
 1  17.37    occasions, several, six, eight occasions, have
 2           dinner with Dr Chen and talk about the junket market
 3           there in Macau.  He said he would be helpful.  And
 4           when we decided to energise Solaire and the other
 5           large junkets, we of course sat down with Dr Chen,
 6           talked to him about it.
 7              Eric -- Dr Chen speaks a little bit of English,
 8           not English really well, but Eric talks to Dr Chen
 9           when I have dinner with him because he's my
10           interpreter and then Eric has a very good
11           relationship with Dr Chen and brother 8 and Carson
12           Ma and others there in Macau, and we use them as our
13           relationship builders and Eric is my right-hand guy,
14           GGAM's right-hand guy, in my office in Macau.
15      Q.   Mr Nolan also asked you about the economic benefits
16           of the shares granted to GGAM under the equity
17           option agreement, remember those questions?
18      A.   Yes.
19      Q.   Is there any reason on earth that you would not want
20           to see Solaire succeed?
21      A.   I had every reason in the world for it to succeed.
22      Q.   Were you running around the world with 30 other
23           properties to take care of?
24      A.   No.
25      Q.   What were you doing in this period to help Solaire
```

```
 1  17.46    interesting."  So it happened to be -- happened to
 2           be a project that the Ma family was involved in, so
 3           knew it well, and I met with them in Hong Kong and
 4           in Macau and related back to him I didn't think it
 5           was the right property, although I did bring him
 6           another property in Macau that I said we ought to --
 7           I didn't want him to invest in it because if I could
 8           cut the deal I wanted it all for myself.  I didn't
 9           want him to have any of it.  But he had offered me
10           10 per cent, so I offered him 10 per cent of the
11           Waldo, because if we could have a footprint in Macau
12           I was going to be partners with Brother 8, Mao Wei
13           Song (phonetic).
14      Q.   What's the Waldo?
15      A.   The Waldo is a property in Macau right across the
16           street from the Sands, from the Sands in Macau,
17           Golden Sands, right across the street, Avenue
18           Amizade, and the Waldo was a small property, but it
19           would offer us junket rooms there we could actually
20           operate at, with one of the most important guys --
21           another important guy to the junkets is my friend
22           Brother 8.  He actually settled the Tong wars, the
23           wars '97 to '99.  And so he talked to the junkets
24           all the time because those are the guys that were
25           literally shooting each other at the time that
```

```
 1  17.47    Portugal was handing Macau over.  So a fellow by the
 2           name of Wan Kuok-koi, Broken Tooth, was one of the
 3           tongs that got in a fight with another one, and he
 4           actually negotiated that and got them to not shoot
 5           each other because it wasn't good for tourism, so --
 6           but he could talk to all the junkets also.  So those
 7           were the kinds of people that I had relationships
 8           with, primarily through Eric because he lived in
 9           Macau and he was involved.  So I could -- I could
10           get ahold of these guys.
11              Key thing is a junket, even if it's a big one,
12           it doesn't mean anything if the tables have small
13           players.  So it's not just SunCity, it's being able
14           to tell Dr Chen that Alvin isn't giving me face.
15      Q.   What does that mean, "he's not giving me face"?
16      A.   Well, if the government says to Alvin, "Alvin, send
17           YM down and get involved in the Solaire," if he
18           doesn't give me face, I can go back to Dr Chen and
19           say I'm not getting face.  He's got tens of billions
20           of dollars worth of business and I've got these
21           little guys here and they are not gambling very
22           much.
23              So when I say control, you can't control it but
24           you have the ability to talk to them in a way that
25           nobody else could, certainly nobody in the market
```

```
 1  17.48    there could.
 2              Now, secondly, if I'm not collecting, you know,
 3           if the get out of jail card free guy says, hey, your
 4           players stiffed Mr Weidner in the Philippines, they
 5           will pay attention.
 6              So it's not just SunCity; it's what is behind
 7           the relationship with SunCity.
 8              So all those things came into play.
 9      Q.   Mr Weidner, how many years have you been working the
10           China beat?
11      A.   Went there in 1979 first, just to go across the
12           border, because it was the opening up.  First SEZ
13           was Shenzhen.  So I went across then.  But I've
14           always been interested in it.  I like the history.
15           I think it's fascinating.  That country -- Deng
16           Xiaoping brought 700, 800 million people out of
17           property.  That's an unbelievable accomplishment.
18           So I had a lot of respect for them.  They have a
19           great history.  It's difficult.  They just see
20           things differently than we do.  But since 2002,
21           before I opened the Macau, I started in Zhuhai, and
22           I had Eric, and I just dug in, and I wanted to find
23           out everything I could about China and try to create
24           as many relationships as I could.  So since 2002 is
25           more --
```

## Page 289

17.50 Q. In that decade-plus of building relationships in
         China, were you able to do so?
      A. Yes.
      Q. And do you think your highest and best use for the
         Solaire was to stay on the ground every day in
         Manila looking at the construction?
      A. If I had a phone next to Mr Razon's desk in Manila,
         I'd be calling out, so it's probably better for me
         to be where I was calling to.
      Q. Finally, Mr Weidner, did Mr Razon have your cell
         phone number, a place where he could reach you 24/7?
      A. Yes, particularly during the negotiations, he had
         it, and I wrote to him at the end of the
         negotiations, "Call me any time. Here is my cell
         number."
      Q. And during the entire period of late 2011, 2012,
         2013, up through the opening, did he ever once call
         you and say, "Bill Weidner, I want you more on the
         ground in Manila"?
      A. No.
      MR WEINER: Nothing further, Mr Chair.
                 Questions from TRIBUNAL
      MR HWANG: I have a very short question. I'm just trying
         to understand why you say that it was so important
         to be able to bring Chinese gamblers over by

## Page 290

17.51 promoting a business link. So my question is simply
      this: if a Chinese gambler just said he was a
      tourist and wanted to go to the Philippines, would
      there be some limitation on the amount of money the
      Chinese tourist could take out?
   A. Yes. They have a union pay card, and it's a debit
      card, but the union pay card, they do could only --
      I think it was 10,000 RMB a day or something like
      that. Now they have added a hundred thousand RMB a
      year cap to it. Now, a lot of times what they would
      do is have several union pay cards at several
      different banks but still wasn't really money. The
      fellows that I was after, you'd have to carry a
      wheelbarrow of union pay cards.
   MR HWANG: You were saying just now that if they had some
      business reason to go to the Philippines they would
      be able to transmit money, ostensibly for business
      purposes?
   A. Yes. The government policy is the going outward.
      The 12th 5-year plan. It's still part of the
      process. The government encouraged them to go out
      and do business. China wants to create trade
      relations. It wants to show -- one of the reasons
      why Taiwan before Xi Jinping was -- who, I thought,
      such a powerful thing, they wanted to show Taiwan

## Page 291

17.52 their wealth, and so what better place to do it on
      their own island. By the way, that island is
      actually a part of the Min Bay people, north of the
      Min river so it's part of the northern part of
      Fujian province.
   MR HWANG: Matsu?
   A. Taiwan, Matsu. The Matsu people speak the dialect
      of the Mainland. They don't speak the dialect of
      the island. So those people are stuck in between in
      the war. So -- point is that understanding what
      they are thinking was an important part of
      developing what could be done and then developing
      the relationships to take advantage.
   MR HWANG: If there was a Chinese guy who went over to
      the Philippines, ostensibly on business, would he
      then have a larger foreign exchange capacity?
   A. Depending how he set his business up. As long as he
      registered a business there and was in trading, you
      can't -- it's hard to trace did he lose in the
      transaction, make money in a transaction, or
      whatever? That's why a trading platform -- as long
      as he was making widgets, you can count widgets and
      send them. If you're trading commodities, which
      were the metals or whatever you were trading, oil,
      price goes up and down every day, so it's just a

## Page 292

17.54 more, call it fluid way of being able to transact
      cash.
   MR HWANG: Remit cash over into the Philippines?
   A. Yes, but there had to be legitimate -- I wanted
      legitimate businesses. I didn't want to just do
      beards. There were ways of being able to do it.
      Once -- the word of mouth in the Chinese community
      is incredible. It's like if the first guy had a
      good experience and he made money, back in Jiujiang
      province, every business guy there would know in a
      very short period of time. So I wanted to light
      fires in different places, starting in Jiujiang,
      then Fujian province was also one that would work
      quite well, and then we would mover further up, up
      towards Shanghai and so forth, but trying to take it
      market by market.
   MR HWANG: Actually, the point of my question was really
      this: leaving aside the remittance of money into a
      business account in the Philippines for a registered
      company there, would a Chinese businessman going to
      the Philippines on business be allowed a greater
      limit on his union pay card or his cash?
   A. No, not necessarily. What would happen in that
      circumstance, I'd be able to then pass them off to
      Alvin, in other words the junket reps. I wanted to

```
1   17.55       develop direct relationships with Chinese, and
2               I wanted to find them money, myself.  That's where
3               I was working the Citic people and all that, to try
4               to be able to help them in their trading business.
5       MR HWANG:  I thought the junket operators couldn't help
6               Chinese nationals, when they were --
7       A.      Oh, no.  That's why SunCity was there.  SunCity,
8               those 3,500 reps they have in China, they are
9               supplying them and they are -- look, they are doing
10              cross-border balancing too.  People want RMB because
11              they are coming and building RMB, and then outside
12              hard currency, they would change their hard currency
13              for RMB.  They would just leave the hard currency
14              outside and do the currency agreement inside of
15              China.  So they had balances of hard currency
16              outside of China, and then there was RMB.  So the
17              junket rep would take RMB in settlement, they would
18              then swap RMB for those that wanted to in-migrate
19              hard currency and they would just keep the account
20              balances outside.  That's what the junket rep did.
21      MR HWANG:  Why couldn't a Chinese non-businessman avail
22              himself of the junket?
23      A.      He could, but then we would have to pay him a big
24              commission.  I was trying have Solaire high margin
25              business that I could help them set up their
```

```
1   17.57       businesses, have them be able to have currency.
2               Now, look, I'd still have a friendly relationship
3               with the junkets, because if I couldn't do it or
4               that person wanted more money, they could always go
5               to the junket, but that cost me a lot more
6               commission.  That's why I wanted to have high margin
7               individual people.  It takes a while to set the
8               platform up, but it's a much higher margin, and
9               I kept on telling Mr Razon, "This is a good idea.
10              We need to be developing this," because eventually
11              nobody else will have it, and we will have a good
12              relationship with the junkets, so it was what I was
13              working on.
14      MR HWANG:  Thank you very much.
15      CHAIRMAN:  Mr Nolan, any further cross?
16      MR NOLAN:  Nothing more from me, thank you.
17      CHAIRMAN:  Mr Weidner, thank you so much.
18      A.      Thank you.
19                      (The witness was released)
20      CHAIRMAN:  We will hear from Mr Tan about the time used
21              today, so we have an aggregate amount.
22                  In the meantime, I just want to make sure that
23              I have the list of the order of witnesses, the
24              experts.  We are not going to hear Macomber.
25      MR NOLAN:  That's correct.
```