**Perry Decl. Ex. 48**

---

IN THE MATTER OF AN ARBITRATION UNDER
THE RULES OF THE UNITED NATIONS COMMISSION
ON INTERNATIONAL TRADE LAW (2010)

BETWEEN

GLOBAL GAMING PHILIPPINES LLC and
GGAM NETHERLANDS B.V.

Claimants

- and -

BLOOMBERRY RESORTS AND HOTELS INC. and
SURESTE PROPERTIES, INC.

Respondents

- Before -

DR ANDRES RIGO SUREDA (Chairman)
MR MICHAEL HWANG, SC
MR R DOAK BISHOP, ESQ

Heard on:

Thursday, 22 October 2015

---

Mr Charles Patricia and Mr Joseph Profaizer
(Paul Hastings LLP)
Mr Daniel Weiner
(Hughes Hubbard & Reed LLP)
Appeared on behalf of the Claimants

Mr Michael D Nolan, Mr David S Cohen, Ms Elitza Popova-Talty and
Ms Erin Culbertson
(Milbank Tweed Hadley & McCloy LLP)
Appeared on behalf of the Respondents
DTI Corporation Pte Ltd. (Reg. no. 201321519K)
1 Raffles Place, #50-00 | One Raffles Place Tower 1 | Singapore 048616
Phone: +65 6653 1688 | Fax: +65 6653 1699 | Email: singapore@dtiglobal.com

GGAM-SDNY-0358723

---

```
1   15.14   arrived for the opening, and as well as Mr Almeda's
2           comment that confirmed that, that he brought 20
3           people to the opening of Solaire.
4       MR BISHOP:  Okay.  I'm missing the point.  I don't
5           understand the point.
6       A.  The question I was asked was, was I aware of any
7           specific business, and connections in gaming,
8           junkets and so on, that Mr Weidner or -- personally
9           brought to the hotel.  My answer was all I knew is
10          that 20 prominent people, I assumed gamers, were
11          brought to the opening.  I knew of nothing else.
12      MR BISHOP:  You're simply referring to his testimony?
13      A.  Correct.
14      MR BISHOP:  You were asked about the top-down trading
15          platform and you referred to it as illegal money
16          laundering and unethical, you remember that?
17      A.  Yes.
18      MR BISHOP:  Wouldn't that be true of all of the mainland
19          Chinese coming to Solaire?
20      A.  The matter of ethics is -- I'm not particularly
21          familiar with the laws, but permission is needed to
22          be granted to take money out of the country.  If the
23          law provides that certain specific junket operators
24          have that right to bring and extend credit to
25          individuals, the answer is, that's okay.  But the
```

GGAM-SDNY-0358913

---

```
1   15.16   way it was described, it was described as something
2           that sounded illegal, and when asked "Why didn't you
3           put this in writing", he said -- Mr Weidner said
4           "I never could put that in writing."
5               And my conclusion was because it's an illegal
6           activity.
7       MR BISHOP:  Well, if it is, wouldn't that be true of all
8           the gambling by mainland Chinese in Macau?
9       A.  I think that's one reason for a huge drop in the
10          turnover in Macau right now, is the anti-corruption
11          crackdown of the government of China.
12      MR BISHOP:  But you don't think the government of the
13          Republic of China has been simply in the dark all
14          these years about what goes on in Macau, do you?
15      A.  No.  And I'm sure other experts can support this as
16          well.  They simply have looked the other way.  Now
17          they are cracking down.  I don't think that
18          justifies the activity itself.
19      MR BISHOP:  Do you know if -- SunCity one of those
20          junkets that draws its gamers from the Republic of
21          China, doesn't it?
22      A.  Correct.
23      MR BISHOP:  Okay.  Its activities would fall within the
24          same category you just described, is that not
25          correct?
```

GGAM-SDNY-0358914

---

```
1   15.18 A.  I believe so, but I would defer to expert Ben Lee on
2           that.
3       MR BISHOP:  Solaire has a contract with SunCity, doesn't
4           it?
5       A.  They do now, yes.
6       MR BISHOP:  Well, to the extent that you're describing
7           this conduct as illegal money laundering by GGAM,
8           wouldn't it be equally true of both GGAM and of
9           Solaire?  Is there some distinction I'm missing?
10      A.  What I found troubling was the fact that there is a
11          contract with SunCity, it's a document.  What I was
12          troubled by was Mr Weidner's comment that "I could
13          never put that in writing".
14      MR BISHOP:  Is there any other basis for your testimony
15          about that?
16      A.  No.
17      MR BISHOP:  That's the sole basis?
18      A.  Correct.
19      MR BISHOP:  Okay.  Thank you.
20      MR PATRIZIA:  Re-cross, sir?
21      CHAIRMAN:  Please, Mr Patrizia.
22              Further cross-examination by MR PATRIZIA
23      MR PATRIZIA:  Just to continue this line because I think
24          it's important.  You understood the top-down
25          marketing that Mr Weidner described to be working to
```

GGAM-SDNY-0358915

