**Perry Decl. Ex. 60**

---

DAY TWO - 05/29/2018

```
 1    IN THE MATTER OF THE ARBITRATION UNDER
      THE RULES OF THE UNITED NATIONS COMMISSION
 2           ON INTERNATIONAL TRADE LAW (2010)

 3
 4                    B E T W E E N
 5
          GLOBAL GAMING PHILIPPINES LLC and
 6            G.G.A.M. NETHERLANDS B.V.

 7                                       Claimants

 8                       - and -

 9      BLOOMBERRY RESORTS AND HOTELS INC., and
              SURESTE PROPERTIES, INC.
10
                                         Respondents
11

12                   B E F O R E :

13
         DR. ANDRES RIGO SUREDA, CHAIRMAN
14              MICHAEL HWANG, SC
             R. DOAK BISHOP, ESQ.
15

16                 H E A R D   O N :

17
               TUESDAY, MAY 29, 2018
18

19               ARBITRATION DAY 2

20

21

22   JOB NO. WDC-178119
```

---

DAY TWO - 05/29/2018                           Page 17

```
 1        A.   That was his title, yes.                      09:43:18
 2        Q.   So it's not the case, is it, that             09:43:20
 3   there wouldn't have been other costs that would         09:43:22
 4   have been incurred in connection with managing          09:43:25
 5   and operating Solaire, right?                           09:43:28
 6        A.   I'm sorry.  Say that one more time.           09:43:28
 7        Q.   Well, you would have had to pay               09:43:29
 8   Mr. Chiu, correct?                                      09:43:32
 9        A.   We did not pay Mr. Chiu.  GGAM did            09:43:32
10   not pay Mr. Chiu.                                       09:43:35
11        Q.   So Mr. Chiu was GGAM's President for          09:43:36
12   Asia, but he was not paid by GGAM?                      09:43:39
13        A.   No.                                           09:43:41
14        Q.   Did Mr. Chiu work for free?                   09:43:42
15        A.   He worked for Bill Weidner.  He               09:43:44
16   didn't work for free.  I don't know if he was           09:43:46
17   under Weidner Resorts, but I know Mr. Chiu was          09:43:48
18   compensated.  But through Mr. Weidner's                 09:43:51
19   companies, not through GGAM.  He was not on the         09:43:53
20   books.                                                  09:43:56
21        Q.   So Mr. Chiu was an executive of GGAM,         09:43:56
22   but he was not on the books of GGAM?                    09:43:59
```

---

DAY TWO - 05/29/2018                           Page 18

```
 1        A.   He wasn't carried as a salary on              09:44:01
 2   GGAM, no.                                               09:44:05
 3        Q.   But Mr. Chiu did perform work for             09:44:06
 4   Solaire, correct?                                       09:44:10
 5        A.   Yes.                                          09:44:10
 6        Q.   Were there arrangements between GGAM          09:44:11
 7   and the company that paid Mr. Chiu?                     09:44:14
 8        A.   No.                                           09:44:16
 9        Q.   Do you know what the company that             09:44:17
10   paid Mr. Chiu was?                                      09:44:19
11        A.   I'm not sure which one of the                 09:44:20
12   companies it was, no.                                   09:44:21
13        Q.   Do you know whether it was a company          09:44:22
14   that paid Mr. Chiu?                                     09:44:23
15        A.   I think it's Weidner Resorts, but I           09:44:24
16   can't say that for sure.  I just don't know -- I        09:44:28
17   never saw his payroll.  I was never part of his         09:44:31
18   payroll.  So I don't which -- how -- which              09:44:34
19   company he was paid from.  Because, I believe, he       09:44:37
20   was paid out of the company.  That's my belief.         09:44:40
21   I can't say with certainty.  And we did not get         09:44:42
22   charged for that salary.                                09:44:44
```

---

DAY TWO - 05/29/2018                           Page 27

```
 1   particularly, some of the high-end junket rooms         09:52:01
 2   weren't done.  The suites weren't finished.  The        09:52:04
 3   pool wasn't done, the health club and salons            09:52:06
 4   weren't done.                                           09:52:11
 5        So, you know, we were out there and we had         09:52:11
 6   been talking for a while, but this is at a point        09:52:13
 7   where we were, basically, on the cusp of getting        09:52:16
 8   a lot of deals done and, you know, this became an       09:52:18
 9   obstacle.                                               09:52:21
10        Q.   So it's your testimony Mr. Chiu knew          09:52:22
11   these people, namely, the junket operators; is          09:52:24
12   that your testimony?                                    09:52:27
13        A.   We knew them.                                 09:52:27
14        Q.   Let's look at Tab 10, please.  Now,           09:52:28
15   this is an e-mail, March 31, 2013, a few months         09:52:37
16   before the e-mail we just looked at, right?             09:52:41
17        A.   Yeah.                                         09:52:43
18        Q.   Now, in this e-mail, Mr. Chiu writes          09:52:44
19   to Mr. Bill and he says, "It's Easter holiday           09:52:46
20   here.  Macau Casino is very busy."  And then he         09:52:51
21   says, "Dr. C said meetings with junket owners           09:52:54
22   will start next week."  Do you see that?                09:52:58
```

| | | |
|---|---|---|
| 1 | A. Yes. | 09:52:59 |
| 2 | Q. Now, "Dr. C," that's Dr. Chen, the | 09:53:00 |
| 3 | China liaison -- the Macau liaison officer, | 09:53:04 |
| 4 | correct? | 09:53:08 |
| 5 | A. You know, I believe it is. I don't | 09:53:08 |
| 6 | know for sure, because it says Dr. C. But I'm | 09:53:11 |
| 7 | pretty certain that's who it is, yes. | 09:53:15 |
| 8 | Q. Now, let's flip forward to Tab 11. | 09:53:18 |
| 9 | A. Okay. | 09:53:32 |
| 10 | Q. You see this is an e-mail dated | 09:53:34 |
| 11 | April 7th, a little bit later than the e-mail we | 09:53:37 |
| 12 | just looked at, right? | 09:53:42 |
| 13 | A. Yes. | 09:53:43 |
| 14 | Q. And then this is from Mr. Chiu to | 09:53:44 |
| 15 | Mr. Weidner and he begins by saying, "Tonight was | 09:53:47 |
| 16 | really a 'real deal' socializing with the No. 1 | 09:53:52 |
| 17 | person of the two major Macau junkets; namely, | 09:53:56 |
| 18 | Mr. Chiu, of Sun City and Sister Mei of Macau | 09:53:59 |
| 19 | Golden Group." Do you see that? | 09:54:02 |
| 20 | A. Yes. | 09:54:06 |
| 21 | Q. And then at the bottom of this, at | 09:54:06 |
| 22 | the last -- the last paragraph he says, "I have | 09:54:11 |