**Perry Decl. Ex. 64**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL GAMING PHILIPPINES, LLC,
                    Plaintiff(s),

VS.                                     Case Number
                                        21-CV-2655 (LGS)

ENRIQUE K. RAZON, JR.; BLOOMBERRY RESORTS AND HOTELS, INC.; SURESTE PROPERTIES, INC.; COLLINGWOOD INVESTMENT COMPANY LIMITED; COLLINGWOOD OIL & GAS HOLDINGS, LLC; COLLINGWOOD USA, INC.; COLLINGWOOD BROOKSHIRE USA, INC.; COLLINGWOOD APPALACHIAN MINERALS, LLC; ASIA ARROW LIMITED; RIZOLINA LLC; ENSARA LLC; NOZAR LLC; BOWERY BAY LLC; CAMPANILLA LLC; FESARA LLC; AND 11 ESSEX STREET REALTY LLC,
                    Defendant(s).

DEPOSITION OF BRADLEY H. STONE
WEDNESDAY, APRIL 27, 2022
AT 9:04 A.M.
LAS VEGAS, NEVADA

Reported by: Laurie Miller, RPR, CLR, NV CCR NO. 971, CA CSR NO. 6457

---

Page: 20

A   Again, I -- it's a blur, but probably two, maybe three.

Q   And who do you recall -- understanding that it's a blur and you can't distinguish the two or the three, generally who do you recall on the GGAM side attending, and who do you recall on the Bloomberry side attending?

MR. DUNN: Objection to form.

THE DEPONENT: Attending personally -- and, again, I want to be clear that even though we had the in-person, we usually had telephonic people involved as well or else available to go through issues.

But on the GGAM side it would have been myself, Garry Saunders, Jon Rein from Cantor, and on the other side it was primarily Estela, Chito, Benny Tan and at least one of the meetings Razon himself.

BY MR. PERRY:

Q   Do you recall any in-person meetings in the United States to negotiate the MSA?

A   No.

Q   Do you recall that there was a signing ceremony for the MSA?

A   Yes.

Q   Did you travel to -- where do you recall that occurred?

---

Page: 21

A   In Manila.

Q   Okay.
    Did you travel to Manila for the signing ceremony?

A   Well, I traveled there not for the signing ceremony. I traveled there to be there and did one of my trips around it. That was one day of, you know, four or five days being there.

Q   Okay. That's a fair clarification.
    But you were in Manila for the signing ceremony; correct?

A   Yes.

Q   And who do you recall being in Manila for the signing ceremony on the GGAM side?

A   I know Bill was there, Garry was there. I don't remember if Jon Rein was there. He may have been.
    That's what I remember.

Q   Was there actually like a ceremonial signing of a document that occurred, or was it just a party, a celebration to celebrate a new business arrangements?

A   Well, I actually didn't make it down to the ceremony.

Q   Okay.

A   I got into the hotel. I cut myself shaving. I couldn't stop the bleeding. And by the time I was able

---

Page: 22

to -- because I was on, at the time, Plavix and aspirin, and I couldn't stop it, so I kind of missed the ceremony, so...

Q   Okay.

A   I was there, but I was up in a hotel room at the Shangri-La.

Q   Sounds unpleasant, although memorable, I guess.

A   That, I remember, yes.

Q   There -- you recall that there was a separate negotiation of the Equity Option Agreement? We sometimes call it the EOA in the case.
    You recall that that -- there was a separate negotiation for that agreement?

A   Yeah. I mean, I stated that, you know, the EOA was always part of the negotiation of the MSA.
    And, yes, there were details behind -- the MSA was signed, as we know, first, and then there was continued discussion about the terms of the EOA.
    But the EOA was part of the MSA.

Q   Okay.
    And when you say "the EOA was part of the MSA," what do you mean?

A   I mean, it was understood in the MSA that part of the deal with signing the MSA is that there would be an Equity Option Agreement.

Deposition of Bradley H. Stone                                    Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al

1   That was right from the beginning one of the
2   things that was put before I think Bill and Garry even
3   perhaps at the initial meeting, the ability to buy
4   equity.
5       Q   And just to be clear, the ability to buy equity
6   was granted to GGAM, not Cantor, not anybody else;
7   right?
8       A   Again, I can't answer that. That's a technical
9   question.
10      Q   Okay.
11          MR. PERRY:  This is a document that's been
12  previously marked as Exhibit 2008 (indicating).
13          It's an email chain.  The top email is dated
14  June 9th, 2011.  It's from Mr. Tan to Mr. Razon, copying
15  others internally at Bloomberry, and it forwards a
16  substantive email that Mr. Tan wrote to Mr. Russell.  If
17  you'll look, you'll see you're a copy on that email.
18      A   Yes.
19      Q   If you go down to Paragraph 17 of Mr. Tan's
20  lengthy communication, he writes (reading):
21              "Cantor...has been given
22          personality in this Agreement by
23          being identified as a party entitled
24          to any communications that will be
25          sent to GGAM.  But we are only -- but

---

Deposition of Bradley H. Stone                                    Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al

1       A   I don't remember.
2       Q   And in terms of managing the properties,
3   there's a Management Services Agreement; right?
4       A   Well, again --
5           MR. DUNN:  Objection to form.
6       Q   Is there a pending question?
7   BY MR. PERRY:
8       Q   Yeah.
9       A   There's a Management Agreement.  In terms of
10  managing the property, there's a Management Services
11  Agreement?
12      A   Well, that's such a broad question.  "Managing
13  a property."  There's so many things -- you talking
14  about operating the laundry or the food or are you
15  talking about financials?
16          I mean, it's such a broad question that I don't
17  know how to answer it.
18      Q   Do you recall there being an attempt in the
19  arbitration to minimize Cantor's role in the management
20  of the properties?
21          MR. DUNN:  Objection the form.
22          THE DEPONENT:  Yes.
23  BY MR. PERRY:
24      Q   Okay.
25          And what do you recall about the effort to

---

Deposition of Bradley H. Stone                                    Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al

1   because I don't -- it doesn't identify the speaker in
2   the transcript.
3           MS. FISSELL:  I think if you go back to page --
4   let me find it.
5           MR. PERRY:  Yeah.
6           MR. DUNN:  I see.
7           MR. PERRY:  Yeah.  I believe it is Mr. Stone's
8   testimony.  Let me ask some questions about -- well,
9   let's just make sure first.
10          If you --
11          MS. FISSELL:  Go to page -- the BLOOM page
12  ending 131, and look at Page 4 of the October 16
13  transcript, it says, "Good morning, Mr. Stone."
14          MR. PERRY:  You with us, Joe?
15          MR. DUNN:  Yes.  I see that.
16  BY MR. PERRY:
17      Q   So directing your attention, Mr. Stone, to Page
18  128, Line 17.
19      A   Uh-huh.
20      Q   Mr. Bishop asks (reading):
21              "With respect to Cantor
22          Fitzgerald, did they have any control
23          over performing the responsibilities
24          of GGAM under
25          the MSA?"

---

Deposition of Bradley H. Stone                                    Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al

1           I, LAURIE MILLER, Certified Court Reporter of
2   the State of Nevada, do hereby certify:
3           That the foregoing proceedings were taken
4   before me at the time and place herein set forth; with
5   all participants appearing remotely; that the witness
6   was duly sworn or affirmed; that the testimony of the
7   witness and all objections made by counsel at the time
8   of the examination were recorded stenographically by me,
9   and were thereafter transcribed under my direction and
10  supervision; and that the foregoing pages contain a
11  full, true and accurate record of all proceedings and
12  testimony to the best of my skill and ability.
13          I further certify that I am neither financially
14  interested in the action nor a relative or employee of
15  any attorney or any of the parties.
16          IN WITNESS WHEREOF, I have subscribed my name
17  this 12th of May, 2022.
18
19
20
21                          _____
22                          LAURIE MILLER, CCR No. 971, RPR, CLR
23
24
25