```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - - - -x
 3                                      :
     GLOBAL GAMING PHILIPPINES, LLC,    :
 4                                      :
             Plaintiff,                 :
 5                                      :
          v.                             : Case No.
 6                                      : 21 Cv. 2655
     ENRIQUE K. RAZON, JR.;             : (LGS)(SN)
 7   BLOOMBERRY RESORTS AND HOTELS INC.;:
     SURESTE PROPERTIES INC.;           :
 8                                      :
             Defendants.                :
 9                                      :
     - - - - - - - - - - - - - - - - - -x
10           REMOTE VIDEOTAPED DEPOSITION OF
11              ENRIQUE RAZON, VOLUME II
                    May 26, 2022
12
         REMOTE VIDEOTAPED DEPOSITION OF ENRIQUE K.
13   RAZON, produced as a witness at the instance of the
     Plaintiff, and duly sworn remotely, was taken in the
14   above-styled and numbered cause on May 27, 2022,
     from 8:36 a.m., (KST) to 12:33 p.m., (KST), remotely
15   before Dawn K. Larson, RDR, CRR, reported by machine
     shorthand, pursuant to the 30(b)(6) Federal Rules of
16   Civil Procedure and the provisions stated on the
     record.
17               ***CONFIDENTIAL***
```

Page: 244

---

**Perry Decl. Ex. 67**

```
 1   correct?
 2           MS. FISSELL:  Objection.
 3      A.   No, I don't agree with that.
 4           BY MR. PASCUCCI:
 5      Q.   Do you believe, as you sit here today,
 6   that BRHI has any assets presently located in the
 7   U.S.?
 8      A.   No.
 9      Q.   Do you, personally, have assets located in
10   the U.S.?
11      A.   I have one asset in the U.S.
12      Q.   Through Collingwood, through the
13   Collingwood Trust?
14      A.   Yes.
15      Q.   You have more than one asset in the U.S;
16   correct?
17           MS. FISSELL:  Objection.
18      A.   Well, the gas leases are through
19   Collingwood.
20           BY MR. PASCUCCI:
21      Q.   Right.  And you, ultimately, are -- you're
22   the ultimate owner of those gas leases through
23   Collingwood; correct?
24           MS. FISSELL:  Objection.
25      A.   The Trust is.
```

Page: 356

---

```
 1              REPORTER'S CERTIFICATE
 2
 3       I, Dawn K. Larson, Registered Diplomate
 4   Reporter, Certified Realtime Reporter, Certified
 5   Realtime Captioner, and Notary Public within the
 6   State of Utah, do hereby certify that, previous to
 7   the commencement of the examination, the deponent
 8   was remotely duly sworn by me to testify to the
 9   truth.
10       I further certify this deposition was
11   taken remotely in shorthand by me and thereafter
12   reduced to typewritten form, that the foregoing
13   constitutes a true and correct transcript.
14       I further certify that I am not related
15   to, employed by, nor of counsel for any of the
16   parties or attorneys herein, nor otherwise
17   interested in the result of the within action.
18       In witness whereof, I have hereunto
19   affixed my hand and seal.  My commission expires:
20   January 31, 2023.
21
22
23           [signature]
             Dawn K. Larson, MBA, RDR, CRR, CRC
24           Notary Public
25
```

Page: 474