

**DANIEL M. PERRY**

*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5083
dperry@milbank.com | milbank.com

March 10, 2023

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Global Gaming Philippines, LLC v. Razon Jr., et al.*, No. 21-cv-2655 (LGS) (SN)

Dear Judge Schofield:

On behalf of Defendants Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc. (together, "BRHI/SPI"), and pursuant to the Court's February 28, 2023 Order (Dkt. 380) ("Order"), we respectfully submit this letter attaching as exhibits replacement versions of the following docket entries, which, as noted in BRHI/SPI's February 22, 2023 letter motion to seal (Dkt. 356), BRHI/SPI previously filed under seal: Dkts. 228-1; 228-2; 228-3; 228-4; 281-1; 281-4; 281-5; and 281-6. As BRHI/SPI's letter motion to seal explained, although BRHI/SPI previously filed these documents under seal, BRHI/SPI did not see a need for these documents to remain under seal, and no party had attempted to meet its burden of persuasion as to why these documents should be sealed. *See* Dkt. 356 at 1-2.

On February 24, 2023, Plaintiff Global Gaming Philippines, LLC filed a letter response to BRHI/SPI's February 22, 2023 letter motion and confirmed that "Plaintiff does not seek to seal any of the documents that are the subject of the Letter Motion." Dkt. 378. Pursuant to the Order, BRHI/SPI hereby file replacement versions of these documents as "no party has an interest in filing [such documents] under seal." Order at 2.

Further to the Order, BRHI/SPI have separately filed on the docket replacement versions of the following documents: (i) BRHI/SPI's Memorandum of Law in Support of BRHI/SPI's Cross-Motion for Summary Judgment for Lack of Personal Jurisdiction and Opposition to Plaintiff's Motion to Enforce Arbitral Award (the "Cross-Motion and Opposition"); (ii) BRHI/SPI's Response to Plaintiff's Local Rule 56.1 Statement of Undisputed Material Facts and Further Statement of Undisputed Material Facts; and (iii) the Declaration of Daniel M. Perry in Support of BRHI/SPI's Cross-Motion and Opposition and exhibits thereto.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO

Hon. Lorna G. Schofield  
March 10, 2023 Page 2

                                               Respectfully submitted,

                                               */s/ Daniel M. Perry*

                                               Daniel M. Perry

cc: All counsel of record (via ECF)