# Exhibit 1

# (Previously Filed under Seal at Dkt. 228-1)

# Exhibit 1

| | |
|---|---|
| **From:** | eric21j@gmail.com [eric21j@gmail.com] |
| **Sent:** | Sunday, March 31, 2013 2:03:14 PM |
| **To:** | Bill Weidner |
| **Subject:** | Updates |

Bill,

1. Its easter holiday here, macao casinos very busy, Dr C said meetings with junket owners will start next week.

2. Executive Yuan first meeting on IR will be on April 2.

Best regards,
Eric Chiu 焦力人

CONFIDENTIAL

GGAM0017577

GGAM0017577
GGAM-SDNY-0127878