# Exhibit 2

(Previously Filed under Seal at Dkt. 228-2)

# Exhibit 2

| | |
|---|---|
| **From:** | Eric Chiu [eric21j@gmail.com] |
| **Sent:** | Wednesday, April 03, 2013 3:54:24 PM |
| **To:** | Bill Weidner |
| **Subject:** | Re: Macao |

Thanks

On Apr 3, 2013 11:51 PM, "Bill Weidner" <weidnerb@gmail.com> wrote:
> May be some discussions going on now. There has been negotiations in the past so some confusion will be inevitable. Will work with Garry (just talked to him to get the table/junket room info and deal parameters) to try to minimize issues.
>
> Sent from my iPad
>
> On Apr 3, 2013, at 8:36 AM, eric21j@gmail.com wrote:
>
> > Bill,
> >
> > Dr C just called me, in order for him to fully facilitate Macao junkets to operate in the Philippines and other of our future project locations, from now on all Macao junket liaisons must be done thru me to avoid confusions.
> >
> > Best regards,
> > Eric Chiu 焦力人

CONFIDENTIAL

GGAM0017412

GGAM0017412
GGAM-SDNY-0127881