# Exhibit 3

# (Previously Filed under Seal at Dkt. 228-3)

# Exhibit 3

| | |
|---|---|
| **From:** | Eric Chiu [eric21j@gmail.com] |
| **Sent:** | Friday, June 07, 2013 6:12:14 AM |
| **To:** | Bill Weidner |
| **Subject:** | Re: Fwd: Junket operations in Macao |

Having lunch with china state in macao

They can invest in langqi too

I will call u after 30mins

Best regards,
Eric Chiu 焦力人

On Jun 7, 2013 1:15 PM, "Bill Weidner" <weidnerb@gmail.com> wrote:
> We need to talk. Call?
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Garry Saunders <saundersg@ggamllc.com>
>> **Date:** June 7, 2013, 12:12:53 AM GMT+02:00
>> **To:** Bill Weidner <weidnerb@gmail.com>
>> **Cc:** Brad Stone <brad.h.stone@gmail.com>
>> **Subject: Re: Junket operations in Macao**
>>
>> Can we get Ming's resume (and name/background of the others he is suggesting to hire).
>>
>> After several missteps and delays ton the timing of hiring a senior VIP person, Benjamin Lee has started. He has significant junket relationships and would naturally be exploiting them. He lives in Macau and would generally work from Macau/Hong Kong. It will be difficult to carve him away from junket activities (and not necessarily smart on our part, given his background). It will also be an issue with EKR. His style will be to have constant conversations on property with Benjamin. EKR and Don both stick their hands into the junket world. Any restraint or territorial conflicts will be visible.
>>
>> If we are to have a significant advantage over junket activity, I thought it was to be anchored by the real estate collateral scheme to provide a unique proposition.
>>
>> Are you proposing this as a GGAM expense? Will be difficult to sell EKR on the expense, and not pretty for us to eat (the t&e will probably be more than their salaries, plus general headache of taking on employees). Seperately, looking at the last P&L, I noticed the second month of a $25,000 charge to Sahara ASF Asia (Andy Fonfa?) for a Macau office. Is this for Eric? How is Andy involved?
>>
>> On Jun 6, 2013, at 1:25 PM, Brad Stone <brad.h.stone@gmail.com> wrote:
>>
>>> Who is Ming did I miss an email on his background. Don't want to undermine our efforts in Manila. How would we organize this effort without confusing everyone. We need to talk.
>>>
>>> Sent from my iPhone
>>>
>>> On Jun 6, 2013, at 10:45 AM, Bill Weidner <weidnerb@gmail.com> wrote:
>>>
>>>> Take a look. I suggest we give Ming a 6mo trial under Eric direction to see if he can pull in Neptune and others. Eric will accompany Sun City's visit to Solaire

CONFIDENTIAL

GGAM0017397
GGAM-SDNY-0124176

on the 12th. Any thoughts?

Sent from my iPhone

Begin forwarded message:

> **From:** Eric Chiu <eric21j@gmail.com>
> **Date:** June 6, 2013, 2:32:22 PM GMT+02:00
> **To:** Bill Weidner <weidnerb@gmail.com>
> **Subject: Junket operations in Macao**
>
> Bill,
>
> Today I had long meeting with Ming, looks like he has a game plan ready for our us already. Please note followings:
>
> 1. many out of Macao casinos like in Vietnam and Cambodia are setting up marketing offices in Macao, Ming has been approached by them but Ming likes to join our team as he is looking upon our great future at corporate level when we have Taiwan, Vladivostok etc..
> 2. Ming said he can quickly get Neptune (Tai gor) and others to Solaire but it doesn't work without a company title, Tai Gor won't give him face if he doesn't really work for us.
> 3. If Ming is one of us then he can start taking small VIP groups to Solair to gamble while other junket agreements are being negotiated.
> 4. Ming said he is confident about the result, he then proposed a deal below:
> Give him 6 months trial to show his ability with us for relatively low compensations, otherwise he cannot perform whole-heartedly if without pay and company position. If 6 months
> with unsatisfactory result, he will leave the company with a clean break.
> He said, to do it properly we need a team of 3 people that will be him as Senior Vice President of International Marketing, Director of International Marketing and a manager, there will be lots of interactions with junkets and drinking. Ming is willing to take relatively low salary for his team of 3 people for HKD200,000 (USD26,000) per month for 6 months for the team of 3, if no results then the whole team will leave. This arrangement is to show his results within 6 months, if Ming achieves good results after 6 months then we will re-negotiate with him for a better package.
>
> Neptune is sponsoring porker tournament in City of Dream now, tomorrow is the final contest, Ming arranged Tai Gor who invited me just now to be VIP guest to watch the final contest tomorrow.
>
> let's talk on that.
>
> Eric

CONFIDENTIAL

GGAM0017398
GGAM-SDNY-0124177