Exhibit 4

(Previously Filed under Seal at Dkt. 228-4)

# Exhibit 4

CONFIDENTIAL

GGAM0000113

# CONFIDENTIAL DRAFT

## GGAM CASE STUDY:
### BLOOMBERRY RESORTS IPO

JULY 2012



GLOBAL
GAMING
ASSET
MANAGEMENT

GGAM-SDNY-0278278

CONFIDENTIAL

GGAM-SDNY-0278279

**DRAFT**

## GGAM CASE STUDY: BLOOMBERRY RESORTS IPO

*In May 2012, GGAM was involved in the IPO[1] of Philippines-based Bloomberry Resorts Corporation ("Bloomberry"), a public equity offering that made history in the global capital markets and the gaming sector*

➢ Global Gaming Asset Management ("GGAM") provides certain development, construction and management services to, and holds a significant equity option in, Bloomberry

➢ Bloomberry is the parent of the Solaire, a $1+ billion 5-star integrated resort casino under construction in Manila

  ▪ $720 million Phase I scheduled to open in Q1 2013

  ▪ Focus on VIP/high-end customer

➢ Bloomberry recently raised ~$200 million in an internationally marketed equity offering, valuing the company at a $1.8 billion equity value / $2.1 billion enterprise value[2]

  ▪ Order book was 6x oversubscribed; 100 accounts visited, over 75% placed orders

  ▪ First day of trading represented a 20% appreciation to IPO price; first week was 30%[3]

  ▪ IPO price represents 7.5x multiple of invested capital for Local Sponsor; 8.6x based on the most recent closing price

  ▪ The transaction represented only the second time, ever, that a single-property, under-construction casino company successfully IPO'd

*GGAM believes that several factors contributed to this unprecedented success, and that key among these are:*
1) *Excellent local sponsorship in the Philippines*
2) *Impact of China/VIP focus on potential performance*
3) *Established credibility and track record of GGAM team in (a) executing complex construction projects, (b) delivering VIP Asian play and (c) managing high-end casino operations globally*

(1) Note: Although Bloomberry went public via a backdoor listing (acquisition of a listed company and the transfer of the business under the listed company) and a subsequent private placement and top-up transaction, the term "IPO" is used through out this document.
(2) Equity and enterprise value at time of offering do not include shares issued upon exercise of over-allotment option. Subsequent to the IPO, approximately 118 million Bloomberry shares were issued pursuant to the over-allotment option.
(3) IPO price was at a discount to the pre-IPO price of the share, as the share was illiquid prior to the IPO.



GLOBAL
GAMING
ASSET
MANAGEMENT

2

BLOOMBERRY RESORTS IPO

CONFIDENTIAL

GGAM-SDNY-0278280

**DRAFT**

## GGAM CASE STUDY:  BLOOMBERRY RESORTS IPO (CONTINUED)

*(PHP and US$ in millions, except per share amounts)*

| SOURCES | | |
|---|---|---|
| | **PHP** | **US $** |
| **Sponsor Equity** | | |
| Local Sponsor | PHP 7,648 | $178 |
| GGAM[1] | 1,564 | 36 |
| Subtotal | **PHP 9,212** | **$215** |
| | | |
| **Net IPO Proceeds** | 8,419 | 196 |
| | | |
| **Construction Loans** | 14,600 | 341 |
| | | |
| **TOTAL SOURCES** | **PHP 32,231** | **$752** |

| USES | | |
|---|---|---|
| | **PHP** | **US $** |
| Construction | PHP 17,146 | $400 |
| FF&E, Supplies, etc. | 4,998 | 117 |
| Pre-Opening & W.C. | 3,283 | 77 |
| Land Rental | 238 | 6 |
| Debt Financing Fees | 2,268 | 53 |
| License Escrow Account | 2,143 | 50 |
| Funded Contingency | 857 | 20 |
| Excess Cash on Hand | 1,298 | 30 |
| | | |
| **TOTAL USES** | **PHP 32,231** | **$752** |

| OWNERSHIP | | | |
|---|---|---|---|
| | | **% Ownership** | |
| | **Shares** | **Pre-IPO** | **Post-IPO** |
| Local Sponsor | 7,551 | 81.3% | 71.3% |
| GGAM[1] | 921 | 9.9% | 8.7% |
| Others (pre-IPO) | 820 | 8.8% | 7.7% |
| Subtotal | 9,292 | 100.0% | 87.7% |
| IPO Investors | 1,298 | - | 12.3% |
| Total | 10,590 | 100.0% | 100.0% |

| VALUATION | | | | |
|---|---|---|---|---|
| | **PHP** | | **US $** | |
| | **@ IPO** | **Today** | **@ IPO** | **Today** |
| Total Shares O/S | 10,590 | 10,590 | 10,590 | 10,590 |
| Price (per share) | PHP 7.50 | PHP 10.50 | $0.17 | $0.25 |
| **Market Capitalization** | **PHP 79,424** | **PHP 111,193** | **$1,853** | **$2,681** |
| Plus: Debt | 14,600 | 14,600 | 341 | 341 |
| Less: Excess Cash | (1,298) | (1,298) | (30) | (30) |
| **Enterprise Value** | **PHP 92,725** | **PHP 124,495** | **$2,163** | **$2,991** |

Note: Assumes exercise of over-allotment option.  Assumes PHP 42.864 : US$ 1.00 at IPO.  Today's price and valuation based on closing price and exchange rate on 07/10/2012.

(1) Assumes exercise of GGAM option.  Option allows GGAM to acquire 9.91% of the pre-IPO shares (921 million shares) at an exercise price equal to 10% of the Local Sponsor's equity basis of $215 million (PHP 1.00 per option share) plus $15 million.

GLOBAL GAMING ASSET MANAGEMENT

3

GGAM0000115

BLOOMBERRY RESORTS IPO

DRAFT

## STRONG LOCAL PARTNERSHIP



➢ Bloomberry is backed by its majority owner and founder Enrique "Ricky" Razon Jr., a prominent industrialist in the Philippines

➢ Mr. Razon has a controlling interest in International Container Terminal Services Inc. ("ICTSI"), which operates seven ports in the Philippines and 16 ports on four continents

- Mr. Razon was named the third richest man in the Philippines by Forbes Asia Magazine (July 2012), with an estimated net worth of $3.6 billion

- Native to the Philippines, Razon is a respected and highly influential businessman in the country

➢ Mr. Razon held an 81% stake in Bloomberry pre-IPO, and retains 72% after the offering

- Prior to the IPO, Mr. Razon has contributed approximately $215 million in equity capital to the project

- As Bloomberry's founder and majority owner, Mr. Razon serves as the company's Chairman, President & CEO

GLOBAL
GAMING
ASSET
MANAGEMENT

4

CONFIDENTIAL

GGAM-SDNY-0278281

BLOOMBERRY RESORTS IPO

GGAM0000116

CONFIDENTIAL

GGAM-SDNY-0278282

**DRAFT**

## SOLAIRE MANILA PRODUCT OFFERING SUITED TO VIP/CHINESE PLAY

- Entertainment City is conveniently located on reclaimed land along Manila Bay in Metro Manila, within about 10-20 minutes of Ninoy Aquino International Airport

- Of the four licensed casino resort properties being constructed in Entertainment City, Solaire Manila is situated in one of the most ideal locations, with waterfront property overlooking Manila Bay

- Phase I of the Solaire Manila is expected to open in Q1 2013 with a total project cost of $720 million and including the following:

  - 5-star hotel with ~500 rooms, including luxury suites and bayside villas

  - Top quality restaurants catering to all customer segments:

    - Signature Chinese, American steakhouse, Japanese, Italian

    - High Volume: International buffet / coffee shop

    - Casual: noodle shop and food court

    - Lobby Bar

    - Entertainment lounge and swimming pool bar

  - 1,000 seat Grand Ballroom, dividable into smaller function rooms

  - Spa & fitness center

  - Easily accessible parking for approximately 3,000 vehicles

- Future phases of the project will include a boutique hotel tower, retail promenade, theater, additional F&B offerings and parking



| Solaire Manila | PHASE 1: Q1 2013[1] |
|---|---|
| Development area (ha) | ~8.3 |
| Gaming area (sqm) | ~18,500 |
| Slots | ~1,200 |
| Tables | 300 |
| Hotel rooms | ~500 |
| F&B outlets | 8 |

Note  1 Target opening date





Over **2.1 billion** people live within a 4-hour flight of Manila



BLOOMBERRY RESORTS IPO

GLOBAL GAMING ASSET MANAGEMENT

5

CONFIDENTIAL

GGAM-SDNY-0278283

## DRAFT

# SOLAIRE MANILA PRODUCT OFFERING SUITED TO VIP/CHINESE PLAY

### SOLAIRE MANILA PROPERTY RENDERINGS



Phase I Project Renderings



Post-Phase I Expansion



VIP Casino area



VIP Lounge



Lobby



VIP Suite



Current Solaire Manila construction progress

BLOOMBERRY RESORTS IPO

GLOBAL GAMING ASSET MANAGEMENT

6

CONFIDENTIAL

GGAM-SDNY-0278284

## DRAFT

### GGAM'S ESTABLISHED CREDIBILITY & TRACK RECORD

*GGAM is a joint venture between Cantor Fitzgerald and the former Las Vegas Sands management team, which was formed to acquire, invest in, develop and manage hospitality and gaming assets globally*



**GGAM Management Team**

| **William Weidner** | • Former President and COO of Las Vegas Sands<br>• Oversaw the development of The Venetian, The Sands Macau, The Palazzo Las Vegas, and The Venetian Macau |
| --- | --- |
| **Bradley Stone** | • Former President of Global Operations & Construction & EVP at the Las Vegas Sands<br>• Oversaw the Sands Macau, The Venetian Macau, The Palazzo Las Vegas, The Four Seasons Macau, Sands Bethlehem, and the LVS Singapore project, Marina Bay Sands |
| **Garry Saunders** | • Former COO of Melco Crown Entertainment & VP of International Operations for Las Vegas Sands<br>• Principally responsible for the Macau operations while at Las Vegas Sands |

➢ GGAM's principals have developed over $13 billion of gaming resorts in destination and regional gaming markets

- Deep relationships in place with world class design and architecture firms that have created some of the world's most iconic gaming facilities

- International sourcing and procurement expertise to minimize development costs and future capital expenditures

- Extensive track record of delivering large-scale and complex, integrated construction projects on-time and under-budget

- Pioneers with respect to high-end product specifically catering to the Asian VIP customer

- Partnership with Cantor Fitzgerald provides superior access to capital and proprietary technology and infrastructure

➢ This team's further achievements include:

- Creating over $57 billion of market value at LVS

- Generating $1.0 billion of peak EBITDAR from a standing start at LVS



GGAM0000119

BLOOMBERRY RESORTS IPO

CONFIDENTIAL

GGAM-SDNY-0278285

DRAFT

## FURTHER INFORMATION

*For further information about GGAM or this case study, please contact:*

| LAS VEGAS OFFICE | NEW YORK OFFICE | MACAU OFFICE |
|---|---|---|
| **Bill Weidner**<br>*CEO* | | |
| **Brad Stone**<br>*President* | **Jonathan Rein**<br>*Head of Business Development &*<br>*Corporate Finance* | **Eric Chiu**<br>*President of Asia Operations* |
| **Garry Saunders**<br>*Executive Vice President* | | |

| | | |
|---|---|---|
| 3575 West Post Road<br>Las Vegas, NV 89118<br>+1.702.897.5600 | 499 Park Avenue<br>New York, NY 10022<br>+1.212.610.3664 | Sahara ASF Asia Ltd.<br>Unit C, 11th Floor<br>Nam Tung Comm. Building<br>517 Avenida da Praia Grande, Macau<br>+853.2832.9986 |

FURTHER INFORMATION

GLOBAL
GAMING
ASSET
MANAGEMENT

GGAM0000120

CONFIDENTIAL

GGAM-SDNY-0278286

# DRAFT

## DISCLAIMER

These materials have been provided to you by Global Gaming Asset Management ("GGAM") for informational purposes in connection with an actual or potential transaction(s) and may not be relied upon for any purpose. The information contained herein is preliminary and subject to change and has been prepared solely for informational purposes to determine preliminary interest in investing in a transaction(s) with the general characteristics described herein, and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security, loan or asset or to participate in any trading strategy. GGAM assumes no obligation to update or otherwise revise these materials. Nothing contained herein should be construed as legal, business, tax or accounting advice. You should consult your own attorney, business advisor, tax advisor and accounting advisor as to legal, business, tax, accounting and related matters concerning the transaction(s) described herein and its suitability for you. The materials should not be relied upon for the maintenance of your books and records for any tax, accounting, legal or other procedures.

None of GGAM or any of its affiliates make any representation or warranty, express or implied, as to the accuracy or completeness of the information contained herein, and nothing contained herein shall be relied upon as a promise or representation whether as to the past or future performance. The information contained herein does not purport to contain all of the information that may be required to evaluate the transaction(s) described herein, and you are encouraged to read the transaction documents and should conduct your own independent analysis of any data referred to herein. You are urged to request any additional information you may consider necessary or desirable in making an informed investment decision. You (and your representative, if any) are invited, prior to the consummation of any transaction(s), to ask questions of, and receive answers from, GGAM concerning the transaction(s) and to obtain additional information regarding the transaction(s), to the extent the same can be acquired without unreasonable effort or expense, in order to verify the accuracy of the information contained herein.

The information contained herein is privileged and confidential information and is intended for use by the intended recipient only. By accepting such information, you agree that you will, and you will cause your directors, partners, officers, employees, affiliates, agents and representatives to, use such information only to evaluate your potential interest in the transaction(s) described herein and for no other purpose, and you will not provide or divulge any such information to any other party or summarize or otherwise refer to such information. You shall be responsible for violations of your directors, partners, officers, employees, affiliates, agents and representatives of the obligations set forth in this paragraph. Notwithstanding the foregoing, you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the transactions contemplated by these materials and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and structure. For this purpose, the tax treatment of a transaction is the purported or claimed U.S. federal income tax treatment of the transaction and the tax structure of a transaction is any fact that may be relevant to understanding the purported or claimed U.S. federal income tax treatment of the transaction.

GGAM does not provide any tax advice. Any tax statement herein regarding any U.S. federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties. Any such statement herein was written to support the marketing or promotion of the transaction(s) or matter(s) to which the statement relates. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

GLOBAL
GAMING
ASSET
MANAGEMENT

GGAM0000121