UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ENRIQUE K. RAZON, JR.;<br>BLOOMBERRY RESORTS AND HOTELS INC.; SURESTE PROPERTIES, INC.,<br><br>*Defendants*. | No. 21-CV-2655 (LGS)-(SN) |

### DECLARATION OF DANIEL M. PERRY

I, Daniel M. Perry, declare as follows:

1. I am a partner at the law firm of Milbank LLP, counsel for Defendants Bloomberry Resorts and Hotels Inc. ("BRHI") and Sureste Properties, Inc. ("SPI," and, together with BRHI, "Defendants") in the above-captioned matter. I respectfully submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiff's ("GGAM") Motion to Exclude the Testimony of Catherine Rogers, Fredric Gushin, and Daniel Reeves in this action (Dkt. 350) ("Motion").[1]

2. Attached as Exhibits A and B are true and correct copies of excerpts of the Expert Report of Catherine Rogers dated September 16, 2022.

3. Attached as Exhibits C and D are true and correct copies of excerpts of the Expert Report of Fredric Gushin and Daniel Reeves dated September 16, 2022.

---

[1] All terms not defined herein shall have the meaning ascribed to them in Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Exclude.

2

4. Attached as Exhibit E is a true and correct copy of excerpts of a letter from Defendants to the Tribunal dated November 20, 2015 (Produced by Defendants with starting Bates No. BLOOM_008816).

5. Attached as Exhibit F is a true and correct copy of excerpts of a letter from GGAM to the Tribunal dated December 1, 2015 (Produced by GGAM with starting Bates No. GGAM-SDNY-0271034).

6. Attached as Exhibit G is a true and correct copy of an email from B. Weidner to E. Razon dated August 21, 2011 (produced by GGAM with starting Bates No. GGAM-SDNY-0278731).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 22, 2023                                          /s/ *Daniel M. Perry*
         New York, New York                                      Daniel M. Perry