| | |
|---|---|
| **From:** | gwsvegas@cox.net [gwsvegas@cox.net] |
| **Sent:** | Monday, August 22, 2011 5:41:51 AM |
| **To:** | weidnerb@ggamllc.com; Brad Stone; Jon Rein |
| **Subject:** | Re: GGAM/Bloomberry MSA - Response |

Perry Decl. Ex. G

Yes!!!!

Response couldn't have been better. Deal fatigue has settled in with Ricky as well, and the "ask" was rational.

The proposal was very clear and specific. I think our attorney's should also prepare a document to directly cross-reference the language in the (accepted) proposal with the related new language in the MSA (less for Benny's sake than for Estela, Chito, and Don), stay firmly within the bounds of what we proposed, and we might get lucky and close this out.

I think that you should tell Ricky that we will forward a mark-up tomorrow (in an attempt to deter a bad Benny draft from coming out tonight).

_____

Garry W. Saunders
(W) 702-609-8102
(M) 702-521-1110
gwsvegas@cox.net

---

**From:** weidnerb@ggamllc.com
**Date:** Mon, 22 Aug 2011 03:44:03 +0000
**To:** Brad Stone<brad.h.stone@gmail.com>; Garry Saunders<gwsvegas@cox.net>; Jonathan Rein<jrein@Cantor.com>
**ReplyTo:** weidnerb@ggamllc.com
**Subject:** Fw: GGAM/Bloomberry MSA - Response

Looks like we're still in the hunt. Details to follow.

Sent via BlackBerry by AT&T

---

**From:** "Razon, Enrique K." <ERazon@ICTSI.com>
**Date:** Mon, 22 Aug 2011 10:08:23 +0800
**To:** <weidnerb@ggamllc.com>
**Subject:** RE: GGAM/Bloomberry MSA - Response

Bill,

I agree to proceed as proposed in your counter. Our teams should work today to get it done

---

**From:** weidnerb@ggamllc.com [mailto:weidnerb@ggamllc.com]
**Sent:** Sunday, August 21, 2011 11:36 PM
**To:** Razon, Enrique K.
**Subject:** GGAM/Bloomberry MSA - Response

Ricky,

I've given a lot of thought to your note, and to your efforts to close our outstanding issues. As I am sure you have experienced in your storied career, what someone thinks they agreed to in principle often comes back in legal clarification language that appears foreign to their concept. Pointing fingers on who introduced "new issues" in drafting is not productive, but

CONFIDENTIAL

GGAM0014505
GGAM-SDNY-0278731

each side has its perspective -- and you and I both know this happens all the time with so many cooks in the kitchen.

At the end of the day, I agree, it will be all about how we perform together and how the property performs in the marketplace and I agree we cannot negotiate every possible outcome, but we need to address real-world investment issues if we are to invest, and we need to assure ourselves we will be around long enough to use our skills to see our investment (of time, effort and money) mature.

Regarding competition and VIP tables, here is what we propose. We will agree to operate additional VIP/Foreign Junket tables for you, at other locations (if applicable), as you propose. Our fee as delineated in the MSA would apply to all profits from all tables across the facilities -- i.e., as one P&L for which we take responsibility and share in the risk/reward. As a show of good faith, we would be willing to suspend the detailed negotiation on how to protect the equity in this case until the Option Agreement, and to trust you and your team to do the right thing in so doing, but we would like "conceptual" language in the MSA that the equity invested in the Bloomberry project will be defended against the other Owners competing with them. (In fairness, what rational equity investor would ever invest without this protection? And, in fact, when we seek third-party capital for the project, consider what such an investor would think if there were a chance their partners would compete with them, especially in the most valuable segment of the market!)

Regarding Termination and Termination Fees, here is what we propose. We simply cannot allow ourselves to be cut from our role at the property until we get to a stabilized (post-Year-Three of operations) point, a point that was discussed, well-understood and reflected in the earlier drafts of the MSA. However, we are willing to "spit the baby" in a different way. Given your $5mm bid and our $16mm ask, we will agree to an $11mm figure for termination through the construction phase up to and including Year 1 of operations; however, we revert to the original concept we all had agreed that Termination can only occur in the event of a sale, and not at the Owner's discretion ("for any or no reason") (as you most recently proposed in your email). Further, given the impossibility of predicting and projecting the P&L (i.e., doing a budget in the early years), we would like to be crystal clear that our Termination Fee, in the event of a sale, is NOT subject to any performance test through Year Three of operations -- but we will concede to you that payment of the Termination Fee thereafter WILL be subject to the performance test. This concept is consistent with the previous discussions with Estela, Don and Chito and is respectful of our prior mutual compromise on the performance standards in the first place.

As for law, let us be clear where we are -- despite institutional desires not to, we absolutely have agreed to Philippines Law and to Arbitration in Asia. We request only that, in the event of arbitration, we have the mutual rights of evidence/discovery which are clearly set out in the referenced language. We're actually puzzled that your legal advisors are unhappy with this outcome, which we came to, incidentally, after consultation with Puno & Puno (GGAM's Philippines counsel).

So my hope is that we either agree over email, or else speak today to close these out.

Bill
ICTSI EMAIL DISCLAIMER

This communication is intended only for the use of the individual or entity to whom it is addressed. It may contain confidential or legally privileged information. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you have received it by mistake, please notify us immediately by e-mail reply and delete it from your system.