UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>ENRIQUE K. RAZON, JR., et al.,<br><br>*Defendants.* | No. 21 Cv. 2655 (LGS) |

### DECLARATION OF KAITLYN A. CROWE

I, Kaitlyn A. Crowe, declare under the penalty of perjury that the following is true and correct.

1. I am a member of the Bar of this Court and the State of New York, and a member of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. I serve as counsel for Plaintiff Global Gaming Philippines, LLC ("Plaintiff" or "GGAM"). I am familiar with the matters involved in this case and submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendant Razon's Motion to Exclude the Testimony of Troy A. Dahlberg (Dkt. 35-55, the "Motion") in this action.

2. Attached hereto as exhibits are true and correct copies of the documents described below.

3. Exhibit 1 is an excerpt of the Rebuttal Report of Troy A. Dahlberg, dated November 4, 2022, prepared in connection with this action.

4. Exhibit 2 are excerpts of the Expert Report of Teresita J. Herbosa, dated September 16, 2022, prepared in connection with this action.

1

2

      5.      Exhibit 3 are excerpts from the Deposition of Troy A. Dahlberg, dated December 1, 2022, taken in this action.

      6.      Exhibit 4 is an excerpt of the Expert Report of Marc J. Brown, dated November 4, 2022, prepared in connection with this action.

Executed on March 22, 2023

                                                                          *s/ Kaitlyn A. Crowe*
                                                                          Kaitlyn A. Crowe