# Exhibit 1

# MATERIALS CONSIDERED

In addition to the materials cited in the preceding report, the following materials were considered:

| *Expert Reports* |
|---|
| Report of Teresita J. Herbosa, dated September 16, 2022 (including the documents listed in Appendix B thereto) |
| Report of Richard V. Smith, dated September 16, 2022 (including the documents included in Revised Exhibit E thereto) |
| Report of Troy A. Dahlberg, dated September 16, 2022 (including documents referenced therein, cited therein and/or included on Exhibit 1 to that report) |

| *Court Filings* |
|---|
| Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al., Defendants' First Amended Answer of Enrique K. Razon, Jr., May 23, 2022 |
| Declaration of Estella Tuason-Occeña, Case No. 21-CV-2655 (LOS) (SN), #175-4 Exhibit DX1, October 28, 2021 |

| *Deposition Transcripts* |
|---|
| Festin, Gerard Angelo Emilio deposition, dated March 31, 2022 |
| Weidner, William P. deposition dated April 20, 2022 |
| Tuason Occeña, Estella deposition, dated May 4, 2022 |
| Razon, Jr., Enrique K. deposition vol.1, dated May 26, 2022 |
| Atwan, Ahmad deposition, dated July 12, 2022 |

| *Bates Numbered Documents* | |
|---|---|
| BLOOM_0041303-306 | SPI Minutes of the Special Meeting of the Board, January 13, 2014 |
| BLOOM_0081798-800 | PSE Voluntary Trading Suspension of BRC, January 2014 |
| BLOOM_0147651-654 | BRHI Minutes of the Special Meeting of the Board, January 13, 2014 |
| BLOOM_0148653-660 | BRC/BRHI Support Services Agreement, April 1, 2021 |
| GGAM-SDNY-0277584-588 | Declaration of Gerard Angelo Emilio J. Festin, July 15, 2014 |
| GGAM-SDNY-0378442-451 | Supplemental Declaration of Enrique K. Razon, Jr., September 4, 2015 |

| *Publicly Available Documents* |
|---|
| https://primeinfra.ph/?popuppress=stephen-a-paradies |
| Bloomberry Resorts Corporation Annual Report December 31, 2021, SEC Form 17-A https://bloomberry.ph/storage/download-managers/650/March%207,%202022%20-%20BRC%202021%20SEC%20Form%2017A.pdf |

**MATERIALS CONSIDERED**

| |
|---|
| *Publicly Available Documents* |
| Bally's Corp. April 8, 2021 DEF 14A. https://www.sec.gov/Archives/edgar/data/1747079/000174707921000102/def14a-2021proxy.htm |
| Golden Entertainment, Inc. April 21, 2021 DEF 14A. https://www.sec.gov/Archives/edgar/data/1071255/000107125521000033/a2021proxy.htm |
| Choice Hotels International, Inc. April 12, 2021 DEF 14A. https://www.sec.gov/Archives/edgar/data/1046311/000104631121000016/a2021chh_def14.htm |
| Park Hotels & Resorts Inc. March 18, 2021 DEF 14A. https://www.sec.gov/Archives/edgar/data/1617406/000119312521084776/d113992ddef14a.htm |
| Hilton Grand Vacations Inc. March 26, 2021 DEF 14A. https://www.sec.gov/Archives/edgar/data/1674168/000119312521096608/d53556ddef14a.htm |
| Churchill Downs Inc. March 11, 2021 DEF 14A. https://www.sec.gov/Archives/edgar/data/20212/000119312521077860/d66540ddef14a.htm |
| Red Rock Resorts, Inc. April 22, 2021 DEF 14A. https://www.sec.gov/Archives/edgar/data/1653653/000119312521126921/d163768ddef14a.htm |
| Wyndham Hotels and Resorts, Inc. March 31, 2021 DEF 14A. https://www.sec.gov/Archives/edgar/data/1722684/000104746921000799/a2243131zdef14a.htm |
| Vail Resorts, Inc. October 25, 2021 DEF 14A. https://www.sec.gov/Archives/edgar/data/812011/000081201121000122/vailresortsproxy2021.htm |
| Caesars Entertainment, Inc. April 28, 2021 DEF 14A. https://www.sec.gov/Archives/edgar/data/1590895/000119312521137163/d114012ddef14a.htm |
| Alphabet Inc. April 22, 2022 DEF 14A. https://www.sec.gov/Archives/edgar/data/1652044/000130817922000262/lgoog2022_def14a.htm |
| Amazon.com, Inc. April 14, 2022 DEF 14A. https://www.sec.gov/Archives/edgar/data/1018724/000110465922045572/tm223357-5_def14a.htm |
| Tesla, Inc. June 23, 2022 DEF 14A. https://www.sec.gov/Archives/edgar/data/1318605/000156459022024064/tsla-def14a_20220804.htm |
| Las Vegas Sands Corp. March 30, 2022 DEF 14A. https://www.sec.gov/Archives/edgar/data/1300514/000119312522089794/d254087ddef14a.htm |
| Wynn Resorts Ltd. March 24, 2022 DEF 14A at p. 55. https://www.sec.gov/Archives/edgar/data/1174922/000119312522084035/d271148ddef14a.htm |
| Facebook, Inc. April 9, 2021 DEF 14A at p. 49. https://www.sec.gov/Archives/edgar/data/1326801/000132680121000022/facebook2021definitiveprox.htm |

| |
|---|
| *Publication* |
| Roman L. Weil, Daniel G. Lentz and Elizabeth A. Evans, Litigation Services Handbook: The Role of the Financial Expert (6th ed. 2017) |