# **Exhibit 4**

**Table 3**

**Saha Calculation of Damages After Offset ($ millions) Adjusted for 6% Simple Interest Beginning March 29, 2021 and Extended to October 28, 2022 Judgment and Release Date**

|  | 8/31/2022 | 10/28/2022 |
|---|---|---|
| Saha Damages (Hypothetical Sale Date of 4/2/18) | $ 247.57 | $ 249.75 |
| Less Value of BRC Shares and dividends in DB account | $ 114.28 | $ 109.72 |
| Damages | $ 133.29 | $ 140.03 |

40. More detailed calculations underlying Tables 1 through 3 are presented in **Exhibits 4A** and **4B** to this report.

41. In addition, I present analogous calculations using Dr. Saha's alternative damages date, December 9, 2014, in **Exhibits 5A** and **5B**. Rather than Dr. Saha's estimated damages of $389.09 million, the damages after the offset are (depending on which interest assumption is applied) between $134.84 million and $274.81 as of the August 31, 2022 Release Date. As of the October 28, 2022 Release Date, the damages after the offset are between $141.59 million and $282.76 million (again depending on which interest assumption is applied).

### B. But-For Damages Methodology

42. In a but-for damages methodology, one determines the economic difference between what would have been reasonably expected to occur "but-for" the alleged wrongful act and what actually occurred or is expected to occur.[51] Taking the assumptions from the Saha Report, I assume that (a) Mr. Razon is liable for the purported obstruction of Plaintiff's planned sale of the BRC Shares, and (b) that obstruction commenced on January 15, 2014. In order to put GGAM back in the position that it would have been in without the supposed obstruction, one must assume that GGAM would have sold the BRC Shares on January 21, 2014 pursuant to the Placing Agreement.[52] As previously discussed, the Placing Price was PHP 8.05 per share. Using the

---

[51] *See, e.g.,* Litigation Services Handbook: The Role of the Financial Expert, edited by Roman L. Weil, Daniel G. Lentz and Elizabeth A. Evans, Sixth Edition, at 4:23 (*Wiley* 2017).

[52] Although the obstruction allegedly commenced on January 15, 2014, the sale was not contemplated to be completed until January 21, 2014.