| | |
|---|---|
| **From:** | eoccena@ictsi.com [eoccena@ictsi.com] |
| **Sent:** | Wednesday, October 05, 2011 12:00:08 AM |
| **To:** | Rein, Jon |
| **Subject:** | Re: |

Sure Jon.   I'm with Brad. See you at 6pm.
------Original Message------
From: Rein, Jon
To: Estella Occena
Cc: 'brad.h.stone@gmail.com'
Cc: 'gwsvegas@cox.net'
Subject:
Sent: Oct 4, 2011 4:19 PM

Estela,

I'm looking forward to seeing you!

Shortly I will send you the Agreement under separate cover.   We look forward to walking you through it later.

Could we meet at 6:00pm, instead of 5:30?   Let's please convene at the Vesper Bar on the ground floor of the Cosmopolitan, and we can proceed to a quieter spot to walk through the doc.

Looking forward to seeing you,

Jon
+1 646 406 9031

--------------------------
Sent using BlackBerry
CONFIDENTIAL: This e-mail, including its contents and attachments, if any, are confidential. If you are not the named recipient please notify the sender and immediately delete it. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else. Copyright and any other intellectual property rights in its contents are the sole property of Cantor Fitzgerald.
     E-mail transmission cannot be guaranteed to be secure or error-free. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.   If verification is required please request a hard-copy version.
     Although we routinely screen for viruses, addressees should check this e-mail and any attachments for viruses. We make no representation or warranty as to the absence of viruses in this e-mail or any attachments. Please note that to ensure regulatory compliance and for the protection of our customers and business, we may monitor and read e-mails sent to and from our server(s).

For further important information, please see   http://www.cantor.com/legal/statement

"Sent via BlackBerry from Smart"

Ainsworth Decl. Ex. 1

GGAM-SDNY-0060450