| # | Prod Begin Bates | Email Sent Datetime | From | To | CC | Email Subject |
|---|---|---|---|---|---|---|
| 1 | GGAM-SDNY-0095871 | 5/9/2011 4:15 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | dalmehda@aol.com;weidnerb@gmail.com;gwsvegas@cox.net;brad.h.stone@gmail.com | RE: Bloomberry |
| 2 | GGAM-SDNY-0095873 | 5/9/2011 7:22 | Occena, Estela T. [EOccena@ICTSI.com] | Occena, Estela T. [EOccena@ICTSI.com];Rein, Jon [JRein@cantor.com] | dalmehda@aol.com;weidnerb@gmail.com;gwsvegas@cox.net;brad.h.stone@gmail.com | RE: Bloomberry |
| 3 | GGAM-SDNY-0095961 | 5/9/2011 7:56 | Occena, Estela T. [EOccena@ICTSI.com] | Occena, Estela T. [EOccena@ICTSI.com];Rein, Jon [JRein@cantor.com] | dalmehda@aol.com;weidnerb@gmail.com;gwsvegas@cox.net;brad.h.stone@gmail.com | RE: Bloomberry |
| 4 | GGAM-SDNY-0058965 | 5/9/2011 16:00 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Gerard Angelo Emilio J. Festin [gfestin@ICTSI.com] | Re: Bloomberry |
| 5 | GGAM-SDNY-0058968 | 5/9/2011 16:09 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Bloomberry |
| 6 | GGAM-SDNY-0038186 | 5/10/2011 0:00 | Festin, Gerard Angelo Emilio J. <gfestin@ICTSI.com> | JRein@cantor.com | EOccena@ICTSI.com | BRHI_0002297.tif |
| 7 | GGAM-SDNY-0095996 | 5/10/2011 8:13 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | weidnerb@gmail.com;gwsvegas@cox.net;dalmehda@aol.com;brad.h.stone@gmail.com;Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Due Diligence Materials |
| 8 | GGAM-SDNY-0096033 | 5/10/2011 8:24 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | weidnerb@gmail.com;gwsvegas@cox.net;dalmehda@aol.com;brad.h.stone@gmail.com;Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | FW: SPI&BRHI FS 2010 |
| 9 | GGAM-SDNY-0076737 | 5/17/2011 16:37 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Russell, Kevin [KRussell@cantor.com];gwsvegas@cox.net;brad.h.stone@gmail.com;weidnerb@gmail.com | Re: Cantor / Bloomberry NDA |
| 10 | GGAM-SDNY-0076739 | 5/17/2011 16:58 | Occena, Estela T. [EOccena@ICTSI.com] | Russell, Kevin [KRussell@cantor.com] | Rein, Jon [JRein@cantor.com];gwsvegas@cox.net;brad.h.stone@gmail.com;weidnerb@gmail.com | Re: Cantor / Bloomberry NDA |
| 11 | GGAM-SDNY-0059093 | 5/20/2011 2:09 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Rocheleau, Suzanne [SRocheleau@cantor.com];Natoy Almeda [dalmehda@aol.com] | Re: |
| 12 | GGAM-SDNY-0059097 | 5/20/2011 2:31 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Rocheleau, Suzanne [SRocheleau@cantor.com];dalmehda@aol.com | RE: |
| 13 | GGAM-SDNY-0038261 | 5/24/2011 0:00 | Benny J. Tan <sjtan@picazolaw.com> | KRussell@cantor.com | EOccena@ICTSI.com; JRein@cantor.com | BRHI_0001358.tif - BRHI_0001362.tif |
| 14 | GGAM-SDNY-0059100 | 5/24/2011 6:10 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com];Russell, Kevin [KRussell@cantor.com] | | Fwd: Cantor / Bloomberry NDA |
| 15 | GGAM-SDNY-0059112 | 5/24/2011 14:36 | Occena, Estela T. [EOccena@ICTSI.com] | Russell, Kevin [KRussell@cantor.com] | Benny J. Tan [sjtan@picazolaw.com];Rein, Jon [JRein@cantor.com] | Re: Cantor / Bloomberry NDA |
| 16 | GGAM-SDNY-0059118 | 5/24/2011 15:05 | Occena, Estela T. [EOccena@ICTSI.com] | Russell, Kevin [KRussell@cantor.com] | Benny J. Tan [sjtan@picazolaw.com];Rein, Jon [JRein@cantor.com] | Re: Cantor / Bloomberry NDA |
| 17 | GGAM-SDNY-0059125 | 5/24/2011 23:56 | sjtan@picazolaw.com | Russell, Kevin [KRussell@cantor.com] | Occena, Estela T. [eoccena@ictsi.com];Benny J. Tan [sjtan@picazolaw.com];Rein, Jon [jrein@cantor.com] | RE: Cantor / Bloomberry NDA |
| 18 | GGAM-SDNY-0059183 | 5/25/2011 2:16 | Occena, Estela T. [EOccena@ICTSI.com] | Russell, Kevin [KRussell@cantor.com] | Rein, Jon [JRein@cantor.com];sjtan@picazolaw.com | Re: Cantor / Bloomberry NDA |
| 19 | GGAM-SDNY-0076742 | 5/25/2011 15:39 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | gwsvegas@cox.net;weidnerb@gmail.com;brad.h.stone@gmail.com;Chito Alarilla [jejalarilla@hotmail.com];Natoy Almeda [dalmehda@aol.com];Benny J. Tan [sjtan@picazolaw.com] | Re: Revised Junket VIP Management Fee Schedule |
| 20 | GGAM-SDNY-0059207 | 5/26/2011 4:23 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Fwd: Spectrum Memo to Bloombury Executives Concerning Slot Devices- November 6, 2010 |
| 21 | GGAM-SDNY-0059226 | 5/26/2011 11:16 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Spectrum Memo to Bloombury Executives Concerning Slot Devices- November 6, 2010 |
| 22 | GGAM-SDNY-0076746 | 5/31/2011 15:06 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | dalmehda@aol.com;jejalarilla@yahoo.com;weidnerb@gmail.com;brad.h.stone@gmail.com;gwsvegas@cox.net;Benny J. Tan [sjtan@picazolaw.com] | Re: GGAM / Bloomberry Call |
| 23 | GGAM-SDNY-0076748 | 5/31/2011 15:09 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Kirkbride, Rick S. [rickkirkbride@paulhastings.com];Cabot, Anthony [ACabot@LRLaw.com];Bradley Stone [brad.h.stone@gmail.com];gwsvegas@cox.net;Benny J. Tan [sjtan@picazolaw.com] | Re: Connecting our lawyers |
| 24 | GGAM-SDNY-0059252 | 6/1/2011 0:31 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: |
| 25 | GGAM-SDNY-0059254 | 6/1/2011 0:31 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: GGAM / Bloomberry Legal Document Diligence Checklist - FOR DISCUSSION PURPOSES ONLY |
| 26 | GGAM-SDNY-0059243 | 6/1/2011 2:57 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Re: Fwd: Re: |
| 27 | GGAM-SDNY-0096108 | 6/1/2011 3:49 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | gwsvegas@cox.net;brad.h.stone@gmail.com;weidnerb@gmail.com | Re: GGAM/Bloomberry Agenda for Management Agreement Discussion |
| 28 | GGAM-SDNY-0059255 | 6/1/2011 16:08 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | |
| 29 | GGAM-SDNY-0059263 | 6/1/2011 17:11 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: RE: |

| # | Bates | Date | From | To | CC | Subject |
|---|---|---|---|---|---|---|
| 30 | GGAM-SDNY-0059264 | 6/1/2011 17:12 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Fwd: Spectrum Memo to Bloombury Executives Concerning Slot Devices- November 6, 2010 |
| 31 | GGAM-SDNY-0059273 | 6/2/2011 0:45 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: GGAM / Bloomberry Conference Call re Documenting the Management Agreement |
| 32 | GGAM-SDNY-0059275 | 6/2/2011 0:46 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Spectrum Memo to Bloombury Executives Concerning Slot Devices- November 6, 2010 |
| 33 | GGAM-SDNY-0059277 | 6/2/2011 0:46 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Spectrum Memo to Bloombury Executives Concerning Slot Devices- November 6, 2010 |
| 34 | GGAM-SDNY-0059281 | 6/2/2011 11:49 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Fwd: Provisional License and Costplan no. 4 |
| 35 | GGAM-SDNY-0059298 | 6/2/2011 13:51 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Entertainment City Project - Phase 1a |
| 36 | GGAM-SDNY-0076750 | 6/2/2011 13:52 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net;Lewinstein, Marc [MLewinstein@cantor.com];Levett, Christine [CLevett@cantor.com] | Re: Provisional License and Costplan no. 4 |
| 37 | GGAM-SDNY-0059305 | 6/3/2011 1:50 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Kirkbride, Rick S. [rickkirkbride@paulhastings.com];Benny J. Tan [sjtan@picazolaw.com] | Re: Connecting our lawyers |
| 38 | GGAM-SDNY-0059307 | 6/3/2011 1:51 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: RE: |
| 39 | GGAM-SDNY-0059332 | 6/3/2011 5:47 | eoccena@ictsi.com | Rein, Jon [JRein@cantor.com] | | Re: GGAM / Bloomberry Legal Document Diligence Checklist - FOR DISCUSSION PURPOSES ONLY |
| 40 | GGAM-SDNY-0059337 | 6/3/2011 7:21 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Provisional License |
| 41 | GGAM-SDNY-0059372 | 6/3/2011 7:57 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Clarification |
| 42 | GGAM-SDNY-0059373 | 6/3/2011 8:26 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Fwd: Provisional License and Costplan no. 4 |
| 43 | GGAM-SDNY-0076835 | 6/9/2011 6:31 | Benny J. Tan [sjtan@picazolaw.com] | Russell, Kevin [KRussell@cantor.com] | eoccena@ictsi.com;weidnerb@gmail.com;gwsvegas@cox.net;brad.h.stone@gmail.com;Rein, Jon [JRein@cantor.com];Acabot@lrlaw.com;rickkirkbride@paulhastings.com;QSingleton@LRLaw.com;jeffreymyers@paulhastings.com | Re: Project Berry Draft MSA |
| 44 | GGAM-SDNY-0076836 | 6/9/2011 14:27 | Benny J. Tan [sjtan@picazolaw.com] | Russell, Kevin [KRussell@cantor.com] | eoccena@ictsi.com;weidnerb@gmail.com;gwsvegas@cox.net;brad.h.stone@gmail.com;Rein, Jon [JRein@cantor.com];Acabot@lrlaw.com;rickkirkbride@paulhastings.com;QSingleton@LRLaw.com;jeffreymyers@paulhastings.com | Re: Project Berry Draft MSA |
| 45 | GGAM-SDNY-0076849 | 6/15/2011 4:32 | Occena, Estela T. [EOccena@ICTSI.com] | brad.h.stone@gmail.com;Rein, Jon [JRein@cantor.com] | | Hi We are at the Shang Palace. See you. |
| 46 | GGAM-SDNY-0076850 | 6/15/2011 14:13 | Occena, Estela T. [EOccena@ICTSI.com] | brad.h.stone@gmail.com;Rein, Jon [JRein@cantor.com] | Chito Alarilla [jejalarilla@hotmail.com] | Fwd: Corrected Management Services Agreement |
| 47 | GGAM-SDNY-0059496 | 6/18/2011 23:08 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: |
| 48 | GGAM-SDNY-0059497 | 6/20/2011 14:00 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | sjtan@picazolaw.com;Russell, Kevin [KRussell@cantor.com];Chito Alarilla [jejalarilla@hotmail.com] | Re: |
| 49 | GGAM-SDNY-0058641 | 6/20/2011 14:20 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | sjtan@picazolaw.com;Russell, Kevin [KRussell@cantor.com];Chito Alarilla [jejalarilla@hotmail.com];Cabot, Anthony [ACabot@LRLaw.com];rickkirkbride@paulhastings.com | Re: RE: |
| 50 | GGAM-SDNY-0058643 | 6/20/2011 15:01 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | sjtan@picazolaw.com;Russell, Kevin [KRussell@cantor.com];Chito Alarilla [jejalarilla@hotmail.com];Cabot, Anthony [ACabot@LRLaw.com];rickkirkbride@paulhastings.com | Re: RE: |
| 51 | GGAM-SDNY-0058683 | 6/21/2011 13:07 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | sjtan@picazolaw.com;Russell, Kevin [KRussell@cantor.com];jejalarilla@hotmail.com;ACabot@LRLaw.com;rickkirkbride@paulhastings.com;dc.almeda@yahoo.com | Re: Corrected MSA |
| 52 | GGAM-SDNY-0076879 | 6/22/2011 13:26 | eoccena@ictsi.com [eoccena@ictsi.com] | jrein@cantor.com; brad.h.stone@gmail.com; Benny Tan; Chito Alarilla | | Fw: GGAM / Bloomberry Sureste MSA Due Diligence Request List |
| 53 | GGAM-SDNY-0059521 | 6/22/2011 3:55 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Corrected MSA |
| 54 | GGAM-SDNY-0059526 | 6/22/2011 13:26 | eoccena@ictsi.com | Rein, Jon [jrein@cantor.com];brad.h.stone@gmail.com;Benny Tan [sjtan@picazolaw.com];Chito Alarilla [jejalarilla@hotmail.com] | | Fw: GGAM / Bloomberry Sureste MSA Due Diligence Request List |
| 55 | GGAM-SDNY-0076884 | 6/22/2011 14:20 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | sjtan@picazolaw.com;Russell, Kevin [KRussell@cantor.com];jejalarilla@hotmail.com;ACabot@LRLaw.com;rickkirkbride@paulhastings.com;dc.almeda@yahoo.com;brad.h.stone@gmail.com;gwsvegas@cox.net | Re: Corrected MSA |
| 56 | GGAM-SDNY-0076887 | 6/22/2011 14:34 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | sjtan@picazolaw.com;Russell, Kevin [KRussell@cantor.com];jejalarilla@hotmail.com;ACabot@LRLaw.com;rickkirkbride@paulhastings.com;dc.almeda@yahoo.com;brad.h.stone@gmail.com;gwsvegas@cox.net | Re: Corrected MSA |

| # | Bates | Date | From | To | CC | Subject |
|---|---|---|---|---|---|---|
| 57 | GGAM-SDNY-0059545 | 6/22/2011 22:11 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | 'sjtan@picazolaw. com' [sjtan@picazolaw.com];Chito Alarilla [jejalarilla@hotmail.com] | |
| 58 | GGAM-SDNY-0038600 | 6/23/2011 0:00 | Benny J. Tan <sjtan@picazolaw.com> | JRein@cantor.com | eoccena@ictsi.com; jejalarilla@hotmail.com | BRHI_0012173.tif |
| 59 | GGAM-SDNY-0059556 | 6/24/2011 11:23 | Benny J. Tan [sjtan@picazolaw.com] | Rein, Jon [JRein@cantor.com] | | MSA Draft 24 June 2011 |
| 60 | GGAM-SDNY-0059558 | 6/25/2011 5:40 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | sjtan@picazolaw. com [sjtan@picazolaw.com];Chito Alarilla [jejalarilla@hotmail.com] | Re: RE: |
| 61 | GGAM-SDNY-0059633 | 6/27/2011 4:06 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | sjtan@picazolaw. com [sjtan@picazolaw.com];Chito Alarilla [jejalarilla@hotmail.com] | RE: RE: |
| 62 | GGAM-SDNY-0059640 | 6/29/2011 8:54 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Benny J. Tan [sjtan@picazolaw.com] | Re: |
| 63 | GGAM-SDNY-0059641 | 6/29/2011 12:37 | Benny J. Tan [sjtan@picazolaw.com] | Rein, Jon [JRein@cantor.com] | | MSA Draft 29 June 2011 |
| 64 | GGAM-SDNY-0059645 | 6/29/2011 13:11 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | 'sjtan@picazolaw. com' [sjtan@picazolaw.com];Chito Alarilla [jejalarilla@hotmail.com];Natoy Almeda [dalmehda@aol.com];Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Fwd: Annex B of MSA Draft 29 June 2011 |
| 65 | GGAM-SDNY-0076902 | 6/29/2011 23:39 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | jejalarilla@hotmail.com;brad.h.stone@gmail.com;Garry Saunders [gwsvegas@cox.net];Bill Weidner [weidnerb@gmail.com] | Re: Call at 10am/10pm/7pm |
| 66 | GGAM-SDNY-0076906 | 6/30/2011 2:13 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | jejalarilla@hotmail.com;brad.h.stone@gmail.com;Garry Saunders [gwsvegas@cox.net];Bill Weidner [weidnerb@gmail.com] | Re: Call at 10am/10pm/7pm |
| 67 | GGAM-SDNY-0076908 | 7/1/2011 14:22 | Occena, Estela T. [EOccena@ICTSI.com] | Jon Rein | brad.h.stone@gmail.com; Garry Saunders | Fwd: Chronology on how the Agreement on Indemnity was reached |
| 68 | GGAM-SDNY-0076913 | 7/1/2011 14:28 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;Garry Saunders [gwsvegas@cox.net];Garry Saunders [saundersg@ggamllc.com] | Re: Chronology on how the Agreement on Indemnity was reached |
| 69 | GGAM-SDNY-0059675 | 7/2/2011 2:39 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: |
| 70 | GGAM-SDNY-0059679 | 7/5/2011 13:45 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Fwd: MSA Issue List |
| 71 | GGAM-SDNY-0059724 | 7/5/2011 13:51 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | MSA Draft July 5 |
| 72 | GGAM-SDNY-0059760 | 7/5/2011 22:26 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Fwd: MSA Issue List |
| 73 | GGAM-SDNY-0059769 | 7/6/2011 11:56 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: MSA Issue List |
| 74 | GGAM-SDNY-0059776 | 7/6/2011 13:53 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: MSA Issue List |
| 75 | GGAM-SDNY-0059779 | 7/6/2011 15:48 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: MSA Issue List |
| 76 | GGAM-SDNY-0059850 | 7/11/2011 15:35 | eoccena@ictsi.com | Rein, Jon [JRein@cantor.com] | | Re: |
| 77 | GGAM-SDNY-0076995 | 7/12/2011 17:27 | eoccena@ictsi.com | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net;Benny Tan [sjtan@picazolaw.com];Chito Alarilla [jejalarilla@hotmail.com];Chito Alarilla [jejalarilla@yahoo.com] | Re: |
| 78 | GGAM-SDNY-0059864 | 7/12/2011 17:46 | eoccena@ictsi.com | Rein, Jon [JRein@cantor.com] | | Re: |
| 79 | GGAM-SDNY-0077004 | 7/12/2011 19:04 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net;Benny Tan [sjtan@picazolaw.com];Chito Alarilla [jejalarilla@hotmail.com];Chito Alarilla [jejalarilla@yahoo.com] | Re: RE: |
| 80 | GGAM-SDNY-0077007 | 7/14/2011 7:11 | Occena, Estela T. [EOccena@ICTSI.com] | brad.h.stone@gmail.com; gwsvegas@cox.net; Rein, Jon (JRein@cantor.com) | 'sjtan@picazolaw.com' (sjtan@picazolaw.com); Chito Alarilla; Festin, Gerard Angelo Emilio J. | VAT Issue proposed resolution |
| 81 | GGAM-SDNY-0096134 | 8/3/2011 9:31 | Benny J. Tan [sjtan@picazolaw.com] | Brad Stone [brad.h.stone@gmail.com];Garry Saunders [gwsvegas@cox.net];Weidnerb@gmail.com;Rein, Jon [JRein@cantor.com];Cabot, Anthony [ACabot@LRLaw.com];Myers, Jeffrey T. [jeffreymyers@paulhastings.com];Kirkbride, Rick S. [rickkirkbride@paulhastings.com] | | Management Service Agreement and Annexes |
| 82 | GGAM-SDNY-0077120 | 8/7/2011 12:40 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net | Re: Dial-in for 10:00 call |
| 83 | GGAM-SDNY-0063714 | 8/8/2011 1:45 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net | Re: Dial-in for 10:00 call |
| 84 | GGAM-SDNY-0063715 | 8/8/2011 1:53 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net | Re: Dial-in for 10:00 call |
| 85 | GGAM-SDNY-0063717 | 8/8/2011 2:11 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net | Re: Dial-in for 10:00 call |
| 86 | GGAM-SDNY-0063719 | 8/8/2011 2:15 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net | Re: Dial-in for 10:00 call |
| 87 | GGAM-SDNY-0060133 | 9/8/2011 15:57 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | sjtan@picazolaw.com;Russell, Kevin [KRussell@cantor.com] | Re: GGAM - MSA signature pages |
| 88 | GGAM-SDNY-0077345 | 9/9/2011 0:26 | Occena, Estela T. [EOccena@ICTSI.com] | Russell, Kevin [KRussell@cantor.com] | Benny J. Tan [sjtan@picazolaw.com];saundersg@ggamllc.com;weidnerb@gmail.com;weidnerb@ggamllc.com;brad.h.stone@gmail.com;Rein, Jon [JRein@cantor.com] | Re: MSA |
| 89 | GGAM-SDNY-0100843 | 9/9/2011 0:29 | Occena, Estela T. [EOccena@ICTSI.com] | Russell, Kevin [KRussell@cantor.com] | | Re: MSA |
| 90 | GGAM-SDNY-0096505 | 9/9/2011 7:35 | Occena, Estela T. [EOccena@ICTSI.com] | Russell, Kevin [KRussell@cantor.com] | 'sjtan@picazolaw. com' [sjtan@picazolaw.com];Garry Saunders [saundersg@ggamllc.com];weidnerb@gmail.com;weidnerb@ggamllc.com;brad.h.stone@gmail.com;Rein, Jon [JRein@cantor.com] | Re: MSA |
| 91 | GGAM-SDNY-0100845 | 9/9/2011 15:36 | Occena, Estela T. [EOccena@ICTSI.com] | Russell, Kevin [KRussell@cantor.com] | | Re: MSA |

| # | Bates | Date | From | To | CC | Subject |
|---|---|---|---|---|---|---|
| 92 | GGAM-SDNY-0100851 | 9/13/2011 0:29 | Occena, Estela T. [EOccena@ICTSI.com] | Russell, Kevin [KRussell@cantor.com] | | Re: MSA |
| 93 | GGAM-SDNY-0100854 | 9/13/2011 0:32 | Occena, Estela T. [EOccena@ICTSI.com] | Russell, Kevin [KRussell@cantor.com] | | Re: MSA |
| 94 | GGAM-SDNY-0060297 | 9/28/2011 22:01 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Bloomberry Disclosure Statement 9 Sept 2011 |
| 95 | GGAM-SDNY-0060302 | 9/28/2011 22:07 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Bloomberry Disclosure Statement 9 Sept 2011 |
| 96 | GGAM-SDNY-0060315 | 9/29/2011 3:15 | Occena, Estela T. [EOccena@ICTSI.com] | Myers, Jeffrey T. [jeffreymyers@paulhastings.com];Rein, Jon [JRein@cantor.com] | | FW: MSA |
| 97 | GGAM-SDNY-0060305 | 9/29/2011 3:13 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | FW: MSA |
| 98 | GGAM-SDNY-0060325 | 10/1/2011 7:34 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Bloomberry Disclosure Statement 9 Sept 2011 |
| 99 | GGAM-SDNY-0060329 | 10/1/2011 21:52 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Bloomberry Disclosure Statement 9 Sept 2011 |
| 100 | GGAM-SDNY-0060337 | 10/2/2011 6:50 | eoccena@ictsi.com | Rein, Jon [JRein@cantor.com] | | Re: Bloomberry Disclosure Statement 9 Sept 2011 |
| 101 | GGAM-SDNY-0064084 | 10/3/2011 12:56 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com];Garry Saunders [saundersg@ggamllc.com] | | Fwd: Sureste - GGAM: Due Diligence Checklist |
| 102 | GGAM-SDNY-0060450 | 10/5/2011 0:00 | eoccena@ictsi | Rein, Jon [JRein@cantor.com] | | Re: |
| 103 | GGAM-SDNY-0077633 | 10/25/2011 1:35 | Occena, Estela T. [EOccena@ICTSI.com] | Garry Saunders [saundersg@ggamllc.com];brad.h.stone@gmail.com;Rein, Jon [JRein@cantor.com] | 'sjtan@picazolaw. com' [sjtan@picazolaw.com] | FW: Option Agreement with GGAM |
| 104 | GGAM-SDNY-0077641 | 10/27/2011 0:11 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Garry Saunders [saundersg@ggamllc.com];brad.h.stone@gmail.com;Jones, John [jjones@cantor.com];sjtan@picazolaw. com [sjtan@picazolaw.com] | Re: Option Agreement with GGAM |
| 105 | GGAM-SDNY-0077649 | 10/27/2011 0:19 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net;Lewinstein, Marc [MLewinstein@cantor.com];Levett, Christine [CLevett@cantor.com] | Re: Bloomberry / GGAM - business diligence requests |
| 106 | GGAM-SDNY-0077653 | 10/27/2011 0:20 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Garry Saunders [saundersg@ggamllc.com];brad.h.stone@gmail.com;Jones, John [jjones@cantor.com];sjtan@picazolaw. com [sjtan@picazolaw.com] | Re: Option Agreement with GGAM |
| 107 | GGAM-SDNY-0060499 | 10/27/2011 0:21 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Bloomberry / GGAM - business diligence requests |
| 108 | GGAM-SDNY-0077660 | 10/27/2011 3:19 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net;Lewinstein, Marc [MLewinstein@cantor.com];Levett, Christine [CLevett@cantor.com];'sjtan@picazolaw. com' [sjtan@picazolaw.com];Palaroan, Marc Dominique [mpalaroan@ICTSI.com];srivas@ictsi.com | Re: Bloomberry / GGAM - business diligence requests |
| 109 | GGAM-SDNY-0064450 | 11/1/2011 1:19 | Occena, Estela T. [EOccena@ICTSI.com] | Jon Rein | Garry Saunders; Benny J. Tan | Telecon |
| 110 | GGAM-SDNY-0064453 | 11/1/2011 2:03 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | saundersg@ggamllc.com;sjtan@picazolaw.com;Jones, John [jjones@cantor.com] | Re: Telecon |
| 111 | GGAM-SDNY-0064457 | 11/1/2011 12:45 | eoccena@ictsi.com | Rein, Jon [JRein@cantor.com] | 'saundersg@ggamllc.com' [saundersg@ggamllc.com];Benny Tan [sjtan@picazolaw.com];Jones, John [jjones@cantor.com];Chito Alarilla [jejalarilla@hotmail.com] | Re: Telecon |
| 112 | GGAM-SDNY-0064462 | 11/1/2011 12:54 | eoccena@ictsi.com | Rein, Jon [JRein@cantor.com] | 'saundersg@ggamllc.com' [saundersg@ggamllc.com];Benny Tan [sjtan@picazolaw.com];Jones, John [jjones@cantor.com];Chito Alarilla [jejalarilla@hotmail.com] | Re: Telecon |
| 113 | GGAM-SDNY-0077688 | 11/2/2011 23:16 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | saundersg@ggamllc.com;Benny Tan [sjtan@picazolaw.com];Jones, John [jjones@cantor.com];Chito Alarilla [jejalarilla@hotmail.com];brad.h.stone@gmail.com | Re: Telecon |
| 114 | GGAM-SDNY-0077694 | 11/7/2011 23:05 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Benny Tan [sjtan@picazolaw.com];brad.h.stone@gmail.com;gwsvegas@cox.net;Kirkbride, Rick S. [rickkirkbride@paulhastings.com];Jones, John [jjones@cantor.com] | Re: Call to discuss Option & Shareholder Agreements |
| 115 | GGAM-SDNY-0077696 | 11/7/2011 23:19 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Benny Tan [sjtan@picazolaw.com];brad.h.stone@gmail.com;gwsvegas@cox.net;Jones, John [jjones@cantor.com] | Re: Call to discuss Option & Shareholder Agreements |
| 116 | GGAM-SDNY-0064499 | 11/9/2011 2:16 | Occena, Estela T. [EOccena@ICTSI.com] | Jon Rein | Garry Saunders | {No Subject} |
| 117 | GGAM-SDNY-0064500 | 11/9/2011 2:22 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | saundersg@ggamllc.com | Re: Re: |
| 118 | GGAM-SDNY-0064504 | 11/9/2011 2:58 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | saundersg@ggamllc.com | Re: Re: Re: |

| # | Bates | Date | From | To | CC | Subject |
|---|---|---|---|---|---|---|
| 119 | GGAM-SDNY-0064523 | 11/9/2011 16:05 | eoccena@ictsi.com | Rein, Jon [JRein@cantor.com] | Benny Tan [sjtan@picazolaw.com];'gwsvegas@cox.net' [gwsvegas@cox.net] | Re: Re: |
| 120 | GGAM-SDNY-0077712 | 11/17/2011 8:16 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad. h. stone [brad.h.stone@gmail.com];Garry Saunders [gwsvegas@cox.net] | Re: GGAM / Bloomberry Shareholder Agreement |
| 121 | GGAM-SDNY-0060550 | 11/17/2011 16:13 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: GGAM / Bloomberry Shareholder Agreement |
| 122 | GGAM-SDNY-0077715 | 11/20/2011 2:20 | Occena, Estela T. [EOccena@ICTSI.com] | Garry Saunders [saundersg@ggamllc.com];brad.h.stone@gmail.com;Rein, Jon [JRein@cantor.com] | | Fwd: Asian gaming market update |
| 123 | GGAM-SDNY-0064683 | 11/26/2011 13:36 | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Garry Saunders [saundersg@ggamllc.com];Garry Saunders [gwsvegas@cox.net];Rein, Jon [JRein@cantor.com] | Occena, Estela T. [EOccena@ICTSI.com] | Re: Active Alliance Inc. |
| 124 | GGAM-SDNY-0064735 | 11/27/2011 23:52 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com];Garry Saunders [saundersg@ggamllc.com];Garry Saunders [gwsvegas@cox.net] | Re: Active Alliance Inc. |
| 125 | GGAM-SDNY-0064784 | 12/2/2011 0:04 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com];Garry Saunders [saundersg@ggamllc.com];Garry Saunders [gwsvegas@cox.net] | Re: Active Alliance Inc. |
| 126 | GGAM-SDNY-0077878 | 12/7/2011 14:32 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Garry Saunders [gwsvegas@cox.net];brad. h. stone [brad.h.stone@gmail.com] | Re: Call |
| 127 | GGAM-SDNY-0060620 | 12/7/2011 14:53 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Call |
| 128 | GGAM-SDNY-0060622 | 12/7/2011 14:57 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Jon Rein/ Estela Occena |
| 129 | GGAM-SDNY-0060623 | 12/8/2011 1:54 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Levett, Christine [CLevett@cantor.com];Lewinstein, Marc [MLewinstein@cantor.com] | Re: Need 5 mins |
| 130 | GGAM-SDNY-0060626 | 12/8/2011 2:08 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Levett, Christine [CLevett@cantor.com];Lewinstein, Marc [MLewinstein@cantor.com] | Re: Need 5 mins |
| 131 | GGAM-SDNY-0060628 | 12/12/2011 22:04 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Option Agreement Issues |
| 132 | GGAM-SDNY-0078111 | 1/10/2012 12:48 | Occena, Estela T. [EOccena@ICTSI.com] | Jon Rein | Garry Saunders; Brad Stone | UBS Term sheet |
| 133 | GGAM-SDNY-0065152 | 1/10/2012 9:52 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com];Garry Saunders [saundersg@ggamllc.com] | | Fwd: Pagcor settles unpaid taxes worth P857 M | Inquirer News |
| 134 | GGAM-SDNY-0078106 | 1/10/2012 12:44 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Garry Saunders [gwsvegas@cox.net];brad. h. stone [brad.h.stone@gmail.com] | Re: Bloomberry / GGAM - business diligence requests |
| 135 | GGAM-SDNY-0060679 | 1/10/2012 13:02 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Can we do 3pm instead of 4pm tomorrow with Benny? |
| 136 | GGAM-SDNY-0078145 | 1/10/2012 13:10 | Occena, Estela T. [EOccena@ICTSI.com] | Brad Stone [stoneb@ggamllc.com];Garry Saunders [saundersg@ggamllc.com];Rein, Jon [JRein@cantor.com] | | Fwd: Updated Macau junket sector report - Bloomberry |
| 137 | GGAM-SDNY-0065162 | 1/11/2012 9:37 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com];Garry Saunders [saundersg@ggamllc.com] | | Fwd: Cost Variation Report Phase 1 as of 03Jan11.pdf |
| 138 | GGAM-SDNY-0078192 | 1/13/2012 7:26 | Occena, Estela T. [EOccena@ICTSI.com] | Brad Stone [stoneb@ggamllc.com];Garry Saunders [saundersg@ggamllc.com];Rein, Jon [JRein@cantor.com] | | FW: CLSA Bloomberry presentation |
| 139 | GGAM-SDNY-0078273 | 1/13/2012 17:26 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | stoneb@ggamllc.com;saundersg@ggamllc.com | Re: CLSA Bloomberry presentation |
| 140 | GGAM-SDNY-0078306 | 1/17/2012 14:33 | Occena, Estela T. [EOccena@ICTSI.com] | brad.h.stone@gmail.com;Garry Saunders [saundersg@ggamllc.com];Rein, Jon [JRein@cantor.com];Ed Chen [echen@bloomberry.ph];Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com];sjtan@picazolaw. com [sjtan@picazolaw.com] | Razon, Enrique K. [ERazon@ICTSI.com] | Follow-on timeline and DD topics |
| 141 | GGAM-SDNY-0060804 | 1/18/2012 0:58 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Follow-on timeline and DD topics |
| 142 | GGAM-SDNY-0078927 | 1/26/2012 1:04 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | saundersg@ggamllc.com;brad.h.stone@gmail.com;Levett, Christine [CLevett@cantor.com] | Re: |
| 143 | GGAM-SDNY-0060814 | 1/26/2012 4:31 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Re: |
| 144 | GGAM-SDNY-0060816 | 2/9/2012 2:00 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | saundersg@ggamllc.com;sjtan picazolaw [sjtan@picazolaw.com] | Re: GGAM - Option Discussion |
| 145 | GGAM-SDNY-0060819 | 2/14/2012 8:36 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: |
| 146 | GGAM-SDNY-0060832 | 2/15/2012 3:04 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Fwd: Comprehensive Disclosure for Backdoor Listing |
| 147 | GGAM-SDNY-0060841 | 2/15/2012 16:44 | Benny J. Tan [sjtan@picazolaw.com] | Rein, Jon [JRein@cantor.com];Myers, Jeffrey T. [jeffreymyers@paulhastings.com];derekroth@paulhastings.com;Patriciaopenshaw@paulhastings.com;John Maynard G Atotubo [jgatotubo@Punolaw.com];cereside@punolaw.com;Occena, Estela T. [EOccena@ICTSI.com] | | Option Agreement and Shareholders Agreement |
| 148 | GGAM-SDNY-0050755 | 2/16/2012 0:00 | Benny J. Tan <sjtan@picazolaw.com> | Rein, Jon <JRein@cantor.com>; Occena, Estela T. <EOccena@ICTSI.com> | derekroth@paulhastings.com; Myers, Jeffrey T. <jeffreymyers@paulhastings.com>; Kirkbride, Rick S. <rickkirkbride@paulhastings.com>; Patriciaopenshaw@paulhastings.com; jgatotubo@punolaw.com | BRHI_0002718.tif - BRHI_0002721.tif |

| # | Bates | Date | From | To | CC | Subject |
|---|---|---|---|---|---|---|
| 149 | GGAM-SDNY-0040529 | 3/5/2012 0:00 | Benny J. Tan <sjtan@picazolaw.com> | jeffreymyers@paulhastings.com; JRein@cantor.com; DerekRoth@paulhastings.com; patriciaopenshaw@paulhastings.com; jgatutobo@punolaw.com; rickkirkbride@paulhastings.com; eoccena@ictsi.com | | BRHI_0001595.tif |
| 150 | GGAM-SDNY-0082176 | 3/7/2012 22:08 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | gwsvegas@cox.net;brad.h.stone@gmail.com;Levett, Christine [CLevett@cantor.com] | Re: |
| 151 | GGAM-SDNY-0060962 | 3/9/2012 0:01 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: RE: |
| 152 | GGAM-SDNY-0060964 | 3/9/2012 3:32 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | FW: Solaire Financial Model |
| 153 | GGAM-SDNY-0060967 | 3/9/2012 3:34 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | FW: Initial Draft of the Financial Statements |
| 154 | GGAM-SDNY-0061040 | 3/9/2012 3:40 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | FW: Sources and Uses: Revised |
| 155 | GGAM-SDNY-0061043 | 3/9/2012 4:00 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | FW: Cost Variation Report Phase 1 as of 07Mar12.xlsx |
| 156 | GGAM-SDNY-0061045 | 3/9/2012 8:20 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | <no subject> |
| 157 | GGAM-SDNY-0061047 | 3/9/2012 10:43 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Levett, Christine [CLevett@cantor.com] | Re: Cost Variation Report Phase 1 as of 07Mar12.xlsx |
| 158 | GGAM-SDNY-0083093 | 3/15/2012 3:57 | eoccena@ictsi.com | Rein, Jon [JRein@cantor.com] | 'brad.h.stone@gmail.com' [brad.h.stone@gmail.com];Benny Tan [sjtan@picazolaw.com] | Re: |
| 159 | GGAM-SDNY-0083100 | 3/16/2012 1:41 | eoccena@ictsi.com | Rein, Jon [JRein@cantor.com] | 'brad.h.stone@gmail.com' [brad.h.stone@gmail.com];Benny Tan [sjtan@picazolaw.com] | Re: Re: |
| 160 | GGAM-SDNY-0083493 | 3/19/2012 14:15 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad. h. stone [brad.h.stone@gmail.com];Garry Saunders [gwsvegas@cox.net];sjtan picazolaw [sjtan@picazolaw.com] | Re: Conf call re Option |
| 161 | GGAM-SDNY-0083495 | 3/19/2012 14:33 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad. h. stone [brad.h.stone@gmail.com];Garry Saunders [gwsvegas@cox.net];Levett, Christine [CLevett@cantor.com];Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Re: Option Math & financial due diligence |
| 162 | GGAM-SDNY-0083497 | 3/19/2012 14:45 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net;Levett, Christine [CLevett@cantor.com];Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Re: Option Math & financial due diligence |
| 163 | GGAM-SDNY-0040572 | 3/20/2012 0:00 | Festin, Gerard Angelo Emilio J. <gfestin@ICTSI.com> | EOccena@ICTSI.com; JRein@cantor.com | | BRHI_0002125.tif - BRHI_0002128.tif |
| 164 | GGAM-SDNY-0083593 | 3/21/2012 2:58 | Occena, Estela T. [EOccena@ICTSI.com] | Jon Rein | sjtan picazolaw; Brad Stone; Garry Saunders | Fwd: MSA Summary |
| 165 | GGAM-SDNY-0084180 | 3/27/2012 15:05 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | jtan@picazolaw.com;Kaplan, Binyomin [BKaplan@cantor.com];brad. h. stone [brad.h.stone@gmail.com];Garry Saunders [gwsvegas@cox.net];Levett, Christine [CLevett@cantor.com] | Re: GGAM Indemnity |
| 166 | GGAM-SDNY-0084181 | 3/27/2012 15:10 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad. h. stone [brad.h.stone@gmail.com];Garry Saunders [gwsvegas@cox.net];Levett, Christine [CLevett@cantor.com];Kaplan, Binyomin [BKaplan@cantor.com];Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Re: GGAM Option Strike Price |
| 167 | GGAM-SDNY-0084182 | 3/27/2012 15:21 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad. h. stone [brad.h.stone@gmail.com];Garry Saunders [gwsvegas@cox.net];Levett, Christine [CLevett@cantor.com];Kaplan, Binyomin [BKaplan@cantor.com];Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Re: GGAM Option Strike Price |
| 168 | GGAM-SDNY-0061125 | 3/27/2012 15:23 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Fwd: MD and A |
| 169 | GGAM-SDNY-0066360 | 3/30/2012 4:07 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com];gwsvegas@cox.net;sjtan picazolaw [sjtan@picazolaw.com] | Re: Grantor's Equity Contribution Calculations |
| 170 | GGAM-SDNY-0061298 | 4/14/2012 9:46 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Re: Fwd: |
| 171 | GGAM-SDNY-0061302 | 4/14/2012 9:56 | sjtan@picazolaw.com | eoccena@ictsi.com;Rein, Jon [JRein@cantor.com];jgatutobo@punolaw.com;cereside@punolaw.com | | Fwd |
| 172 | GGAM-SDNY-0061307 | 4/14/2012 13:04 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Re: Fwd |
| 173 | GGAM-SDNY-0061311 | 4/14/2012 13:58 | gfestin@ictsi.com | Rein, Jon [JRein@cantor.com];'eoccena@ictsi.com' [eoccena@ictsi.com] | | Re: Fwd |
| 174 | GGAM-SDNY-0061313 | 4/14/2012 14:07 | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Occena, Estela T. [EOccena@ICTSI.com];Rein, Jon [JRein@cantor.com] | | Re: Fwd |
| 175 | GGAM-SDNY-0067052 | 4/15/2012 0:19 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com];sjtan picazolaw [sjtan@picazolaw.com];rickkirkbride@paulhastings.com;gwsvegas@cox.net | Re: Fwd |

| # | Bates | Date | From | To | CC | Subject |
|---|---|---|---|---|---|---|
| 176 | GGAM-SDNY-0067056 | 4/15/2012 1:19 | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Occena, Estela T. [EOccena@ICTSI.com];Rein, Jon [JRein@cantor.com] | sjtan picazolaw [sjtan@picazolaw.com];rickkirkbride@paulhastings.com;gwsvegas@cox.net | Re: Fwd |
| 177 | GGAM-SDNY-0087303 | 4/15/2012 1:59 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | brad.h.stone@gmail.com;gwsvegas@cox.net;Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com];sjtan picazolaw [sjtan@picazolaw.com] | Re: |
| 178 | GGAM-SDNY-0087313 | 4/15/2012 3:14 | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Rein, Jon [JRein@cantor.com];Occena, Estela T. [EOccena@ICTSI.com] | 'brad.h.stone@gmail.com' [brad.h.stone@gmail.com];'gwsvegas@cox.net' [gwsvegas@cox.net];sjtan picazolaw [sjtan@picazolaw.com] | Re: |
| 179 | GGAM-SDNY-0061762 | 4/15/2012 3:31 | gfestin@ictsi.com | Rein, Jon [JRein@cantor.com] | | Re: |
| 180 | GGAM-SDNY-0061774 | 4/15/2012 3:54 | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: |
| 181 | GGAM-SDNY-0061947 | 4/16/2012 0:32 | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: |
| 182 | GGAM-SDNY-0090536 | 4/23/2012 15:11 | eoccena@ictsi.com | Brad Stone [brad.h.stone@gmail.com];Rein, Jon [JRein@cantor.com] | | Fw: Monte Carlo - Roadshow presentation |
| 183 | GGAM-SDNY-0062098 | 4/23/2012 15:18 | eoccena@ictsi.com | Rein, Jon [JRein@cantor.com] | | Re: Monte Carlo - Roadshow presentation |
| 184 | GGAM-SDNY-0062101 | 5/8/2012 3:07 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: Congratulations |
| 185 | GGAM-SDNY-0091311 | 6/11/2012 12:42 | Occena, Estela T. [EOccena@ICTSI.com] | Brad Stone [stoneb@ggamllc.com];Garry Saunders [saundersg@ggamllc.com];mfrench@bloomberry.ph;Chito Alarilla [jejalarilla@hotmail.com];Natoy Almeda [dalmehda@aol.com];weidnerb@ggamllc.com;Rein, Jon [JRein@cantor.com] | Leo Venezuela [lvenezuela@bloomberry.ph] | Fwd: SB3178 filed, negative for Phils gaming |
| 186 | GGAM-SDNY-0062215 | 7/25/2012 2:41 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: |
| 187 | GGAM-SDNY-0062433 | 8/29/2012 23:59 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: |
| 188 | GGAM-SDNY-0062435 | 8/30/2012 0:05 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: RE: |
| 189 | GGAM-SDNY-0093753 | 12/14/2012 11:02 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | sjtan picazolaw [sjtan@picazolaw.com];Jones, John [jjones@cantor.com];John Maynard G. Atotubo [jgatotubo@punolaw.com];Christina E. Reside [cereside@punolaw.com];saundersg@ggamllc.com;stoneb@ggamllc.com | Re: DRAFT: GGAM-Bloomberry Option Strike Price Calculation (Confidential) |
| 190 | GGAM-SDNY-0093761 | 12/15/2012 0:51 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | sjtan picazolaw [sjtan@picazolaw.com];Jones, John [jjones@cantor.com];John Maynard G. Atotubo [jgatotubo@punolaw.com];Christina E. Reside [cereside@punolaw.com];saundersg@ggamllc.com;stoneb@ggamllc.com | Re: DRAFT: GGAM-Bloomberry Option Strike Price Calculation (Confidential) - RESEND |
| 191 | GGAM-SDNY-0062690 | 12/17/2012 15:52 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: DRAFT: GGAM-Bloomberry Option Strike Price Calculation (Confidential) - RESEND |
| 192 | GGAM-SDNY-0062693 | 12/18/2012 14:42 | Occena, Estela T. [EOccena@ICTSI.com] | sjtan picazolaw [sjtan@picazolaw.com];Rein, Jon [JRein@cantor.com] | | Re: FX Rate & PSE |
| 193 | GGAM-SDNY-0041616 | 12/19/2012 0:00 | Festin, Gerard Angelo Emilio J. <gfestin@ICTSI.com> | EOccena@ICTSI.com; JRein@cantor.com | | BRHI_0002299.tif - BRHI_0002300.tif |
| 194 | GGAM-SDNY-0062715 | 12/19/2012 12:50 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com];Jones, John [jjones@cantor.com] | Re: DRAFT: GGAM-Bloomberry Option Strike Price Calculation (Confidential) - RESEND |
| 195 | GGAM-SDNY-0041710 | 12/21/2012 0:00 | Festin, Gerard Angelo Emilio J. <gfestin@ICTSI.com> | EOccena@ICTSI.com; JRein@cantor.com; sjtan@picazolaw.com | sbennytan@yahoo.com | BRHI_0002171.tif - BRHI_0002173.tif |
| 196 | GGAM-SDNY-0041724 | 12/21/2012 0:00 | Benny J. Tan <sjtan@picazolaw.com> | JRein@cantor.com | gfestin@ICTSI.com; EOccena@ICTSI.com; sbennytan@yahoo.com; jjones@cantor.com; jgatotubo@punolaw.com | BRHI_0002360.tif |
| 197 | GGAM-SDNY-0062737 | 12/21/2012 8:54 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com];Festin, Gerard Angelo Emilio J. [gfestin@ICTSI.com] | sjtan picazolaw [sjtan@picazolaw.com];Silverio Benny Tan [sbennytan@yahoo.com];Jones, John [jjones@cantor.com];John Maynard G. Atotubo [jgatotubo@punolaw.com] | Re: GGAM-Bloomberry Option Strike Price Calculation (Confidential) |
| 198 | GGAM-SDNY-0062875 | 2/27/2013 13:05 | Occena, Estela T. [EOccena@ICTSI.com] | Rein, Jon [JRein@cantor.com] | | Re: |
| 199 | GGAM-SDNY-0099019 | 6/24/2013 7:51 | Razon, Enrique K. [ERazon@ICTSI.com] | 'brad.h.stone@gmail.com'; Occena, Estela T.; 'weidnerb@gmail.com'; 'gwsvegas@cox.net'; 'JRein@cantor.com' | | Re: |