ARB - Global Gaming vs Bloomberry Resorts                                    22 October 2015

```
 1   15.18  A.    I believe so, but I would defer to expert Ben Lee on

 2               that.

 3          MR BISHOP:  Solaire has a contract with SunCity, doesn't

 4               it?

 5          A.    They do now, yes.

 6          MR BISHOP:  Well, to the extent that you're describing

 7               this conduct as illegal money laundering by GGAM,

 8               wouldn't it be equally true of both GGAM and of

 9               Solaire?  Is there some distinction I'm missing?

10          A.    What I found troubling was the fact that there is a

11               contract with SunCity, it's a document.  What I was

12               troubled by was Mr Weidner's comment that "I could

13               never put that in writing".

14          MR BISHOP:  Is there any other basis for your testimony

15               about that?

16          A.    No.

17          MR BISHOP:  That's the sole basis?

18          A.    Correct.

19          MR BISHOP:  Okay.  Thank you.

20          MR PATRIZIA:  Re-cross, sir?

21          CHAIRMAN:  Please, Mr Patrizia.

22               Further cross-examination by MR PATRIZIA

23          MR PATRIZIA:  Just to continue this line because I think

24               it's important.  You understood the top-down

25               marketing that Mr Weidner described to be working to
```

A Court Reporting Transcript by DTI

Ainsworth Decl. Ex. 3

GGAM-SDNY-0358915

ARB - Global Gaming vs Bloomberry Resorts                    22 October 2015

```
 1   15.19      identify Chinese businessmen who would make

 2              investments outside of China, or engage in trading

 3              operations, for example, to acquire a refinery or

 4              mineral resources from the Philippines, is that

 5              money laundering, to make an investment from China

 6              to outside of China?

 7        A.    If it's that, why can't you put it in writing?

 8        Q.    That's not my question; is that money laundering?

 9        A.    Per se, no.

10        Q.    And once these businessmen have money outside of

11              China as a result of their trading operations and

12              they take profit, can they do what they want with

13              that profit?

14        A.    I'm not an expert on the laws of the Republic of

15              China, I don't know.

16        Q.    And if they have profit outside of China, they would

17              not be subject to the currency control for money

18              leaving China; is that right?

19        A.    Again, that is not an expertise of mine.

20        Q.    Well, you made a very bald statement, sir, about

21              money laundering and ethics?

22        A.    Correct.

23        Q.    If it's investments outside of China in, for

24              example, mineral resources and refineries, that's

25              not money laundering, is it?
```

A Court Reporting Transcript by DTI

GGAM-SDNY-0358916

ARB - Global Gaming vs Bloomberry Resorts                          22 October 2015

```
 1   15.20 A.    If it is in fact exactly that, my conclusion would

 2               be it's a legal enterprise in general.

 3         Q.    You understand as a result of some experience you

 4               may have, that building relationships with these

 5               businessmen would then permit Mr Weidner to suggest

 6               that they visit Solaire, correct?

 7         A.    That's a possibility, but again, it begs the

 8               question as to, so you can't put that in writing?

 9         Q.    I didn't ask that question, sir.  You like to refer

10               to putting things in writing, but as Mr Bishop asked

11               you, you're making an allegation of unlawful

12               activity on the basis of that statement alone; is

13               that right?

14         A.    Yes.

15         Q.    Now, we talked a little while ago about the fact

16               that Caesars was inviting wealthy Chinese

17               businessmen from China and not recording the

18               deposits they were making and not reporting them

19               under the Bank Secrecy Act as required, correct?

20         A.    That is correct.  A qualification, though; that was

21               a very in-depth investigation.  I went through the

22               end of that investigation, the recap.  There was no

23               money laundering found.

24         Q.    It is a violation of the Bank Secrecy Act for the

25               Caesars' employees not to have reported the deposit
```

A Court Reporting Transcript by DTI

GGAM-SDNY-0358917