**From:** Occena, Estela T. [EOccena@ICTSI.com]
**Sent:** Thursday, August 30, 2012 3:03:33 AM
**To:** Brad Stone
**Subject:** Re: YOUR 1X1 SCHEDULE: J.P. Morgan Asia Pacific Conference 2012 - Boston - Sep 5-7

We are planning to attend the Boston Conference with you Brad.  Hope you can make it.

Regards,
Estela Tuason-Occeña

---

**From:** "brad.h.stone@gmail.com" <brad.h.stone@gmail.com>
**Date:** Wed, 29 Aug 2012 19:58:20 -0700
**To:** Estela Occeña <eoccena@ictsi.com>
**Subject:** Re: YOUR 1X1 SCHEDULE: J.P. Morgan Asia Pacific Conference 2012 - Boston - Sep 5-7

So I need to plan to be in  Boston on Wednesday? Or was this a conf you and Leo were doing. Let me know either way. Thanks Brad

Sent from my iPhone

On Aug 29, 2012, at 7:48 PM, "Occena, Estela T." <EOccena@ICTSI.com> wrote:

> Hi Brad,
>
> We will be in Boston for one day to attend the JPM Conference on Sept 5 then off to NY evening of Sept 5 for the Deutsche Conference Sept 6-7.
>
> Regards,
> Estela Tuason-Occeña
>
> ---
>
> **From:** "brad.h.stone@gmail.com" <brad.h.stone@gmail.com>
> **Date:** Wed, 29 Aug 2012 19:50:52 -0700
> **To:** Estela Occeña <eoccena@ictsi.com>
> **Subject:** Fwd: YOUR 1X1 SCHEDULE: J.P. Morgan Asia Pacific Conference 2012 - Boston - Sep 5-7
>
> Estela I'm confused, we are doing the deutche bank conf in NY on thur and fri, what is this JP Morgan conf in Boston on the same dates?
> Confused Regards
> Brad
>
> Sent from my iPhone
>
> Begin forwarded message: