| UBS Global Emerging Market One-on-One New York & SF (Nov. 27-30, 2012) ||||||
|---|---|---|---|---|---|
| Participants | Date | Itinerary | Cathay Pacific | Hotel Accomodation | Transport service |
|  | Nov. 27 leaving Manila | 0625-1210/1225/1915/1955/0600+1day |  | Nov. 27-29, 2012 Waldorf Astoria New York no. 301 Park Ave. New York Confirmation no. 3488395773 check in time 3pm-check out 12noon (nov. 29) | NY airport to waldorf astoria nov. 27 |
| 1. Ms. Estela T. Occena | Nov. 27-tues Arrival NY | with Service Car to NJ |  | ^ | ^ |
| 2. Mr. Leo Venezuela | Nov. 28-wed | Bally meeting whole day-NJ |  | ^ | Waldorf Astoria Hotel to NY Airport Nov. 29, 2012 2305h |
| 3. Mr. Bradley Hunter Stone | Nov. 29-thurs | 8-4pm one-on-one meetings | UBS Global Emerging Market One-on-One meeting | ^ | ^ |
|  | Nov. 29-thurs night | **Leaving New York 1830h** |  | ^ | ^ |
|  | Nov. 29-thurs evening | **Arrival San Francisco 2209h** | United Airlines282D 1830H-2209H | ^ | ^ |
|  | Nov. 30-Friday | 9-4pm- UBS San Francisco Conference |  |  | SF Airport to SF mandarin Hotel Nov. 29 2209 |
|  | Dec. 1-sat | Leaving San Francisco 10pm |  | **Mandarin Hotel SF Nov. 29-Dec. 1, 2012 (2nights)** | ^ |
|  | Dec. 2 sun |  |  |  | Mandarin Hotel to SF Airport Dec. 1, 2012 |
|  | Dec. 3-mon | Arrival Manila |  |  |  |

GGAM-SDNY-0366740