| | |
|---|---|
| **From:** | Rein, Jon [/O=CANTOR FITZGERALD/OU=US-EXCHANGE/CN=RECIPIENTS/CN=JREIN] |
| **Sent:** | Friday, July 01, 2011 6:35:27 PM |
| **To:** | eoccena@ictsi.com |
| **Attachments:** | MSA Issue List - 30 June 2011 (JR further edits).DOC |

Estela,

Attached please see an Issues List.   We believe that these are the substantive issues with respect to the MSA, however we note that additional issues may come to our (or your) attention.

Moreover, we realize and acknowledge that both you and we must consult with our principals prior to executing the MSA, and in our case neither Bill nor Howard have had a chance to review or opine on this list in its entirety.   We would therefore suggest that we have our call on your Wednesday morning, and that this working group then ought to try to advance and resolve as many of these outstanding issues as possible, and refer the balance to the principals.

I look forward to speaking with you on Wednesday morning / Tuesday night.

- Jon

-------------------------
Sent using BlackBerry

----- Original Message -----
From: Myers, Jeffrey T. [mailto:jeffreymyers@paulhastings.com]
Sent: Friday, July 01, 2011 02:28 PM
To: Rein, Jon
Subject:

***********************************************************
IRS Circular 230 Disclosure:     As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may   be imposed under the U.S. Internal Revenue Code.
***********************************************************

This message is sent by a law firm and may contain information that is privileged or confidential.   If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

Ainsworth Decl. Ex. 7

GGAM-SDNY-0059668