underlying wire transfers and bank statements reflecting Respondents' payments to GGAM for its Pre-Opening and Development Fees.[9]

### GGAM's Outstanding Reimbursable Out-of-Pocket Expenses

102. Under the MSA, the Owners agreed to reimburse GGAM for its out-of-pocket expenses. Throughout the course of our engagement, Ms. Parker documented all of GGAM's reasonable out-of-pocket expenses that it incurred performing Services on behalf of the Solaire. At our direction, Ms. Parker also prepared detailed expense reports incorporating the backup financial documentation for the various transactions (e.g., flight itineraries, restaurant checks, taxi receipts, etc.). To the extent certain credit card transactions did not automatically reflect a conversion from foreign currency into U.S. dollars, Ms. Parker applied the appropriate exchange rate at the time of the transaction. Ms. Parker then consolidated individual expense reports to create reconciled invoices of reimbursable expenses, which GGAM would then submit to the designated Bloomberry representatives for payment.

103. GGAM also documented its out-of-pocket expenses related to other work it performed on behalf of Bloomberry Resorts Corp, outside the scope of its Services under the MSA, with expectation and understanding that the Owners would also reimburse GGAM for these out-of-pocket expenses. Before July 2012, the Owners did reimburse GGAM for these out-of-pocket expenses, outside the scope of the MSA.

104. Despite receiving all of the GGAM reconciled invoices (as well as the respective expense reports and underlying financial backup documentation), the Owners have only reimbursed GGAM for its expenses incurred prior to July 2012.[10] Although GGAM also incurred expenses traveling to and from Manila seeking resolution with the Owners following our receipt of the July 12, 2013 Letter, we did not submit these expenses for reimbursement.

---

[9] Exhibit J, GGAM Pre-Opening and Development Fees Wire Transfers and Bank Statements.

[10] *See* Exhibit K, Emails between K. Parker and G. Saunders (August 3, 2013 and August 8, 2013) (submitting GGAM's reconciled reimbursable expenses from July 2012 through June 2013); *see also* Exhibits L, Reconciled Invoice for Reimbursable Expenses (July 2012 through December 2012) (GGAM0002379 – GGAM0002390); Exhibit M, Reconciled Invoice for Reimbursable Expenses (January 2013 through June 2013) (GGAM0002377 – GGAM0002378); Exhibit N, Backup Documentation Supporting Reconciled Invoices from July 2012 through June 2013.