1  told you--we brought in a lot of people to help
2  make sure we get the product we want at the end
3  of the day. So we did that. But now we've made
4  the decision going into the next phase, which is
5  a $400-plus million phase, is we're going to do
6  it in house without a general contractor.
7          PERSON 1: Okay.
8          BRAD STONE: So all the contracts will
9  be... I mean, outside people will build it but
10 we'll manage it. We don't need somebody between
11 us and the subs. We don't want to have somebody
12 between us and the subs. That way we handle the
13 money issues, we handle the quality issues. It's
14 just a much better way to build if you can do it,
15 and we can do it.
16          And the cost issues--a lot of times you
17 start with a budget that's unrealistic. Mr. Razon
18 is a very worldly guy, sees a lot of stuff, has a
19 very good eye as an owner. The unfortunate thing
20 is sometimes his eye comes with a price. And so
21 you start off saying... I used to kid him and
22 say, "Well, you want to buy Dom Perignon but you
23 want to pay for Schlitz."
24          PERSON 1: Right. [LAUGHS]
25          BRAD STONE: And he knows that. He wants