| | |
|---|---|
| **From:** | Occena, Estela T. [EOccena@ICTSI.com] |
| **Sent:** | Tuesday, May 08, 2012 3:07:29 AM |
| **To:** | Rein, Jon |
| **Subject:** | Re: Congratulations |

Thank you Jon. Sincerely appreciate your note. Always remember that I do not take our professional disagreements personally. I think you are a nice person. It was great that you made it to the closing dinner. Brad was your staunch defender. I'm so fond of Brad.

Congratulations to you for making a lucrative investment. I'm sure you have a big bonus so enjoy!

Regards,
Estela Tuason-Occena
Sent from my iPad

On May 7, 2012, at 11:23 PM, "Rein, Jon" <JRein@cantor.com> wrote:

> Estela,
>
> I hope this note finds you well, and relaxed after the craziness and non-stop schedule of the roadshow.
>
> I know that there were some tense moments and frustrations along the way as we negotiated the various GGAM agreements, but I hope that you and your colleagues are as happy as we are about the ultimate outcome of the IPO. Clearly the amazing result of the offering reflects the strength of the partnership between Mr. Razon and your team in Manila, and the management professionals at GGAM. I know you are aware that this is only the second time ever that an under-construction, single-property casino company achieved a successful IPO -- a truly historic event. I am sure Mr. Razon realizes what a strong and tireless advocate you are for his interests, and how singularly important your efforts were to getting all aspects of this deal done.
>
> I wanted to congratulate you on this great success, and to wish you only the very best, personally and professionally, through the coming months of the project completion and opening and into its operations. I look forward to seeing the finished casino resort, which promises to redefine the gaming landscape in the Philippines and in Asia.
>
> Warmest regards,
>
> Jon