## OPTION TO PURCHASE SHARES

Section 2.1  Grant of Option.  As contemplated by Section 18.3 of the MSA, for valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the parties, Grantor hereby grants to Grantee an option (the "Option") to purchase some or all of the Option Shares from Grantor, subject to and upon the terms and conditions set forth in this Agreement.  During the Option Term (as hereinafter defined), Grantor shall not enter into any agreements nor take any other actions which would prevent Grantor or BRC, upon Grantee's exercise of the Option, from conveying all of Grantor's right, title and interest in and to the Option Shares to Investor free and clear of all mortgages, judgments, monetary liens and other Encumbrances and otherwise fulfilling its obligations under this Agreement.

Section 2.2  Term of Option.  The term of the Option (the "Option Term") shall commence on the Effective Date and shall end on the Start Date; provided, however, that Grantor shall provide Grantee with thirty (30) days prior written notice of the anticipated Start Date and in the event that the Start Date occurs prior to the expiration of such thirty (30) day period, the Option Term shall expire on the later of (a) the Start Date or (b) the end of such thirty (30) day period (such expiration date being referred to as the "Required Exercise Date").  If Grantee does not duly exercise the Option on or prior to the Required Exercise Date, then this Agreement shall automatically terminate, the Option shall be deemed to have been cancelled and revoked and neither party shall have any further or continuing obligations under this Agreement.

Section 2.3  Manner of Exercising Option.  Grantee may exercise the Option by delivering to Grantor, at any time during the Option Term, a written notice advising Grantor of Grantee's election to exercise the Option (the "Notice of Exercise").  The Notice of Exercise shall (a) state that the Option is thereby exercised by Grantee, (b) identify the portion of the Option Shares that Grantee is electing to purchase, (c) identify the Investor which Grantee has designated to take title to the Option Shares at Closing, and (d) identify the Closing Date for such purchase (which shall be on or before the Required Exercise Date).

Section 2.4  Reconciliation of Grantor's Equity Contribution.  Grantor shall make its books and records available to Investor for its audit and inspection to allow Grantee to make a determination if the Grantor's Equity Contribution is acceptable to it as basis for Grantee or its Investor to invest into BRC by exercising the Option under this Agreement.  Within thirty (30) days after Closing, Grantor and Investor covenant and agree (acting reasonably and in good faith) to reconcile between themselves, all items to be adjusted for which figures are not available and/or cannot be definitely calculated accurately at Closing.  This Section 2.4 shall survive the Closing.

Section 2.5  Effect of Exercise or Failure to Exercise.  If Grantee exercises the Option within the Option Term in accordance with the terms of this Agreement, the Option Shares shall be sold and conveyed by Grantor to Investor and purchased and acquired by Investor from Grantor in a special cross sale through the Philippine Stock

Subject to Arbitration Confidentiality Orders

BLOOM_0082038