| | |
|---|---|
| **From:** | weidnerb@gmail.com [weidnerb@gmail.com] |
| **Sent:** | Thursday, April 28, 2011 3:51:41 PM |
| **To:** | Garry Saunders; Brad Stone |
| **Subject:** | Fw: Management Services Agreement |
| **Attachments:** | Management Services Agreement (BRHI SPI GGAM).doc |

**Redacted**

```
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Cabot, Anthony" <ACabot@LRLaw.com>
Date: Thu, 28 Apr 2011 08:46:47
To: William Weidner<weidnerb@gmail.com>
Subject: FW: Management Services Agreement
```

**Redacted**

```
Anthony N. Cabot
Partner
Lewis and Roca LLP * Suite 600
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169-5996
Tel (702) 949-8280 * Fax (702) 949-8367
ACabot@lrlaw.com * www.LewisandRoca.com/Cabot
-----Original Message-----
From: Benny J. Tan [mailto:sjtan@picazolaw.com]
Sent: Wednesday, April 27, 2011 9:06 PM
To: weidnerb@gmail.com
Cc: weidnerb@ggamllc.com; Razon, Enrique K.; Cabot, Anthony
Subject: Management Services Agreement

Dear M. Weidner,

Mr. Razon instructed us to send you the attached draft Management
Services Agreement. This a work in progress and is subject to the
comments of Mr. Razon, Chito Alarilla and Estela Occena.

In this draft we have tried to integrate our concept of the agreement
between the Owner and GGAM (with respect to the management of the
Bloomberry casino hotel project) to the provisions of  the draft
"Managed Facilities Services Preliminary Agreement" sent by Tony Cabot
last April 8, 2011.  For simplicity, we listed in Annex "A" the
"Services" which is essentially Clause 2.4 "Manager  Pre-Opening Rights
and Responsibilities" and Clause 2.5 "Manager Post-Opening Rights and
Responsibilities" in Tony Cabot's draft Agreement.  We attached a
marked-up copy of Annex "A" to show you the few corrections that we made
on your original language.
```

CONFIDENTIAL

Ainsworth Decl. Ex. 14     GGAM0021392

BLOOM_0146705