18.6 **Partial Invalidity**

If any provision of the Agreement is found to be invalid or unenforceable by any courts of competent jurisdiction, this shall not effect the validity or enforceability of the other provisions of this Agreement.

18.7 **Entire Agreement**

If there is any conflict or ambiguity between the provisions of this Agreement and the provisions of any other agreement or contract between the Parties with respect to the subject matter of this Agreement, the provisions of this Agreement shall prevail.

19. **DISPUTES**

19.1 **Mutual Agreement**

The Parties agree to act in good faith to resolve any and all disputes between them at the working group level. Any dispute that cannot be settled by mutual agreement within 30 days and such dispute relates to the interpretation, carrying out of obligations, breach, termination or enforcement of this Agreement or in any way arises out of or is related to this Agreement shall be settled exclusively in accordance with Clause 19.2.

19.2 **Arbitration**

Any dispute required to be settled in accordance with this Clause shall be settled by arbitration in _____ under the UNCITRAL Arbitration Rules in force at the date of this Agreement by a panel of three arbitrators appointed in accordance with the following provision: One arbitrator shall be appointed by each Party (the Owners being considered one Party), and one arbitrator shall be jointly agreed and appointed by the two arbitrators chosen by the Parties. Arbitration proceedings shall take place in English. The decision of the arbitration panel shall be final and binding on the Parties, without right of appeal. The Parties agree in advance that if one Party initiates arbitration, the other Party shall be bound to participate, and the decision of the arbitration panel shall be binding upon both Parties and enforceable in all jurisdictions. All expenses related to arbitration shall be paid by the losing Party, or as the Arbitrators may decide if there is no "losing Party".

19.3 **Applicable Law**

This Agreement is made under and shall be governed by and construed in accordance with the laws of the Republic of the Philippines.

CONFIDENTIAL

Ainsworth Decl. Ex. 15   GGAM0021414

BLOOM_0146727