| | |
|---|---|
| **From:** | Rein, Jon [JRein@cantor.com] |
| **Sent:** | Wednesday, November 02, 2011 8:14:42 PM |
| **To:** | 'eoccena@ictsi.com' |
| **CC:** | 'saundersg@ggamllc.com'; Benny Tan; Jones, John; Chito Alarilla; brad.h.stone@gmail.com |
| **Subject:** | RE: Telecon |

Estela,

I apologize profusely on behalf of GGAM, Cantor and our counsel, but we will need to postpone our call tonight due to an unavoidable, last-minute conflict which has emerged.  I am so sorry, but this is truly unavoidable, and we will be back with you asap on new timing.

Jon

-----Original Message-----
From: eoccena@ictsi.com [mailto:eoccena@ictsi.com]
Sent: Tuesday, November 01, 2011 8:55 AM
To: Rein, Jon
Cc: 'saundersg@ggamllc.com'; Benny Tan; Jones, John; Chito Alarilla
Subject: Re: Telecon

Sure Jon.  Your welcome.

Have anticipated potential schedule conflict.

"Sent via BlackBerry from Smart"

-----Original Message-----
From: "Rein, Jon" <JRein@cantor.com>
Date: Tue, 1 Nov 2011 12:46:30
To: 'eoccena@ictsi.com'<eoccena@ictsi.com>
Cc: 'saundersg@ggamllc.com'<saundersg@ggamllc.com>; 'sjtan@picazolaw.com'<sjtan@picazolaw.com>; Jones, John<jjones@cantor.com>; 'jejalarilla@hotmail.com'<jejalarilla@hotmail.com>
Subject: Re: Telecon

OK, thanks for being understanding!
--------------------------
Sent using BlackBerry


----- Original Message -----
From: eoccena@ictsi.com [mailto:eoccena@ictsi.com]
Sent: Tuesday, November 01, 2011 08:45 AM
To: Rein, Jon
Cc: 'saundersg@ggamllc.com' <saundersg@ggamllc.com>; Benny Tan <sjtan@picazolaw.com>; Jones, John; Chito Alarilla <jejalarilla@hotmail.com>
Subject: Re: Telecon

Yes Jon.  We reserved Wednesday and Thursday 10am Manila time for you.

Ainsworth Decl. Ex. 16

GGAM-SDNY-0077685