**From:** Brad Stone [brad.h.stone@gmail.com]
**Sent:** Thursday, October 11, 2012 3:36:58 PM
**To:** Occena, Estela T.
**Subject:** Re: Chanel

Ok right now I'm holding the London dates open. It's the week of Nov 12 th right? let me know. Brad

Sent from my iPhone

On Oct 11, 2012, at 11:12 AM, "Occena, Estela T." <EOccena@ICTSI.com> wrote:

> That is a good idea Brad. I'll start looking for my receipts as you know I'm a big fan :-) Will let you know if the 25th will work. Look forward to see you next week.
>
> Our stock is doing so well. In fact, too well you are going to pay more tax when you exercise your option. You would have saved a lot if you exercised it when it was at P8. I think your savings would have been more than the cost of money. Just a thought. I think it may go closer to P15 as we get nearer our opening date. Besides, you are such an impressive presenter that investors just keep buying the stock.
>
> Leo and I are closely looking at the London conference. Maybe worth attending. Will let you know.
>
> Regards,
> Estella Tuason Occeña
> Sent from my iPad
>
> On Oct 11, 2012, at 11:01 PM, "Brad Stone" <brad.h.stone@gmail.com> wrote:
>
>> Hi Estela,
>>
>> I can meet with the Chanel people anytime on the 25th or 26th. I'm on the west coast early that week and I have a board meeting at Cornell University on the 23rd and 24th. If these dates work let me know and we'll review the material we should show them next week. If for some reason the 25 th doesn't work I'll see if I can in anyway work around it, I know this is important. Btw could you get together your various personal receipts from Chanel. It would be helpful in demonstrating there is huge market potential in Manila! LOL !
>> Look forward to seeing you Monday.
>> Regards
>> Brad
>>
>> Sent from my iPhone
>>
>> On Oct 11, 2012, at 2:58 AM, "Occena, Estela T." <EOccena@ICTSI.com> wrote:
>>
>>> Hi Brad,
>>>
>>> EKR is asking if you can meet the senior Chanel person in New York between October 20 and 25. He said it would be good to show them Phase 1a layout and the potential location of the Chanel store. Please advise.

Ainsworth Decl. Ex. 17

GGAM-SDNY-0281426