| | |
|---|---|
| From: | Leo Venezuela [lvenezuela@bloomberry.ph] |
| Sent: | Monday, May 07, 2012 8:06:18 AM |
| To: | Brad Stone |
| Subject: | Invitation to attend the UBS Global Emerging Markets Conference - November 2012 |
| Attachments: | Pdf_2012-05-04-060152_001.pdf |

Hi Brad,

Mr Razon has asked if you can attend the UBS Global Emerging Markets Conference on behalf of Bloomberry Resorts Corp.

This event will be held in New York on 27-29 November 2012. The invitation from UBS is attached to this email.

Please do let me know if this fits into your schedule and who you'd like to take along to this conference.

Many thanks.


Best regards,



Leo D. Venezuela
Director - Investor Relations
Bloomberry Resorts Corp

Mobile: +63 917 524 7283
Work: +63 2 245 4101 local 2391
Email: lvenezuela@bloomberry.ph

Ainsworth Decl. Ex. 18

Subject to Arbitration Confidentiality Orders

BLOOM_0082152