**From:** Rein, Jon [/O=CANTOR FITZGERALD/OU=US-EXCHANGE/CN=RECIPIENTS/CN=JREIN]
**Sent:** 11/29/2012 2:18:50 PM
**To:** stoneb@ggamllc.com; Estela T. Occena [eoccena@ictsi.com]
**Subject:** CNN - Philippine economy bucks global slowdown

Estela, good to see you last night.  Good luck on the meetings today & tomorrow.

Article below was the second lead on CNN today.  Interesting, and good backstory for the Solaire's prospects from the local market.

See you in Manila soon, Jon

-----
Sent from the CNN App for iPad
-----

The Philippine economy grew 7.1% last quarter -- the fastest growth in two years and the fastest pace in Asia next to China -- a strong sign that the Southeast Asian economy is building domestic-growth rather than relying on exports. http://www.cnn.com/2012/11/29/business/the-philippines-economy/index.html?iphoneemail


Sent from my iPad

Ainsworth Decl. Ex. 19

GGAM-SDNY-0101418