with it that it could present to investors and instill in them the requisite confidence regarding their project's future success. Indeed, several years after it failed to successfully raise equity capital for the project by itself, Belle partnered with Melco Crown, a major, well-established casino operator, to give it the brand name and public face that is was previously lacking.

38. I fully agree with Mr. Almeda's statement that potential Bloomberry Resorts Corp. investors were "reassured" that an experienced management company, such as GGAM, was part of the overall Solaire package. Almeda Decl at ¶ 12. I also agree with Mr. Almeda that other experienced managers such as Galaxy, Melco Crown, or MGM could have provided similar assurance to potential investors as GGAM did. But that misses the point completely. Mr. Razon chose to partner with GGAM, precisely because he could reap the maximum benefit of our experience and reputation without the unwanted consequences that would necessarily have come with partnering with one of the "big-name" casino companies: (1) relinquishing significantly more control over the day-to-day operations, (2) splitting a much larger percentage of the financial pie, and (3) surrendering the unique brand name that Mr. Razon was trying to cultivate as his own, and use as a springboard to other gaming opportunities.

39. Respondents also continue to ignore that following the historically-successful roadshow, they asked me to solidify existing investor relationships and cultivate new relationships by serving as the face of Solaire at various conferences around the world. In November and December 2012 alone, I spent over two weeks attending investor conferences on behalf of Solaire in New York, San Francisco, London, Hong Kong, and Manila.

40. Although Ms. Occena was present with me during most of these meetings in her role as a Director and Treasurer of the company, I led all of these presentations, including fielding questions from investors. During these meetings, I discussed a number of topics and issues with investors and potential investors that are relevant to the current Arbitration, including: (a) GGAM's weighted fee structure, which reflected Mr. Razon's desire to focus GGAM's efforts on the foreign VIP segment, rather than the mass market, which he believed would materialize without much effort on GGAM's part;[6] (b) the other economics underlying the GGAM's involvement in the Project,

---

[6] *See, e.g.,* Exhibit F, Transcript of Investor Meeting at 6:15 – 9:8 (November 30, 2012) (BRHI_0023910).

Ainsworth Decl. Ex. 20

GGAM-SDNY-0322569