(F) LACK OF LEADERSHIP -

A number of the key officers that GGAM designated for the Facilities failed to exercise the skill and care reasonably to be expected of a professionally qualified and competent manager of the casino and hotel facilities experienced in performing work of similar nature and scope as the services ("Prudent Industry Practice") (Clause 2.5(a)).
The key officers and senior members of the Management Team that GGAM designated to manage the Facilities and to handle critical functions in marketing, planning, gaming, hotel and F&B must of course take responsibility for the foregoing litany of mismanagements and failure to exercise Prudent Industry Practice.

After the obvious failure in prudent management, absence of marketing, and error in the pricing for the restaurants, some of the key management officers adamantly refused to own up to their mistakes and they continued to defend their wrong approaches and decisions. By refusing to accept that they committed serious mistakes, they were opposing all efforts to remedy the problem.

The COO resorted to misrepresentations when he was confronted with certain operational and strategic issues, i.e. result of raffle, slot tournament, erroneous printing of brochures and other waste of resources, failure on restaurant promotions vouchers, etc.

(G) FAILURE TO PERFORM –

The Management Services Agreement requires GGAM to provide Guest Data of GGAM to Solaire to market the Facilities (Clause 6). This has not happened. Either GGAM does not have such Guest Data or it refuses to share the same to Solaire.

GGAM's failure to provide the required "Services" under the MSA extended to even the basic things. For example, GGAM has not defined the functions of all offices/positions identified in the organizational chart (Clause 2.4(c)).

GGAM failed to prepare the Proposed Annual Budget, and Business Plan (Clause 2.10(a) and (b)). The Proposed Annual Budget for 2013 was submitted 90 days late. Up to now there is no detailed Business Plan for the Facilities.

GGAM has failed to submit to the owners monthly before the 10th day of the month unaudited, internal financial performance reports relating to the status of the performance of services (Clause 2.9(a)).

The bulk of GGAM's fees under the Management Services Agreement (MSA) is a percentage (from 6% up to 40%) of the Foreign VIP EBITDA generated by the Facilities. However, GGAM has failed to bring in any foreign VIP or junket operator four months going into the operation of the Facilities.

Ainsworth Decl. Ex. 21

GGAM-SDNY-0099304