March 27, 2023

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Global Gaming Philippines, LLC v. Razon, Jr., et al., 21 Cv. 2655 (LGS) (SN)*

Dear Judge Schofield,

Plaintiff Global Gaming Philippines, LLC ("GGAM") and Defendant Enrique K. Razon ("Razon"), and Defendants Bloomberry Resorts and Hotels Inc. ("BRHI") and Sureste Properties, Inc. ("SPI") respectfully submit this joint request for oral argument on the following motions:

- GGAM's Motion to Recognize and Enforce a Foreign Arbitral Award Against Defendants BRHI and SPI (Dkt. 327);

- BRHI's and SPI's Cross-Motion for Summary Judgment for Lack of Personal Jurisdiction (Dkt. 357);

- Razon's Motion for Summary Judgment (Dkt. 335); and

- GGAM's Motion for Partial Summary Judgment Against Defendant Razon (Dkt. 360).

The present request is timely pursuant to Individual Rule III(B)(6) and this Court's scheduling orders dated December 30, 2022 (Dkt. 321) and February 28, 2023 (Dkt. 380).

The parties also request that, following the close of briefing on the above-referenced motions, the parties jointly submit all deposition transcripts and expert reports cited in the motions pursuant to Individual Rule III(B)(3). This will prevent the Court from receiving multiple copies of the same deposition transcripts and expert reports multiple times. The parties will request a link to upload the courtesy copies from Schofield_NYSDChambers@nysd.uscourts.gov.

Respectfully submitted,

<div style="column-count:2">

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

*/s/ Kaitlyn A. Crowe*
Kevin N. Ainsworth
Barry Bohrer
Kaitlyn A. Crowe
Daniel T. Pascucci
Joseph R. Dunn

919 Third Avenue
New York, NY 10022
T:  (212) 935-3000
F:  (212) 983-3115
kainsworth@mintz.com
bbohrer@mintz.com
jhalperin@mintz.com
kacrowe@mintz.com
dtpascucci@mintz.com
jrdunn@mintz.com
*Attorneys for Plaintiff*
*Global Gaming Philippines, LLC*

Milbank LLP

*/s/ Brett P. Lowe*
Daniel M. Perry
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
dperry@milbank.com

Erin M. Culbertson
Brett P. Lowe (admitted *pro hac vice*)
1850 K Street, NW
Suite 1100
Washington, DC 20006
Telephone:  (202) 835-7500
Facsimile:  (202) 263-7586
eculbertson@milbank.com
blowe@milbank.com
*Counsel to Defendants Bloomberry Resorts and Hotels Inc. and Sureste Properties, Inc.*

Walfish & Fissell PLLC

By:  */s/ Rachel Penski Fissell*
Rachel Penski Fissell
Daniel R. Walfish

405 Lexington Avenue, Fl 8
New York, NY 10174
Tel.: 212-672-0523
rfissell@walfishfissell.com
dwalfish@walfishfissell.com
*Attorneys for Defendant Enrique K. Razon, Jr.*

</div>