UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GAMING PHILIPPINES, LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ENRIQUE K. RAZON, JR.;<br>BLOOMBERRY RESORTS AND HOTELS<br>INC.; SURESTE PROPERTIES, INC.,<br><br>    *Defendants*. | No. 21-CV-2655 (LGS)-(SN) |

**SUPPLEMENTAL DECLARATION OF DANIEL M. PERRY**

I, Daniel M. Perry, declare as follows:

1. I am a partner at the law firm of Milbank LLP, counsel for Defendants Bloomberry Resorts and Hotels Inc. ("BRHI") and Sureste Properties, Inc. ("SPI") in the above-captioned matter. I respectfully submit this declaration in further support of BRHI's and SPI's Cross-Motion for Summary Judgment for Lack of Personal Jurisdiction ("Cross-Motion").[1]

2. Attached hereto as exhibits are true and correct copies of the documents described below:

| Exhibit | Document |
|---|---|
| Ex. No. 1 | Excerpted page from PowerPoint presentation attached to email from F. Gaspar to E. Razon dated January 21, 2011 (BLOOM_0148257)[2] (email from F. Gaspar to E. Razon previously filed by GGAM at Dkt. 332-2) |
| Ex. No. 2 | Excerpted page from snapshot of GGAM's website taken on June 28, 2012 (GGAM-SDNY-0278958) |

---

[1] All terms not defined herein shall have the meaning ascribed to them in BRHI's and SPI's Rule 56.1 Statement of Undisputed Material Facts in Support of the Cross-Motion (Dkt. 386) or in the Table of Defined Terms found at the start of BRHI's and SPI's Memorandum of Law in Further Support of the Cross-Motion, filed concurrently herewith.
[2] The starting bates number for each produced document is cited herein. Documents produced by Plaintiff ("GGAM") begin with "GGAM-SDNY" and documents produced by BRHI/SPI begin with "BLOOM").

2

| Ex. No. 3 | Excerpted pages from GGAM's Reply in Support of GGAM's Request for Interim Measures of Protection submitted in the Arbitration dated July 30, 2014 (BLOOM_0100858) |
|---|---|
| Ex. No. 4 | Excerpted page from a sworn declaration submitted by Bradley H. Stone in the Arbitration dated July 30, 2014 (BLOOM_0100947) |
| Ex. No. 5 | Excerpted page from a sworn declaration submitted by Bradley H. Stone in the Arbitration dated June 14, 2015 (GGAM-SDNY-0322344) |
| Ex. No. 6 | Excerpted page from GGAM's Reply to BRHI's and SPI's Statement of Defense and Amended Counterclaims submitted in the in the Arbitration dated June 15, 2015 (GGAM-SDNY-0322344) |
| Ex. No. 7 | Excerpted pages from BRHI's and SPI's Rejoinder Memorial submitted in the Arbitration dated September 4, 2015 (GGAM-SDNY-0337663) |
| Ex. No. 8 | Excerpted pages from the deposition transcript of Jonathan Rein in this matter on May 17, 2022 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   April 5, 2023                                                                                        /s/ *Daniel M. Perry*
         New York, New York                                                                                  Daniel M. Perry