Perry Supp.
Decl. Ex. 1

## EXECUTIVE SUMMARY

***Global Gaming Asset Management ("GGAM") provides industry leading development and management expertise to create and preserve substantial value.***

- **Management has developed over $13 billion of gaming resorts in destination and regional gaming markets**
  - Deep relationships in place with world class design and architecture firms that have created some of the world's most iconic gaming facilities
  - International sourcing and procurement expertise to minimize development costs and future capital expenditures
  - Extensive track record of delivering large-scale and complex, integrated construction projects on-time and under-budget
  - Partnership with Cantor Fitzgerald provides superior access to capital and proprietary technology and infrastructure

- **GGAM is headed by a world-class group of gaming executives who possess deep property management experience and are uniquely positioned to create value and deliver top of class operating margins**
  - Led by Bill Weidner, the team has over 90 years of combined experience in the gaming industry
    - Bill Weidner, former LVS President & COO
    - Brad Stone, former LVS President of Global Operations & Construction
    - Garry Saunders, former Melco Crown COO
  - GGAM team has extensive expertise in locals/regional gaming marketing stemming from experience in Atlantic City, Las Vegas, Macao, and other locations
  - The team has deep experience in developing and designing automated systems for incentivizing, monitoring and rewarding customer loyalty that has proven results in competitive locals markets

2 **GGAM**

BLOOM_0148258