31. Because PAGCOR's existing regulations provided a formula for calculating the number of additional tables and electronic gaming machines a property could maintain based on the number of hotel rooms, I devised and advocated that the Owners approach the government with a proposal that would be more advantageous to our redesigned strategy. Under my proposal, which I occasionally explained at investor conferences on behalf of Bloomberry Resorts Corp., the square footage of a room, rather than the mere number of rooms, should be the driving metric for determining the number of additional gaming units available to the property. This way, not all rooms would be treated equally and, as a result, the casino owners would be incented to build bigger, more luxurious rooms, as they would be "worth" more than smaller, standard rooms.[5] I understand that PAGCOR's current regulatory framework largely adopts my proposed approach by measuring allowable gaming units based off of square footage.

32. GGAM also contributed to Phase 1A by revising the project delivery method, so that the entire expansion would be managed in-house by Tenman, instead of the Owners original plan to maintain the design-build model, which had proved ineffective for Phase 1. By managing the process ourselves, we had greater flexibility to engage a reputable interior design firm, KNA Design, with whom I have worked in the past in developing the Palazzo in Las Vegas, to design the entire expansion. Additionally, we integrated our own in-house purchasing function to ensure cost-effective purchasing. I was actively involved in the mechanics of the Phase 1A delivery method, including modifying staffing requirements. I ultimately signed off on the organizational structure and costs associated with the Phase 1A proposal and presented it the Owners who then approved it.

33. The Owners did not compensate us for our development and planning efforts related to Phase 1A. The MSA allowed us to negotiate a fee for such efforts, but we did not pursue that option. Instead, we expected that our partnership and management services relationship with the Owners would continue well after Phase 1A came online, and we would therefore reap the financial benefits of the expansion just as the Owners would. Although we were ousted by the Owners well before Phase 1A opened in November 2014, I have been told that Phase 1A turned out spectacularly for the Owners, especially from a cost standpoint.

34. Contrary to Mr. Almeda's assertion, I did not object to connecting the slot machines to an Uninterrupted Power Supply (UPS). *See* Almeda Decl. at para. 20. Rather, the issue was that the

---

[5] *See, e.g.*, Exhibit E, Transcript of Investor Meeting at 14:22 – 18:15 (November 15, 2012) (BRHI_0023891).

GGAM-SDNY-0322567