UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
GLOBAL GAMING PHILIPPINES, LLC,                              :
                                    Plaintiffs,              :
                                                             :    21 Civ. 2655 (LGS)
-against-                                                    :
                                                             :    ORDER
                                                             :
ENRIQUE K. RAZON, JR.., et al.,                              :
                                    Defendants.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued December 30, 2022, set a briefing schedule for the parties' cross-motions for summary judgment and motions to preclude expert testimony, with all briefing to be completed by April 5, 2023. An Order issued February 28, 2023, allowed the parties to file their motion papers on ECF up to three business days following the deadlines set in the December 30 Order. Briefing is now complete and the motions are submitted.

WHEREAS, on March 27, 2023, the parties filed a letter requesting that they be allowed to jointly submit courtesy copies of all deposition transcripts and expert reports cited in the various motions following the close of briefing. An Order issued March 28, 2023, granted the request. No such courtesy copies have been submitted since the issuance of the March 28 Order. It is hereby

**ORDERED** that the parties shall jointly submit courtesy copies of all deposition transcripts and expert reports no later than **April 14, 2023**. The parties shall provide one, comprehensive set of all such transcripts and reports, including those that were previously provided. To submit such materials, the parties shall request a link to upload the required courtesy copies by emailing Schofield_NYSDChambers@nysd.uscourts.gov.

Dated: April 11, 2023
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE