```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GLOBAL GAMING PHILLIPINES, LLC,

                         Plaintiff,

     -against-

RAZON, JR., et al.,

                        Defendants.
-----------------------------------------------------------X

21-CV-02655 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     In light of the Court's ruling on the parties' motions for summary judgment, the parties are ORDERED to discuss whether a settlement conference would be productive at this time. If so, the parties should immediately contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:     September 13, 2023
                New York, New York