Appendix B: Plaintiff GGAM's Exhibit List

| PX No. | Date | Description | Bates | Stars | BRHI/SPI's Objections |
|---|---|---|---|---|---|
| PX001 | 1/21/2011 | Email from F. Gaspar to E. Razon re Casino - Search for COO | BLOOM_0148256 | ** | |
| PX002 | 1/21/2011 | Presentation titled Global Gaming Asset Management | BLOOM_0148257 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX003 | 4/3/2011 | Email from E. Razon to B. Weidner re Proposal | GGAM-SDNY-0095801 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX004 | 4/20/2011 | Email from B. Tan to B. Weidner re Cooperation Discussions | GGAM-SDNY-0095861 | ** | |
| PX005 | 4/24/2011 | Email from E. Razon to B. Weidner re Acceptance and Way Forward | GGAM-SDNY-0095866 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX006 | 5/3/2011 | Email from C. Alarilla to G. Saunders re Bloomberry Project Status Presentation / Draft Outline | GGAM-SDNY-0100688 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX007 | 5/4/2011 | Email from E. Occena to E. Razon re GGAM | BLOOM_0015481 | ** | |
| PX008 | 5/9/2011 | Email from J. Rein to B. Stone, G. Saunders re Bloomberry | BLOOM_0125972 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX009 | 5/10/2011 | Email from G. Festin to J. Rein re FW Bloomberry | BLOOM_0002297 | ** | |
| PX010 | 5/10/2011 | Email from E. Occena to J. Rein re Due Diligence Materials | GGAM-SDNY-0095996 | ** | |
| PX011 | 5/17/2011 | Email from J. Rein to E. Occena re Cantor / Bloomberry NDA | GGAM-SDNY-0076732 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX012 | 5/17/2011 | Redline of Confidentiality Agreement | GGAM-SDNY-0076733 | * | 401/402/403 |
| PX013 | 5/17/2011 | Email from E. Occena to K. Russell re Cantor / Bloomberry NDA | GGAM-SDNY-0076739 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX014 | 5/24/2011 | Email from K. Russell to E. Occena, J. Rein, S. Tan re Cantor / Bloomberry NDSA | BLOOM_0001234 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX015 | 5/25/2011 | Email from K. Russell to E. Occena re Cantor / Bloomberry NDSA | BLOOM_0001238 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX016 | 5/25/2011 | Email from K. Russell to J. Rein, S. Tan re Cantor / Bloomberg NDA | BLOOM_0001271 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX017 | 5/25/2011 | Email from K. Russell to J. Rein, S. Tan re Cantor / Bloomberg NDA | BLOOM_0001290 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX018 | 5/25/2011 | Email from K. Russell to J. Rein, S. Tan, E. Occena re FW Bloomberry NDA | BLOOM_0002456 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX019 | 5/25/2011 | Confidentiality Agreement signed by W. Weidner | BLOOM_0002457 | * | 401/402/403 |
| PX020 | 5/25/2011 | Email from J. Rein to B. Stone re FW: Cantor / Bloomberry NDA | BLOOM_0078728 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX021 | 5/25/2011 | Email from B. Tan to A. Cabot re Agreement with GGAM | GGAM-SDNY-0063536 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX022 | 5/25/2011 | Email from J. Rein to B. Stone re FW: Cantor / Bloomberry NDA | GGAM-SDNY-0277227 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX023 | 5/26/2011 | Email from B. Tan to A. Cabot re Agreement with GGAM | GGAM-SDNY-0063569 | ** | |

| PX No. | Date | Description | Bates | Stars | BRHI/SPI's Objections |
|---|---|---|---|---|---|
| PX024 | 5/26/2011 | Email from E. Occena to B. Stone, G. Saunders re Fwd Bill Weidner Schedule | GGAM-SDNY-0063594 | ** | |
| PX025 | 5/31/2011 | Email from J. Rein to E. Occena re Connecting our lawyers | GGAM-SDNY-0100731 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX026 | 5/31/2011 | Email from J. Rein to E. Occena re GGAM / Bloomberry Legal Document Diligence Checklist - For Discussion Purposes Only | GGAM-SDNY-0100733 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX027 | 6/1/2011 | Email from J. Rein to E. Occena re GGAM / Bloomberry Legal Document Diligence Checklist - For Discussion Purposes Only | BLOOM_0002180 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX028 | 6/1/2011 | Preliminary Due Diligence Checklist - Bloomberry Solera Project | BLOOM_0002181 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX029 | 6/1/2011 | Email from J. Rein to B. Stone, G. Saunders, E. Occena, D. Almehda, J. Alarilla re GGAM / Bloomberry Conference Call re Documenting the Management Agreement | GGAM-SDNY-0096112 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX030 | 6/2/2011 | Email from E. Occena to M. Palaroan re Entertainment City Project - Phase 1a | GGAM-SDNY-0059279 | ** | |
| PX031 | 6/3/2011 | Email from J. Rein to E. Occena re Connecting our lawyers | BLOOM_0003281 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX032 | 6/3/2011 | Email from B. Tan to R. Bride re Connecting our lawyers | GGAM-SDNY-0038456 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX033 | 6/3/2011 | Email from E. Occena to J. Rein re GGAM / Bloomberry Legal Document Diligence Checklist - For Discussion Purposes Only | GGAM-SDNY-0059332 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX034 | 6/3/2011 | Email from E. Occena to E. Occena re Provisional License | GGAM-SDNY-0059371 | ** | |
| PX035 | 6/9/2011 | Email from B. Tan to K. Russell re Project Berry Draft MSA | BLOOM_0011430 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX036 | 6/9/2011 | Email from K. Russell to E. Occena, St. Tan re Project Berry Draft MSA | GGAM-SDNY-0058560 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX037 | 6/10/2011 | Email from E. Occena to G. Saunders, C. Alarilla, D. Almehda re MSA Draft | GGAM-SDNY-0096130 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX038 | 6/21/2011 | Email from B. Tan to E. Occena re Corrected MSA | GGAM-SDNY-0038555 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX039 | 6/22/2011 | Email from E. Occena to J. Rein re Corrected MSA | GGAM-SDNY-0059521 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX040 | 6/24/2011 | Email from J. Alarilla to E. Occena re GGAM telecon | BLOOM_0024506 | ** | |
| PX041 | 6/29/2011 | Email from J. Rein to E. Occena re Call at 10am/10pm/7pm | GGAM-SDNY-0076904 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX042 | 7/1/2011 | Email from J. Rein to E. Occena re MSA Issue List - 30 June 2011 (JR further edits) | GGAM-SDNY-0059668 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |

| PX No. | Date | Description | Bates | Stars | BRHI/SPI's Objections |
|---|---|---|---|---|---|
| PX043 | 7/1/2011 | Management Services Agreement Discussion Points | GGAM-SDNY-0059669 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX044 | 7/1/2011 | Email from E. Occena to J. Rein re Chronology on how the Agreement on Indemnity was reached | GGAM-SDNY-0076913 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX045 | 7/6/2011 | Email from E. Occena to E. Occena re MSA Issue List | GGAM-SDNY-0038929 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX046 | 7/7/2011 | Email from E. Occena to E. Razon re -- | BLOOM_0015588 | ** | |
| PX047 | 7/7/2011 | Email from J. Alarilla to E. Occena re GGAM/Pagcor | GGAM-SDNY-0038961 | ** | |
| PX048 | 7/7/2011 | Email from J. Rein to E. Occena re 10pm/10am call | GGAM-SDNY-0076921 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX049 | 7/10/2011 | Email from J. Myers to S. Tan re GGAM / Bloomberry - MSA Issue Draft List and Draft Annexes | GGAM-SDNY-0050188 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX050 | 7/12/2011 | Email from J. Rein to E. Occena re -- | BLOOM_0001448 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX051 | 7/20/2011 | Email from J. Alarilla to S. Tan re [redacted] | GGAM-SDNY-0039070 | ** | |
| PX052 | 7/31/2011 | Email from E. Occena to G. Saunders re Agreement | GGAM-SDNY-0077118 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX053 | 8/3/2011 | Email from B. Tan to B. Stone, G. Saunders, B. Weinder, J. Rein, A. Cabot, J. Myers, R. Kirkbride re Management Service Agreement and Annexes | GGAM-SDNY-0096134 | ** | |
| PX054 | 8/11/2011 | Email from E. Occena to G. Saunders re GGAM/Bloomberry - MSA | GGAM-SDNY-0077125 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX055 | 8/15/2011 | Email from B. Tan to E. Razon re Fwd: GGAM / Bloomberry MSA | BLOOM_0024180 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX056 | 8/15/2011 | Unsigned Management Services Agreement between Bloomberry, Sureste and GGAM | BLOOM_0024184 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX057 | 8/15/2011 | Email from B. Tan to J. Myers re GGAM/Bloomberry - MSA | GGAM-SDNY-0096298 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX058 | 8/15/2011 | Email from B. Tan to J. Myers re GGAM / Bloomberry - MSA | GGAM-SDNY-0096347 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX059 | 8/17/2011 | Email from J. Myers to S. Tan re GGAM/Manila - Information Response | GGAM-SDNY-0063734 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX060 | 8/17/2011 | Letter from Global Gaming Asset Management to BRHI and SPI (including GGAM ownership chart) | GGAM-SDNY-0063764 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX061 | 8/19/2011 | Email from B. Weidner to J. Rein, B. Stone, G. Saunders re FW GGAM / Bloomberry - MSA | GGAM-SDNY-0462482 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX062 | 8/20/2011 | Email from J. Alarilla to E. Razon re GGAM / Bloomberry | GGAM-SDNY-0046941 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX063 | | **INTENTIONALLY OMITTED** | | | |

| PX No. | Date | Description | Bates | Stars | BRHI/SPI's Objections |
|---|---|---|---|---|---|
| PX064 | 8/23/2011 | Email from J. Myers to S. Tan, E. Occena, B. Stone, G. Saunders, J. Rein, K. Russell re GGAM / Bloomberry MSA - Response | GGAM-SDNY-0077128 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX065 | 8/25/2011 | Email from B. Tan to J. Myers re GGAM/Bloomberry MSA - Response | GGAM-SDNY-0077221 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX066 | 9/2/2011 | Email from B. Tan to J. Myers re GGAM/Bloomberry MSA | GGAM-SDNY-0077225 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX067 | 9/7/2011 | Letter to Global Gaming Philippines from BRHI and SPI re Management Services Agreement | BLOOM_0002729 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX068 | 9/7/2011 | Email from B. Tan to B. Tan re GGAM/Bloomberry MSA | GGAM-SDNY-0077227 | ** | |
| PX069 | 9/7/2011 | Email from B. Tan to J. Myers re GGAM/Bloomberry MSA | GGAM-SDNY-0077344 | ** | |
| PX070 | 9/8/2011 | Email from K. Russell to E. Occena, B. Tan re MSA | BLOOM_0143215 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX071 | 9/8/2011 | Executed Signature Page to MSA and Signed Disclosure Letter (including GGAM ownership chart) | BLOOM_0143216 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX072 | 9/9/2011 | Email from E. Occena to K. Russell re MSA | GGAM-SDNY-0096505 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX073 | 9/9/2011 | Management Services Agreement between Bloomberry, Sureste and GGAM (MSA) | GGAM-SDNY-0096516 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX074 | 9/9/2011 | Ex. A attached to MSA | | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX075 | 9/9/2011 | Email from E. Occena to E. Occena re MSA | GGAM-SDNY-0096579 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX076 | | INTENTIONALLY OMITTED | | | |
| PX077 | 9/27/2011 | Email from G. Saunders to E. Occena re Option Agreement | BLOOM_0148244 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX078 | 9/27/2011 | Email from E. Occena to G. Saunders re Option Agreement | GGAM-SDNY-0064043 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX079 | 9/29/2011 | Email from J. Rein to E. Occena re Bloomberry Disclosure Statement 9 Sept 2011 | BLOOM_0002461 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX080 | 9/30/2011 | Minutes of the Organizational Meeting of the Board of Directors of Bloomberry Resorts and Hotels | BLOOM_0148288 | * | 401/402/403 |
| PX081 | 9/30/2011 | Minutes of the Organizational Meeting of the Board of Directors of Sureste Properties Inc. | BLOOM_0148305 | * | 401/402/403 |
| PX082 | 10/4/2011 | Email from J. Rein to E. Occena re GGAM-Bloomberry Agreement | GGAM-SDNY-0060345 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX083 | 10/4/2011 | Equity Option and Purchase Agreement (unsigned) | GGAM-SDNY-0060346 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX084 | 10/4/2011 | Shareholders Agreement (unsigned) | GGAM-SDNY-0060400 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |

| PX No. | Date | Description | Bates | Stars | BRHI/SPI's Objections |
|---|---|---|---|---|---|
| PX085 | 10/25/2011 | Email from E. Occena to G. Saunders, B. Stone, J. Rein re FW Option Agremeent with GGAM | GGAM-SDNY-0077633 | * | 401/402/403 |
| PX086 | 10/27/2011 | Email from E. Occena to J. Rein re Bloomberry / GGAM - business diligence requests | GGAM-SDNY-0077649 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX087 | 10/27/2011 | Email from J. Rein to E. Occena re Bloomberry / GGAM - business diligence requests | GGAM-SDNY-0100880 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX088 | 11/2/2011 | Email from E. Occena to J. Rein re Telecon | GGAM-SDNY-0077688 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX089 | 12/12/2011 | Email from E. Occena to J. Rein re Option Agreement Issues | GGAM-SDNY-0060628 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX090 | 12/13/2011 | Email from J. Rein to E. Occena re -- | BLOOM_0002474 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX091 | 1/10/2012 | Email from E. Occena to J. Rein re UBS Term sheet | GGAM-SDNY-0078111 | * | 401/402/403 |
| PX092 | 1/13/2012 | Email from E. Occena to B. Stone, G. Saunders, J. Rein re FW CLSA Bloomberry presentation | GGAM-SDNY-0078192 | * | 401/402/403 |
| PX093 | 1/13/2012 | Presentation to Bloomberry Resorts Corporation, Discussion Materials | GGAM-SDNY-0078194 | * | 401/402/403; 801/802 |
| PX094 | 1/18/2012 | Email from G. Saunders to J. Rein re Bloomberry / GGAM - business diligence requests | BLOOM_0125691 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX095 | 1/24/2012 | Email from E. Occena to G. Saunders, B. Stone, M. French and E. Chen re Fw Project Monte Carlo: Revised timetable | BLOOM_0012851 | * | 401/402/403 |
| PX096 | 1/24/2012 | Project Monte Carlo: Proposed Timetable (Revised 24 Jan 2012) | BLOOM_0012853 | * | 401/402/403 |
| PX097 | 1/27/2012 | Email from E. Occena to B. Stone re Project Monte Carlo | GGAM-SDNY-0078964 | * | 401/402/403 |
| PX098 | 1/30/2012 | Email from E. Occena to E. Occena re Internal kick-off meeting | GGAM-SDNY-0079217 | * | 401/402/403 |
| PX099 | 4/4/2012 | Email from E. Occena to B. Stone re Roadshow Schedule | GGAM-SDNY-0085853 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX100 | 4/12/2012 | Email from E. Razon to G. Saunders, B. Stone, B. Weidner re FW Bloomberry Concerns | GGAM-SDNY-0086863 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX101 | 4/13/2012 | Email from E. Occena to G. Saunders re Bloomberry Agreements | GGAM-SDNY-0066986 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX102 | 4/13/2012 | Email from E. Occena to G. Saunders re Bloomberry Agreements | GGAM-SDNY-0086985 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX103 | 4/15/2012 | Email from E. Razon to E. Occena re | BLOOM_0013410 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX104 | 4/16/2012 | Equity Option Agreement between Prime Metroline Transit Corp., Bloomberry Resorts Corporation and Global Gaming Philippines LLC | BLOOM_0082032 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |

| PX No. | Date | Description | Bates | Stars | BRHI/SPI's Objections |
|---|---|---|---|---|---|
| PX105 | 4/22/2012 | Email from Y. Ho to numerous individuals re Monte Carlo - Roadshow presentation | GGAM-SDNY-0090020 | * | 401/402/403 |
| PX106 | 4/22/2012 | Bloomberry Resorts Corporation Management Presentation | GGAM-SDNY-0090023 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX107 | 4/23/2012 | Email from M. Leung to numerous individuals re Bloomberry Management Roadshow Schedule for Asia (23 April Update) | GGAM-SDNY-0097261 | * | 401/402/403 |
| PX108 | 4/23/2012 | Project Monte Carlo - Management Roadshow | GGAM-SDNY-0097270 | * | 401/402/403 |
| PX109 | 4/30/2012 | Email from K. Treherne to numerous individuals re Bloomberry Management Roadshow Schedule New York and Boston - May 1st 2012 | GGAM-SDNY-0090972 | * | 401/402/403 |
| PX110 | 5/1/2012 | Offering Circular | BLOOM_0077381 | * | 401/402/403 |
| PX111 | 5/7/2012 | Email from L. Venezuela to B. Stone re Invitation to attend the UBS Global Emerging Markets Conference - November 2012 | BLOOM_0082152 | * | 401/402/403 |
| PX112 | 5/8/2012 | Email from E. Occena to J. Rein re: Congratulations | GGAM-SDNY-0062101 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX113 | 6/11/2012 | Minutes of the Organizational Meeting of the Board of Directors of Bloomberry Resorts and Hotels | BLOOM_0041153 | * | 401/402/403 |
| PX114 | 6/11/2012 | Minutes of the Organization Meeting of the Board of Directors of Sureste Properties Inc. | BLOOM_0147668 | * | 401/402/403 |
| PX115 | 7/25/2012 | Email from E. Occena to J. Rein re -- | GGAM-SDNY-0062217 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX116 | 8/28/2012 | Email from K. Parker to W. Weidner re Fw Bloomberry Resorts Corp - Final Meeting Schedule for the DB 2012 GEMS Conference | GGAM-SDNY-0366817 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX117 | 8/30/2012 | Email from E. Occefla-Tuason to B. Stone re: YOUR 1X1 SCHEDULE: J.P. Morgan Asia Pacific Conference 2012 – Boston – Sep 5-7 | GGAM-SDNY-0092058 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX118 | 10/11/2012 | Email from E. Occeña-Tuason to B. Stone re: Chanel | GGAM-SDNY-0281426 | * | 401/402/403 |
| PX119 | 11/16/2012 | Transcript from Investor Conference | BLOOM_0057186 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX120 | 11/29/2012 | Email from J. Rein to B. Stone and E. Occeña-Tuason re: CNN – Philippine economy bucks global slowdown | GGAM-SDNY-0101418 | * | 401/402; 403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX121 | 12/19/2012 | Redine draft of letter to W. Weidner re Equity Option Agreement | BLOOM_0147090 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX122 | 12/19/2012 | Draft of letter to W. Weidner re Equity Option Agreement | BLOOM_0147100 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |

| PX No. | Date | Description | Bates | Stars | BRHI/SPI's Objections |
|---|---|---|---|---|---|
| PX123 | 12/20/2012 | Email from B. Weidner to H. Lutnick re GGAM Letter Agreement | BLOOM_0147089 | * | 401/402/403; Email is redacted in its entirety so BRHI/SPI are unable to determine whether or to what extent to further object to its contents |
| PX124 | 12/20/2012 | Notice of Exercise letter from Global Gaming Philippines to Prime Metroline Transit Corporation | GGAM-SDNY-0062729 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX125 | 12/21/2012 | Email from J. Jones to E. Occena, S. Tan re Notice of Exercise of Option | BLOOM_0002281 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX126 | 12/21/2012 | Letter from Global Gaming Philippines to Prime Metroline Transit Corporation re Notice of Exercise | BLOOM_0002282 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX127 | 12/21/2012 | Email from S. Kim to Treasury - US re REF NUMBERS | GGAM-SDNY-0463290 | * | 401/402/403; Lack of Foundation; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX128 | 12/28/2012 | Minutes of the Organizational Meeting of the Board of Directors of Bloomberry Resorts and Hotels | BLOOM_0148298 | * | 401/402/403 |
| PX129 | 12/28/2012 | Minutes of the Organizational Meeting of the Board of Directors of Sureste Properties Inc. | BLOOM_0148313 | * | 401/402/403 |
| PX130 | 3/8/2013 | Assignment and Assumption Agreement between Global Gaming Philippines LLC and GGAM Netherlands B.V. | BLOOM_0082190 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX131 | 12/7/2014 | Declaration of Enrique K. Razon, Jr., filed in the Arbitration | BLOOM_0097178 | ** | |
| PX132 | 12/9/2014 | Order in Respect of Claimants' Interim Measures' Application | BLOOM_0113051 | * | 401/402/403; 801/802; BRHI/SPI reserve their right to further object depending on which portion(s) of the Order are submitted as evidence, including, but not limited to, any portions summarizing legal argument. |
| PX133 | 1/16/2015 | Procedural Order No 5 issued by Arbitral Tribunal | BLOOM_0073713 | * | 401/402/403; 801/802; BRHI/SPI reserve their right to further object depending on which portion(s) of the Procedural Order are submitted as evidence, including, but not limited to, any portions summarizing legal argument. |
| PX134 | 2/2/2015 | Respondents' Statement of Defense and Amended Counterclaims | GGAM-SDNY-0370480 | * | 401/402/403; 801/802; Legal Argument/Not Evidence |
| PX135 | 9/4/2015 | Supplemental Declaration of Enrique Razon, filed in the Arbitration | BLOOM_0077973 | ** | |
| PX136 | 9/4/2015 | Respondents' Rejoinder Memorial filed in the arbitration | GGAM-SDNY-0337663 | * | 401/402/403; 801/802; Legal Argument/Not Evidence |
| PX137 | 10/15/2015 | Transcripts from October 15, 2015 to October 24, 2015 hearings of liability phase of the Arbitration | GGAM-SDNY-0356743 | * | Objection to portions that are legal argument/not evidence; BRHI/SPI also incorporate their objections as set forth in the transcript; BRHI/SPI reserve their right to further object depending on which portion(s) of the transcripts are submitted as evidence. |

Appendix B: Plaintiff GGAM's Exhibit List

| PX No. | Date | Description | Bates | Stars | BRHI/SPI's Objections |
|---|---|---|---|---|---|
| PX138 | 9/20/2016 | Partial Award on Liability (issued in arbitration) | | ** | 401/402/403; 801/802; BRHI/SPI reserve their right to further object depending on which portion(s) of the Partial Award are submitted as evidence, including, but not limited, to any portions summarizing legal argument. |
| PX139 | 9/27/2019 | Final Award (issued in arbitration) | GGAM-SDNY-0294847 | ** | 401/402/403; 801/802; BRHI/SPI reserve their right to further objrect depending on which portion(s) of the Final Award are submitted as evidence, including, but not limited to, any portions summarizing legal argument. |
| PX140 | 3/29/2021 | Complaint filed in US District Court SDNY | N/A | * | 401/402/403; 801/802; Legal Argument/Not Evidence |
| PX141 | 6/21/2021 | BRHI's Responses to GGAM's Requests for Admission Nos. 2-3 | N/A | * | BRHI/SPI incorporate herein the objections contained in their responses to these RFAs |
| PX142 | 6/21/2021 | SPI's Responses to GGAM's Requests for Admission Nos. 2-3 | | * | BRHI/SPI incorporate herein the objections contained in their responses to these RFAs |
| PX143 | 3/28/2022 | Second Amended Complaint | N/A | * | 401/402/403; 801/802; Legal Argument/Not Evidence |
| PX144 | 6/28/2022 | Debtor Defendants' Amended Answer to Plaintiff's Second Amended Complaint | N/A | ** | |
| PX145 | 3/10/2023 | Debtor Defendants' RSOF and DSOF (Nos. 1-109 | | * | BRHI/SPI incorporate herein the objections contained in their responses to GGAM's statement of undisputed material facts |
| PX146 | 3/22/2023 | Razon's Response to GGAM's Statement of Undisputed Facts | | * | BRHI/SPI incorporate herein the objections contained in Razon's response to GGAM's statement of undisputed material facts |
| PX147 | 4/5/2023 | Debtor Defendants' RSOF and DSOF (Nos. 110-178) | | * | BRHI/SPI incorporate herein the objections contained in their responses to GGAM's further statement of undisputed material facts |
| PX148 | 12/00/2011 | Presentation titled Bloomberry Hotels and Resorts, Follow-on equity offering | GGAM-SDNY-0078113 | * | 401/402/403; 801/802 |
| PX149 | 4/23/2012 - 5/1/2012 | Roadshow Schedule | GGAM-SDNY-0090986 | * | 401/402/403 |
| PX150 | | **INTENTIONALLY OMITTED** | | | |
| PX151 | | Participation Agreement between Global Gaming Philippines LLC, Bloomberry Resort Corporation and Prime Metroline Transit Corp. | BLOOM_0079122 | * | 401/402/403; 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |
| PX152 | | Spreadsheet of flight records | GGAM-SDNY-0446906 | ** | |
| PX153 | | Email Chart from Debtor Defendants to @cantor.com (Dkt. 408-2) | N/A | * | 401/402/403 |
| PX154 | | Email Chart from Debtor Defendants CC @cantor.com | | * | 401/402/403 |
| PX155 | | Spreadsheet of N818KE - US Trips | RE_0000001705 | ** | |
| PX156 | | New York Department of State Entity Filing History of Cantor | | * | 401/402/403 |

| PX No. | Date | Description | Bates | Stars | BRHI/SPI's Objections |
|---|---|---|---|---|---|
| PX157 | | Status Report for GGAM from State of Delaware | | ** | |
| PX158 | | New York Department of State, Division of Corporations Filing for Union Avenue Advisors LP | | * | 401/402/403 |
| PX159 | | New York Department of State, Division of Corporations Filing for TIAA CREF Investment Management LLC | | * | 401/402/403 |
| PX160 | | New York Department of State, Division of Corporations Filing for AllianceBernstein LP | | * | 401/402/403 |
| PX161 | | New York Department of State, Division of Corporations Filing for Asian Century Quest Capital LLC | | * | 401/402/403 |
| PX162 | | New York Department of State, Division of Corporations Filing for Kingdon Capital Management LLC | | * | 401/402/403 |
| PX163 | | New York Department of State, Division of Corporations Filing for Soros Fund Management LLC | | * | 401/402/403 |
| PX164 | | New York Department of State, Division of Corporations Filing for Moon Capital Management LP | | * | 401/402/403 |
| PX165 | | New York Department of State, Division of Corporations Filing for Highbridge Capital Management LLC | | * | 401/402/403 |
| PX166 | | New York Department of State, Division of Corporations Filing for Pinebridge Investments LLC | | * | 401/402/403 |
| PX167 | | SEC Filings for Union Avenue Advisors LP | | * | 401/402/403 |
| PX168 | | SEC Filings for TIAA CREF Investment Management LLC | | * | 401/402/403 |
| PX169 | | SEC Filings for AllianceBernstein LP | | * | 401/402/403 |
| PX170 | | SEC Filings for Asian Century Quest Capital LLC | | * | 401/402/403 |
| PX171 | | SEC Filings for Kingdon Capital Management LLC | | * | 401/402/403 |
| PX172 | | SEC Filings for Soros Fund Management LLC | | * | 401/402/403 |
| PX173 | | SEC Filings for Moon Capital Management LP | | * | 401/402/403 |
| PX174 | | SEC Filings for Highbridge Capital Management LLC | | * | 401/402/403 |
| PX175 | | SEC Filings for Pinebridge Investments LLC | | * | 401/402/403 |
| PX176 | | Deposition Transcript of Occena (May 4, 2022) | | * | BRHI/SPI incorporate their objections as set forth in the deposition transcript; BRHI/SPI reserve their right to further object in connection with any deposition designations pursuant to Section I.B.3 of Judge Schofield's Individual Trial Rules and Procedures. |
| PX177 | | Deposition Transcript of Razon, Vol. I (May 26, 2022) | | * | BRHI/SPI incorporate their objections as set forth in the deposition transcript; BRHI/SPI reserve their right to further object in connection with any deposition designations pursuant to Section I.B.3 of Judge Schofield's Individual Trial Rules and Procedures. |

| PX No. | Date | Description | Bates | Stars | BRHI/SPI's Objections |
|---|---|---|---|---|---|
| PX178 | | Deposition Transcript of Razon, Vol. II (May 27, 2022) | | * | BRHI/SPI incorporate their objections as set forth in the deposition transcript; BRHI/SPI reserve their right to further object in connection with any deposition designations pursuant to Section I.B.3 of Judge Schofield's Individual Trial Rules and Procedures. |
| PX179 | | Deposition Transcript of Donato Almeda (May 11, 2022) | | * | BRHI/SPI incorporate their objections as set forth in the deposition transcript; BRHI/SPI reserve their right to further object in connection with any deposition designations pursuant to Section I.B.3 of Judge Schofield's Individual Trial Rules and Procedures. |
| PX180 | | Deposition Transcript of Jose Alarilla (May 13, 2022) | | * | BRHI/SPI incorporate their objections as set forth in the deposition transcript; BRHI/SPI reserve their right to further object in connection with any deposition designations pursuant to Section I.B.3 of Judge Schofield's Individual Trial Rules and Procedures. |
| PX181 | | Deposition Transcript of Arcan Lat (May 5, 2022) | | * | BRHI/SPI incorporate their objections as set forth in the deposition transcript; BRHI/SPI reserve their right to further object in connection with any deposition designations pursuant to Section I.B.3 of Judge Schofield's Individual Trial Rules and Procedures. |
| PX182 | | Deposition Transcript of Gerard Festin (March 31, 2022) | | * | BRHI/SPI incorporate their objections as set forth in the deposition transcript; BRHI/SPI reserve their right to further object in connection with any deposition designations pursuant to Section I.B.3 of Judge Schofield's Individual Trial Rules and Procedures. |
| PX183 | 9/9/2011 | Email from E. Occena to E. Razon and others re: Fwd: MSA | GGAM-SDNY-0047445 | * | 801/802 (to the extent using GGAM statements for the truth of the matter asserted) |