UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
GLOBAL GAMING PHILIPPINES, LLC,             :
                               Plaintiff,      :
:  21 Civ. 2655 (LGS)
-against-                                   :
:  <u>ORDER</u>
ENRIQUE K. RAZON, JR, et al.,                :
                          Defendants.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated October 27, 2023, scheduled a two-day evidentiary hearing in this action beginning on January 22, 2024, at 10:00 A.M.  It is hereby

      **ORDERED** that a final pre-hearing conference will be held on **January 9, 2024, at 11:15 A.M.** in Courtroom 1106 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York.  It is further

      **ORDERED** that each side will be allotted 4.5 hours at the evidentiary hearing, including brief opening statements of equal length per side to be agreed on by the parties, direct, cross and any argument to the Court.  Summations will not be heard.  It is further

      **ORDERED** that no exhibit will be considered if the substance is not identified and presented at the evidentiary hearing.  The parties shall refile narrowed exhibit lists accordingly by **January 3, 2024.**  Cumulative testimony will not be heard.  The parties shall abide by Individual Trial Rule I.B.2, excluding the third paragraph.  Digital copies pursuant to the first paragraph shall be provided at least one business day (rather than one week) before the final pre-hearing conference.

Dated:  December 11, 2023
       New York, New York

                                                     LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE