# Exhibit A

# Contract and Arbitration History

**MAY 25, 2011**
Confidentiality Agreement signed

**SEP 9, 2011**
Management Services Agreement ("MSA") signed

**APR 16, 2012**
Equity Option Agreement ("EOA") signed

| 2011 | 2012 | 2013 | 2014 | ⋯ | 2016 | ⋯ | 2019 |

**MAR 2011**
Razon, Weidner, Saunders meet in Las Vegas

**DEC 20, 2012**
Global Gaming exercises option under EOA

**MAR 16, 2013**
Solaire Grand Opening

**SEP 12, 2013**
Defendants terminate MSA and arbitration commences

**DEC 9, 2014**
Arbitration Interim Measures Order

**SEP 20, 2016**
Arbitration Liability Award

**SEP 27, 2019**
Arbitration Final Award

PDX-2



## Defendants' Key Representatives (2011 – 2012)

|  | BRHI | SPI |
|---|---|---|
| **Enrique K. Razon, Jr.** | Chairman & Chief Executive Officer | Chairman & Chief Executive Officer |
| **Estella Tuason-Occeña** | Director & Treasurer | Treasurer |
| **Jose Alarilla** | Director & President | President |
| **Donato Almeda** | Director & Chief Operating Officer | Chief Operating Officer |
| **Silverio "Benny" Tan** | Corporate Secretary | Corporate Secretary |

PDX-4

## Pre-MSA Disclosures

| | |
|---|---|
| **JAN 21, 2011** | Defendants receive PowerPoint presentation describing GGAM/Cantor partnership and Cantor's capital backing<br>*RPX001; RDX001; FOF Nos. 40-43* |
| **MAR 2011** | Weidner and Saunders of GGAM meet with Razon of Defendants and disclose Cantor's partnership and capital backing<br>*Razon Tr. pp. 220:20 – 222:5; Weidner Tr. pp. 9:6-12:5; RPX075 ¶ 13; FOF No. 45* |
| **MAY 4, 2011** | Defendants plan for meeting in Manila with GGAM and Cantor investment banker Jon Rein and note Rein "Lead[s] investment, acquisition and financial activities for joint venture between Cantor Fitzgerald and [GGAM's principals]"<br>*RPX005* |
| **MAY 2011** | Defendants meet with GGAM and Cantor's Jon Rein in Manila and discuss Cantor's equity stake in the GGAM/Cantor venture<br>*RDX060 ¶ 7* |
| **MAY 9, 2011 to SEP 9, 2011** | Defendants send at least 90 emails to Cantor during MSA negotiations<br>*RPX087; FOF No. 60* |
| **MAY 25, 2011** | Cantor and Defendants agree to New York law governing confidentiality of Defendants' proprietary information<br>*RPX013; RDX010* |
| **JUL 1, 2011** | Cantor's Jon Rein reiterates that both Weidner of GGAM and Lutnick of Cantor must approve MSA before signing<br>*RPX024* |
| **JUL 7, 2011** | Cantor's negotiation demands escalate to Defendants' Chairman and CEO. *See, e.g.*:<br>▪ Email from Alarilla to Razon: "It's the Cantor lawyers (as GGAM's partner) who are imposing all sorts of provisions and conditions in anticipation of their investment/equity position."<br>▪ Email from Occeña to Alarilla (copying Razon and others): "If Cantor stick to their guns, we can hire these guys directly and offer Brad (or Garry) a compensation he cannot refuse. Jon Rein told me months ago that Cantor's agreement is with Bill Weidner . . . ."<br>*RPX031; RPX027* |
| **AUG 15, 2011** | Defendants insist MSA's non-compete language covers Cantor affiliates when providing services under MSA<br>*RPX032* |
| **AUG 17, 2011** | Cantor provides Defendants GGAM/Cantor ownership chart for inclusion in MSA<br>*RPX033* |
| **SEP 9, 2011** | ▪ The GGAM/Cantor ownership chart is attached to the MSA<br>▪ Razon signs MSA as Chairman and CEO of Defendants<br>*RPX038 pp. 36, 61* |

PDX-5