# Exhibit H

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2

     - - - - - - - - - - - - - - - - - - -x
 3                                         :
     GLOBAL GAMING PHILIPPINES, LLC,        :
 4                                          :
              Plaintiff,                    :
 5                                          :
         v.                                 :  Case No.
 6                                          :  21 Cv. 2655
     ENRIQUE K. RAZON, JR.;                 :  (LGS)(SN)
 7   BLOOMBERRY RESORTS AND HOTELS INC.;    :
     SURESTE PROPERTIES INC.;               :
 8                                          :
              Defendants.                   :
 9                                          :
     - - - - - - - - - - - - - - - - - - -x
10
                 REMOTE VIDEOTAPED DEPOSITION OF
11
                         DONATO ALMEDA
12
                     **** CONFIDENTIAL ****
13
                          May 11, 2022
14

15        REMOTE VIDEOTAPED DEPOSITION OF DONATO ALMEDA,
     produced as a witness at the instance of the
16   Plaintiff, and duly sworn remotely, was taken in the
     above-styled and numbered cause on May 11, 2022,
17   from 9:06 a.m. (KST) to 5:43 p.m. (KST), remotely
     before Dawn K. Larson, RDR, CRR, reported by machine
18   shorthand, pursuant to Rules 26 and 30(b)(6) of the
     Federal Rules of Civil Procedure and the provisions
19   stated on the record.

20

21

22

23

24

25
```

1  body, and SPI has the land holdings for which this
2  particular IR is sitting on.  So that's how the
3  relationship was established.
4       Q.   And did you understand when you first
5  learned of SPI that that was also a company owned by
6  Mr. Razon?
7       A.   At that time, yes.
8       Q.   And this was back in 2009-2010; is that
9  fair?
10      A.   I'm not so sure about the date when SPI
11 was able to, I guess, vet in into the assets that
12 it's supposed to be part of the IR Project.  But,
13 again, eventually this is what it is now.  That's
14 the corporate structure of what we have right now.
15      Q.   All right.  So going back to BRHI, you
16 were Managing Director at a time.  You're a director
17 now.
18           Has there been any point in time where you
19 haven't been a director of BRHI?
20      A.   No.  I was a director from the start, I
21 believe.
22      Q.   And what other positions or roles have you
23 held with BRHI?
24      A.   Well, again, I was in charge of managing
25 the process of not only constructing and putting up

1  the IR, the resort, in compliance with the
2  requirements of PAGCOR, again, our regulatory body.
3  That is pretty much my main role and my full focus
4  during that time.
5       Q.   Have you held any titles with BRHI other
6  than Director?
7       A.   I believe I was translated -- I translated
8  from Managing Director to a Chief Operating Officer,
9  or COO, of what is known as BRHI at one point in
10 time, yes.
11      Q.   Do you recall approximately when you were
12 appointed COO of BRHI?
13      A.   You know, this -- if I have to step back,
14 BRHI was BIHI, I think, from the start, and then it
15 was renamed to BRHI.  During that time, BIHI --
16 BIHI -- or BIHI to BRHI.  I was the COO.  I only
17 relinquished the COO position, if I recall, when
18 GGAM was already in place and we have our new COO in
19 the name of Michael French.  I'm not --
20      Q.   So you -- sorry.
21           (Overlapping speakers.)
22      Q.   So, to summarize, you were the Chief
23 Operating Officer of BRHI when it was still BIHI and
24 then served as Chief Operating Officer until Michael
25 French replaced you as Chief Operating Officer; is

1  that correct?
2      A.  That's correct, yes.  I think that's fair,
3  yeah.
4      Q.  What other titles have you held with BIHI,
5  or BRHI, that you can recall?
6      A.  That's it.  Besides being a director and a
7  former COO, that's it.
8      Q.  Were you Treasurer of BIHI as well?
9      A.  No.
10     Q.  While at BRHI, you served on the Executive
11 Committee; is that correct?
12     A.  Yes.  For a time, yes.
13     Q.  From approximately 2011 to 2013?  Does
14 that sound right?
15     A.  I think that sounds right, yes.
16     Q.  And what exactly was the function of the
17 Executive Committee?
18     A.  Well, the Executive Committee was really
19 formed to have some kind of a -- you know, a
20 hands-on kind of a committee, composed of the COO.
21 For a while that was myself until Michael French
22 came in.  I believe our Vice Chairman, Mr. Alarilla
23 was also part of that.  Ms. Occeña I believe was --
24 I'm not so sure about the composition now, but it
25 was composed about people who are involved in the, I

1  guess, the -- the birth of what we now know as BRHI.
2  Or Solaire Integrated Resort.
3      Q.  So you mention yourself, Mr. Alarilla, and
4  Ms. Occeña.  Were these --
5      A.  Michael French.  Michael French was also
6  part of that.
7      Q.  Michael French.
8          Prior to Mr. French joining BRHI as the
9  COO, did the Executive Committee exist?
10     A.  No, I don't think so.
11     Q.  And when you were COO of BRHI, who did you
12 report to?
13     A.  I reported to the Chairman then.
14     Q.  And that has, at all times since he
15 acquired the company, been Mr. Razon; correct?
16     A.  That's correct.
17     Q.  With the Executive Committee, is that
18 something you were told would be formed and you
19 would be a part of, or were you asked to serve on
20 the Executive Committee?
21         How did that come about?
22     A.  No.  We decided as a team to form an
23 Executive Committee to be able to, you know, deal
24 with issues on a collegial level and make a prudent
25 intelligent decision as a team.  It's typical of any

```
 1   corporate structure as ourselves at that time or
 2   maybe even in, you know, other big companies like we
 3   have nowadays in the Philippines.
 4       Q.   Let's turn to SPI.  You're currently a
 5   director of SPI; correct?
 6       A.   That's correct.
 7       Q.   And you served on the SPI Board since
 8   2019?
 9       A.   I'm not so sure about the date, but that's
10   correct.  That's pretty much where it is, yes.
11       Q.   Prior to joining the Board of SPI, did you
12   hold any other roles or titles with SPI?
13       A.   No.
14       Q.   Who asked you to join the Board of SPI?
15       A.   The Chairman.
16       Q.   Do you know the reason why you were asked
17   to join the Board of SPI?
18       A.   Only one of the main reasons is we are, as
19   you know, we are pretty much owned by BRC, the
20   public company, both BRHI and SPI.  And outside of
21   the independent directors that we have of BRC, I
22   believe we want to have a consistent team of board
23   members for BRHI and SPI, though I believe there is
24   one or two of SPI that are not really part of BRHI
25   for a while.  So...
```

```
 1
 2                    CERTIFICATE OF DEPONENT
 3
 4        I hereby certify that I have read and examined
 5   the foregoing transcript, and the same is a true and
 6   accurate record of the testimony given by me.
 7   Any additions or corrections that I feel are
 8   necessary, I will attach on a separate sheet of
 9   paper to the original transcript.
10
11        _____  I have made changes to my deposition.
12        _____  I have NOT made any changes to my deposition.
13
14                  _____
15                       DONATO ALMEDA
16        I hereby certify that the individual
17   representing himself/herself to be the above-named
18   individual appeared before me this _____ day of
19   __AUG 0 3 2022__, 2022, and executed the above
20   certificate in my presence. Passport ID No. P5731812A
21   issued on 23 January 2018 at DFA Manila.
                    _____
22                  NOTARY PUBLIC IN AND FOR
                    MAKATI CITY
23                       County Name
24   MY COMMISSION EXPIRES:
25   Doc. No.  382  ;
     Page No.   78  ;
     Book No.   XI  ;
     Series of 2022.
```

KATHRINE T. TING
Appointment No. M-572
Notary Public for Makati City
Until December 31, 2020
Liberty Center-Picazo Law
104 H.V. Dela Costa Street, Makati City
Roll of Attorney's No. 73546
PTR No. 8855516/Makati City/01-04-2022
IBP No. 171542/PPLM/01-03-2022
MCLE Compliance No. VII-0014502/04-05-2022
Extended Until December 31, 2022

**Errata of Deposition of Donato Almeda**
May 11, 2022
*Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al.*

| Page | Line | Change | Reason |
|---|---|---|---|
| 16 | 11 | Change “these” to “he’s” | Transcription Error |
| 16 | 11 | Change “are” to “our” | Transcription Error |
| 20 | 6 | Change “crowds” to “treads” | Transcription Error |
| 30 | 17 | Insert “in” before “the” | Clarification |
| 31 | 10 | Change “BBI” to “BVI” | Transcription Error |
| 32 | 24 | Change “he” to “it” | Transcription Error |
| 34 | 15 | Change “have” to “had” | Clarification |
| 34 | 21 | Change “have” to “had” | Clarification |
| 35 | 18 | Change “have” to “had” | Clarification |
| 40 | 6 | Change “have” to “had” | Clarification |
| 40 | 7 | Change “have” to “had” | Clarification |
| 42 | 3 | Change “is” to “was” | Clarification |
| 42 | 8 | Delete “a” | Clarification |
| 42 | 16 | Change “BRHI. I” to “BRHI, I” | Transcription Error |
| 42 | 18 | Change “have” to “had” | Clarification |
| 42 | 18 | Change “COO in” to “COO by” | Clarification |
| 43 | 25 | Change “about” to “of” | Clarification |
| 45 | 1 | Change “as” to “like” | Clarification |
| 45 | 18 | Change “Only” to “Probably” | Transcription Error |
| 45 | 24 | Insert “board directors” after “two” | Clarification |
| 48 | 5 | Delete “,” aftter “body” | Clarification |
| 48 | 25 | Change “somehow” to “some other” | Transcription Error |
| 49 | 9 | Change “it’s” to “he’s” | Transcription Error |
| 50 | 11 | Delete “too” | Clarification |
| 50 | 24 | Change “which” to “and” | Clarification |
| 51 | 2 | Insert “member” after “Trustee” | Clarification |
| 51 | 5 | Delete “Don” | Clarification |
| 51 | 6 | Change “Hershato” to “Ejercito” | Transcription Error |
| 51 | 7 | Change “Paredes” to “Paradies” | Transcription Error |
| 51 | 9 | Change “Paredes” to “Paradies” | Transcription Error |
| 53 | 16 | Insert “to” after “was” | Clarification |
| 61 | 6 | Change “Edward, and” to “Eduardo” | Transcription Error |
| 63 | 23 | Change “NWC” to “MWC” | Transcription Error |
| 65 | 11 | Change “and” to “or” | Clarification |
| 67 | 8 | Change second “new” to “--” | Transcription Error |
| 69 | 2 | Change “Commonly appoints” to “‘Commonly appoints?’” | Transcription Error |
| 69 | 9 | Change “about. So” to “about, so . . .” | Transcription Error |
| 70 | 6 | Change “As” to “At” | Clarification |
| 78 | 12 | Change “I’m going to” to “I cannot” | Transcription Error |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 78 | 14 | Change "and" to "or" | Clarification |
| 82 | 3 | Change "Several people" to "certain people who are" | Transcription Error |
| 82 | 23 | Change "SGD" to "SGV" | Transcription Error |
| 83 | 11 | Change "this" to "a" | Clarification |
| 87 | 13 | Change "concern" to "concerned" | Transcription Error |
| 87 | 15 | Delete "so" | Clarification |
| 87 | 22 | Delete "in" | Clarification |
| 90 | 18 | Insert "party" after "related" | Clarification |
| 90 | 21 | Insert "as" before "whether" | Transcription Error |
| 91 | 11 | Change "raise" to "raises" | Clarification |
| 92 | 20 | Change "raised up" to "raises it" | Clarification |
| 94 | 2 | Change "raised" to "raises" | Clarification |
| 94 | 11 | Insert "the" after "--" | Clarification |
| 94 | 11 | Change "execute" after "Team" to "executes" | Clarification |
| 94 | 21 | Change "transaction" to "transactions" | Clarification |
| 96 | 1 | Change "transaction" to "transactions" | Clarification |
| 99 | 18 | Change "least" to "lease" | Transcription Error |
| 102 | 7 | Change "rotations" to "votations" | Transcription Error |
| 103 | 19 | Change "has" to "had" | Clarification |
| 103 | 21 | Change "has" to "had" | Clarification |
| 104 | 13 | Change "hanger" to "hangar" | Transcription Error |
| 105 | 14 | Change "It's" to "It was" | Clarification |
| 105 | 14 | Change "year" to "years" | Clarification |
| 106 | 4 | Change "categorical" to "categorically" | Transcription Error |
| 109 | 4 | Insert "It" before "Wouldn't" | Clarification |
| 109 | 4 | Insert "a" after "split" | Clarification |
| 109 | 17 | Change "that has" to "who have" | Clarification |
| 111 | 6 | Delete "some" | Clarification |
| 113 | 2 | Change "the other" to "another" | Clarification |
| 113 | 2 | Delete "same" | Clarification |
| 113 | 12 | Delete "For" | Clarification |
| 113 | 13 | Delete "for" | Clarification |
| 116 | 2 | Delete "matter of" | Clarification |
| 119 | 18 | Change "'Following are prohibited, letter'" to "'The following are prohibited,' and then letters" | Clarification |
| 119 | 19 | Change "AB until H,'" to "A, B, until H," | Transcription Error |
| 119 | 21 | Change "the following are prohibited," to "'the following are prohibited,'" | Transcription Error |
| 123 | 9 | Change "and" to "that" | Transcription Error |
| 123 | 18 | Change "the" to "their" | Transcription Error |
| 123 | 21 | Change "in" to "at" | Clarification |
| 127 | 9 | Change "signatory" to "signatories" | Clarification |
| 128 | 21 | Insert "is" after "me," | Transcription Error |
| 129 | 2 | Change "wanted" to "want" | Clarification |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 129 | 2 | Delete "that" | Clarification |
| 134 | 14 | Change "I see" to "I've seen" | Clarification |
| 135 | 17 | Change "Oh, yeah" to "Again" | Transcription Error |
| 136 | 16 | Change "which" to "because it's" | Transcription Error |
| 137 | 9 | Change "confirm" to "govern" | Transcription Error |
| 137 | 20 | Change "another" to "not a" | Transcription Error |
| 139 | 9 | Insert "just" after "me" | Transcription Error |
| 139 | 11 | Change "and" to "on" | Transcription Error |
| 140 | 1 | Insert "of" after "meetings," | Transcription Error |
| 143 | 7 | Change "is" to "was" | Clarification |
| 145 | 2 | Change "assume" to "issue" | Transcription Error |
| 145 | 5 | Change "real corp" to "we have quorum" | Transcription Error |
| 148 | 9 | Change "It's not all that" to "So it's not always –" | Transcription Error |
| 148 | 25 | Change "acquired" to "required" | Transcription Error |
| 151 | 11 | Change "follow" to "follows" | Clarification |
| 151 | 14 | Change "read" to "reads" | Clarification |
| 157 | 24 | Delete "So" | Clarification |
| 161 | 4 | Change "rule" to "rules" | Clarification |
| 165 | 11 | Change "doing" to "do" | Clarification |
| 165 | 13 | Change "as" to "in" | Clarification |
| 165 | 18 | Change "improve" to "approve" | Transcription Error |
| 168 | 1 | Change "in" to "discussing on" | Clarification |
| 169 | 14 | Delete "told" | Transcription Error |
| 170 | 24 | Change "discussion" to "discussions" | Transcription Error |
| 171 | 11 | Change "I were" to "ever" | Transcription Error |
| 172 | 13 | Insert "you" after "that" | Transcription Error |
| 175 | 8 | Change second "that" to "then they" | Clarification |
| 175 | 20 | Change "I would certainly make" to "could I make, with certainty," | Clarification |
| 177 | 16 | Change "improve" to "approve" | Transcription Error |
| 183 | 25 | Change "That was a" to "There was a healthy" | Transcription Error |
| 184 | 6 | Change "by" to "about" | Transcription Error |
| 184 | 9 | Change "was" to "were" | Transcription Error |
| 184 | 9 | Change "raise" to "raised" | Transcription Error |
| 197 | 24 | Change "SGD" to "SGV" | Transcription Error |
| 200 | 4 | Insert "proceeding" after "recognition" | Clarification |
| 200 | 9 | Change "have" to "had" | Clarification |
| 202 | 9 | Change "do" to "does" | Clarification |
| 205 | 24 | Change "name as" to "named" | Clarification |
| 208 | 3 | Delete "Mr." | Transcription Error |
| 208 | 10 | Change "is" to "has" | Transcription Error |
| 208 | 11 | Insert "qualified" before "enough" | Clarification |
| 209 | 8 | Change "will" to "would" | Clarification |
| 210 | 3 | Change "No" to "Well" | Transcription Error |

- 4 -

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 214 | 16 | Change "the marriage" to "food and beverage" | Transcription Error |
| 215 | 25 | Change "talk" to "talking" | Transcription Error |
| 217 | 6 | Insert "enough" after "frequent" | Clarification |
| 218 | 10 | Change "logical" to "logistical" | Transcription Error |
| 226 | 22 | Insert "would be" after "that" | Clarification |
| 228 | 3 | Change "are" to "were" | Clarification |
| 228 | 24 | Delete "too" | Clarification |
| 230 | 14 | Change "training" to "trading" | Transcription Error |
| 230 | 20 | Delete "us" | Clarification |
| 232 | 15 | Change "against" to "in" | Clarification |
| 233 | 7 | Change "him" to "them" | Clarification |
| 236 | 18 | Change "battle" to "panel" | Transcription Error |
| 241 | 8 | Change "it's" to "he's" | Transcription error |
| 253 | 8 | Change "Monte prior" to "Matthew Pryor" | Transcription Error |
| 260 | 14 | Change "who's Ms. Occena" to "Ms. Occena who's" | Transcription Error |

Case 1:21-cv-02655-LGS-SN   Document 142-8   Filed 01/05/24   Page 13 of 13
Deposition of Donato Almeda                                       Global Gaming Philippines, LLC v. Enrique K. Razon, Jr., et al
CONFIDENTIAL

REPORTER'S CERTIFICATE

I, Dawn K. Larson, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Realtime Captioner, and Notary Public, do hereby certify that, previous to the commencement of the examination, the deponent was remotely duly sworn by me to testify to the truth.

I further certify this deposition was taken remotely in shorthand by me and thereafter reduced to typewritten form, that the foregoing constitutes a true and correct transcript.

I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

In witness whereof, I have hereunto affixed my hand and seal. My commission expires: January 31, 2023.

Dawn K. Larson, MBA, RDR, CRR, CRC
Notary Public