UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                                   :
GLOBAL GAMING PHILIPPINES, LLC,      :
                                          Plaintiff,      :
                                                            :      21 Civ. 2655 (LGS)
 -against-                                              :
                                                            :      <u>ORDER</u>
ENRIQUE K. RAZON, JR, et al.,                :
                                       Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on January 9, 2024. As discussed, it is hereby

**ORDERED** that Plaintiff's request to deem admitted the undisputed facts identified in Dkt. No. 435 is **GRANTED**. It is further

**ORDERED** that the parties shall submit a final exhibit list by **January 22, 2024, at 10:00 A.M**. The exhibits will be deemed admitted subject to any further ruling by the Court. It is further

**ORDERED** that each party is allotted a maximum duration of 30 minutes for an opening statement, as part of a total time allocation of 4.5 hours. It is further

**ORDERED** that Plaintiff shall provide Defendants with the order of witnesses by **January 15, 2024**, and Defendants shall do the same to the extent they intend to call additional witnesses. It is further

**ORDERED** that witnesses shall not be recalled. It is further

**ORDERED** that deposition designations of testimony to be placed in evidence need not be provided to the Court until the conclusion of the hearing. Each deponent's testimony shall be submitted in a single, consecutively-paginated digital document with counterdesignations highlighted.

Dated: January 10, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE